IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTIEL, INC,<br>GEORGE WEBB SWEIGERT<br><br>　　　　Defendants | Case No.:<br><br>**COMPLAINT FOR CONSPIRACY TO DEFAME**<br><br>**JURY TRIAL DEMANDED** |

Pro Se Jason Goodman ("Goodman") alleges as follows, upon actual knowledge with respect to himself and his own acts, and upon information and belief as to all other matters.

### NATURE OF THE ACTION

1. This civil action is for defamation, libel, tortious interference, and conspiracy to defame under federal, state, and/or common law.

2. Defendants deliberately and repeatedly published statements they knew to be false with the sole intent of harming Plaintiff.

3. Defendants' statements were published to third parties, publicly posted on Twitter and elsewhere and widely publicized with the sole intent of damaging Plaintiff.

4. Defendants conspired to damage Plaintiff's business and reputation and to publish false accusations of heinous crimes that rise to the level of defamation per se.

### PARTIES

5. Plaintiff – Pro se Plaintiff Jason Goodman is a New York citizen, CEO of Multimedia System Design, Inc ("MSD").  Goodman is a documentary filmmaker, a journalist and is the creator of the social media property Crowdsource the Truth.

COMPLAINT FOR ABUSE OF PROCESS AND MISCONDUCT BY ATTORNEYS - 1

6. Defendant – Christopher Ellis Bouzy ("Bouzy") is a New Jersey citizen and CEO of Bot Sentinel, Inc an artificial intelligence technology company that is closely integrated with Twitter.

7. Defendant – Bot Sentinel, Inc ("Bot Sentinel") is a U.S. Corporation that claims to be an online platform developed to detect and track trollbots and untrustworthy Twitter accounts using artificial intelligence and machine learning among other things.

8. Defendant – George Webb Sweigert ("Webb") is a Georgia citizen and a journalist.

**JURISDICTION AND VENUE**

9. This Court has subject matter jurisdiction over this action pursuant to Federal and New York State tort law.

10. This Court has personal jurisdiction over Defendant, and venue is proper in the Southern District of New York pursuant to 28 U.S.C. § 1391(b) and (c) and because the Plaintiff is being harmed in this District; Defendant is conducting business in this District; and Defendant is violating the Plaintiff's rights in this District.

**FACTUAL BACKGROUND**

Defendant Christopher Bouzy ("Bouzy") is the founder and CEO of Bot Sentinel, INC. Botsentinel.com describes the following *"In 2018, Christopher Bouzy (@cbouzy) launched Bot Sentinel to help fight disinformation and targeted harassment. We believe Twitter users should be able to engage in healthy online discourse without inauthentic accounts, toxic trolls, foreign countries, and organized groups manipulating the conversation."* Bot Sentinel purports to be a benevolent site that is free to use and is financially supported by donations from magnanimous users. In fact, there is no artificial intelligence or machine learning behind Bot Sentinel. It is merely a façade. Bot Sentinel is a money raising scam intended to build Bouzy's credibility

COMPLAINT FOR ABUSE OF PROCESS AND MISCONDUCT BY ATTORNEYS - 2

while it hides his true purpose to defame and attack users on Twitter he or his clients dislike. Bouzy uses the techniques he claims to monitor on Twitter to attack individuals and launch vicious personally damaging harassment, defamation, and reputation destruction campaigns.  Bot Sentinel and Bouzy are engaged in a harassment for hire business model, and they serve clients who call on them to do so.  In or around Decmber 2020, an individual named Benjamin Wittes ("Wittes") agreed to engage in a text-based interview with the Plaintiff over Twitter.  These exchanges are commonly referred to as "Ask Me Anything" or simply AMA sessions.  Although Wittes agreed to participate voluntarily, he avoided answering uncomfortable questions and prematurely terminated the session when the Plaintiff raised evidence pertaining to a story that had been previously covered on Wittes podcast and blog titled Lawfare.  Wittes departure from the online conversation was directly coincident with unwanted and insulting Twitter communications from Defendant Bouzy.  Prior to this interaction, the Plaintiff had never met Bouzy and was totally unaware of him.  Bouzy's messages were filled with false claims so offensive and insulting, they prompted Plaintiff to search the internet for Bouzy's phone number. After a lengthy phone call, Bouzy began a days long Twitter defamation campaign against Plaintiff that included false, baseless, and unsubstantiated claims made by Bouzy alleging that Plaintiff had committed the crime of rape. These heinous allegations are inherently damaging, false and were clearly made with the sole intention of injuring Plaintiff's reputation and business. Not satisfied with mere reputation destruction, Bouzy took further steps to destroy the social media accounts that he knew were critical to Plaintiff's daily business operations.  Despite these horrendous actions, and due to Plaintiff demanding schedule, Plaintiff decided to ignore Bouzy and put the harassment, defamation, and tortious interference out of mind.  Almost one year later, with no further provocation from Plaintiff, on December 17, 2021, Bouzy republished the

COMPLAINT FOR ABUSE OF PROCESS AND MISCONDUCT BY ATTORNEYS - 3

same series of defamatory tweets.  While New York case law precedent has determined that mere republication of old claims is insufficient to extend the statute of limitations, Bouzy's most recent originally published defamatory statement was made on December 20, 2020 making this filing timely today.

## DEFENDANTS AND THEIR WRONGFUL ACTS

11. On or around December 2020, Defendant Bouzy published a series of defamatory and libelous statements solely intended to harm Plaintiff.

12. On December 20, 2021, Bouzy published a tweet via his @cbouzy twitter account which stated *"Jason Goodman, the man who falsely accused Wittes of being part of a murder cover up, and called my cell after finding my number on the internet, sent me a cease and desist in DM. Jason doesn't want me tweeting that he threatened me not to tweet about his rape allegations..."* **(EXHIBIT A)**

13. During a private phone call just prior to the Twitter attack, Bouzy arbitrarily suggested he could find a person online who had accused the Plaintiff of rape, even though no person has ever made such an accusation aside from false statements made without evidence by Webb.

14. On or around May 2018, Webb published a video on YouTube that has since been deleted.  In the video, Webb made the false allegation that the Plaintiff had raped then underage Somali fashion model Halima Aden ("Aden") (https://en.wikipedia.org/wiki/Halima_Aden).

15. Aden has since become world famous.  She has become a fashion icon and a role model to young Muslim women around the world as the first supermodel to wear a hijab in the pages of Vouge, Sports Illustrated and other major publications.

COMPLAINT FOR ABUSE OF PROCESS AND MISCONDUCT BY ATTORNEYS - 4

16. Webb's claims were baseless, false, unsubstantiated, and ridiculous on their face. Plaintiff has never raped any person or engaged in any violent crime. Plaintiff has never met Aden. Plaintiff has never been romantically linked to a supermodel.

17. The allegations made by Plaintiff against Wittes are based in fact, supported by evidence and have not been denied by anyone. Despite Defendant's definitive claim, Plaintiff's allegations have not been proven false. Plaintiff is a documentary filmmaker and journalist whose reputation for truthfulness is inherently valuable.

18. On or around December 17, 2021, coincident with a filing by Webb in Sweigert v CNN (*See* Case 2:20-cv-12933-GAD-KGA ECF No. 35) Bouzy republished his 2020 defamatory statements intended to injure Plaintiff.

19. Plaintiff has submitted an Amicus Curiae brief in Sweigert v CNN that alleges criminal activity on the part of Webb and others. (*See* Case 2:20-cv-12933-GAD-KGA ECF No. 20)

20. On information and belief, Plaintiff alleges that Webb engaged Bouzy to harass and defame Plaintiff in retaliation for the Amicus filing and to deliberately harm Plaintiff.

**FACTUAL ALLEGATIONS**

21. Defendant Bouzy made a false statement of fact with the deliberate intent of harming Plaintiff. The statement amounts to per se libel because it accuses Plaintiff of a heinous crime and is inherently understood to damage his reputation and standing as a member of society.

22. Defendant Bouzy published his false statement to third parties on December 20, 2020, making this pleading timely.

COMPLAINT FOR ABUSE OF PROCESS AND MISCONDUCT BY ATTORNEYS - 5

23. Third party responses on Twitter indicate that many members of the public believed the defamatory statement and it generated public hatred toward Plaintiff.

24. Defendant Bouzy admitted he used these false statements as part of an effort to destroy YouTube, Facebook and other social media accounts owned by Plaintiff.

25. Defendant Bouzy did this because he knew Plaintiff relied on for these social media accounts for the operation of his business and to earn income.

26. Defendant Bouzy coordinated and conspired directly with Defendant Webb, utilizing false and defamatory information originally published by Webb.  Bouzy made no reference to the original publication but made his own new publication of unqualified false statements of fact.

### FIRST CAUSE OF ACTION

### Defamation

27.     Plaintiff incorporates by reference each and every allegation set forth in the preceding paragraphs as if fully stated herein.

28.     Defendants made false and defamatory statements about the Plaintiff.

29.     At the time the Defendants made these statements, the Defendants knew the statements to be false and defamatory.

30.     At the time the Defendants made these statements, the Defendants knew the statements to be false and defamatory.

31.     At the time the Defendants made these statement, the Defendant knew the statements to be false and defamatory.

32.     Defendants made these false and defamatory statements solely out of malice, to malign and injure the Plaintiff.

33.     These statements were made to others and for public consumption on the social media microblogging platform Twitter.

34.     Members of the public including thousands of Defendants' Twitter followers and dozens of commenters saw, read and acknowledged or responded to Defendants' false and defamatory statements.

35.     As a direct result of these malicious false statements, Plaintiff suffered harm to his reputation, career opportunities and income in an amount to be determined at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays the Court will enter judgement in his favor for the following relief:

1.  Declaring that the Defendants statements were libelous and defamatory.

2.  For money damages for all economic losses including, but not limited to, lost, past and future earnings; and for compensatory damages; and for punitive damages; and for interest at the maximum legal rate on all sums awarded; and for such other and such further relief as the Court deems just and proper.


Signed this 13ᵗʰ day of December 2021

Respectfully submitted,

_____

                              Jason Goodman, Plaintiff, Pro Se
                              252 7ᵗʰ Avenue Apt 6s
                              New York, NY 10001
                              (323) 744-7594
                              truth@crowdsourcethetruth.org


COMPLAINT FOR ABUSE OF PROCESS AND MISCONDUCT BY ATTORNEYS - 7

**(EXHIBIT A)**



Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

ChrisBouzyIsGoin...
@ChrisBouzy4Jail

← **Thread**

**Christopher Bouzy** ✔
@cbouzy

Jason Goodman, the man who falsely accused Wittes of being part of a murder cover up, and called my cell after finding my number on the internet, sent me a cease and desist in DM. Jason doesn't want me tweeting that he threatened me not to tweet about his rape allegations...



8:13 AM · Dec 20, 2020 · Twitter for Android

**43** Retweets   **2** Quote Tweets   **242** Likes

♡          ⟲          ♡          ⬆

Tweet your reply                              **Reply**

**Christopher Bouzy** ✔ @cbouzy · Dec 20, 2020
Replying to @cbouzy
Until creepy Jason Goodman called me, I had no clue someone previously accused him of rape, and it's a bizarre thing to tell a stranger in a phone call. It's also odd to tell someone they would be part of ongoing litigation if they tweeted about it. Why bring it up?...

♡ 4          ⟲ 9          ♡ 128          ⬆

**Christopher Bouzy** ✔ @cbouzy · Dec 20, 2020
The first photo is a selfie of creepy Jason Goodman. Yikes!!! 😬

The second photo is Jason Goodman with Sidney Powell. 🙍



Search Twitter

**Relevant people**

**Christopher Bouzy** ✔
@cbouzy
When I was 9, I started co...
Mattel Aquarius compute...
developed several produc...
& 30s, and then in 2018 I...
BotSentinel.com

**What's happening**

NFL · 1 hour ago
The San Francisco 49ers face off against the Atlanta Falcons at Levi's Stadium
Trending with  Niners,  Falcons

Trending in United States
Snoop
Rapper Snoop Dogg joins NBC's c... the upcoming Sunday Night Footba... showdown between the Saints and Buccaneers
13.2K Tweets

NFL · Trending
#BillsMafia 🦬
The Buffalo Bills win 31-14 at home Carolina Panthers
15.4K Tweets

Politics · This afternoon
Senator Joe Manchin says he won't support Build Back Better plan
Trending with  Joe Manchin,  West Virginia

NFL · 4 hours ago
The Pittsburgh Steelers and Tennessee Titans face off at Heinz Stadium
Trending with  Steelers

Show more

Terms of Service   Privacy Policy   Cook...
Accessibility   Ads info   More ···
© 2021 Twitter, Inc.



**Christopher Bouzy** ✓ @cbouzy · Dec 20, 2020

Creepy Jason Goodman uploaded our conversation to bitchute, and then he tweeted @ me with his personal account after I blocked his "company" account. This man is definitely unstable. 😬

💬 10    🔁 7    ♡ 65

**Christopher Bouzy** ✓ @cbouzy · Dec 20, 2020

Creepy Jason Goodman called my cell, secretly recorded our conversation, followed me on Twitter, uploaded our conversation to BitChute, and then used his personal account to tweet @ me after I blocked his other account. Now imagine how he treats women who tell him no. Yikes!!! 😬

💬 5    🔁 7    ♡ 96

**Christopher Bouzy** ✓ @cbouzy · Dec 20, 2020

Yikes!!! After blocking 2 of creepy Jason Goodman's accounts, he is now tweeting @ me with a 3rd account. He is accusing me of being a stalker while cyberstalking me. Now I understand what it must feel like for women to have to deal with weirdos like this on the internet. 😬

💬 9    🔁 14    ♡ 104

Christopher Bouzy on Twitter: "Jason Goodman, the man who falsely tweeted about his rape allegations... https://t.co/2gStwenK8v" / Twitter    12/19/21, 8:47 PM



**Jersey Girl** @ablemma73 · Dec 20, 2020
Replying to @cbouzy
That cease and desist over a DM is something. 😂

💬 3      🔁      🤍 9      📤

**Denise Engert** @DeniseEngert · Dec 20, 2020
He probably took the The Kraken Releaser's class "How to law".

💬 1      🔁      🤍 13      📤

**Kris Powell** @P5Mom · Dec 20, 2020
Replying to @cbouzy
So he brought the Kraken to your virtual doorstep. Last night was some crazy shit. What ARE these people on??

💬 1      🔁      🤍 7      📤

**Christopher Bouzy** ✔️ @cbouzy · Dec 20, 2020
It's a grift. He makes money from peddling this nonsense.

💬      🔁 1      🤍 18      📤

**Ezra is Here** @EzraHasOpinions · Dec 20, 2020
Replying to @cbouzy
You have a way of attracting the most "interesting" people 🙄🙄

💬      🔁      🤍 9      📤