IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN,            Plaintiff, Case No. 1:21-cv-10878-UA

v.

GEORGE WEBB SWEIGERT        DECLARATION - DENIAL OF JURISDICTION

CONSPIRACY TO DEFAME

Defendant.  _____/

Plaintiff Pro Se - Jason Goodman, 252 7th Avenue, New York, New York, 10001, truth@crowdsourcethetruth.org

Defendant Pro Se  - George Webb Sweigert (pro se) 209 St. Simons Cove, Peachtree City, Georgia

(503) 919-0748 Georg.webb@gmail.com

Memorandum in Support of Defendant, GEORGE WEBB SWEIGERT, DENIAL OF PERSONAL JURISDICTION,  Pursuant to Fed. R. Civ. P. 12(b)(2)

DECLARATION OF GEORGE WEBB SWEIGERT

I, George Webb Sweigert, hereby make a special limited scope appearance before this honorable court to reject personal jurisdiction and state the following, provided under penalties of perjury.

I am a nonresident providing a special limited scope appearance in New York for the sole purpose of contesting this claim without thereby subjecting myself in personal jurisdiction.

I am a non-represented non-attorney.

I hereby state that I am a non-domiciliary individual with regards to New York's long-arm statute.

I do not transact any business within the state or contract anywhere to supply goods or services in the state. I do not know the other Defendants listed in this case, and I have never knowingly communicated with them.

I do not regularly conduct or solicit business, or engage in any other persistent course of conduct, or derive substantial revenue from goods used or consumed or services rendered, in the state.

I do not expect or should reasonably expect my acts to have consequences in the state nor derive substantial revenue from interstate or international commerce of such acts.

I am not engaged in purposeful activity – some act by which an individual purposefully avails itself of the privilege of conducting activities within New York, thus invoking the benefits and protections of its law.

I do not consent to service of process to establish personal jurisdiction within this honorable court.

I make these statements only in the capacity of a special limited scope appearance without accepting the honorable court's jurisdiction.

So sworn under the penalties of perjury.



Defendant Pro Se - George Webb Sweigert (pro se) 209 St. Simons Cove, Peachtree City, Georgia

(503) 919-0748 Georg.webb@gmail.com