U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Vs.<br><br>CHRISTOPHER ELLIS BOUZY and GEORGE WEBB SWEIGERT | Case 1: 21-cv-10878-AT-JLC<br><br>Judge Analisa Torres<br><br>Magistrate Judge James L. Cott |

### NOTICE OF APPEAL TO THE SECOND CIRCUIT

NON-PARTY D. George Sweigert hereby appeals the ORDER of Judge Analisa Torres, **docket number 14**, for clear error in striking docket entries 6, 7 and 8 from the court's docket.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2022
```

Respectfully,

D. George Sweigert
Veteran U.S. Air Force
America's RV Mailbox
514 Americas Way, PMB 13339
Box Elder, SD 57719-7600
Email: SPOLIATION-NOTICE@MAILBOX.ORG

Signed this fifth day of January 2022.  Date 1/5/2022.

Respectfully,

D. George Sweigert
Veteran U.S. Air Force

CERTIFICATE OF SERVICE

The amicus declarant asserts under penalties of perjury that copies of these pleadings have been sent to Jason Goodman on 1/5/2022 at truth@crowdsourcethetruth.org and George Webb Sweigert at georg.webb@gmail.com

1