IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN,              Plaintiff, Case No. 1:21-cv-10878-UA

v.

GEORGE WEBB SWEIGERT        NOTICE TO CLERK OF COURT

                            ERROR IN COURT DOCUMENTS

                            CONSPIRACY TO DEFAME

Defendant. _____/

Plaintiff Pro Se - Jason Goodman, 252 7th Avenue, New York, New York, 10001, truth@crowdsourcethetruth.org

Defendant Pro Se - George Webb Sweigert (pro se) 209 St. Simons Cove, Peachtree City, Georgia

(503) 919-0748 Georg.webb@gmail.com

# NOTICE TO CLERK OF COURT, GEORGE WEBB SWEIGERT, DENIAL OF PERSONAL JURISDICTION, LIMITS OF STATUTE OF LIMITATIONS PURSUANT TO FED. R. CIV. P. 12(B)(2)

**NOTICE TO CLERK OF THE COURT - ERROR IN COURT DOCUMENTS**

The defendant in this action, George Webb Sweigert, hereby reaffirms his objections to this honorable court's personal jurisdiction as discussed in Rule 12(b)(2) of the Federal Rule of Civil Procedure. This reaffirmation is a limited scope appearance before this honorable court.

**NOTICE TO THE CLERK OF THE COURT**

Now comes defendant George Webb Sweigert to advise the Clerk of the Court that docket no. 18 is in error. This NOTICE OF APPEAL was NOT filed by George Webb Sweigert. Kindly correct the record of this error.

| Date | # | Entry |
|---|---|---|
| 01/04/2022 | | Mailed a copy of 14 Order to Jason Goodman at 252 7th Avenue, Apt. 6S, New York, NY 10001; and to David George Sweigert at 209 St. Simons Cove, Peachtree, GA 30269-4201. (kh) (Entered: 01/04/2022) |
| 01/05/2022 | 17 | INFORMATION PACKAGE MAILED to Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001, at, on 1/5/2022 Re: 15 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse (only in non prisoner cases), a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases). (aan) (Entered: 01/05/2022) |
| 01/05/2022 | 18 | NOTICE OF INTERLOCUTORY APPEAL from 14 Order. Document filed by George Webb Sweigert. Form D-P is due within 14 days to the Court of Appeals, Second Circuit. (tp) (Entered: 01/05/2022) |
| 01/05/2022 | | Appeal Fee Due: for 18 Notice of Interlocutory Appeal. Appeal fee due by 1/19/2022. (tp) (Entered: 01/05/2022) |
| 01/05/2022 | | Appeal Remark as to 18 Notice of Interlocutory Appeal filed by George Webb Sweigert. IFP Denied 01/04/2022. (tp) (Entered: 01/05/2022) |
| 01/05/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 18 Notice of Interlocutory Appeal. (tp) (Entered: 01/05/2022) |
| 01/05/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 18 Notice of Interlocutory Appeal filed by George Webb Sweigert were transmitted to the U.S. Court of Appeals. (tp) (Entered: 01/05/2022) |

**PACER Service Center**

Therefore, the defendant hereby asserts that this honorable court has no jurisdiction over the natural personal George Webb Sweigert, as discussed in Rule 12(b)(2), and has no authority to hear a May 2018 defamation claim or the derivative torts of civil conspiracy and tortious interface, as discussed in Rule 12(b)(2).

I, George Webb Sweigert, Defendant, do not know the other Defendants, I have never spoken with them, I have exchanged no communications with them, and I have entered into no conspiracy with them.

So affirmed under oath.



Defendant Pro Se  - George Webb Sweigert (pro se) 209 St. Simons Cove, Peachtree City, Georgia

(503) 919-0748 Georg.webb@gmail.com