AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Jason Goodman

)
)
)
)
)
Plaintiff(s) )
v. )  Civil Action No. 1:21-cv-10878-AT
)
Christopher Ellis Bouzy, )
Bot Sentinel, INC., )
George Webb Sweigert )
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bot Sentinel, INC.
5101 Meadowview Ave
North Bergen, NJ 07047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason Goodman
252 7th Avenue #6s
New York, NY 10001
323-744-7594

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/03/2022                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. #FED 1:21-cv-10878-AT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>BOT SENTINEL</u> was received by me on *(date)* <u>January 10, 2022</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>3 unsuccessful attempts at personal service due to evasive defendant</u>. Papers posted to front door and sent to defendant by USPS Certified Mail ; or

☒ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/18/2022

_____
Server's signature

Michael Phelan, Process Serving Agent
_____
Printed name and title

650 East Palisade Avenue, Englewood Cliffs, NJ 07632
_____
Server's address

Additional information regarding attempted service, etc.:

**1) Unsuccessful Attempt: Jan 12, 2022, 1:25 pm EST at Home:** 5101 MEADOWVIEW AVE, NORTH BERGEN, NJ 07047-3138. 1:10 PM Mr. Bouzy responded to doorbell, identifying himself, but refusing to open door, stating that he "does not open the door for anyone." After returning to my car to take notes, multiple North Bergen PD vehicles entered the dead-end street, parked, and approached my vehicle. They stated that they'd received a complaint from a neighbor about suspicious behavior. After I explained my legitimate purpose of civil process, the officers left the scene at approximately 1:45PM. Later, via defendant's Twitter post(s), I discovered that defendant had called NBPD and had taken photos of myself and officers from inside his home at that time. I made a second attempt before officers left, but he again refused to answer the door. *Photo; Exhibit: Twitter post(s).*

**2) Unsuccessful Attempt: Jan 14, 2022, 1:05 pm EST:** 5101 MEADOWVIEW AVE, NORTH BERGEN, NJ 07047-3138. As in my 1/12 attempt, I identified myself as a Process Server delivering federal court papers to Christopher Bouzy and Bot Sentinel. I was in uniform wearing a process server shirt and lanyard/ID. No response at door. Vehicle w/California plates in driveway. *Photo.*

**3) Unsuccessful Attempt: Jan 15, 2022, 4:10 pm EST:** 5101 MEADOWVIEW AVE, NORTH BERGEN, NJ 07047-3138. In uniform, I verbally advised Mr. Douzy through the door that I was a process server, citing the case number, and advising him that I was posting the documents to his door in a clear, weather-resistant polyethylene slipcover. *Photo*

**Additional information regarding attempted service, etc.**
4) Service by Certified Mail: Jan. 19, 2022, __11:30 AM__ EST by US Certified Mail to: 5101 MEADOWVIEW AVE, NORTH BERGEN, NJ 07047-3138. DOCUMENTS, INCLUDING SEPARATE SUMMONSES FOR CHRISTOPHER BOUZY and BOT SENTINEL, were mailed to the address described herein, marked Personal and Confidential, and bearing the defendant's address as the return address. Copies of receipt(s) attached. *(Exhibit)*

*With the defendant clearly present in the home during all three of my serve attempts, he demonstrates clear evasive behavior which would make personal service extremely difficult. His Twitter posts ("tweets), one of which occurred during my first attempt, include a photo of me outside of his home, demonstrating that Mr. Bouzy has clear and actual knowledge about this lawsuit and the personal service attempts. His online presence also presents as someone who is at home and online for 12-16 hours each day.*

*If authorized by the Court, electronic service of process, or any other appropriate emergent action, could acknowledge the Plaintiff's good faith efforts at due diligence and proper service of process, and potentially move this case forward.*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jason Goodman <br><br> *Plaintiff(s)* <br> v. <br> Christopher Ellis Bouzy, <br> Bot Sentinel, INC., <br> George Webb Sweigert <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-10878-AT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher Ellis Bouzy
5101 Meadowview Ave
North Bergen, NJ 07047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason Goodman
252 7th Avenue #6s
New York, NY 10001
323-744-7594

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/03/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. #FED 1:21-cv-10878-AT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CHRISTOPHER ELLIS BOUZY</u> was received by me on *(date)* January 10, 2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>3 unsuccessful attempts at personal service due to evasive defendant</u>. Papers posted to front door and sent to defendant by USPS Certified Mail ; or

☒ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 1/18/2022

*Server's signature*  1/19/22

Michael Phelan, Process Serving Agent
*Printed name and title*

650 East Palisade Avenue, Englewood Cliffs, NJ 07632
*Server's address*

Additional information regarding attempted service, etc.:

**1) Unsuccessful Attempt: Jan 12, 2022, 1:25 pm EST at Home:** 5101 MEADOWVIEW AVE, NORTH BERGEN, NJ 07047-3138. 1:10 PM Mr. Bouzy responded to doorbell, identifying himself, but refusing to open door, stating that he "does not open the door for anyone." After returning to my car to take notes, multiple North Bergen PD vehicles entered the dead-end street, parked, and approached my vehicle. They stated that they'd received a complaint from a neighbor about suspicious behavior. After I explained my legitimate purpose of civil process, the officers left the scene at approximately 1:45PM. Later, via defendant's Twitter post(s), I discovered that defendant had called NBPD and had taken photos of myself and officers from inside his home at that time. I made a second attempt before officers left, but he again refused to answer the door. *Photo; Exhibit: Twitter post(s).*

**2) Unsuccessful Attempt: Jan 14, 2022, 1:05 pm EST:** 5101 MEADOWVIEW AVE, NORTH BERGEN, NJ 07047-3138. As in my 1/12 attempt, I identified myself as a Process Server delivering federal court papers to Christopher Bouzy and Bot Sentinel. I was in uniform wearing a process server shirt and lanyard/ID. No response at door. Vehicle w/California plates in driveway. *Photo.*

**3) Unsuccessful Attempt: Jan 15 2022, 4:10 pm EST:** 5101 MEADOWVIEW AVE, NORTH BERGEN, NJ 07047-3138. In uniform, I verbally advised Mr. Douzy through the door that I was a process server, citing the case number, and advising him that I was posting the documents to his door in a clear, weather-resistant polyethylene slipcover. *Photo*

MP

**Additional information regarding attempted service, etc.**
**4) Service by Certified Mail:** Jan. 19, 2022, __11:30 AM__ EST by US Certified Mail to: 5101 MEADOWVIEW AVE, NORTH BERGEN, NJ 07047-3138. DOCUMENTS, INCLUDING SEPARATE SUMMONSES FOR CHRISTOPHER BOUZY and BOT SENTINEL, were mailed to the address described herein, marked Personal and Confidential, and bearing the defendant's address as the return address. Copies of receipt(s) attached. *(Exhibit)*

*With the defendant clearly present in the home during all three of my serve attempts, he demonstrates clear evasive behavior which would make personal service extremely difficult. His Twitter posts ("tweets"), one of which occurred during my first attempt, include a photo of me outside of his home, demonstrating that Mr. Bouzy has clear and actual knowledge about this lawsuit and the personal service attempts. His online presence also presents as someone who is at home and online for 12-16 hours each day.*

*If authorized by the Court, electronic service of process, or any other appropriate emergent action, could acknowledge the Plaintiff's good faith efforts at due diligence and proper service of process, and potentially move this case forward.*

1/12/20 MP



1/12/20





1/12/20
(MP)
My photo - Michael Phl





11/12

**Christopher Bouzy** · 3d

These people are complete idiots. The photo I posted earlier is of a White male who parked a few yards from our home. We called the police after catching him snooping around our property, and then he sat in his vehicle. I am the one who took the photo from our window...



e just confirmed on G
- that this was just a
photo of.
witter for IPhone

💬 10    🔁 59    ♡ 430    ↑

**Christopher Bouzy** · 3d
They ran his info and told him to leave after asking him a few





our window…

just confirmed on G
- that this was just a
photo of.
witter for iPhone

○ 10   ↻ 59   ♡ 430   ↑

**Christopher Bouzy** ✓ · 3d
They ran his info and told him to leave after asking him a few questions. The man is associated with someone linked to the group.

FYI: The police would never discuss any type of law enforcement action with a random jackass over the phone. Stop making shit up and seek help.

1/1

1/14/22



1/14/22



1/15/22





1/15/22

POSTED

**USPS TRACKING #**

DY DANIELS NJ 070
22 JAN 2022 PM 5 L

9590 9402 6438 0346 7872 75

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

GOODMAN
257 7TH AVE 6S
NEW YORK NY 10001

---

### Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHRISTOPHER BOUZY
5101 MEADOWVIEW AVE
NORTH BERGEN NJ 07047

9590 9402 6438 0346 7872 75

2. Article Number (Transfer from service label)

7021 0950 0001 3124 2865

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark
Here
JAN 19 2022

7021 0950 0001 3124 2865

Sent To Christopher Bouzy
Street and Apt. No., or PO Box No. 5101 MEADOWVIEW AVE
City, State, ZIP+4® NORTH BERGEN NJ 07047

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions