IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: Case 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| CHRISTOPHER ELLIS BOUZY, BOT SENTIEL, INC, | |
| GEORGE WEBB SWEIGERT, | |
| Defendant | |

**CERTIFICATE OF SERVICE**

It is hereby certified that plaintiff, Jason Goodman, served defendants with a copy of the related case statement via USPS mail on April 7, 2022.

Christopher Bouzy

Bot Sentinel

5101 Meadowview Ave,

North Bergen, NJ 07047

and

George Webb Sweigert

209 St. Simons Cove, Peachtree City, Georgia 30269

Signed this 7th day of April 2022

Plaintiff, Pro Se Jason Goodman
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1