**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of March, two thousand twenty-two,

_____

Jason Goodman,

    Plaintiff - Appellee,

v.

George Webb Sweigert,

    Defendant - Appellant,

Christopher Ellis Bouzy, Bot Sentiel, Inc.,

    Defendants.
_____

**ORDER**
Docket Number: 22-40

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 27 2022
```

A notice of appeal was filed on January 07, 2022. The filing fee of $505.00 was due to be paid to the district court by March 01, 2022. The case is deemed in default.

Instructions for moving for in forma pauperis status are provided in the Court's instructions entitled "How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective April 04, 2022 unless by that date appellant either pays the fee in full, moves for in forma pauperis status in district court or, if district court has denied in forma pauperis status, moves in this Court for in forma pauperis status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

                For The Court:
                Catherine O'Hagan Wolfe,
                Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/27/2022