## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Jason Goodman,
D/B/A CrowdSource The Truth

      Plaintiff,  **CASE: 1: 21-cv-10878-AT-JLC**

   -against-

            **JUDGE TORRES**

George Webb Sweigert,

      Defendant.

---

**Pro Se Intervenor**
**D. G. SWEIGERT, C/O**
AMERICA'S RV
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

Christopher Bouzy

Bot Sentinel

5101 Meadowview Ave,

North Bergen, NJ 07047

**press@botsentinel.com**

**Plaintiff Pro Se**
**JASON GOODMAN,**
**CROWDSOURCE THE TRUTH**
252 7th Avenue, #6
New York, New York 10001
(323) 744-7594
truth@crowdsourcethetruth.org

**Defendant Pro Se**
GEORGE WEBB SWEIGERT
1671 W. STEARNS ROAD, SUITE E
TEMPERANCE, MI 48182
503-919-0748
Georg.webb@gmail.com

---

## PROPOSED INTERVENOR'S SUPPLEMENT TO ECF NO. 27

---

I hereby attest that the foregoing was transmitted on May 4, 2022 (5/4/22) under the penalties of

perjury.

            **PROPOSED INTERVENOR**
            **D. G. SWEIGERT, C/O**
        **AMERICA'S RV MAILBOX, PMB 13339**
        **514 Americas Way, Box Elder, SD 57719**

**PROPOSED INTERVENOR'S SUPPLEMENT TO ECF NO. 27**

I hereby attest that the attached public documents are true and accurate artifacts under the penalties of perjury.

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**

**The foregoing document has been sent via e-mail message to:**

georg.webb@gmail.com , press@botsentinel.com and truth@crowdsourcethetruth.org on

May 4, 2022, sworn under penalties of perjury

**D. G. SWEIGERT**

**EXHIBIT ONE**

https://twitter.com/XposeSTUPIDbros/with_replies







**https://twitter.com/XposeSTUPIDbros/status/1521875045341179910**



**https://twitter.com/XposeSTUPIDbros/status/1521874351053844482**



# Lawyer Linked to DOJ Spying Given Judgeship

NICK DIVITO / September 10, 2013



(CN) - Valerie Caproni, the former top lawyer for the FBI with links to the domestic "dragnet" scandal, was confirmed as a federal judge on Monday by the U.S. Senate.

The Senate voted Caproni 73-24 on Monday for a judgeship with the Manhattan-based Southern District of New York. She had served the FBI as its top lawyer from 2003 to 2011.

https://twitter.com/XposeSTUPIDbros/status/1521518322529050625



https://twitter.com/XposeSTUPIDbros/status/1509641726557839370



https://twitter.com/XposeSTUPIDbros/status/1521177186304151552



**https://twitter.com/XposeSTUPIDbros**













File 1: Uploaded as "SweigertVCNNDrainSummons_PDF_fillable2021.pdf", saved and attached as "File_1_ProSe_20210617_16_11_34_270.pdf"
Description: Summons Request

On Thu, Jun 17, 2021 at 4:07 PM ████████ ████ <███████████████████████████> wrote:

Mr. Sweigert,

We have not received the document through the Temporary Pro Se Document Upload Program.  We can not issue the Summons until you correctly submit the document.

Best,

████████ ██████

Pro Se Case Administrator

U.S. District Court - Eastern District of Michigan
Direct Phone: ███████████

███████████████████████████

**EXHIBIT TWO**

**https://twitter.com/JGoodman_CSTT**



**https://twitter.com/JGoodman_CSTT/status/1519649224706637825**



**https://twitter.com/JGoodman_CSTT/status/1504954872273285126**



**https://twitter.com/JGoodman_CSTT/status/1516050190314221570**



**https://twitter.com/JGoodman_CSTT/status/1516797415902302214**





https://twitter.com/JGoodman_CSTT/status/1519798730379169793



https://twitter.com/JGoodman_CSTT/status/1503831461341900806



**EXHIBIT THREE**

**https://www.youtube.com/watch?v=qTuXPFoZERk**



Counterlawfare Update – StupidMario World Flames Out! Failure to State A Valid Claim Against CNN

3,048 views...

👍 242     👎 DISLIKE     ↗ SHARE     ✂ CLIP     ☰+ SAVE     ...

Crowdsource the Truth 5
10K subscribers

SUBSCRIBED

Crowdsource the Truth 5
Crowdsource the Truth 5
10K subscribers
SUBSCRIBED
Webb of lies falls apart as "David v Goliath" CNN case gets dismissed six ways to Sunday.
subscribe to Crowdsource the Truth on Rumble - https://rumble.com/user/csthetruth subscribe to
Crowdsource the Truth on Odysee - https://odysee.com/@Crowdsourcethetru... Please sponsor the
Crowdsource the Truth Counterlawfare Fund at http://www.crowdsourcethetruth.com. Become a
sponsor & enjoy exclusive content on SubscribeStar & Patreon Get a FREE 3-Day trial at
http://www.subscribestar.com/crowdsou... http://www.patreon.com/crowdsourcethe...
http://paypal.me/crowdsourcethetruth Visit http://www.crowdsourcethetruth.com

https://www.youtube.com/watch?v=hrPfebLivPI



Ghost Town NYC – Counterlawfare Heats Up with the Weather is #StupidMarioWorld Melting Down?

4,075 views...                    👍 316    👎 DISLIKE    ↪ SHARE    ✂ CLIP    ≡+ SAVE    ...

Crowdsource the Truth 5
Crowdsource the Truth 5
10K subscribers
SUBSCRIBED
#NYC #Lawfare #StupidMarioBros An amended Amicus Curiae Brief has dropped like a MOAB on the docket in Detroit sending shockwaves through Stupid Mario World.
The weather is warming up as some people face the real possibility of jail. subscribe to Crowdsource the Truth on Rumble - https://rumble.com/user/csthetruth subscribe to Crowdsource the Truth on Odysee - https://odysee.com/@Crowdsourcethetru... Please sponsor the Crowdsource the Truth Counterlawfare Fund at http://www.crowdsourcethetruth.com. Become a sponsor & enjoy exclusive content on SubscribeStar & Patreon Get a FREE 3-Day trial at http://www.subscribestar.com/crowdsou... http://www.patreon.com/crowdsourcethe...

**EXHIBIT FOUR**

**https://twitter.com/GHenryDickface**





https://twitter.com/GHenryDickface/status/1519312008390270978

