```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _05-20-2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JASON GOODMAN,

                          Plaintiff,

            -v-

CHRISTOPHER ELLIS BOUZY, BOT SENTINEL
INC., and GEORGE WEBB SWEIGERT,

                        Defendants.
-----------------------------------------------------------------X

**ORDER**

21-CV-10878 (AT) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    Plaintiff Jason Goodman, proceeding *pro se*, filed the complaint in this case on December 19, 2021. Docket No. 1. On December 30, 2021, defendant George Webb Sweigert, proceeding *pro se*, filed a document entitled "affidavit (affirmation) of George Webb Sweigert in support of dismissal – failure to state a claim for conspiracy to defame." Docket No. 9.[1]

---

[1] Nonparty David George Sweigert has filed several documents in this case, including a notice of related litigation, two declarations, an "amicus curiae brief," and two affidavits. Dkt. Nos. 2-8. Because nonparties are not permitted to file documents in a case unless they have been granted permission to intervene under Rule 24 of the Federal Rules of Civil Procedure, and because David George Sweigert is a nonparty, and he has not been granted permission to file documents in this case, these documents were struck from the docket. David George Sweigert appealed the Court's order striking his submissions (Dkt. No. 18) on January 5, 2022, but the Second Circuit dismissed the appeal (Dkt. No. 28) (Second Circuit mandate). By letter dated April 13, 2022, nonparty David George Sweigert has sought permission to intervene in this case pursuant to Rule 24 of the Federal Rules of Civil Procedure. Dkt. No. 25.

An order of service issued on January 4, 2022, giving plaintiff 90 days under Rule 4 of the Federal Rules of Civil Procedure to serve the defendants. Docket No. 15. This case was referred to me for general pretrial supervision on January 4, 2022. Docket No. 16.

On January 10, 2022, defendant George Webb Sweigert filed a "motion of errata in court documents," Docket No. 19, contending that the Court lacks personal jurisdiction over him, as he is a Georgia resident. To date, plaintiff Goodman has not responded to this motion.

The Docket reflects that defendants Bot Sentinel, Inc. ("Bot Sentinel") and Christopher Ellis Bouzy ("Bouzy") were served by certified mail on January 19, 2022, after several efforts to effect personal service by a process server were unsuccessful. Docket No. 21, at 2-3. To the extent service was effective, defendants Bot Sentinel and Bouzy were required to respond to the complaint by February 9, 2022. To date, no answer, motion, or other response has been filed by either of these defendants.

Given these circumstances, the Court hereby orders as follows:

1. Plaintiff Goodman is directed to respond to defendant Sweigert's motion to dismiss for lack of personal jurisdiction **by June 10, 2022**. Any reply papers will be due **by June 24, 2022**.

2. Plaintiff Goodman is directed to respond to nonparty D.G. Sweigert's application to intervene **by June 10, 2022**. Any reply papers will be due **by June 24, 2022**.

3. As noted, it is not clear whether defendants Bouzy and Bot Sentinel have been properly served, as it appears the only service was made by mail and not by personal service. To the extent plaintiff Goodman is seeking to serve these defendants electronically, any application to that effect, or any other information supporting the fact that service was properly made, should be submitted to the Court **no later than June 10, 2022**.

**SO ORDERED.**

Dated: May 20, 2022
   New York, New York

_____
JAMES L. COTT
United States Magistrate Judge