UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN

                          Plaintiff,

-against-

CHRISTOPHER ELLIS BOUZY; BOT SENTINEL, INC.; GEORGE WEBB SWEIGERT

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2022
```

21 Civ. 10878 (AT) (JLC)

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

The above-entitled action is referred to the Honorable James L. Cott for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☒ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: Motion to intervene, ECF No. 25, MTD, ECF No. 19-20 |

SO ORDERED.

Dated: May 20, 2022
       New York, New York

                                                ANALISA TORRES
                                      United States District Judge