IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., GEORGE WEBB SWEIGERT<br><br>    Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**PROOF OF SERVICE OF PROCESS ON CHRISTOPHER BOUZY AND BOT SENTINEL, INC.** |

Plaintiff Jason Goodman by and for himself pro se ("Goodman" or "Plaintiff") submits this attached evidence as proof of service upon defendant Christopher Ellis Bouzy ("Bouzy" or "Defendant") and Bot Sentinel, INC ("Bot Sentinel").

On or about January 15, 2022, a professional process server licensed in the state of New Jersey served Defendants Bouzy and Bot Sentinel with the summons and complaint by affixing both to the door of Bouzy's residence which is also the primary place of business for Bot Sentinel. (Dkt. No. 21)

Mr. Bouzy deliberately obstructed service while issuing defiant public statements via Twitter that indicated his knowledge of this action and the attempt to legally effect personal service of process. Even more brazenly, Bouzy continues to thumb his nose at this honorable Court, flout its authority in a recent statement published on his @cbouzy Twitter account on or about June 1, 2022, stating, "I am not worried about a pro-se lawsuit filed by a conspiracy theorist who was admonished by three separate federal judges,

PROOF OF SERVICE OF PROCESS ON CHRISTOPHER BOUZY AND BOT SENTINEL, INC - 1

suspended by Twitter twice, suspended by YouTube 5 times, and is currently involved in 7 separate lawsuits. I only worry about things that matter." **(EXHIBIT A)** The statement by Bouzy indicates that he is aware of this instant action and its specific nature.  Moreover, it substantiates Plaintiff's allegations that Bouzy is in receipt of information from codefendant George Webb Sweigert and or nonparty David George Sweigert.  The tweet exhibits Mr. Bouzy's incorrect belief that this Court has no authority over him.  Plaintiff Goodman respectfully requests that the Court acknowledge proper service and compel Bouzy to answer or otherwise be found in contempt of court.

Signed this 9th day of June 2022

Respectfully submitted,

_____
Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

PROOF OF SERVICE OF PROCESS ON CHRISTOPHER BOUZY AND BOT SENTINEL, INC - 2

**(EXHIBIT A)**

6/9/22, 2:51 PM  Christopher Bouzy on Twitter: "I am not worried about a pro-se lawsuit filed by a conspiracy theorist who was admonished by three separate fede…

Case 1:21-cv-10878-AT-JLC   Document 35   Filed 06/09/22   Page 4 of 4

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← Thread



**Christopher Bouzy** ✓
@cbouzy

I am not worried about a pro-se lawsuit filed by a conspiracy theorist who was admonished by three separate federal judges, suspended by Twitter twice, suspended by YouTube 5 times, and is currently involved in 7 separate lawsuits. I only worry about things that matter.

> **Lily Lancaster** 🌊 @RealLilybet · Jun 1
> Replying to @cbouzy
> You should have watched the trial for yourself. Good luck with your own defamation case coming up. Took a while to serve you but they got there in the end. 🤭 #truthwins #JusticeForJohnnyDepp



3:48 PM · Jun 1, 2022 · Twitter for Android

26 Retweets   382 Likes

🔍 Search Twitter

**Relevant people**


**Christopher Bouzy** ✓
@cbouzy
When I was 9, I star... Mattel Aquarius cor... developed several p... & 30s, and then in ... BotSentinel.com


**Lily Lancaster** 🌊
@RealLilybet
Mom of two. Travel... enthusiast. Coffee ... Archeologist. Sport... #BrazenHUssy #JusticeForJohnnyD... DMs

**What's happening**

Gaming · LIVE
Gamers tune in to the Sum... Game Fest 2022 🎮
Trending with Among Us

Food · Trending
**Diet Coke**
Trending with Coke Zero

Trending in United States
**Penn Station**
1,308 Tweets

🔵 Bloomberg Politics ✓ · Yest...
"He's not God": Trump's M... creation takes on a life of it...

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.