IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., GEORGE WEBB SWEIGERT | |
| Defendants | |

Please take notice, upon filing of the attached declaration and exhibits, plaintiff Jason Goodman by and for himself pro se ("Goodman" or "Plaintiff") will respectfully move the Court to take judicial notice of certain public documents containing facts relevant to this case and in particular Plaintiff's opposition to defendant George Webb Sweigert's ("Sweigert") motion to dismiss. Sweigert seeks to dismiss this action on the basis that this honorable Court does not have personal jurisdiction over him, but in conflict with that claim is the fact that Sweigert is already Plaintiff in litigation against Goodman in the Southern District of New York. (*See* Sweigert v Goodman Case 1:22-cv-02788-LGS)

Signed this 13th day of June 2022

Respectfully submitted,

_____
Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

PLAINTIFF'S OPOSITION TO DEFENDANT GEORGE WEBB SWEIGERT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION - 1