IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., GEORGE WEBB SWEIGERT<br><br>        Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CERTIFICATE OF SERVICE OF SERVICE** |

It is hereby certified that plaintiff, Jason Goodman, served defendants Christopher Bouzy and Bot Sentinel with the following via USPS at 5101 Meadowview Ave Bergen NJ 07047.

1) PLAINTIFF'S OPPOSITION TO NONPARTY MOVANT DAVID GEORGE SWEIGERT'S MOTION TO INTERVENE.
2) PLAINTIFF'S OPPOSITION TO NON- PARTY MOVANT DAVID GEORGE SWEIGERT'S MOTION TO INTERVENE
3) PROOF OF SERVICE OF PROCESS ON CHRISTOPHER BOUZY AND BOT SENTINEL, INC.
4) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
5) RELATED CASE STATEMENT

Signed this 14th day of June 2022

Respectfully submitted,

_____
Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

PROOF OF SERVICE OF PROCESS ON CHRISTOPHER BOUZY AND BOT SENTINEL, INC - 1