IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE OF SERVICE** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., GEORGE WEBB SWEIGERT | |
| Defendants | |

It is hereby certified that plaintiff, Jason Goodman, served non-party David George Sweigert with the following via USPS at America's RV MAILBOX, PMB 13339 514 Americas Way, Box Elder, SD 57719.

1) PLAINTIFF'S OPPOSITION TO NONPARTY MOVANT DAVID GEORGE SWEIGERT'S MOTION TO INTERVENE.
2) PLAINTIFF'S OPPOSITION TO NON- PARTY MOVANT DAVID GEORGE SWEIGERT'S MOTION TO INTERVENE
3) PROOF OF SERVICE OF PROCESS ON CHRISTOPHER BOUZY AND BOT SENTINEL, INC.
4) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
5) RELATED CASE STATEMENT

Signed this 14th day of June 2022

Respectfully submitted,

                                                _____
                                                Jason Goodman, Plaintiff, Pro Se
                                                            252 7th Avenue Apt 6s
                                                               New York, NY 10001
                                                                    (323) 744-7594
                                             truth@crowdsourcethetruth.org

PROOF OF SERVICE OF PROCESS ON CHRISTOPHER BOUZY AND BOT SENTINEL, INC - 1