UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF NEW YORK

JASON GOODMAN
                        Plaintiff,

-against-                       Case 1:21-cv-10878-AT-JLC

CHRISTOPHER E. BOUZY,

GEORGE WEBB SWEIGERT
                        Defendant.

## NOTICE OF CERTIFICATE OF SERVICE

ECF NO. 45 WAS SENT VIA PDF ATTACHMENT TO THE FOLLOWING E-MAIL MESSAGE ACCOUNTS.

| Plaintiff Pro Se | Christopher Bouzy | Defendant Pro Se |
|---|---|---|
| JASON GOODMAN, CROWDSOURCE THE TRUTH | Bot Sentinel | GEORGE WEBB SWEIGERT |
| 252 7th Avenue, #6 | 5101 Meadowview Ave, | 1671 W. STEARNS ROAD, SUITE E |
| New York, New York 10001 | North Bergen, NJ 07047 | TEMPERANCE, MI 48182 |
| (323) 744-7594 | | 503-919-0748 |
| truth@crowdsourcethetruth.org | press@botsentinel.com | Georg.webb@gmail.com |

So certified under penalty this date 6/21/2022.

*D. Sgt*

PROPOSED INTERVENOR
D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way,
Box Elder, SD 57719