# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Jason Goodman,
D/B/A CrowdSource The Truth

                              Plaintiff,        **CASE: 1: 21-cv-10878-AT-JLC**

      -against-

                                      **JUDGE TORRES**

George Webb Sweigert,

                      Defendant.

---

**Pro Se Intervenor**
**D. G. SWEIGERT, C/O**
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

Christopher Bouzy

Bot Sentinel

5101 Meadowview Ave,

North Bergen, NJ 07047

**press@botsentinel.com**

**Plaintiff Pro Se**
**JASON GOODMAN,**
**CROWDSOURCE THE TRUTH**
252 7th Avenue, #6
New York, New York 10001
(323) 744-7594
truth@crowdsourcethetruth.org

**Defendant Pro Se**
GEORGE WEBB SWEIGERT
1671 W. STEARNS ROAD, SUITE E
TEMPERANCE, MI 48182
503-919-0748
Georg.webb@gmail.com

---

## SUPPLEMENT TO ECF No. 45.

I hereby attest that the foregoing was transmitted via PDF file to the above parties on June 23, 2022 (6/23/2022) under the penalties of perjury.

*[signature]*

                           **PROPOSED INTERVENOR**
                           **D. G. SWEIGERT, C/O**
                           **MAILBOX, PMB 13339**
                           **514 Americas Way,**
                           **Box Elder, SD 57719**

Case 1:21-cv-10878-AT-JLC   Document 48   Filed 06/23/22   Page 2 of 4

**SUPPLEMENT TO ECF No. 45.**

The undersigned *pro se* non-attorney third-party, comes to notify the Court that Jason Goodman has posted a video on several social media channels that describe his version of the facts concerning the "Stupid Mario Brothers".

I hereby attest that true and accurate screen shots and video transcripts are attached.  I hereby swear on June 23, 2022 (6/23/2022) under the penalties of perjury.

> **PROPOSED INTERVENOR**
> **D. G. SWEIGERT, C/O**
> **MAILBOX, PMB 13339**
> **514 Americas Way,**
> **Box Elder, SD 57719**



Ghost Town NYC – Counterlawfare Countdown
190 views • Streamed live 5 hours ago

https://www.youtube.com/watch?v=L6NNO5oo8wE

**RELEVANT TRANSCRIPT**

2

0:33   PEOPLE WANT TO HEAR MORE ABOUT THE COUNTERLAWFARE EFFORTS UNDERWAY

0:59   WHEN THIS BROADCAST IS DONE I WILL CARRY ON WITH THE COUNTERLAWFARE REPORT ON SUBSCRIBESTAR DOT COM SLASH CROWDSOURCE THE TRUTH AND PATREON DOT COME SLASH CROWDSOURCE THE TRUTH

2:01   THIS IS THE ONLY JOB I DO AND I LIKE IT

6:39   WHEN YOU ACCUSE SOMEONE OF DEFAMATION THERE ARE CERTAIN THINGS YOU HAVE TO ALLEGE THAT YOU HAVE TO STATE HAPPENED

7:15   YOU NEED TO ALLEGE THINGS IN A VERY SPECIFIC WAY, PLEADING THEM PROPERLY

8:59   THAT TALL GUY HAS A BROTHER,

9:46 THESE BROTHERS CLAIM TO BE ESTRANGED, THEY ARE NOT WORKING TOGETHER, NO, THEY HATE EACH OTHER

10:34 THESE ARE THE STUPID MARIO BROTHERS I AM TALKING ABOUT, STUPID MARIO AND STUPID LUIGI

11:45  THESE IS NO EXPLANATION FOR THIS DOCUMENT, ECF NUMBER 12, HOW IT GOT ON THE DOCKET WITH THIS FEDERAL EMPLOYEE'S NAME ON IT AS THE

AUTHOR, YA, THE META DATA ON THE PDF DOCUMENT REVEALS THE AUTHOR OF THE PDF DOCUMENT NOT TO BE THE PRO SE LITIGANT WHO FILED IT, ALLEGEDLY, BUT RICHARD LOURY, A CLERK IN THE COURT AND A FEDERAL EMPLOYEE

13:00 THIS GUY WHO IS AN EMPLOYEE OF THE FEDERAL COURT ALL THE EVIDENCE THAT I SEE IS HE WAS AUTHORING PLEADINGS -- THAT IS NOT ALLOWED

13:46 NOT HAVE CLERKS IN THE FEDERAL COURT IN THE EASTERN DISTRICT OF MICHIGAN FILE DOCUMENTS FOR YOU

14:33 I PUT IN AN AMICUS BRIEF, WHICH IS A LETTER TO THE COURT

15:16 I DROVE TO MICHIGAN , REMEMBER , THANKS AGAIN TO SPONSORS OF THE SHOW

17:00  THIS GUY RICHARD LOURY, I LOOKED HIM UP ON-LINE, AND CALLED HIM TO ASK HIM SOME QUESTIONS

22:29  STUPID MARIO BRINGS A LAWSUIT AND IT GOES TO THE SAME JUDGE .... AND KICKS IT DOWN TO NEW YORK

38:08  TALL DOPES WHO GO TO EUROPE AND THEIR MYSTERIOUS DOPEY BROTHERS MAKE PUBLIC STATEMENTS AGAINST THEIR OWN INTEREST ABOUT THEIR FAMILY HISTORY OF MEDICALLY DIAGNOSED AND PHARMACEUTICALLY TREATED SCHIZOPHRENIA

4