# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Jason Goodman,
D/B/A CrowdSource The Truth

                      Plaintiff,      **CASE: 1: 21-cv-10878-AT-JLC**

      -against-

                                **JUDGE TORRES**

George Webb Sweigert,

                    Defendant.

---

**Pro Se Intervenor**
**D. G. SWEIGERT, C/O**
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

Christopher Bouzy

Bot Sentinel

5101 Meadowview Ave,

North Bergen, NJ 07047

**press@botsentinel.com**

**Plaintiff Pro Se**
**JASON GOODMAN,**
**CROWDSOURCE THE TRUTH**
252 7th Avenue, #6
New York, New York 10001
(323) 744-7594
truth@crowdsourcethetruth.org

**Defendant Pro Se**
GEORGE WEBB SWEIGERT
1671 W. STEARNS ROAD, SUITE E
TEMPERANCE, MI 48182
503-919-0748
Georg.webb@gmail.com

---

## REQUEST FOR JUDICIAL NOTICE

## ENTRY OF DEFAULT AGAINST MULTIMEDIA SYSTEM DESIGN, INC.,

## JASON GOODMAN, CHIEF EXECUTIVE OFFICER

---

I hereby attest that the foregoing was transmitted via PDF file and e-mail to the above parties on

July 6, 2022 (7/6//2022) under the penalties of perjury.

                              **PROPOSED INTERVENOR. D. G. SWEIGERT, C/O**
                              **PMB 13339, 514 Americas Way, Box Elder, SD 57719**

## REQUEST FOR JUDICIAL NOTICE

## ENTRY OF DEFAULT AGAINST MULTIMEDIA SYSTEM DESIGN, INC.,

## JASON GOODMAN, CHIEF EXECUTIVE OFFICER

I hereby attest that a true and accurate court document is attached, sworn on July 6, 2022

(7/6/2022) under the penalties of perjury.

**PROPOSED INTERVENOR**
**D. G. SWEIGERT, C/O**
**PMB 13339**
**514 Americas Way**
**Box Elder, SD 57719**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. G. Sweigert,

                    Plaintiff(s),

v.                                                        Case No. 2:22–cv–10642–GAD–EAS
                                                          Hon. Gershwin A. Drain
Mutimedia System Design, Inc.,
et al.,

                    Defendant(s).

_____

### CLERK'S ENTRY OF DEFAULT

Party in Default:  Mutimedia System Design, Inc., Odysee Holdings, Inc.

   The default of the party named above for failure to plead or otherwise defend is entered.

### Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT


                          By: s/ N Ahmed_____
                              Deputy Clerk

Dated:   July 6, 2022