UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Jason Goodman,

        Plaintiff,    CASE: 1: 21-cv-10878-AT-JLC

-against-

                      JUDGE TORRES

George Webb Sweigert,

        Defendant.

---

**Pro Se Intervenor**
**D. G. SWEIGERT, C/O**
AMERICA'S RV
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

Christopher Bouzy
Bot Sentinel
5101 Meadowview Ave,
North Bergen, NJ 07047

**press@botsentinel.com**

**Plaintiff Pro Se**
**JASON GOODMAN,**
**CROWDSOURCE THE TRUTH**
252 7th Avenue, #6
New York, New York 10001
(323) 744-7594
truth@crowdsourcethetruth.org

**Defendant Pro Se**
GEORGE WEBB SWEIGERT
1671 W. STEARNS ROAD, SUITE E
TEMPERANCE, MI 48182
503-919-0748
Georg.webb@gmail.com

---

**PROPOSED INTERVENOR'S SUPPLEMENT TO ECF NO. 45**

---

I hereby attest that the foregoing was transmitted to the above parties via e-mail PDF attachment on the ninth day of October 2022 (10/9/2022) under the penalties of perjury.

*D. S—t* (signature)

                      **PROPOSED INTERVENOR**
                      **D. G. SWEIGERT, C/O**
                      **MAILBOX, PMB 13339**
                      **514 Americas Way, Box Elder, SD 57719**

## PROPOSED INTERVENOR'S SUPPLEMENT TO ECF NO. 45

I hereby attest that the attached public documents are true and accurate artifacts under the penalties of perjury.

*D. G. SWEIGERT, C/O*
*AMERICA'S RV MAILBOX, PMB 13339*
*514 Americas Way, Box Elder, SD 57719*

**The foregoing document has been sent via e-mail message to:**

georg.webb@gmail.com , press@botsentinel.com and truth@crowdsourcethetruth.org on October 9, 2022, sworn under penalties of perjury

D. G. SWEIGERT

## **EXHIBIT ONE**

**https://www.youtube.com/watch?v=uOTgbcweP84&t=12s**







would agree to waive any claim they have against your company and you, if you do the same. In addition, they would agree to never communicate with you, talk about you, or mention you – only if you agree to the same. At this juncture, my clients believe that this is the best course of action, but are willing and ready to take action against Your Company and You Personally if you do not agree to these terms.

If you fail to drop the lawsuit against Christopher Bouzy and Bot Sentinel, Inc., within seven (7) days from receipt of this letter, or publish additional defamatory statements in the future, my clients have instructed me to pursue such further legal actions against Your Company and You Personally, in accordance with the law, including but not limited to, all applicable civil claims and/or the filing of a criminal complaint against you. Please be guided accordingly.

Very truly yours,

C. Martinez, Esq.
Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
*Counsel for Bot Sentinel, Inc. & Christopher Bouzy*

cc: Christopher Bouzy (via email)

@natalielawyerchickyoutube  @natalielawyerchick  @natlawyerchic



2. You've made statements (via your own social media account or the social media of Crowdsource the Truth – including YouTube) stating that Christopher Bouzy works for the Brookings Institution. These statements are false.
3. You've made statements (via your own social media account or the social media of Crowdsource the Truth – including YouTube) stating that Christopher Bouzy's mother was a prostitute from Atlantic City. These statements are false.
4. You've made statements (via your own social media account or the social media of Crowdsource the Truth – including YouTube) stating that Christopher Bouzy operates multiple social media accounts to attack you and others. These statements are false.

Since all of the statements referenced above are false, and your statements are interfering with my clients' business practices, the statements above are defamatory as a matter of law. As such, my clients are prepared to file a counterclaim against you.

In order to avoid you from incurring unnecessary legal fees, my clients have directed me to reach out to you before filing a claim against Your Company and You Personally. My clients would agree to waive any claim they have against your company and you, if you do the same. In addition, they would agree to never communicate with you, talk about you, or mention you – only if you agree to the same. At this juncture, my clients believe that this is the best course of action, but are willing and ready to take action against Your Company and You Personally if you do not agree to these terms.

If you fail to drop the lawsuit against Christopher Bouzy and Bot Sentinel, Inc., within

@natalielawyerchickyoutube  @natalielawyerchick  @natlawyerchic