UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Jason Goodman,

                      Plaintiff,      CASE: 1: 21-cv-10878-AT-JLC

-against-

                                             JUDGE TORRES

George Webb Sweigert,

                      Defendant.

---

**Pro Se Intervenor**
**D. G. SWEIGERT, C/O**
AMERICA'S RV
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

Christopher Bouzy
Bot Sentinel
5101 Meadowview Ave,
North Bergen, NJ 07047

**press@botsentinel.com**

**Plaintiff Pro Se**
**JASON GOODMAN,**
**CROWDSOURCE THE TRUTH**
252 7th Avenue, #6
New York, New York 10001
(323) 744-7594
truth@crowdsourcethetruth.org

**Defendant Pro Se**
GEORGE WEBB SWEIGERT
1671 W. STEARNS ROAD, SUITE E
TEMPERANCE, MI 48182
503-919-0748
Georg.webb@gmail.com

---

### NOTICE TO THE CLERK OF RULE 41(a) WITHDRAWAL

---

I hereby withdraw all claims to this legal action and apply Rule 41(a), voluntary dismissal without prejudice, and attest that the foregoing was transmitted to the above parties via e-mail PDF attachment on the nineteenth day of October 2022 (10/19/2022) under the penalties of perjury.

                                                    **PROPOSED INTERVENOR**
                                                         D. G. SWEIGERT