IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>  Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC.,<br><br>  Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, DAMAGES, FEES, AND COSTS** |

Please take notice, pursuant to Federal Rule of Civil Procedure 55(b)(2), Jason Goodman ("Goodman" or "Plaintiff"), by and for himself pro se, moves for default judgment and a permanent injunction against Defendants Christopher Bouzy and Bot Sentinel Inc., their respective officers, agents, servants, employees, successors and assigns, and all persons acting in concert with or under the direction of Defendants and for an award for damages, fees and costs ("Motion for Default Judgment").

Plaintiff's Motion for Default Judgment is supported by the Affidavit of Jason Goodman, Plaintiffs Memorandum of law and attached exhibits, and upon prior pleadings.

Signed this 20th day of November 2022

Respectfully submitted,

_____
Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

NOTICE OF MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, DAMAGES, FEES, AND COSTS - 1