IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., | |
| Defendants | |

## CERTIFICATE OF SERVICE

It is hereby certified that the accompanying materials have been sent via USPS to the following parties:

Christopher Bouzy

Bot Sentinel

5101 Meadowview Ave,

North Bergen, NJ 07047

Signed this 20th day of November, 2022

_____

Plaintiff, Pro Se Jason Goodman
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1