IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC.,<br><br>    Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**[PROPOSED] ORDER ENTERING FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT AND AWARDING PLAINTIFF DAMAGES FEES AND COSTS** |

This matter comes before the Court upon Motion by Plaintiff for the entry of a final judgment and permanent injunction by default against Defendants Christopher Ellis Bouzy and Bot Sentinel Inc., and an award of damages, fees, and costs.

The Court, having considered the Affidavit of Jason Goodman in Support of Plaintiff's Motion for Default Judgment, Permanent Injunction, Damages, Fees, and Costs, Plaintiff's Memorandum of Law in Support of the Motion, attached exhibits, and upon all other pleadings and paper on file in this lawsuit, it is hereby ORDERED, ADJUDGED, AND DECREED as follows (hereinafter, "Default Judgment Order"):

**I.    Defendant's Liability**

1) Judgment is granted in favor of Plaintiffs on all claims asserted against Defendants in the Complaint;

**II.    Permanent Injunction**

1) IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Christopher Ellis

Bouzy and Bot Sentinel Inc., (collectively "Defendants") their respective officers, agents, servants, employees, successors and assigns, and all persons acting in concert with or under the direction of Defendants, who receive actual notice of this Order, are permanently enjoined from:

    A.    Communicating or interacting with plaintiff in any way

    B.    Participating, cooperating, or communicating with George Webb Sweigert, David George Sweigert or their officers, agents, servants, employees, successors and assigns regarding any matter concerning Plaintiff.

    C.    Communicating with Twitter, YouTube, Facebook, Google, Rumble, Odysee, Patreon, SubscribeStar, Gttr, BitChute or any other social media, web hosting, live streaming video platform or other internet service provider or their officers, agents, servants, employees, successors and assigns regarding any matter concerning Plaintiff.

    D.    Making any social media posts or public or private communications pertaining to, concerning or in any way relating to Plaintiff.

2) IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants must destroy all existing Tweets, blog posts, images, videos, podcasts, audio recordings, comments or other social media content under their control pertaining to Plaintiff.

3) IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant must issue a public apology via his @cbouzy and @botsentinel Twitter accounts and all other social

[PROPOSED] ORDER ENTERING FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT AND AWARDING PLAINTIFF DAMAGES FEES AND COSTS - 2

media accounts under Defendants' control admitting all criminal allegations attributed to Plaintiff were false, fabricated by Webb and Bouzy and that no evidence has ever existed with regard to claims of criminal acts by Plaintiff. Further, the apology must state that the allegations were fabricated with malicious intent specifically to harm Plaintiff.

### III.     Damages, Fees and Costs

1) IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that that Plaintiff is entitled to an award of damages associated with lost business as a result of defendants' malicious actions as well as fees and costs associated with this lawsuit.

2) The Court refers this matter to Magistrate James L. Cott for an inquest into damages.

3) Any failure by Defendant to comply with the terms of this Default Judgment Order shall be deemed contempt of Court, subjecting Defendant to contempt remedies including fines, seizure of property and any other remedy as determined by the Court.

4) This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Default Judgment Order.

Signed this 20th day of November 2022

Respectfully submitted,

_____
Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

[PROPOSED] ORDER ENTERING FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT AND AWARDING PLAINTIFF DAMAGES FEES AND COSTS - 3