**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

                               **Plaintiff(s),**

                                                                                               _____ **Civ.** _____(\_\_\_)

                     **- against -**

                                                                        **CLERK'S CERTIFICATE**
                                                                         **OF DEFAULT**

                               **Defendant(s),**
-------------------------------------------------------------X

        **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on _____ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) _____ by personally serving _____, *and proof of service was therefore filed on* _____, *Doc. #(s)* _____. **I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

           _____, 20\_\_\_                               **RUBY J. KRAJICK**
                                                                                      **Clerk of Court**

                                                                          **By:** _____
                                                                                   **Deputy Clerk**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC.,<br><br>　　　　Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**AFFIDAVIT OF JASON GOODMAN IN SUPPORT OF CLERKS CERTIFICATE OF DEFAULT** |

I, Jason Goodman hereby affirm as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any crime involving moral turpitude. I am competent to testify to the matters stated herein.

2. I have personal knowledge of each and every statement made in this Affidavit and such statements are true and correct.

3. I make and submit this Affidavit in connection with the Clerks Default Certificate.

4. On November 20, 2022, I filed a motion for default judgement against Defendants.

5. On November 22, 2022, I cured a defect with the filing by submitting a Clerks Default Certificate indicating Chris Bouzy had been personally served with this lawsuit.

Signed this 20th day of November 2022

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jason Goodman, Plaintiff, Pro Se
　　　　　　　　　　　　　　　　　　　252 7th Avenue Apt 6s
　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　(323) 744-7594
　　　　　　　　　　　　　　　　　　　truth@crowdsourcethetruth.org

AFFIDAVIT OF JASON GOODMAN - 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., | |
| Defendants | |

## CERTIFICATE OF SERVICE

It is hereby certified that the Clerks Default Certificate has been sent via USPS to the following parties:

Christopher Bouzy

Bot Sentinel

5101 Meadowview Ave,

North Bergen, NJ 07047

Signed this 2nd day of November, 2022

_____
Plaintiff, Pro Se Jason Goodman
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1