Non-party declarant

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

November 22, 2022

To:
**CLERK OF THE COURT**
**U.S. DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**Southern Division**
**500 Pearl Street**
**New York, New York 10007**

| CASE #: 1:21-cv-10878-AT-JLC |
| Assigned to: Judge Analisa Torres |
| Referred to: Magistrate Judge James L. Cott |

**Ladies and Gentlemen:**

**Your attention is called to the following docket entry:**

| 11/22/2022 | 65 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Jason Goodman. (sc) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 11/22/2022) |

As you know, Plaintiff Jason Goodman will appear on the YouTube broadcast hosted by New York attorney Nathaniel J. Broughty, a member of the New York Bar to discuss this "default".



https://www.youtube.com/watch?v=85kophkOfBM

1

A previous YouTube broadcast about this instant legal action received nearly 100,000 views. That video claimed a "default judgment" had already been issued.



https://www.youtube.com/watch?v=8DFRusvri3c&t=277s

Interestingly, Mr. Broutghy is also in a legal action against the Defendant, Christopher E. Bouzy. See U.S. DISTRICT COURT DISTRICT OF NEW JERSEY, Case 2:22-cv-06458-SDW-AME.

Your attention is kindly directed to ECF Doc. 21.

It would appear from the above that the **summons was returned unexecuted.**

Best regards,

*D. Sigt*

D. G. Sweigert

2

On Number 22, 2022 accurate copies of the foregoing were sent to:

---

Christopher Ellis Bouzy
5101 Meadowview Ave
North Bergen, NJ 07047

press@botsentinel.com

GEORGE WEBB SWEIGERT
209 ST. SIMONS COVE,
PEACHTREE, GA 30269-4201
503-919-0748
Georg.webb@gmail.com

Jason Goodman
252 7th Avenue, Suite No. 6
New York, N.Y. 10001
(323)-744-3974
TRUTH@CrowdSourceTheTruth.org

**Attested under penalties of perjury.**

*/s/ D. Swt/*

**D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org**