IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | **[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., GEORGE WEBB SWEIGERT, | |
| Defendants | |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 19, 2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., GEORGE WEBB SWEIGERT by personally serving CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., GEORGE WEBB SWEIGERT, and proof of service was therefore filed on June 9, 2022, Document numbers (ECF Nos. 21 and 35).

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT - 1

Dated New York, NY

November ____, 2022

By:_____
                                    Deputy Clerk




                                    RUBY J. KRAJICK
                                    Clerk of Court
                                    United States District Court
                                    Southern District of New York

[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT - 2