IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>          Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., GEORGE WEBB SWEIGERT<br><br>          Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT** |

I, Jason Goodman hereby affirm as follows:

1. I am the Plaintiff in this action.

2. This action was commenced on December 19, 2021, pursuant to the Complaint (ECF No. 1) and Article 7 of the Laws of New York.

3. The time for Defendants Christopher Ellis Bouzy and Bot Sentinel Inc. to answer or otherwise move with respect to the complaint herein has expired.

4. Defendants, Christopher Ellis Bouzy and Bot Sentinel Inc., have not answered or otherwise moved with respect to the complaint, and the time for defendants Christopher Ellis Bouzy and Bot Sentinel Inc., to answer or otherwise move has not been extended.

5. That defendants, Christopher Ellis Bouzy and Bot Sentinel Inc., are not infants or incompetent. Defendants Christopher Ellis Bouzy and Bot Sentinel Inc., are not presently in the military service of the United States as appears from facts in this litigation.

AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT - 1

WHEREFORE, plaintiff Jason Goodman requests that the default of defendants Christopher Ellis Bouzy and Bot Sentinel Inc., be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Signed this 28th day of November 2022

Respectfully submitted,

Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT - 2