IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., GEORGE WEBB SWEIGERT,<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 19, 2021 with the filing of a summons and complaint.

On or about January 15, 2022, a professional process server licensed in the state of New Jersey served Defendants Bouzy and Bot Sentinel with the summons and complaint, first with three attempts at personal service and then by affixing both to the door of Bouzy's residence which is also the primary place of business for Bot Sentinel. (Dkt. No. 21). A copy of the summons and complaint was served on defendant(s) CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., by "nail and mail". Defendant Bouzy additionally demonstrated actual knowledge of this legal action by tweeting and responding to public tweets that included the complaint and other documents related to this instant action. Proof of service was therefore filed on June 9, 2022, (ECF Nos. 21 and 35).

On November 10, 2022, the honorable James L. Cott entered a Report and Recommendation in which he stated, "Considering the totality of the circumstances,

[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT - 1

Goodman has sufficiently satisfied the due diligence requirement before proceeding with "nail and mail" service and thus has properly served Bouzy and Bot Sentinel." (ECF No. 59)

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated New York, NY

November __30__, 2022

By: _K. Mango_____
                                    Deputy Clerk



                                    RUBY J. KRAJICK
                                    Clerk of Court
                                    United States District Court
                                    Southern District of New York

[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT - 2