AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Jason Goodman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  1:21-cv-10878-AT-JLC |
| Christopher E. Bouzy, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Christopher E. Bouzy and Bot Sentinel Inc.

Date:  12/05/2022

/s/ Seth D. Berlin
*Attorney's signature*

Seth D. Berlin (SB7978)
*Printed name and bar number*

Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
*Address*

berlins@ballardspahr.com
*E-mail address*

(202) 661-2200
*Telephone number*

(202) 661-2299
*FAX number*