IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTER DISTRICT OF NEW YORK

| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., GEORGE WEBB SWEIGERT | |
| Defendants | |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel Seth Berlin with a Safe Harbor Notice and Motion for Sanctions Pursuant to Fed R. Civ. P Rule 11, 2022, via email BerlinS@ballardspahr.com, MishkinM@ballardspahr.com, and to Defendants Christopher Ellis Bouzy and Bot Sentinel via USPS.

Signed this 6th day of December 2022

Respectfully submitted,

_____
Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1