December 9, 2022

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov
Via e-mail and pro se electronic filing

Re: Goodman v. Bouzy, et al., Case No. 1:21-cv-10878-AT-JLC

Dear Judge Torres,

    Pursuant to your individual rules of practice, I write to express my concern about the prejudicial nature of the decision in the memorandum endorsement of ECF No. 75.

    Mr. Bouzy has been aware of this legal action since December 22, 2021. His public Tweet mocking the lawsuit and me is attached to this letter. Defendants have been represented by counsel since June 21, 2022, when Carlos Martinez sent me a letter threatening to countersue me if I did not withdraw the suit (ECF No. 50).

    More than five months later, yet another attorney has resumed the same tactic. New counsel has amplified the pressure with a partial appearance, not even including a proper pro hac vice application. Granting Defendants this unfair advantage so long after the time to respond has expired is highly prejudicial, particularly considering my pro se status. Allowing it would condone and encourage Defendants' disregard for the authority of this Court.

    Defendants should be compelled to show cause for their failure to answer the complaint timely and absent good cause, this case should proceed directly to an inquest to determine specific damages caused by the Defendants' defamatory statements and other brazen actions to deliberately harm me and my business.

Respectfully submitted,

Jason Goodman

