UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Jason Goodman

Plaintiff(s)

- v -

Christopher Bouzy, et al.

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:21-cv-10878-AT-JLC

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendants Bot Sentinel Inc. and Christopher Bouzy

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

For Bot Sentinel Inc.: none.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Bot Sentinel Inc. is a New Jersey corporation with its principal place of business in New Jersey.

Christopher Bouzy is a New Jersey citizen.

12/12/22
Date

/s/ Seth D. Berlin
Signature of Attorney

SB7978
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 12th day of December 2022, I caused true and correct copies of the foregoing Rule 7.1 Statement to be served by email and U.S. Mail First Class on the following:

| | |
|---|---|
| Mr. Jason Goodman<br>252 7th Ave., Apt. 6S<br>New York, NY 10001<br>truth@crowdsourcethetruth.org<br><br>*Pro Se Plaintiff* | Mr. George Webb Sweigert<br>209 St. Simons Cove<br>Peachtree City, GA 30269<br>Georg.webb@gmail.com<br><br>*Pro Se Defendant* |

              /s/ *Seth D. Berlin*
              Seth D. Berlin (SB7978)