**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
                                                                  :

JASON GOODMAN,                       :

                                      :   No. 21 Civ. 10878-AT-JLC

                         Plaintiff,        :

                                      :   *Pro Se* Case

                  -against-          :

                                      :

CHRISTOPHER BOUZY, et al.,     :

                                      :

                       Defendants.      :

                                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

## <u>NOTICE OF MOTION</u>

Defendants Christopher Bouzy and Bot Sentinel Inc., (together, "Movants") by and through undersigned counsel, respectfully move to dismiss the Complaint filed by Plaintiff Jason Goodman in the above-captioned matter.

The Complaint seeks money damages for speech protected under the First Amendment and New York law.  Specifically, as set forth in the accompanying memorandum of law:

1. Bot Sentinel Inc. is not alleged to have published the challenged statement and therefore cannot be held liable for defamation.

2. The challenged statement placed at issue in the Complaint is substantially true and therefore nonactionable.

3. This true statement does not reasonably convey any actionable implication and, in any event, such an implication would be an absolutely protected expression of opinion.

4.   Under both the First Amendment and New York law, Plaintiff was required to

plausibly plead that the Movants published the challenged statement with "actual

malice" fault, but failed to do so.

Accordingly, Movants respectfully request that the Court dismiss the Complaint with

prejudice under Rule 12(b)(6).  Because Plaintiff has appeared *pro se*, Movants have attached

the notice required by Local Rule 12.1, and, pursuant to Local Rule 7.2, will provide Plaintiff

with copies of all unpublished orders cited in the accompanying memorandum of law.

Respectfully submitted,

BALLARD SPAHR LLP

By:      */s/ Seth D. Berlin*
         Seth D. Berlin (SB7978)
         Maxwell S. Mishkin (*pro hac vice* forthcoming)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: 202-661-2200
Fax: 202-661-2299
berlins@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Defendants Christopher Bouzy*
*and Bot Sentinel Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December 2022, I caused true and correct copies of the foregoing Notice of Motion to be served by email and U.S. Mail First Class on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com

*Pro Se Plaintiff*

*Pro Se Defendant*

/s/ *Seth D. Berlin*
Seth D. Berlin (SB7978)