**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X
:
JASON GOODMAN, :
: No. 21 Civ. 10878-AT-JLC
Plaintiff, :
: *Pro Se* Case
-against- :
:
:
CHRISTOPHER BOUZY, et al., :
:
Defendants. :
:
------------------------------------- X

# [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss the Complaint filed by Defendants Christopher Bouzy and Bot Sentinel Inc., any responses and replies thereto, and the entire record herein, it is hereby ORDERED that:

the Motion is GRANTED, and that

the Complaint be and is DISMISSED WITH PREJUDICE as to those Defendants.

**SO ORDERED**.

_____
Analisa Torres
United States District Judge