UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JASON GOODMAN,

                Plaintiff,

        -against-

CHRISTOPHER BOUZY, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 21 Civ. 10878-AT-JLC

*Pro Se* Case

## DECLARATION OF SETH D. BERLIN

I, Seth D. Berlin, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a partner in the law firm of Ballard Spahr LLP, counsel for Defendants Christopher Bouzy ("Bouzy") and Bot Sentinel Inc. ("Bot Sentinel") in the above-captioned matter. I am admitted to practice in this Court, where I have been a member in good standing since 2003. The facts stated below are true and within my own personal knowledge, and, if called to testify, I could and would competently testify thereto.

2.     I submit this declaration in support of Defendants Bouzy and Bot Sentinel's motion to dismiss the Complaint and, in particular, to place before the Court records that are referenced in the memorandum of law in support of that motion.

3.     Each of the attached records is referenced in and/or attached to Plaintiff's Complaint. In the case of Exhibits 1 and 2, the versions attached to the Complaint are difficult to read in their entirety, so I have attached them here for the Court's convenience.

4.     Attached hereto as Exhibit 1 is a true and correct copy of a Direct Message that Jason Goodman sent to Christopher Bouzy on Twitter and that Christopher Bouzy published on

Twitter on December 20, 2020, and which can also be found online at

https://twitter.com/cbouzy/status/1340646434446688258/photo/3.

5. Attached hereto as Exhibit 2 is a true and correct copy of messages that Christopher Bouzy published on Twitter on December 19, 2020, and December 20, 2020, and which can be found online at https://twitter.com/cbouzy/status/1340646434446688258/photo/1.

6. Attached as Exhibit 3 is a court reporter's certified transcript of the first ten minutes of the telephone call that Jason Goodman made to Christopher Bouzy on or about December 19, 2020, the complete recording of which Jason Goodman published online and can be found at https://odysee.com/@Crowdsourcethetruth:d/BOUZYBOTSENTINEL:a.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2022 in Washington, D.C.

/s/ *Seth D. Berlin*
Seth D. Berlin

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December 2022, I caused true and correct copies of the foregoing Declaration of Seth D. Berlin and the Exhibits thereto to be served by email and U.S. Mail First Class on the following:

| | |
|---|---|
| Mr. Jason Goodman<br>252 7th Ave., Apt. 6S<br>New York, NY 10001<br>truth@crowdsourcethetruth.org<br><br>*Pro Se Plaintiff* | Mr. George Webb Sweigert<br>209 St. Simons Cove<br>Peachtree City, GA 30269<br>Georg.webb@gmail.com<br><br>*Pro Se Defendant* |

/s/ *Seth D. Berlin*
Seth D. Berlin (SB7978)