# Exhibit 1



Christopher Bouzy ✔
@cbouzy

Jason Goodman, the man who falsely accused Wittes of being part of a murder cover up, and called my cell after finding my number on the internet, sent me a cease and desist in DM. Jason doesn't want me tweeting that he threatened me not to tweet about his rape allegations...

8:13 AM · Dec 20, 2020

42 Retweets   3 Quote Tweets   228 Likes

Tweet your

Reply

Christop... ✔   · Dec 20, 2020
Replying to @cbouzy
Until creepy Jason Goodman called me, I had no clue someone previously accused him of rape, and it's a bizarre thing to tell a stranger in a phone call. It's also odd to tell someone they would be part of ongoing litigation if they tweeted about it. Why bring it up?...

4    8    118

**CrowdsourcetheTruth**

CrowdsourcetheTruth @csthetruth

Sponsor exclusive content on Patreon & SubscribeStar
https://t.co/jDjdFQlTGf
https://t.co/u3NR4NiqLQ

1,172 Following  35.5K Followers

Joined October 2016

This is an official demand that you cease and desist from making false public allegations implying that Jason Goodman has been involved in the crime of rape. Jason Goodman has never been accused of rape by any putative victim. Jason Goodman has never been involved in any way in rape. Jason Goodman has never been arrested or charged with any crime. The alleged accusations you referred to on twitter were false allegations made on the internet by a third party with no actual knowledge of or supportive evidence to substantiate the alleged accusations. This communication is your formal notification that statements suggestive that Jason Goodman has been involved in rape are purely false. If you continue to post these statements, you are deliberately ignoring the truth, and this may be sufficient to prove actual malice in any potential litigation. Stop what you are doing relative to Jason Goodman and these false allegations immediately.

Yesterday, 8:31 PM

17    45    228

Franklin B. Smith
@fbsmith2017

**URL**
https://twitter.com/cbouzy/status/1340646434446688258/photo/3

**Timestamp**
Fri Dec 09 2022 10:07:31 GMT-0500 (Eastern Standard Time)