# Exhibit 3

```
                                                    Page 1
 1
 2
 3
 4
 5
 6
 7
 8
 9
10     Recorded Phone Conversation Between Jason Goodman
11                   and Christopher Bouzy
12                     December 19, 2020
13          Case Number 1:21-cv-10878-AT-JLC (S.D.N.Y)
14
15
16
17
18
19
20     Job No.: 5620155
21     Pages: 1 - 15
22     Transcribed by: Jackie Scheer
```

```
 1                P R O C E E D I N G S
 2            MR. GOODMAN:  Hello, Chris?
 3            MR. BOUZY:  Yep.
 4            MR. GOODMAN:  It's Jason Goodman, how are
 5   ya?
 6            MR. BOUZY:  How -- hello?
 7            MR. GOODMAN:  Yeah.  It's Jason.  I find
 8   it much easier to get to know somebody over the
 9   phone than through Twitter.  I think there must be
10   some misunderstanding going on.
11            MR. BOUZY:  Oh, is there a
12   misunderstanding going on?
13            MR. GOODMAN:  I think there is.  What do
14   you know about this death of Peter Smith that you're
15   so sure what I'm saying is incorrect?
16            MR. BOUZY:  Listen, I'm not gonna get
17   into that with you, Jason.  All I can say is what
18   you're doing is wrong, okay.  When you -- when you
19   are putting stuff online and talking about someone
20   in a way where you're trying to present, you know,
21   things as fact or things that are credible in a way
22   that you think they're credible when they're not,
```

1  that hurts people.
2              MR. GOODMAN:  But how do you know they're
3  not credible?  Let me stop you because this is
4  evidence and facts.  I've gone to the hotel room
5  where this guy died.  I have the police report, the
6  crime scene photos.  I've interviewed the manager of
7  the Wal-Mart.  He gave me surveillance video from
8  the Wal-Mart.  The local police in Rochester,
9  Minnesota after I interviewed one of their
10 detectives said, jeez, you have more evidence about
11 this than we do.  You gotta understand, Mr. Goodman,
12 we're a small department, this case was closed and
13 we're not investigating it any further.
14             So I have a lot of facts and a lot of
15 evidence and I've been in communication with
16 Mr. Wittes about this for years.  And today was the
17 first time he engaged to discuss it at all and he
18 was very evasive.  I'm asking him important, serious
19 questions.  Why did he support the reporting of
20 Shane Harris.  Shane Harris blatantly lied and I
21 know that because I'm in receipt of e-mails from
22 Peter Smith to a third party that these guys are

1  un-aware of, and when I asked Shane Harris about it
2  directly, he hung up the phone on me.  So when I
3  asked Ben Wittes why does he support Shane Harris'
4  reporting and refused to look at the evidence that I
5  have and he behaves evasively, and then you get
6  involved in the conversation telling me about
7  fuckery and insulting me and telling me about what I
8  don't know about when you have no knowledge of this
9  situation --
10              MR. BOUZY:  -- okay.  So --
11              MR. GOODMAN:  -- you might be a brilliant
12  guy with your bots and all your AI and your
13  programming and RAND Corporation thinks you're
14  great, but you don't know anything about this.  Why
15  are you insulting me and bullying me on Twitter?
16              MR. BOUZY:  You're -- so you're --
17  we're -- you're going on about the evidence that you
18  have -- they have or may not have or whatever.  I am
19  saying to you until you have credible -- you know,
20  what I mean credible, meaning that this was verified
21  by some law enforcement agency or something like
22  that.  When you put that stuff -- let's -- let's say

1   you're wrong, okay.
2               MR. GOODMAN:  Wrong about what?  I have
3   it.  I've shown it, you're not even looking at it --
4               MR. BOUZY:  -- (incomprehensible) let's
5   say you're wrong, that you made a mistake and you
6   put this stuff out there.  Once you put that stuff
7   out there, you cannot pull it back.  They have a
8   family.  Like you have a family, everyone has a
9   family.  So you can't just put things out on the
10  internet --
11              MR. GOODMAN:  -- dude --
12              MR. BOUZY:  -- and still -- and --
13          (Cross talk.)
14              MR. GOODMAN:  -- dude.  Slow down, Chris.
15  Slow down.  Because I contacted Shane Harris to say,
16  hey, I think there's something about this case that
17  you don't know.  And he refused to listen to it.  So
18  every time I've tried to present this evidence that
19  is credible -- it's video, surveillance video from
20  Wal-Mart, okay.  The guy -- I've interviewed people
21  at the hotel.  There were four room keys issued to
22  apparently one guy.  There's this assistant,

1   Jonathan Saffron, who Shane Harris contacted and
2   then Saffron e-mails Smith saying Shane Harris wants
3   you to call him, but for some reason Shane Harris
4   says, oh, Peter Smith contacted me out of the blue.
5   So Shane Harris is lying and I have a lot of
6   evidence.  I don't need it to be certified by some
7   law enforcement agency.  There's a lot of law
8   enforcement agencies that hide evidence, that
9   falsify evidence, that beat people up and break the
10  law.  Why?  It's very strange to me when people
11  decide that law enforcement provides credibility and
12  when it doesn't.  I have evidence that I've
13  presented to these guys that Ben Wittes today says
14  he hasn't even looked at.  You haven't looked at it.
15  You are ignorant of this evidence.
16          You might be a genius in a lot of other
17  areas.  I see that you've been programming since you
18  were a kid.  I see you've created an AI company that
19  scans Twitter for bots.  Fantastic, I'm sure you're
20  brilliant.  But you came out of the gate knowing
21  nothing about me, knowing nothing about this case,
22  with insults and threats.  That is disgraceful.

1          MR. BOUZY:  Wait, I don't know anything
2    about him?  (Laughter.)  That's not true.
3          MR. GOODMAN:  When you posted that first
4    tweet you didn't know anything about me.  Now that
5    I'm your hobby and you've openly publicly threatened
6    me --
7          MR. BOUZY:  -- oh.  Okay. So a couple
8    things.  Number one, before I -- (laughter).  This
9    is interesting.  Before I get involved in anything,
10   before I tweet anything, I make sure that I'm not
11   making myself look like a fool, nor am I -- nor --
12   nor do I tweet things that are not substantiated.
13   Meaning so what I -- when I replied to you, I
14   already had looked you up, I already had dug in a
15   little bit to try to dig into what, you know, you
16   were trying to allege with -- with Ben.  And I --
17   I'm gonna -- I'm going to say this until I'm blue in
18   the face.  Whatever evidence you think you may have,
19   and you -- and -- and I will say this, you may have
20   evidence.  But until otherwise -- what I mean is
21   until you're able to say, okay, yo, this is -- this
22   is credible, some other agency or whatever is able

```
 1   to verify --
 2              MR. GOODMAN:  -- but why -- why is that
 3   the predicate?  What -- who made you the boss of
 4   Twitter that I need to -- to meet your criteria
 5   before I question someone about why they're
 6   supporting a liar?
 7              MR. BOUZY:  You're -- okay.  So let's say
 8   I dig into you, right?  I'm just giving -- I'm
 9   giving you an example.
10              MR. GOODMAN:  Yeah.
11              MR. BOUZY:  This is not a -- this is not
12   a threat.  And let's say I find someone who alleges
13   that you raped them or, you know, some other -- some
14   other piece of evidence --
15              MR. GOODMAN:  -- uh-huh.
16              MR. BOUZY:  -- that seems credible to me.
17              MR. GOODMAN:  Uh-huh.
18              MR. BOUZY:  And I put that online.
19              MR. GOODMAN:  Uh-huh.
20              MR. BOUZY:  And I put that online.
21              MR. GOODMAN:  Uh-huh.
22              MR. BOUZY:  Then -- and let's say it's
```

1   not true.  And then let's say I retract it --

2               MR. GOODMAN:  -- well, I will sue you for

3   libel and slander if you do that because that is a

4   --

5               MR. BOUZY:  -- of course.  Of course --

6               MR. GOODMAN:  -- civil tort, and I

7   welcome Ben Wittes to do that, but guess what?  He

8   won't because that will give me access to all of his

9   communications with these people, which he does not

10  want.

11              Now, listen, let me calm down.  'Cuz I

12  have no reason to be angry with you.  I don't know

13  you other than the fact that you just openly

14  threatened me online and have basically revealed

15  that you are gonna --

16              MR. BOUZY:  -- threaten you --

17              MR. GOODMAN:  -- go try to find somebody

18  who claims I raped them.  You will not find that.

19  You will find a litany of social engineering liars

20  who have been pursuing me for years with false

21  claims along the lines of what you're suggesting.

22  So I invite you to do whatever you wanna do --

```
                                                         Page 10
 1           MR. BOUZY:  -- oh, wait a second.  Wait.
 2   So someone suggested this?  Because, you know, I
 3   just literally just made that up as --
 4           MR. GOODMAN:  -- people have been
 5   claiming since I have started my YouTube Channel
 6   that you say is a conspiracy theory channel where
 7   Ben Wittes has been supporting the conspiracy theory
 8   that Donald Trump is a Russian spy, a theory that
 9   has been examined for four years that Robert
10   Mueller, the former head of the FBI, was unable to
11   prove.  That's a conspiracy theory.  The things that
12   I talk about are unsolved crimes, inadequately
13   investigated phenomenon, and a lot of times I turn
14   up evidence like I have in this case of Peter Smith.
15   And people who don't want people to know the true
16   facts of Peter Smith publish all kinds of things
17   that you're gonna find in about five minutes.
18           They claim I'm a Mossad agent because I'm
19   Jewish.  I imagine you're not a fan of racism and
20   people being made fun of because of the way they're
21   born, right?  I can tell you, I don't speak Hebrew,
22   I've never been to Israel, I'm about the most
```

1    secular Jew you've ever seen.  But just like you
2    don't want police to look at you or anyone to look
3    at you and make a determination, I think it's pretty
4    fucked up to spread lies about someone because
5    they're Jewish, because there's a lot of people out
6    there who hate Jewish people.  And you put up, oh,
7    yeah, Jason Goodman's Mossad and that rumor lives
8    for years.  Anyone can put out an allegation that
9    somebody has raped somebody.  Your suggestion that
10   you're gonna go look for somebody to do that --
11            MR. BOUZY:  -- (incomprehensible) --
12            MR. GOODMAN:  -- I -- I invite you to do
13   that.  I invite you to do that, 'cuz if you and I
14   are gonna engage --
15            MR. BOUZY:  -- (incomprehensible) --
16            MR. GOODMAN:  -- let's engage.  And if
17   you start publishing shit about me, we're gonna find
18   out how serious your evidence is because we're gonna
19   get into a lawsuit.
20            MR. BOUZY:  Jason, Jason.  Once again,
21   that's not what I said.
22            MR. GOODMAN:  Eh, you did.

1            MR. BOUZY:  Now -- that's not what I
2   said.
3            MR. GOODMAN:  You said you're gonna make
4   me your hobby.
5            MR. BOUZY:  Wait a second.
6            MR. GOODMAN:  You said you're gonna make
7   me your hobby and that you're --
8            MR. BOUZY:  -- hold on --
9            MR. GOODMAN:  -- researching me and
10  you're gonna find somebody who's accused me of rape.
11           MR. BOUZY:  That's not what I said.
12           MR. GOODMAN:  Go -- go find all the
13  information you want about me but if you get
14  involved --
15           MR. BOUZY:  -- that's not what I said --
16           MR. GOODMAN:  -- in spreading lies about
17  me --
18           MR. BOUZY:  -- what I said --
19           MR. GOODMAN:  -- I'm not gonna cower.
20  I'll engage in a conversation like I am right now --
21           MR. BOUZY:  -- was how would -- how would
22  you feel if I was researching you and I found

1  something where someone alleged that you, you know,
2  raped them or something like that.
3             MR. GOODMAN:  Yeah.  I would feel like
4  it's just Saturday --
5             MR. BOUZY:  -- and then I went on social
6  media and posted that --
7             MR. GOODMAN:  -- 'cuz that shit happens
8  all day.  Losers on the internet are making up
9  nonsense about me because they jump to conclusions
10 like you have, like this is a conspiracy theory,
11 your evidence --
12            MR. BOUZY:  -- but -- no.  But okay --
13            MR. GOODMAN:  -- hasn't been certified by
14 the cops.
15            MR. BOUZY:  Jason, Jason, Jason.  So but
16 you're -- you're -- you're literally making my
17 points for me.  People have alleged that you raped
18 someone, people have alleged that you may be a part
19 of Mossad --
20            MR. GOODMAN:  -- no one has made a
21 serious allegation that I have raped anyone.
22            MR. BOUZY:  Okay.  But there's -- but

1   it's out there on the net.
2               MR. GOODMAN:  People have put out lies
3   about me of all kinds because --
4               MR. BOUZY:  -- of course --
5               MR. GOODMAN:  -- I am revealing evidence
6   of crimes.
7               (The requested portion was concluded.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

1          CERTIFICATE OF TRANSCRIBER

2          I, Jackie A. Scheer, do hereby certify

3    that the foregoing transcript is a true and correct

4    record of the recorded proceedings; that said

5    proceedings were transcribed to the best of my

6    ability from the audio recording and supporting

7    information; and that I am neither counsel for,

8    related to, nor employed by any of the parties to

9    this case and have no interest, financial or

10   otherwise in its outcome.

11

12

13

14

15   *[signature: Jackie A. Scheer]*

16   JACKIE A. SCHEER

17   DECEMBER 9, 2022

18

19

20

21

22