UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _12/13/2022_
```

JASON GOODMAN,

                                Plaintiff,

        -against-                                           21 Civ. 10878 (AT) (JLC)

CHRISTOPHER ELLIS BOUZY, BOT                               **ORDER ADOPTING**
SENTINEL, INC., and GEORGE WEBB                            **REPORT AND**
SWEIGERT,                                                  **RECOMMENDATION**

                                Defendants.

ANALISA TORRES, District Judge:

        On December 19, 2021, Plaintiff, Jason Goodman, filed his complaint.  ECF No. 1.  On
December 30, 2021, Defendant, George Webb Sweigert ("Sweigert"), filed a motion to dismiss
for lack of personal jurisdiction.  ECF No. 9; *see also* ECF No. 20.  On March 21, 2022,
Goodman filed a motion for judicial notice.  ECF No. 22.  On April 13, 19, and 20, 2022, non-
party D. George Sweigert ("D.G.") filed motions to intervene.  ECF Nos. 25–27.  On June 13,
2022, Goodman filed a second motion for judicial notice.  ECF No. 36.  On July 5, 2022,
Goodman filed a third motion for judicial notice.  ECF No. 50.  On July 6, 2022, D.G. filed a
motion for judicial notice.  ECF No. 51.  On July 20, 2022, D.G. filed a second motion for
judicial notice.  ECF No. 53.  On September 6, 2022, D.G. filed a third motion for judicial
notice.  ECF No. 54.  On September 17, 2022, D.G. filed a fourth motion for judicial notice.
ECF No. 55.  On October 20, 2022, D.G. filed a "Notice to the Clerk of Rule 41(a) Withdrawal."
ECF No. 57.

        On May 20, 2022, the Court referred D.G.'s motion to intervene, ECF No. 25, and
Sweigert's motion to dismiss, ECF No. 20, to the Honorable James L. Cott for a Report and
Recommendation ("R&R").  ECF No. 31.  On July 7, 2022, the Court referred D.G.'s motion for
judicial notice at ECF No. 51 to Judge Cott for an R&R.  ECF No. 52.  On November 9, 2022,
the Court referred Goodman's and D.G.'s motions for judicial notice at ECF Nos. 36, 50, and 55
to Judge Cott for an R&R.  ECF No. 58.

        On November 10, 2022, after careful consideration, Judge Cott issued an R&R
recommending that Sweigert's motion to dismiss be granted, that Goodman be given leave to file
an amended complaint, that D.G.'s motion to intervene be denied, that D.G.'s motions for
judicial notice be denied, and that Goodman's motions for judicial notice be denied.  ECF No. 59
at 15.  Despite notification of the right to object to the R&R, no objections were filed, and the
time to do so has passed.  *See* Fed. R. Civ. P. 72(b)(2).  When no objection is made, the Court
reviews the R&R for clear error.  *Vorcom Internet Servs., Inc. v. L&H Eng'g & Design LLC*, No.
12 Civ. 2049, 2014 WL 116130, at *1 (S.D.N.Y. Jan. 13, 2014).  The Court finds no clear error
and ADOPTS Judge Cott's R&R in its entirety, with the exception of the recommendation to
direct Goodman to move for default judgment against the other two Defendants, Christopher
Bouzy and Bot Sentinel, Inc., because Goodman has already filed a motion for default judgment

against those Defendants, ECF No. 60, and because those Defendants have recently responded to the complaint by filing a motion to dismiss, ECF No. 78.

Accordingly, the Court GRANTS Sweigert's motion to dismiss, DENIES D.G.'s motion to intervene, and DENIES all pending motions for judicial notice.  By **January 3, 2023**, Goodman shall file an amended complaint.

The Clerk of Court is directed to terminate the motions at ECF Nos. 36, 50–51, and 55. The Clerk of Court is also directed to terminate George Webb Sweigert as a defendant.

SO ORDERED.

Dated: December 13, 2022
　　　　New York, New York

_____
ANALISA TORRES
United States District Judge

2