UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JASON GOODMAN,

                Plaintiff,

                -against-

CHRISTOPHER BOUZY, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 21 Civ. 10878-AT-JLC

*Pro Se* Case

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Maxwell S. Mishkin, Esq., hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Christopher Bouzy and Bot Sentinel Inc. in the above-captioned action.

I am a member in good standing of the bars of the State of Maryland and the District of Columbia.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated:   December 22, 2022

Respectfully submitted,

 /s/ Maxwell S. Mishkin
Maxwell S. Mishkin
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone:  (202) 508-1140
Facsimile:  (202) 661-2299
mishkinm@ballardspahr.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 22nd day of December 2022, I caused true and correct copies of the foregoing Motion for Admission *Pro Hac Vice* and Affidavit in Support thereof to be served by email and U.S. Mail First Class on the following:

| | |
|---|---|
| Mr. Jason Goodman<br>252 7th Ave., Apt. 6S<br>New York, NY 10001<br>truth@crowdsourcethetruth.org | Mr. George Webb Sweigert<br>209 St. Simons Cove<br>Peachtree City, GA 30269<br>Georg.webb@gmail.com |
| *Pro Se Plaintiff* | *Pro Se Defendant* |

/s/ *Maxwell S. Mishkin*
Maxwell S. Mishkin