UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JASON GOODMAN,                        :
                                      :
                      Plaintiff,      :
                                      :   No. 21 Civ. 10878-AT-JLC
         -against-                    :
                                      :   *Pro Se* Case
CHRISTOPHER BOUZY, et al.,            :
                                      :
                      Defendants.     :
------------------------------------- X

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Maxwell S. Mishkin, declare as follows:

1. I am an associate at the law firm Ballard Spahr LLP, 1909 K Street NW, 12th Floor, Washington, DC 20006. My telephone number is (202) 508-1140.

2. A current certificate of good standing from the Court of Appeals of Maryland is attached as Exhibit A.

3. A current certificate of good standing from the District of Columbia Court of Appeals is attached as Exhibit B.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2022

_____
Maxwell S. Mishkin

SUBSCRIBED AND SWORN to before me, this 22nd day of December, 2022

_____
Notary Public

My commission expires: April 14, 2023