UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JASON GOODMAN,                         :
                                       :
                     Plaintiff,        :
                                       :   No. 21 Civ. 10878-AT-JLC
          -against-                    :
                                       :   *Pro Se* Case
CHRISTOPHER BOUZY, et al.,             :
                                       :
                     Defendants.       :
------------------------------------- X

### [PROPOSED] ORDER

The motion of Maxwell S. Mishkin, Esq., for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Maryland and the District of Columbia, and that his contact information is as follows:

Maxwell S. Mishkin
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1140 | Fax: (202) 661-2299
mishkinm@ballardspahr.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Christopher Bouzy and Bot Sentinel Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                   Hon. Analisa Torres
                                   United States District Judge