December 26, 2022

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov
Via e-mail and pro se electronic filing

Re: Goodman v. Bouzy, et al., Case No. 1:21-cv-10878-AT-JLC

Dear Judge Torres,

 Pursuant to your individual rules of practice I(C), I write to respectfully request an extension of time for the filing of the Amended Complaint. Pursuant to your order (ECF No. 82) I have begun to prepare an Amended Complaint. Your subsequent order (ECF No. 83) also allows me to prepare a response in opposition to the motion to set aside the default. At present, the filing deadline for both documents is January 3, 2023.

 I respectfully request an extension of time to file the Amended Complaint. There has been no previous request for an extension of time to file the Amended Complaint. This extension is being requested so that I may have adequate time to prepare both the response in opposition to the motion to set aside the default and the Amended Complaint. No parties would be prejudiced by the extension of time and the specific adversaries are currently non-parties so there is no adversary to provide or deny consent. The deadline to file is more than 48 hours from the time of this request.

Respectfully submitted,

Jason Goodman