UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN,

                      Plaintiff,

        -against-

CHRISTOPHER ELLIS BOUZY and BOT SENTINEL, INC.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/29/2022

21 Civ. 10878 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 27, 2022, Plaintiff, Jason Goodman, filed a motion for sanctions. ECF No. 86. By **January 6, 2023**, Defendants shall respond to the motion for sanctions.

      SO ORDERED.

Dated: December 29, 2022
       New York, New York

ANALISA TORRES
United States District Judge