# Exhibit 1





**URL**
https://twitter.com/cbouzy/status/1473750413350522886

**Timestamp**
Fri Dec 30 2022 09:16:45 GMT-0500 (Eastern Standard Time)