# Exhibit 2



**URL**
https://twitter.com/cbouzy/status/1475158642487930883

**Timestamp**
Fri Dec 30 2022 09:18:17 GMT-0500 (Eastern Standard Time)