# Exhibit 3



URL
https://twitter.com/cbouzy/status/1476247856013058049

Timestamp
Fri Dec 30 2022 09:23:27 GMT-0500 (Eastern Standard Time)