# Exhibit 4

← Thread

**Christopher Bouzy** ✓
@cbouzy

One of the people targeting Meghan Markle was previously suspended, created a WordPress blog trashing Meghan, and spends most of her day attacking anyone who supports Meghan. This deranged woman vowed to destroy me, and she has tweeted about me over 100 times in a single day. 😳



8:11 AM · Oct 20, 2021

**159** Retweets  **10** Quote Tweets  **946** Likes

Franklin B. Smith
@fbsmith2017

Tweet your reply                                    Reply

Christopher Bouzy ✓  @cbouzy · Oct 20, 2021
Replying to @cbouzy

---

**Search Twitter**

### Relevant people

**Christopher Bouzy** ✓                     Follow
@cbouzy
When I was 9, I started coding on a Mattel Aquarius computer. I developed several products in my 20s & 30s, and then in 2018 I launched BotSentinel.com

### What's happening

Music · LIVE
Happy birthday, V 🎂

Trending
**Free Andrew Tate**
45.8K Tweets

Politics · Trending
**Covid**
754K Tweets

Trending
**Tamera**
2,382 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

---

**URL**
https://twitter.com/cbouzy/status/1450796788882022404
**Timestamp**
Fri Dec 30 2022 09:25:24 GMT-0500 (Eastern Standard Time)