# Exhibit 5



URL
https://twitter.com/cbouzy/status/1478781638721036292

Timestamp
Fri Dec 30 2022 09:32:09 GMT-0500 (Eastern Standard Time)