# Exhibit 6

Thread

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Twitter Blue
Profile
More

Tweet

Franklin B. Smith
@fbsmith2017



**Christopher Bouzy** @cbouzy · Jan 14

I wasn't going to tweet this, but it is relevant to ongoing events, and now I want it in the public domain. On Wednesday, someone associated with another lunatic linked to this group sent someone to our house. The man pretended to be a delivery person and was snooping around...




255 415 1,812



**Christopher Bouzy**
@cbouzy

We called the police, and because of what I do for a living, they took the threat seriously. This is the second time within a week we have had to call the police. The police and my family take these threats seriously, and we will not tolerate threats.

10:14 AM · Jan 14, 2022

## Relevant people



**Christopher Bouzy** 
@cbouzy

Follow

When I was 9, I started coding on a Mattel Aquarius computer. I developed several products in my 20s & 30s, and then in 2018 I launched BotSentinel.com

## What's happening

NHL · Last night
**Kings at Avalanche**



Trending
**Free Andrew Tate**
46.5K Tweets

Entertainment · Trending
**Steve Martin**

Trending
**The CDC**
28.8K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**URL**
https://twitter.com/cbouzy/status/1482008143500611587

**Timestamp**
Fri Dec 30 2022 09:42:45 GMT-0500 (Eastern Standard Time)