IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC., | |
| Defendants | |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the letter in opposition to the motion to set aside the default via email.

"Berlin, Seth D." <BerlinS@ballardspahr.com>

"Mishkin, Maxwell S." <MishkinM@ballardspahr.com>

Signed this 3th day of January 2023

Respectfully submitted,

Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1