IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL INC.,<br><br>    Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the objection to their letter via email.

"Berlin, Seth D." <BerlinS@ballardspahr.com>

"Mishkin, Maxwell S." <MishkinM@ballardspahr.com>

Signed this 4th day of January 2023

Respectfully submitted,

                                                        Jason Goodman, Plaintiff, Pro Se
                                                                 252 7th Avenue Apt 6s
                                                                     New York, NY 10001
                                                                            (323) 744-7594
                                                      truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1