D. G. SWEIGERT, C/O<br>
MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

January 4, 2023

*Goodman v. Bouzy*, et. al. Case No. 1:21-cv-10878-AT-JLC

Honorable Analisa Torres
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:  Waiver of service, electronic service will be accepted

Your Honor,

1.     This letter acknowledges the Plaintiff's document **ECF no. 92** in which Mr. Goodman threatens to add the undersigned as a defendant to this matter via an amended complaint for presumably "destroying his social media" presence, e.g. Twitter accounts.

2.     At the outset, the undersigned wishes to advise this Court that he will gladly accept electronic service of Mr. Goodman's amended complaint to the above referenced e-mail messaging account.  Considering the confusion over service of process in this instant action this appears to be the most appropriate measure.

3.     However, the undersigned wishes to advise this Court that the loss of a subscription based social media account does not provide the basis for an equity legal claim against a third-party, such as the undersigned.  Courts have consistently rejected efforts to impinge on social media platforms' editorial judgments.

4.     Most notably, Mr. Goodman's self-admitted "close personal friend" Laura Loomer, brought an action identical to the proposed claims made by Mr. Goodman (**ECF no. 92**).  See *Illoominate Media, Inc. v. Cair Fla., Inc.,* 841 Fed. Appx. 132 (11th Cir. 2020) (upholding the dismissal of a lawsuit by a political personality over her Twitter ban).  Quoting:

> *This suit over attorney's fees and costs stems from allegations that the CAIR Foundation and CAIR Florida, Inc. (CAIR) had a hand in convincing Twitter to ban Loomer's account.*

Signed this 4th day of January 2023.

*D. Swt* (signature)<br>
**PRO SE**

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

And Defendant's attorneys served via:

"Berlin, Seth D." <BerlinS@ballardspahr.com>

"Mishkin, Maxwell S." <MishkinM@ballardspahr.com>

And as George Webb Sweigert is no longer a defendant, not served.

Certified under penalties of perjury.

Signed this 4th day of January 2023.

**PRO SE**