# Exhibit 1

| | |
|---|---|
| **From:** | Berlin, Seth D. (DC) |
| **Sent:** | Tuesday, December 6, 2022 12:42 PM |
| **To:** | Jason Goodman |
| **Cc:** | Berlin, Seth D. (DC); Mishkin, Maxwell S. (DC) |
| **Subject:** | RE: Goodman v. Bouzy - 21-cv-10878 |

Mr. Goodman,

As our letter from yesterday indicates, we sent it to you pursuant to Rule III.B.ii. of Judge Torres's Individual Practices, which are available at https://www.nysd.uscourts.gov/hon-analisa-torres.  Rule III.B.ii. requires defendants to send such a letter to the plaintiff before they can seek dismissal from the court.

In addition, the Federal Rules of Civil Procedure allow us to seek dismissal at this time.  Just by way of example, Rule 12 provides that a defendant can move to dismiss for failure to state a claim at any point during a lawsuit up to and including at trial.

We very much hope you will give serious consideration to our request that you dismiss your Complaint against our clients for the reasons stated in yesterday's letter.

Respectfully,
Seth Berlin
Counsel for Defendants Christopher Bouzy and Bot Sentinel Inc.


**Seth D. Berlin**
**(He/Him/His)**
2022 Pro Bono Honor Roll – Gold

## Ballard Spahr
LLP

1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
202.508.1122 DIRECT
202.661.2299 FAX

berlins@ballardspahr.com
VCARD

----------------------------------
www.ballardspahr.com


**From:** Jason Goodman <truth@crowdsourcethetruth.org>
**Sent:** Tuesday, December 6, 2022 6:50 AM
**To:** Mishkin, Maxwell S. (DC) <MishkinM@ballardspahr.com>
**Cc:** Berlin, Seth D. (DC) <BerlinS@ballardspahr.com>
**Subject:** Re: Goodman v. Bouzy - 21-cv-10878

⚠ **EXTERNAL**

This letter seems like an effort to intimidate me.  It also seems like a breech of ethics to have sent it prior to appearing on your clients' behalf.  It also seems a bit late for a motion to dismiss.

I am not a lawyer so I do not really know.

Please submit your filings to the court and I will respond appropriately.


On Dec 5, 2022, at 9:30 AM, Mishkin, Maxwell S. <MishkinM@ballardspahr.com> wrote:

Mr. Goodman:  Please see the attached correspondence regarding *Goodman v. Bouzy*, Case No. 21-cv-10878-AT-JLC (S.D.N.Y.).  Thank you.


**Maxwell S. Mishkin**
**(he/him/his)**

**Ballard Spahr**
LLP

1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
202.508.1140 direct

mishkinm@ballardspahr.com
vcard

- - - - - - - - - - - - - - - - - - - - - - - - - - -
www.ballardspahr.com


<Goodman v. Bouzy - 12-5-22 Letter.pdf>