D. G. SWEIGERT, C/O<br>
MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

January 13, 2023

<em>Goodman v. Bouzy</em>, et. al. Case No. 1:21-cv-10878-AT-JLC

Honorable Analisa Torres
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:  Permission to seek leave of the court as an amicus interested party concerning parallel litigation

Your Honor,

1.    By the leave of the Court, the undersigned wishes to advise this Court that he is a plaintiff in a duplicative, overlapping and parallel legal action, filed 11/08/2022, which seeks to adjudicate substantially the same issues that Mr. Goodman will apparently lodge against the undersigned in his proposed Amended Complaint (as stated in **ECF no. 92).**

2.    In the interests of judicial efficiency and economy, should Mr. Goodman name the undersigned as a defendant in this Court, the undersigned will respectfully seek a dismissal or venue transfer of Mr. Goodman's claims against the undersigned to the U.S. District Court for the Eastern District of Michigan (see attached).

3.    Under the so-called "first-filed rule," when two district courts concurrently have before them actions involving substantially or effectively the same parties and issues, there is a strong presumption in favor of transfer to the forum of the first-filed suit. *City of New York v. Exxon Corp.*, 932 F.2d 1020, 1025 (2d Cir. 1991)

Signed this 13th day of January 2023.

<em>D. Swt</em><br>
<strong>D.G. SWEIGERT, PRO SE AMICUS</strong>

## CERIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

berlins@ballardspahr.com

mishkinm@ballardspahr.com

Certified under penalties of perjury.

Signed this 13th day of January 2023.

*D. Sgt*    **PRO SE**

D. G. SWEIGERT, C/O,<br>
MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

January 11, 2023

CASE #: 4:22-cv-12696-SDK-APP

District Judge Shalina D. Kumar
U.S. District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

SUBJ: Supplement to pre-motion letter requesting an additional 30 days to serve defendants pursuant to F.R.C.P. Rule 4(m).

Your Honor,

1. This letter seeks to supplement ECF doc. 4.

2. Jason Goodman, the sole stockholder of Defendant Multimedia Systems Design, Inc., has threatened to bring an action against the undersigned in the Southern District of New York. This creates a thorny issue as the initial complaint in this action (ECF no. 1) was filed first.

3. Once Mr. Goodman files his Amended Complaint and includes the undersigned as a defendant the federal courts of New York and Michigan will be in a *de facto* state of parallel litigation. Mr. Goodman's anticipated Amended Complaint will be repetitive and overlapping of the initial complaint in this action (ECF no. 1). Therefore, under the first to file rule, the undersigned will move for the transfer of the S.D.N.Y. action to the M.E.I.D. for consolidation.

4. Meanwhile, the U.S. Court of Appeals for the Second Circuit has requested an Amicus Brief from the undersigned concerning Mr. Goodman. Please consider that the *pro se* plaintiff may require an extension of the time period for service of process of an additional two (2) weeks, as the Amicus Brief is due January 24th, 2023 and will consume nearly 100% of the undersigned's time and energy.

5. The undersigned provides a certification that the attached exhibit is a true and accurate representation of the document as published by Mr. Goodman, sole stockholder of Defendant M.S.D.I.

1

Signed this 11th day of January 2023.

*[signature: D. Swt]*

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Certified under penalties of perjury.

Signed this 11th day of January 2023.

*[signature: D. Swt]* **PRO SE**
D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

2

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-three.

_____

| | |
|---|---|
| The National Academy of Television Arts and Sciences, Inc., Academy of Television Arts & Sciences, | **ORDER** |
|     Plaintiffs - Appellees, | Docket No. 22-592 |
| v. | |
| Jason Goodman, | |
|     Counter-Claimant-Counter-Defendant-Appellant. | |

_____

      D. George Sweigert moves for leave to file an amicus curiae brief.

      IT IS HEREBY ORDERED that decision on the motion is DEFERRED. Within 14 days of the date of this order D. George Sweigert must submit his proposed amicus curiae brief. Failure to timely file the brief will result in this motion being denied without prejudice.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court