D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

January 18, 2023

*Goodman v. Bouzy*, et. al. Case No. 1: 21-cv-10878-AT-JLC

Honorable Analisa Torres
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:  Permission to reply to Plaintiff's Amended Complaint on or before March 21st, 2023

Your Honor,

1.    By leave of the Court, the *pro se* undersigned wishes to remind this Court that he formally waived service of the Plaintiff's Amended Complaint via letter of Jan. 4, 2023 (**ECF no. 93**).

2.    The *pro se* undersigned has received the Plaintiff's Amended Complaint (**ECF no. 100**) electronically.  The undersigned now comes to seek the Court's permission to answer the Plaintiff's Amended Complaint on or before March 21, 2023 (per F.R.C.P. Rule 4).

3.    The undersigned understands that he will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that he waives any objections to the absence of a summons or of service.

4.    The undersigned understands that he must file and serve an answer or a motion under Rule 12 within 60 days from January 19, 2023 (with appropriate extension for the federal holiday, Presidents' Day, Feb. 20, 2023).

5.    If the undersigned fails to do the foregoing, a default judgment can be entered against the undersigned.

Signed this 18th day of January 2023.

*(signature)*

**D.G. SWEIGERT, PRO SE AMICUS**

## CERIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

margaret.esquenet@finnegan.com

bwittes@brookings.edu

nina.jankowicz@gmail.com

Certified under penalties of perjury.

Signed this 18th day of January 2023.

*D. S—t* **PRO SE**