UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
JASON GOODMAN, :
: No. 21 Civ. 10878-AT-JLC
Plaintiff, :
: *Pro Se* Case
-against- :
:
:
CHRISTOPHER BOUZY, et al., :
:
Defendants. :
:
------------------------------------- X

## [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss the Amended Complaint filed by Defendants Christopher Bouzy, Bot Sentinel Inc., Seth Berlin, and Maxwell Mishkin, any responses and replies thereto, and the entire record herein, it is hereby ORDERED that:

the Motion is GRANTED, and that

the Amended Complaint be and is DISMISSED WITH PREJUDICE as to those Defendants.

**SO ORDERED**.

_____
Analisa Torres
United States District Judge