# Exhibit 1



**URL**
https://twitter.com/cbouzy/status/1340646434446688258/photo/3

**Timestamp**
Fri Dec 09 2022 10:07:31 GMT-0500 (Eastern Standard Time)