# Exhibit 2

**Christopher Bouzy**
**@cbouzy**
Normal  10%

.@benjaminwittes gave you the opportunity to ask questions. Nothing about your conspiratorial ramblefuckery is "serious," you are cosplaying as an investigator while spreading unsubstantiated garbage weaved together from your imagination. Just stop and find a new hobby.

> **CrowdsourcetheTruth** @csthetruth · 14h
> Replying to @benjaminwittes
> Ben Wittes refuses to answer serious questions about his role, be it witting or unwitting, in the coverup of Peter Smith's death, which I allege was murder youtu.be/arbsjP-yeu0
>
> 5:32 PM · Dec 19, 2020 · Twitter for Android

17    45    228

---

**Christopher Bouzy** @cbouzy

Jason Goodman, the man who falsely accused Wittes of being part of a murder cover up, and called my cell after finding my number on the internet, sent me a cease and desist in DM. Jason doesn't want me tweeting that he threatened me not to tweet about his rape allegations...

8:13 AM · Dec 20, 2020

42 Retweets   3 Quote Tweets   228 Likes

Tweet your    Reply

**Christop...** · Dec 20, 2020
Replying to @cbouzy
Until creepy Jason Goodman called me, I had no clue someone previously accused him of rape, and it's a bizarre thing to tell a stranger in a phone call. It's also odd to tell someone they would be part of ongoing litigation if they tweeted about it. Why bring it up?...

4    8    118

**URL**
https://twitter.com/cbouzy/status/1340646434446688258/photo/1

**Timestamp**
Fri Dec 09 2022 10:05:43 GMT-0500 (Eastern Standard Time)