UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JASON GOODMAN,

                  Plaintiff,

-against-

CHRISTOPHER BOUZY, et al.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 21 Civ. 10878-AT-JLC

*Pro Se* Case

## NOTICE PURSUANT TO LOCAL CIVIL RULE 12.1

Pursuant to Local Civil Rule 12.1, Defendants Christopher Bouzy, Bot Sentinel Inc., Seth Berlin, and Maxwell Mishkin respectfully provide the following notice to *pro se* Plaintiff Jason Goodman and attach hereto the full text of Rule 56 of the Federal Rules of Civil Procedure.

\*   \*   \*   \*   \*

## NOTICE TO PRO SE LITIGANT WHO OPPOSES A RULE 12 MOTION SUPPORTED BY MATTERS OUTSIDE THE PLEADINGS

The defendant in this case has moved to dismiss or for judgment on the pleadings pursuant to Rule 12(b) or 12(c) of the Federal Rules of Civil Procedure, and has submitted additional written materials. This means that the defendant has asked the Court to decide this case without a trial, based on these written materials. You are warned that the Court may treat this motion as a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure. For this reason, THE CLAIMS YOU ASSERT IN YOUR COMPLAINT MAY BE DISMISSED WITHOUT A TRIAL IF YOU DO NOT RESPOND TO THIS MOTION ON TIME by filing sworn affidavits as required by Rule 56(c) and/or other documents. The full text of Rule 56 of the Federal Rules of Civil Procedure is attached.

In short, Rule 56 provides that you may NOT oppose the defendant's motion simply by relying upon the allegations in your complaint. Rather, you must submit evidence, such as witness statements or documents, countering the facts asserted by the defendant and raising specific facts that support your claim. If you have proof of your claim, now is the time to submit it. Any witness statements must be in the form of affidavits. An affidavit is a sworn statement of fact based on personal knowledge stating facts that would be admissible in evidence at trial. You may

submit your own affidavit and/or the affidavits of others. You may submit affidavits that were prepared specifically in response to defendant's motion.

If you do not respond to the motion on time with affidavits and/or documents contradicting the facts asserted by the defendant, the Court may accept defendant's facts as true. Your case may be dismissed and judgment may be entered in defendant's favor without a trial.

If you have any questions, you may direct them to the Pro Se Office.

*   *   *   *   *

Respectfully submitted,

BALLARD SPAHR LLP

By:     */s/ Seth D. Berlin*
          Seth D. Berlin (SB7978)
          Maxwell S. Mishkin (admitted *pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: 202-661-2200
Fax: 202-661-2299
berlins@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Defendants Christopher Bouzy,*
*Bot Sentinel Inc., Seth Berlin, and Maxwell Mishkin*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2023, I caused true and correct copies of the foregoing Notice Pursuant to Local Civil Rule 12.1 and the attachment thereto to be served by email and U.S. Mail First Class on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org

*Plaintiff*

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com

*Defendant*

Mr. Benjamin Wittes
1775 Massachusetts Ave., NW
Washington, DC 20036
benjamin.wittes@lawfareblog.com

*Defendant*

Mr. David George Sweigert
Mailbox, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

*Defendant*

Ms. Nina Jankowicz
One Woodrow Wilson Plaza
1300 Pennsylvania Ave. NW
Washington, DC 20004-3027
nina.jankowicz@wilsoncenter.org

*Defendant*

Ms. Margaret Esquenet
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com

*Defendant*

Mr. Adam Sharp
c/o Margaret Esquenet
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com

*Defendant*

National Academy of Television Arts and Sciences, Inc.
c/o Margaret Esquenet
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com

*Defendant*

/s/ *Seth D. Berlin*
Seth D. Berlin (SB7978)