IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
|        Plaintiff, | |
| vs. | **NOTICE OF MOTION SEEKING A PRELIMINARY INJUNCTION OR RESTRAINING ORDER** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN | |
|        Defendants | |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, declarations, and exhibits in support, plaintiff Jason Goodman, by and for himself pro se will move this Court, at a return date to be determined as soon as is practicable for an order pursuant to Rule 65(b)(1)(A) of the Federal Rules of Civil Procedure for a preliminary injunction or temporary restraining order enjoining defendant David George Sweigert ("Sweigert") from communicating with any member of the public apart from this Court or any attorneys that may represent him about any matter pertaining to this case, the Plaintiff, Plaintiff's family members and associates.  Plaintiff respectfully requests that this Court order the defendant to cease and desist from harassing communications of any kind and communicate exclusively through relevant motions on the docket.

NOTICE OF MOTION SEEKING A PRELIMINARY INJUNCTION OR RESTRAINING ORDER- 1

Signed this 28th day of January 2023

Respectfully submitted,

Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

NOTICE OF MOTION SEEKING A PRELIMINARY INJUNCTION OR RESTRAINING
ORDER- 2