IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN,<br><br>　　　　Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br><br>**AFFIDAVIT OF JASON GOODMAN IN SUPPORT OF APPLICATION FOR PRELIMINARY INJUNCTION OR RESTRAINING ORDER** |

I, Jason Goodman hereby affirm as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any crime involving moral turpitude.  I am competent to testify to the matters stated herein.

2. I have personal knowledge of each and every statement made in this Affidavit and such statements are true and correct.

3. I make and submit this Affidavit in connection with the Motion Seeking a Preliminary Injunction or Restraining Order

4. On or about January 9, 2023, I filed a motion seeking leave for an extension of time and informing the Court I was traveling out of state to care for my octogenarian mother while she recovers from spinal surgery that took place on January 12, 2023. **(EXHIBIT A)**

5. Upon notification of that surgery, maliciously obsessed defendant Sweigert has accelerated his antagonization of me, and expanded it to include my innocent family

AFFIDAVIT OF JASON GOODMAN - 1

members as he continues his endeavors to destroy the remnants of my online business and interfere with this and other litigation involving me and his alleged co-conspirators.

6. Acting upon the knowledge that a surgery was taking place, Sweigert proceeded to post harassing Tweets including images of my father, a naval veteran and highly respected retired cardiologist, apparently presuming he was undergoing surgery.  **(EXHIBIT B)**

7. My parents are completely uninvolved in my business, or anything related to YouTube or this instant legal action, but this is not the first time Sweigert has cyberstalked my father.

8. Sweigert's harassment of my family has no purpose in any litigation and can only be interpreted as being done solely to harass me and obstruct my ability to prosecute well founded claims against Sweigert and his alleged co-conspirators in an effort to wrongfully gain an advantage in this and other litigation.

9. Sweigert also previously harassed the attorney Jonathan Snyder ("Snyder") who I had retained to defend my corporation in litigation brought by Defendant Academy of Motion Picture Arts and Sciences ("ATAS").

10. In that case, Sweigert's harassment of attorney Snyder resulted in his withdrawal and was the proximate cause of a default judgement against my company. (*See* Case 1:20-cv-07269-VEC-OTW ECF No. 102-2)

11. Sweigert's involvement with Sharp, Esquenet and other defendants was the subject of a motion for relief from judgment pursuant to FRCP Rule 60(b)(3) which I filed in that case on January 24, 2023.  That motion remains pending at this time, negating the res judicata theory Sweigert intends to rely upon in his motion to dismiss. (*See* Case 1:20-cv-07269-VEC-OTW ECF No. 167)

AFFIDAVIT OF JASON GOODMAN - 2

12. Sweigert remains in regular communication with his alleged co-conspirators, sending numerous daily harassing emails disguised as relevant litigation related communications. **(EXHIBIT C)**

13. On January 26, 2023, I posted a video on my YouTube channel titled Crowdsource the Truth 7 ("CSTT 7"), that included an interview with a British citizen by the name of Sadie Quinlan ("Quinlan").

14. I became aware of Quinlan in 2021 when she posted a segment of my phone call with Bouzy after being targeted and harassed Bouzy just as I was.

15. Quinlan's YouTube broadcasts focus on entertainment and news categorized as "celebrity gossip" focused on the British Royal Family.

16. Bouzy has publicly claimed to do work for the Duke and Duchess of Sussex and or a public relations firm that is employed by them.

17. Like many British Royalists, Quinlan shares her unfavorable opinions of the Duchess of Sussex Meghan Markel ("Markle") and discusses topics related to her activities.

18. According to Quinlan, Markle is widely disfavored because she in an American divorcee who married into the royal family for money and fame and has persistently attempted to impose her Hollywood etiquette and sensibilities upon the well-established traditions of the British Royal Family.

19. Even if statements made by Quinlan indicated deep-seated hatred toward Markle, which they do not, such statements would be protected by the first amendment when published in the United States and are well within Quinlan's rights to express.

20. Quinlan has never expressed personal hatred toward Markel or promoted violence of any kind against anyone.

AFFIDAVIT OF JASON GOODMAN - 3

21. Quinlan is a kind woman with a strong sense of patriotism and a deep affection for the Monarchy of her country and its long-established traditions.

22. Defendant Bouzy employed the same tactics in the destruction of Quinlan's social media accounts and online business as he did mine, leaving Quinlan without income.

23. In an effort to help Quinlan re-establish her regular income, I suggested she create accounts with Patreon.com and SubscribeStar.com and invited her to participate in an interview that she could monetize on those platforms.

24. On January 26, 2023, at approximately 3pm eastern, I published the video interview with Quinlan titled "Yankee Wally, Christopher Bouzy, Meghan Markle and the British Royal Family" (https://youtu.be/pIaKo55BsWk) on YouTube and announced the new payment platforms being offered by Quinlan.

25. Later that same day, the entire Crowdsource the Truth YouTube channel was permanently deleted for reasons that were not clearly specified. **(EXHIBIT D)**

26. I allege defendant Sweigert was responsible for the removal of the YouTube channel in part because he immediately publicized the incident. **(EXHIBIT E)**

27. Sweigert's persistent extrajudicial harassment is a source of stress and anguish for my entire family and is damaging my mother's ability to peacefully recuperate from surgery.

28. I am writing this affidavit and filing this motion to express my great concern that Sweigert's persistent and totally unacceptable behavior is impacting my mother's mental and physical health in a manner that threatens the success of her recovery and jeopardizes her future long-term health and well-being.

29. Sweigert's activity is calculated to occupy my time and damage my ability to assist my mother with the daily chores such as cooking, cleaning, shopping, attending physical

therapy and other things required for her to conduct her life and achieve as complete a recovery as she may be able.

30. By focusing his attention on my family and engaging in this inappropriate and unnecessary extrajudicial harassment, Sweigert is exacerbating the dangerous risk of permanently damaging my mother's health and well-being and reducing her hope of a successful recovery.

31. Sweigert has refused to comply with email demands to cease and desist and has only increased his harassment during this time in what can only be described as a deeply disturbing, predatory manner.

32. I pray the court will intervene to finally compel this persistently abusive, vexatious individual to cease and desist his unnecessary, cruel, and harmful behavior.

Signed this 28th day of January 2023

Respectfully submitted,

Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

AFFIDAVIT OF JASON GOODMAN - 5

**(EXHIBIT A)**

Window   Help

CD Publisher :::::::::::::::::::::::::::::::::::::::::::::::::::::::

olumes/2023-1-20/WEBVIEW/WEBVIEW.HTM



**(EXHIBIT B)**



← **E.U. Concerned Citizen**
3,597 Tweets

**Follow**



**E.U. Concerned Citizen** @LiberateYoutube · Jan 9

Grifter Jason Goodman demands more time hhmmm CBOUZY
@Natethelawyer @FBINewark @USMSNewYork @NYPDPC #lawtube
@NYPDSpecialops @SDNYnews
#SDNY @washingtonpost @vicenews
@TheDUIGuyPlus @lawfareblog @DHSgov
@benjaminwittes



Case 1:21-cv-10878-AT-JLC   Document 97   Filed 01/09/23   Page 2 of 2

**Is this another dog ate my homework cover story?**
**Dr. Mark Goodman, Lt. Cmdr USN -- former deep-state**

Lastly, an aging family member will be undergoing planned surgery on January 12, 2023

and long planned travel must take place on January 10. This will occupy my time throughout

most of the day.  Prior to Defendants' January 6 response, I had anticipated filing the Amended

Complaint one day earlier than ordered, however as the end of the day nears, I grow increasingly

concerned about the level of completeness of the Amended Complaint at the present moment.

I respectfully request a second extension of time to file this Amended Complaint.  There

has been one previous request for an extension of time, but that failed to specify a desired date

and the original extension granted only an additional seven days.

This second extension is being requested so I may provide the Court with the most

💬            ↻            ♡            ııl 140            ⬆



**E.U. Concerned Citizen** @LiberateYoutube · Jan 9

Grifter weirdo Jason Goodman demands 7 day delay for Ballard Spahr
@Natethelawyer in Bouzy action  #HarryandMeghanonNetflix
#LAWTUBE #SunshineSachs #SussexSquad
@winkie_doo @RoyalFamily @natlawyerchic
@realgeorgewebb1 @vicenews @RollingStone @BuzzFeed
@WIRED @BrookingsInst

Case 1:21-cv-10878-AT-JLC   Document 97   Filed 01/09/23   Page 1 of 2

**Jason Goodman begs for more time to file Amended Complaint,**
**more grifter delays from "vexatious serial litigant"**

The Honorable Analisa Torres                                          January 9, 2023
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007                                          
~~Hon_NYSDChambers@nysd.uscourts.gov~~
Via e-mail and pro se electronic filing

Re: Goodman v. Bouzy, et al., Case No. 1:21-cv-10878-AT-JLC

Dear Judge Torres,

Pursuant to your individual rules of practice I(C), I write to respectfully request leave for

an extension of time for the filing of my Amended Complaint.  Pursuant to your memo

💬            ↻            ♡            ııl 225            ⬆



**E.U. Concerned Citizen** @LiberateYoutube · Jan 9

Ballard Spahr files against @Natethelawyer in Chris Bouzy action
@Natethelawyer
#HarryandMeghanonNetflix #LAWTUBE #SunshineSachs
#SussexSquad
@winkie_doo @RoyalFamily @natlawyerchic
@realgeorgewebb1 @vicenews @RollingStone
@BuzzFeed @WIRED @BrookingsInst
@ImperatorTruth



# E.U. Concerned Citizen
3,597 Tweets

**Follow**

**E.U. Concerned Citizen** @LiberateYoutube · Jan 10

Jason "Judas" Goodman threatens lawsuit @Natethelawyer @hunleyeric
#HarryandMeghanonNetflix #LAWTUBE #SunshineSachs
#SussexSquad
@RoyalFamily @vicenews #sdny
@CPSUK @buzzfeed @metpoliceuk
@INTERPOL_HQ @WIRED @BrookingsInst
@ImperatorTruth @Newsweek

Chris Bouzy



Judge gives Grifter Goodman extra week for Amended Complaint

💬          🔁          ♡          📊 108          ⬆️

**E.U. Concerned Citizen** @LiberateYoutube · Jan 10

Grifter weirdo Jason Goodman demands stay in 2d circuit for Ballard
Spahr @Natethelawyer in Bouzy  #HarryandMeghanonNetflix
#LAWTUBE #SunshineSachs #SussexSquad @winkie_doo @RoyalFamily
@natlawyerchic @realgeorgewebb1 @vicenews @RollingStone
@BuzzFeed @WIRED
@BrookingsInst



UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 22-592

Motion for: Extension of time to allow filing of a Motion for
Relief from Order and Judgment pursuant to Fed R Civ P
Rule 60(b)(3) with the District Court

Set forth below precise, complete statement of relief sought:
New evidence discovered in the process of preparing this
appeal is likely to prove fraud, misrepresentation,
and misconduct by plaintiffs  by an unhinged
QAnon based conspiracy theorist
and vexatious serial litigant

The National Academy of Televi v.   Multimedia S

Jason Judas Goodman, Conspiracy Theorist

VEXATIOUS EXPRESS

💬 1          🔁          ♡          📊 208          ⬆️



**E.U. Concerned Citizen** @LiberateYoutube · Jan 10

Grifter Jason Goodman v. Bouzy
@Natethelawyer @FBINewark @USMSNewYork
@NYPDPC #lawtube @NYPDSpecialops
@SDNYnews @LBRY #SDNY @Newsweek
@washingtonpost @vicenews @TheDUIGuyPlus

← **E.U. Concerned Citizen**
3,597 Tweets                                    **Follow**

 **E.U. Concerned Citizen** @LiberateYoutube · Jan 10    ···
Is Jason Goodman hiding a deep state naval officer father?
@Natethelawyer @FBINewark @USMSNewYork @NYPDPC #lawtube
@NYPDSpecialops @SDNYnews #SDNY @washingtonpost @vicenews
@TheDUIGuyPlus
@lawfareblog @DHSgov @benjaminwittes @BuzzFeed @newsweek
@VICE @USNavy



💬 1        ↻        ♡        ııl 134        ⬆

 **E.U. Concerned Citizen** @LiberateYoutube · Jan 10    ···
Jason "Judas" Goodman threatens lawsuit @Natethelawyer @hunleyeric
@HarryandMeghanonNetflix #LAWTUBE #SunshineSachs
#SussexSquad
@RoyalFamily @vicenews #sdny
@CPSUK @buzzfeed @metpoliceuk
@INTERPOL_HQ @WIRED @BrookingsInst
@ImperatorTruth @Newsweek
Chris Bouzy



← **E.U. Concerned Citizen**
3,597 Tweets



 **E.U. Concerned Citizen** @LiberateYoutube · Jan 11   ···
Update on the S.S. Goonman -- Chips Ahoy !! Goodman v. Bouzy
@CBSNews @GOPoversight @JamesComer
@RepJamesComerKY @buzzfeed
@vicenews @vicenews @wired #lawtube @vicenews @newsweek
@rollingstone



🗨   ⇄   ♡   �iii 111   ⤴

 **E.U. Concerned Citizen** @LiberateYoutube · Jan 11   ···
New friend of conspiracy theorist Rep. James Comer, Jason Goodman
loses it (again)  @CBSNews
@GOPoversight @JamesComer @RepJamesComerKY
@buzzfeed @newsweek @vicenews @wired #lawtube @CapitolPolice
@ImperatorTruth @rollingstone Chris Bouzy Ballard Spahr



🗨   ⇄   ♡    iii 135   ⤴

 **E.U. Concerned Citizen** @LiberateYoutube · Jan 11   ···
Conspiracy theorist Jason Goodman and Rep. James Comer discuss tin
foil hats.
@CBSNews
@AdrianaDiaz
@ArdenFarhi
@AndyTriay
@GOPoversight
@JamesComer

**(EXHIBIT C)**

**From:** **Spoliation Notice** spoliation-notice@mailbox.org  📎
**Subject:** Re: Jason Goodman creates new ban evasion channel "9" after other channel "8" terminated.
**Date:** January 28, 2023 at 12:44 PM
**To:** Jason Goodman truth@crowdsourcethetruth.org, spoliation@posteo.net
**Cc:** Berlin, Seth D. BerlinS@ballardspahr.com, Mishkin, Maxwell S. MishkinM@ballardspahr.com, bwittes@brookings.edu,
Margaret Esquenet margaret.esquenet@finnegan.com, Nina Jankowicz nina.jankowicz@gmail.com, George Webb Sweigert
georg.webb@gmail.com

DS

---

Mr. Goodman.

Pardon the undersigned.  The phone call with you and Ms. Esquenet appeared to be settlement negotiations which are presumably held as confidential.

Regarding the 'evidence'.  Will the clown face be presented to the judge as more evidence?

Why are you using a subscription-based social media account for an evidence repository.  That channel can be taken down from a myriad of random actors.

Someone named "Yankee Wally" has already taken credit for the termination of CrowdSource The Truth 8 (see attached).

This communication is under litigation privilege is to try and reason with your self destructive use of the court system.  You really should contact a lawyer for guidance to help you understand what is going on.

Yours in Christian love,

On 01/27/2023 9:57 AM PST Jason Goodman <truth@crowdsourcethetruth.org> wrote:

The phone call with Esquenet is evidence in this case.  She was aware it was recorded and could have discontinued immediately if she objected.  The contents of the recording are my intellectual property.  If anything happens to that YouTube channel it will be considered spoliation of evidence and an effort by you to further assist your alleged co-conspirator Margaret Esquenet.  Do not send me any more emails Sweigert.  All of your communication with me and anyone in this case should be on the docket.  Cease and desist.

Jason Goodman

On Jan 27, 2023, at 12:30 PM, spoliation@posteo.net wrote:

Jason Goodman has a new "no. 9" channel.

crowdsource the truth 9

It has a video of the telephone call with Ms. Esquenet posted on to it.

https://www.youtube.com/@crowdsourcethetruth9

https://www.youtube.com/watch?v=Use30PPgXPI

It would appear that Jason Goodman should be reported for ban evasion.

Best,

On 26.01.2023 22:01, spoliation@posteo.net wrote:
Also appears on Jason Goodman's YouTube channels.
Further discussions will occur, according to Goodman, with this
material witness on the various paywall Patreon / Odysee /
SubscribeStar channels.
https://odysee.com/@Crowdsourcethetruth:d/yankeewallychrisbouzy:a
Goodman also states he would be in favor of Adolf Hitler having a
YouTube channel.
https://www.youtube.com/watch?v=plaKo55BsWk
Best,
On 26.01.2023 17:34, spoliation@posteo.net wrote:
Here is Jason Goodman's telephone call and broadcast of Ms. Esquenet.

Here is Jason Goodman's telephone call and broadcast of Ms. Esquenet.

https://www.youtube.com/watch?v=G9A6oQ2PDCg

On 26.01.2023 00:28, spoliation@posteo.net wrote:

According to the judge in Virginia you must cooperate with e-mail
discussion prior to filing a motion, right?

See attached.

On 26.01.2023 00:12, Jason Goodman wrote:

You are harassing me and the participants in this action by
introducing irrelevant matters. Stop it immediately.

On Jan 25, 2023, at 6:08 PM, spoliation@posteo.net wrote:

Thanks for you input Mr. Goodman.

Here is the judgment in your Virginia defamation action.

Best,

On 25.01.2023 22:46, Jason Goodman wrote:

Thanks for the legal advice.  Stop harassing me and file your nonsense
on the docket.

On Jan 25, 2023, at 4:44 PM, spoliation@posteo.net wrote:

Dear Mr. Goodman,

The undersigned believes settlement would be very prudent for you.

There has been no magistrate active in the Michigan action.

You should be aware that evidence would be introduced of the use of 21st Century 3D business name on the
"crowdsourcethetruth" web-site.

Your assertions that your business is not involved with this conspiracy theory videos will only incur more liability
for you.

You should consider settling these actions, or discuss same with a bona fide lawyer.

Best,

Litigation privilege

On 25.01.2023 19:30, Jason Goodman wrote:

File on the docket. Request a settlement conference to be overseen by
the magistrate if that's what you want.

On Jan 25, 2023, at 1:26 PM, spoliation@posteo.net wrote:

Mr. Goodman,

The undersigned trusts you will take these e-mail messages in the spirit of litigation privilege to negotiate a
settlement or some kind of cease fire.

These messages demonstrate that you have used these tired arguments before, about individuals disrupting
your business with a magical copyright strike to YouTube.

Anyone who apparently protects their copyright against your violations, suddenly becomes a member of a
conspiratorial network to hurt you "business".

It may be wise for you to reconsider you litigation tactics and seek professional legal counsel.

Otherwise, if you like, the undersigned could advise the judge in Michigan that you are upset with these
clarify expressions of litigation privilege.

Best,

LITIGATION PRIVILEGE

On 25.01.2023 19:06, Jason Goodman wrote:

Sweigert,

This is a demand that you cease and desist from sending these
harassing email communications.  File a motion on the docket if you
have something to say.

Jason Goodman

On Jan 25, 2023, at 1:00 PM, spoliation@posteo.net wrote:

For your records

Note Goodman refers to his 85,000 subscribers, which are not viewers (below)

The 85,000 subscribers were brought to Mr. Goodman by George Webb.

Nevertheless, Goodman rarely exceeded 10,000 views in videos

This is background on Steve Outtrim

https://burners.me/2020/11/05/sdny-judge-supports-burners-me-jason-goodman-lolsuit-thrown-out-of-
court/

---------- Original Message ----------

From: Jason Goodman <truth@crowdsourcethetruth.org>

To: "Aaron_NYSDChambers@nysd.uscourts.gov" <Aaron_NYSDChambers@nysd.uscourts.gov>

Cc: David George Acton Sweigert <spoliation-notice@mailbox.org>

Date: 11/13/2019 10:53 AM PST

Subject: Re: 1:18-cv-08653-VEC-SDA, Sweigert v. Goodman

Thank you your honor, however Mr. Outtrim's inappropriate actions have revealed new evidence that is
extremely significant and must be included in my answer.  Outtrim's latest action provides further proof of
the alleged conspiracy between Plaintiff and others including Outtrim. This causes me to request that
you reconsider today's order given the following circumstances:

Irrespective of Mr. Outtrim's denial of intervention, his reason for attempting to intervene changes my
answer and requires additional time to complete. Prior to emailing you inappropriately, Mr. Outtrim
submitted a fraudulent complaint to YouTube that has crippled my online business by preventing me from
live streaming my daily broadcasts to my audience of 85,000 viewers.  This has negatively impacted my
income and is a clear example of the ongoing extrajudicial steps Plaintiff and his associates have taken

in their persistent and escalating effort to disrupt my day to day life, my business and my ability to defend myself in this legal mater.

Online broadcasting is my full time job and primary source of income.  The YouTube penalty will continue indefinitely IF Outtrim is able to demonstrate to Google that he has an active lawsuit against me for the same claim he has submitted to YouTube.  It is extremely important to my defense that I have the additional time requested so I may adequately explain and present the relevant facts and details related to shed light on this newest development and so the court may consider these facts in rendering its decision.

I respectfully request that you reconsider the order and allow me the time extension.  I stand ready to submit another motion for extention of time if that would please the court.

Jason Goodman, Defendant Pro Se

*Please note: jasongoodman72@protonmail.com is not a valid email address for Defendant and has been inappropriately introduced into these proceedings by Plaintiff

On Nov 13, 2019, at 1:19 PM, Aaron_NYSDChambers@nysd.uscourts.gov wrote:

Good afternoon -

Please see the attached Order. Thank you.

<18cv8653, Order.pdf>

<update-on-goodman.pdf>

<jason-goodman-cstt-9.jpg><jason-goodman-cstt-9-a.jpg>



**Wally** @yankeewally2 · 17h

I caused Jason **Goodman** to lose his YouTube channel! Because he hosted me yesterday. I feel TERRIBLE for him. But he's just adding it to his court case. @csthetruth is him.hes a fighter for justice.

---

**Mollie'sMama** @ccrook1974 · Jan 26

If y'all remember our dear Yankee Wally @yankeewally2 who was one of the first YouTuber Hosts in the early H&M saga days. Their trolls espec @cbouzy @ellievhall reported her  lied, false claims & worse She's back on but went thru hell. Retweet support her She was right about H&M twitter.com/Reashelby1/sta...

♡ 5     ⟲ 13     ♡ 98     ᠁ 3,246     ⤒

---

**Wally** @yankeewally2 · 17h

And now, poor Jason **Goodman** has lost his YouTube channel because of ME.  he hosted me on a 15min innocent video 🍒! I'm a Welsh Pariah!

---

**Duchess Pinocchio** ❄️ Overseas-Me...   @TheFakeDuc... · Jan 26

What a lovely surprise! Wally 🤗🤗🤗 youtube.com/watch?v=KcdCYA...

Show this thread

♡ 22     ⟲ 9     ♡ 141     ᠁ 8,522     ⤒

**From:** spoliation@posteo.net 📎
**Subject:** Re: Jason Goodman creates new ban evasion channel "9" after other channel "8" terminated.
**Date:** January 28, 2023 at 7:21 PM
**To:** Jason Goodman truth@crowdsourcethetruth.org
**Cc:** David George Acton Sweigert spoliation-notice@mailbox.org, Berlin, Seth D. BerlinS@ballardspahr.com, Mishkin, Maxwell S. MishkinM@ballardspahr.com, bwittes@brookings.edu, Margaret Esquenet margaret.esquenet@finnegan.com, Nina Jankowicz nina.jankowicz@gmail.com, George Webb Sweigert georg.webb@gmail.com, Spoliation spoliation@posteo.net, Spoliation Notice spoliation-notice@mailbox.org

Fellow defendants

As seen in the attachments, Jason Goodman is interviewing another intelligence agent in the Ukraine that appears to be a Russian asset (see attached).

For your records.

Best,

On 28.01.2023 20:26, Jason Goodman wrote:
> That's a parody image of an objectionable deceased public figure as
> far as I can tell.  Stop emailing me.
>> On Jan 28, 2023, at 2:24 PM, spoliation@posteo.net wrote:
>> Jason Goodman,
>> Please advise the group when Titus Frost will be added to your sham lawsuit.
>> According to the attached Twitter tweet you threatened Titus Frost with RICO action.
>> That's the account you use with a doctored photo of the undersigned's father with a penis for a nose.
>> See attached for artifacts of your "journalism".
>> Best,
>> On 28.01.2023 18:43, Spoliation Notice wrote:
>>> Mr. Goodman.
>>> Pardon the undersigned.  The phone call with you and Ms. Esquenet
>>> appeared to be settlement negotiations which are presumably held as
>>> confidential.
>>> Regarding the 'evidence'.  Will the clown face be presented to the
>>> judge as more evidence?
>>> Why are you using a subscription-based social media account for an
>>> evidence repository.  That channel can be taken down from a myriad of
>>> random actors.
>>> Someone named "Yankee Wally" has already taken credit for the
>>> termination of CrowdSource The Truth 8 (see attached).
>>> This communication is under litigation privilege is to try and reason
>>> with your self destructive use of the court system.  You really should
>>> contact a lawyer for guidance to help you understand what is going on.
>>> Yours in Christian love,
>>>> On 01/27/2023 9:57 AM PST Jason Goodman <truth@crowdsourcethetruth.org> wrote:
>>>> The phone call with Esquenet is evidence in this case.  She was aware it was recorded and could have discontinued
>>>> immediately if she objected.  The contents of the recording are my intellectual property.  If anything happens to that YouTube
>>>> channel it will be considered spoliation of evidence and an effort by you to further assist your alleged co-conspirator Margaret
>>>> Esquenet.  Do not send me any more emails Sweigert.  All of your communication with me and anyone in this case should be
>>>> on the docket.  Cease and desist.
>>>> Jason Goodman
>>>> > On Jan 27, 2023, at 12:30 PM, spoliation@posteo.net wrote:
>>>> >
>>>> > Jason Goodman has a new "no. 9" channel.
>>>> >
>>>> > crowdsource the truth 9
>>>> >
>>>> > It has a video of the telephone call with Ms. Esquenet posted on to it.
>>>> >
>>>> > https://www.youtube.com/@crowdsourcethetruth9
>>>> >
>>>> > https://www.youtube.com/watch?v=Use30PPgXPl
>>>> >
>>>> > It would appear that Jason Goodman should be reported for ban evasion.
>>>> >
>>>> > Best,
>>>> >
>>>> >
>>>> >

> On 26.01.2023 22:01, spoliation@posteo.net wrote:
>> Also appears on Jason Goodman's YouTube channels.
>> Further discussions will occur, according to Goodman, with this
>> material witness on the various paywall Patreon / Odysee /
>> SubscribeStar channels.
>> https://odysee.com/@Crowdsourcethetruth:d/yankeewallychrisbouzy:a
>> Goodman also states he would be in favor of Adolf Hitler having a
>> YouTube channel.
>> https://www.youtube.com/watch?v=plaKo55BsWk
>> Best,
>> On 26.01.2023 17:34, spoliation@posteo.net wrote:
>>> Here is Jason Goodman's telephone call and broadcast of Ms. Esquenet:
>>> https://www.youtube.com/watch?v=G9A6oQ2PDCg
>>> On 26.01.2023 00:28, spoliation@posteo.net wrote:
>>>> According to the judge in Virginia you must cooperate with e-mail
>>>> discussion prior to filing a motion, right?
>>>> See attached.
>>>> On 26.01.2023 00:12, Jason Goodman wrote:
>>>>> You are harassing me and the participants in this action by
>>>>> introducing irrelevant matters. Stop it immediately.
>>>>> On Jan 25, 2023, at 6:08 PM, spoliation@posteo.net wrote:
>>>>>> Thanks for you input Mr. Goodman.
>>>>>> Here is the judgment in your Virginia defamation action.
>>>>>> Best,
>>>>>>> On 25.01.2023 22:46, Jason Goodman wrote:
>>>>>>> Thanks for the legal advice.  Stop harassing me and file your nonsense
>>>>>>> on the docket.
>>>>>>>> On Jan 25, 2023, at 4:44 PM, spoliation@posteo.net wrote:
>>>>>>>> Dear Mr. Goodman.
>>>>>>>> The undersigned believes settlement would be very prudent for you.
>>>>>>>> There has been no magistrate active in the Michigan action.
>>>>>>>> You should be aware that evidence would be introduced of the use of 21st Century 3D business name on the "crowdsourcethetruth" web-site.
>>>>>>>> Your assertions that your business is not involved with this conspiracy theory videos will only incur more liability for you.
>>>>>>>> You should consider settling these actions, or discuss same with a bona fide lawyer.
>>>>>>>> Best,
>>>>>>>> Litigation privilege
>>>>>>>> On 25.01.2023 19:30, Jason Goodman wrote:
>>>>>>>>> File on the docket. Request a settlement conference to be overseen by
>>>>>>>>> the magistrate if that's what you want.
>>>>>>>>> On Jan 25, 2023, at 1:26 PM, spoliation@posteo.net wrote:
>>>>>>>>>> Mr. Goodman,
>>>>>>>>>> The undersigned trusts you will take these e-mail messages in the spirit of litigation privilege to negotiate a settlement or some kind of cease fire.
>>>>>>>>>> These messages demonstrate that you have used these tired arguments before, about individuals disrupting your business with a magical copyright strike to YouTube.
>>>>>>>>>> Anyone who apparently protects their copyright against your violations, suddenly becomes a member of a conspiratorial network to hurt you "business".
>>>>>>>>>> It may be wise for you to reconsider you litigation tactics and seek professional legal counsel.
>>>>>>>>>> Otherwise, if you like, the undersigned could advise the judge in Michigan that you are upset with these clarify expressions of litigation privilege.
>>>>>>>>>> Best,
>>>>>>>>>> LITIGATION PRIVILEGE
>>>>>>>>>> On 25.01.2023 19:06, Jason Goodman wrote:
>>>>>>>>>>> Sweigert,
>>>>>>>>>>> This is a demand that you cease and desist from sending these
>>>>>>>>>>> harassing email communications.  File a motion on the docket if you
>>>>>>>>>>> have something to say.
>>>>>>>>>>> Jason Goodman
>>>>>>>>>>>> On Jan 25, 2023, at 1:00 PM, spoliation@posteo.net wrote:
>>>>>>>>>>>> For your records
>>>>>>>>>>>> Note Goodman refers to his 85,000 subscribers, which are not viewers (below)
>>>>>>>>>>>> The 85,000 subscribers were brought to Mr. Goodman by George Webb.
>>>>>>>>>>>> Nevertheless, Goodman rarely exceeded 10,000 views in videos
>>>>>>>>>>>> This is background from Steve Outtrim:
>>>>>>>>>>>> https://burners.me/2020/11/05/sdny-judge-supports-burners-me-jason-goodman-lolsuit-thrown-out-of-court/
>>>>>>>>>>>> ---------- Original Message ----------
>>>>>>>>>>>> From: Jason Goodman <truth@crowdsourcethetruth.org>
>>>>>>>>>>>> To: "Aaron_NYSDChambers@nysd.uscourts.gov" <Aaron_NYSDChambers@nysd.uscourts.gov>
>>>>>>>>>>>> Cc: David George Acton Sweigert <spoliation-notice@mailbox.org>

>>>>>>>>>>>> Date: 11/13/2019 10:53 AM PST

>>>>>>>>>>>> Subject: Re: 1:18-cv-08653-VEC-SDA, Sweigert v. Goodman

>>>>>>>>>>>> Thank you your honor, however Mr. Outtrim's inappropriate actions have revealed new evidence that is extremely significant and must be included in my answer. Outtrim's latest action provides further proof of the alleged conspiracy between Plaintiff and others including Outtrim. This causes me to request that you reconsider today's order given the following circumstances:

>>>>>>>>>>>> Irrespective of Mr. Outtrim's denial of intervention, his reason for attempting to intervene changes my answer and requires additional time to complete. Prior to emailing you inappropriately, Mr. Outtrim submitted a fraudulent complaint to YouTube that has crippled my online business by preventing me from live streaming my daily broadcasts to my audience of 85,000 viewers. This has negatively impacted my income and is a clear example of the ongoing extrajudicial steps Plaintiff and his associates have taken in their persistent and escalating effort to disrupt my day to day life, my business and my ability to defend myself in this legal mater.

>>>>>>>>>>>> Online broadcasting is my full time job and primary source of income. The YouTube penalty will continue indefinitely IF Outtrim is able to demonstrate to Google that he has an active lawsuit against me for the same claim he has submitted to YouTube. It is extremely important to my defense that I have the additional time requested so I may adequately explain and present the relevant facts and details related to shed light on this newest development and so the court may consider these facts in rendering its decision.

>>>>>>>>>>>> I respectfully request that you reconsider the order and allow me the time extension. I stand ready to submit another motion for extention of time if that would please the court.

>>>>>>>>>>>> Jason Goodman, Defendant Pro Se

>>>>>>>>>>>> *Please note: jasongoodman72@protonmail.com is not a valid email address for Defendant and has been inappropriately introduced into these proceedings by Plaintiff

>>>>>>>>>>>> On Nov 13, 2019, at 1:19 PM, Aaron_NYSDChambers@nysd.uscourts.gov wrote:

>>>>>>>>>>>> Good afternoon -

>>>>>>>>>>>> Please see the attached Order. Thank you.

>>>>>>>>>>>> <18cv8653, Order.pdf>

>>>>>> <update-on-goodman.pdf>

> <jason-goodman-cstt-9.jpg><jason-goodman-cstt-9-a.jpg>

<racketeering--2.jpg><racketeering.jpg>



Andrii Telizhenko Ukrainian Patriot Fighting for Truth in America with Special Guest Lee Stranahan



**(EXHIBIT D)**

From: **YouTube** no-reply@youtube.com
Subject: Jason Goodman, we have removed your channel from YouTube
Date: January 26, 2023 at 7:13 PM
To: 21stcentury3d@gmail.com





Hi Jason Goodman,

We have reviewed your content and found severe or repeated violations of our **Community Guidelines**. Because of this, we have removed your channel from YouTube.

We know this is probably very upsetting news, but it's our job to make sure that YouTube is a safe place for all. If we think a channel severely violates our policies, we take it down to protect other users on the platform - but if you believe we've made the wrong call, you can appeal this decision. You'll find more information about the policy in question and how to submit an appeal below.

## What our policy says

Content that violates YouTube's Terms of Service or that encourages others to do so is not allowed on YouTube. This includes posting content previously removed for violating our Terms of Service; or posting content from creators who are currently restricted or have been terminated under our Terms.



## How this affects your channel

We have permanently removed your channel from YouTube. Going forward, you won't be able to access, possess, or create any other YouTube

channels.

## What you can do next

There are steps you can take if you want to appeal this decision:

- Review YouTube's Community Guidelines.

- Appeal here. Make sure to fill out the appeal form as completely as possible, including your channel URL:
  https://www.youtube.com/channel/UCIde7LzAGXP0aXDfGY4Woww

If you have any further questions, please feel free to reach out to us here.

Sincerely,
The YouTube team

---

You received this email to provide information and updates around your YouTube channel or account.



**(EXHIBIT E)**

← **Tweet**

 **E.U. Concerned Citizen**
@LiberateYoutube                                                 •••

Whoopsie Doodle Jason Goodman loses channel, predicated by social engineer #YankeeWally Chris Bouzy trending Brookings Institute @DHSgov @natethelawyer #lawnerds George Webb @buzzfeed @newsweek @TheEmmys @TheEmmys @huffpost @hunleyeric @CBSNews @VICENews



7:54 PM · Jan 26, 2023 · **98** Views

---

**2** Likes

---