IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the Letter to Judge Torres dated January 31, 2023 via email.

Seth D. Berlin   BerlinS@ballardspahr.com

Maxwell S. Mishkin   MishkinM@ballardspahr.com

George Webb Sweigert   georg.webb@gmail.com

David George Sweigert   spoliation-notice@mailbox.org

Benjamin Wittes   bwittes@brookings.edu

Margaret Esquenet   margaret.esquenet@finnegan.com

Nina Jankowicz   nina.jankowicz@gmail.com

CERTIFICATE OF SERVICE - 1

Signed this 31ᵗʰ day of January 2023

Respectfully submitted,

                                             Jason Goodman, Plaintiff, Pro Se
                                                       252 7ᵗʰ Avenue Apt 6s
                                                             New York, NY 10001
                                                                  (323) 744-7594
                                                 truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2