IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION SEEKING COURT ORDERED PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN | |
| Defendants | |

Please take notice, pursuant to Federal Rule of Civil Procedure 35(a), Jason Goodman ("Goodman" or "Plaintiff"), by and for himself pro se, will move this honorable Court for an order seeking mandatory psychological evaluation of defendant David George Sweigert ("Sweigert" or "Defendant"). Sweigert's persistent harassment and cyberstalking of Goodman and his family, despite the existence of a pending motion seeking to enjoin him from such activity, coupled with his own historical statements about his personal family history of serious mental illness, and his obsessive pursuit of Goodman with abusive, vexatious, and frivolous litigation, call into question his mental fitness to represent himself and participate in a trial in this legal action.

NOTICE OF MOTION SEEKING COURT ORDERED PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT - 1

1

Signed this 3rd day of February 2023

2

Respectfully submitted,

3

4

_____

Jason Goodman, Plaintiff, Pro Se

5

252 7th Avenue Apt 6s

New York, NY 10001

6

(323) 744-7594

truth@crowdsourcethetruth.org

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION SEEKING COURT ORDERED PSYCHOLOGICAL EVALUATION
OF DEFENDANT DAVID GEORGE SWEIGERT - 2

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN

Plaintiff,

vs.

CHRISTOPHER ELLIS BOUZY, BOT
SENTINEL, INC, GEORGE WEBB
SWEIGERT, DAVID GEORGE SWEIGERT,
BENJAMIN WITTES, NINA JANKOWICZ,
ADAM SHARP, MARGARET ESQUENET,
THE ACADEMY OF TELEVISION ARTS
AND SCIENCES, SETH BERLIN,
MAXWELL MISHKIN

Defendants

Case No.: 1:21-cv-10878-AT-JLC

**MEMORANDUM IN SUPPORT OF
MOTION SEEKING COURT ORDERED
PSYCHOLOGICAL EVALUATION OF
DEFENDANT DAVID GEORGE
SWEIGERT**

Jason Goodman ("Goodman"), by and for himself pro se, respectfully moves the

Court for an order granting a mandatory psychological evaluation of defendant David George

Sweigert ("Sweigert") pursuant to FRCP Rule 35(a). Sweigert has repeatedly demonstrated

his callous disregard for this Court's inherent authority and inappropriately interfered in

matters of civil litigation against Goodman beginning in 2017 (*See* Steele et al v Goodman et

al Case 3:17-cv-00601-MHL Document 51). Sweigert has obsessively pursued Goodman

since then. Despite a pending motion to enjoin him against such action, Sweigert has

persisted in cyber stalking and harassing Goodman, his family members, and associates.

Considering these factors along with his own public statements against interest about a

troubling family history of severe mental illness, physical and psychological abuse,

Sweigert's mental fitness to represent himself or participate in this action is in controversy.

MEMORANDUM IN SUPPORT OF MOTION SEEKING COURT ORDERED
PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PRELIMINARY STATEMENT

This Court is familiar with the numerous allegations related to Sweigert's unreasonable vexatious activities including frivolous abuse of process and persistent, cruel, and excessive extrajudicial harassment intended to achieve an unfair advantage in litigation or otherwise increase undue burden and costs upon Goodman.  Despite the existence of a well-founded motion seeking an injunction against him, Sweigert ignores this Court's inherent authority and persists in harassing Goodman and cyber stalking his family members and associates.  Sweigert obsessively persists in his aggressive, arguably criminal harassment while simultaneously engaging in ongoing efforts to abuse regularly issued civil process as he attempts to commit fraud upon this and other U.S. District Courts.  These factors give rise to questions and controversy with regard to Sweigert's mental well-being sufficient to provide good cause for a Court mandated psychological evaluation under Rule 35.

## ARGUMENT

FRCP Rule 35(a) grants the Court authority to compel a party whose mental condition is in controversy to submit to a mandatory examination by a suitably licensed examiner selected by the Court.  The "in controversy" and "good cause" requirements cannot be satisfied by conclusory allegations or by relevance to the case alone.  An affirmative showing must be made by the moving party that each condition as to which the examination is sought is genuinely in controversy and that good cause exists for the examination.  The movant's ability to obtain the information by other means is also relevant.  Rule 35 requires the party who moved for the examination, on request, to deliver to the requester a copy of the examiner's report, together with

MEMORANDUM IN SUPPORT OF MOTION SEEKING COURT ORDERED
PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT - 2

1  like reports of all earlier examinations of the same condition. Goodman has no access to any

2  such reports giving rise to the need for this Court to mandate an examination.

3                         **PERSISTENT EXTRAJUDICIAL HARASSMENT**

4

5          On February 1, 2023, after filing a motion for a preliminary injunction against

6  Sweigert and in the course of his normal business, Goodman broadcast a video on YouTube

7  titled *Charles Ortel is CLOSING IN – Seven Bribes for Seven Losers a Charles Ortel John*

8  *Cullen Mash Up*. The video addressed allegations of inappropriate handling of classified

9

10 information by President Joe Biden and his son Hunter Biden.  This topic has been at the

11 center of major news stories and cannot be dismissed as "conspiracy theory".

12 (https://www.nytimes.com/2023/02/01/us/politics/fbi-biden-rehoboth.html).  Members of the

13 public including Sweigert are free to disagree with or object to opinions expressed in

14 Goodman's broadcasts, but the First Amendment of the Constitution inarguably grants

15 Goodman and his guests the unalienable right to freely share opinions relating to these and

16

17 other matters.  The First Amendment does not grant Sweigert free reign to harass or

18 antagonize Goodman or private individuals including Goodman's family and associates.

19

20         Plaintiff asks the Court to take notice that the co-hosts Charles Ortel ("Ortel") and

21 John Cullen ("Cullen") are both trusted associates of Goodman who are not guilty of any

22 wrongdoing in this matter but have been discussed in this action previously.  Ortel was

23 originally brought to the Court's attention because Goodman believes he was the target of a

24 plot hatched by defendants including Sweigert, his brother George Webb Sweigert ("Webb"),

25

26 Christopher Bouzy ("Bouzy") and Benjamin Wittes ("Wittes").  Likewise, Cullen was the co-

27

28 MEMORANDUM IN SUPPORT OF MOTION SEEKING COURT ORDERED
   PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT - 3

host on the broadcast at the center of controversy in litigation Goodman alleges was

wrongfully fomented by Sweigert and subsequently brought by defendant Adam Sharp

("Sharp") in which he was represented by defendant Margaret Esquenet ("Esquenet").  These

facts are relevant because Sweigert repeatedly demonstrates his extraordinarily obsessive

motivation to disrupt any broadcast with these and other associates of Goodman.  Even now,

Sweigert persist in his harassment despite the possibility of a pending sanction and the high

probability that such behavior could make an injunction even more likely.  A reasonable

observer would be likely to conclude a mentally stable person facing an injunction would

curtail this activity pending resolution of the motion so as not to further aggravate the Court.

During the February 1 broadcast, an audience member participating in the real-time

chat began posting harassing comments utilizing a YouTube account with the name *Jason

Goodman is a Useful Idiot* ("Useful Idiot") **(EXHIBIT A)**.  YouTube account information

reveals this account was created on January 26, 2023, **(EXHIBIT B)** coincident with service

of process upon defendants Wittes and Nina Jankowicz ("Jankowicz).  Based on public

comments made by the Useful Idiot, and Sweigert's cumulative actions over the past six

years, Goodman alleges this account was created by Sweigert or someone acting on his

behalf with the sole intent of harassing Goodman.  If Goodman's allegation is correct, this

would also demonstrate a modus operandi Goodman alleges Sweigert employed in creating a

pseudonymous email account with the specific intent of alerting Sharp and defendant

Academy of Television Arts and Sciences ("ATAS") to an alleged copyright infringement

that provided a pretext for sham litigation against an uninvolved dormant corporation owned

MEMORANDUM IN SUPPORT OF MOTION SEEKING COURT ORDERED
PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT - 4

by Goodman, Multimedia System Design, Inc. ("MSD")

**ONGOING CYBER STALKING AND CYBER HARASSMENT**

On or about January 24, 2023 the website https://www.sdny.org/ was permanently

deleted due to repeated violations of host provider Wix.com's terms of service which

disallow harassment, *See* https://www.wix.com/about/terms-of-use rule 2.3 2.  The site had

previously been maintained by Sweigert and used primarily to defame and harass Goodman

and intimidate his associates.  Undeterred by this or pending action by the Court, Sweigert

continues to cyberstalk and harass Goodman using a Twitter account ("@LiberateYoutube").

In addition to harassing Goodman's family members, @LiberateYoutube continues to

publish false and defamatory statements about Goodman.  After Goodman filed a motion

seeking a preliminary injunction based on Sweigert's behavior, he continued to display

apathetic disregard for the authority of this Court or possible consequences of the well-

founded motion.  On January 31, 2023, via Twitter, Sweigert posted a message mocking

Goodman and further harassing and antagonizing Goodman's father. **(EXHIBIT C)**.  This

again calls Sweigert's grasp on reality and understanding of consequences into controversy.

Sweigert continuously and relentlessly harasses Goodman with defamatory and

patently false statements intended to impugn Goodman's reputation for truthfulness as a

journalist.  On February 2, 2023, Sweigert published a tweet directed at defendant Bouzy and

the Brookings Institution among others in which he alleged Goodman had faked claims

related to awards granted to him by the International 3D Society ("I3DS"). **(EXHIBIT D)**

The I3DS is a defunct Hollywood association of professionals in the motion picture

MEMORANDUM IN SUPPORT OF MOTION SEEKING COURT ORDERED
PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT - 5

industry who specialized in stereoscopic production.  Goodman is widely recognized as one

of the world's leading experts in the field and was in fact granted two awards for technology

development in 2013. **(EXHIBIT E)**

**SWEIGERT'S MENTAL CONDITION IS IN CONTROVERSY**

These baseless attacks on Goodman's family members and personal integrity, coupled

with Sweigert's relentless dedication to harassing Goodman demonstrate a total lack of

civility on Sweigert's part and call his mental fitness and ability to participate as a self-

represented litigant in this action into controversy.  Sweigert presents himself to the Court as

a legitimate mentally fit litigant, however Goodman disagrees.  This motion and the facts

described herein provide good cause to at least substantiate controversy in this regard.

Sweigert's behavior indicates brazen disregard for the authority of this Court and

contradicts common sense and common decency.  Even if Sweigert or any other person were

driven into blinding rage as a result of contentious litigation, the filing of a motion seeking a

preliminary injunction would be likely to cause a mentally fit litigant to at least pause the

behavior in question pending resolution of the motion.  Sweigert's failure to do this at least

raises controversy with respect to his psychological condition and mental fitness as a litigant.

Sweigert's behavior can only be reasonably explained as that of an extremely desperate or

mentally ill individual with no understanding of consequences.

The publicly accessible online Consumer Version of the Merck Manual offers a

medical definition of Antisocial Personality Disorder provided by Dr. Mark Zimmerman,

MD, of the Rhode Island Hospital.  The article states in relevant part, "Antisocial personality

MEMORANDUM IN SUPPORT OF MOTION SEEKING COURT ORDERED
PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT - 6

disorder is characterized by a pervasive pattern of disregard for consequences and for the rights of others." (https://www.merckmanuals.com/home/mental-health-disorders/personality-disorders/antisocial-personality-disorder#:~:text=Antisocial%20personality%20disorder%20is%20characterized,for%20the%20rights%20of%20others). Dr. Zimmerman goes on to explain, "Doctors diagnose antisocial personality disorder based on symptoms, including disregard for consequences and for the rights of others and use of deceit and/or manipulation to get what they want." Goodman does not claim to be a medical professional or to possess sufficient expertise to diagnose mental illness, however this definition when viewed in comparison to Sweigert's ongoing behavior provides good cause to question his mental fitness. The statements at least raise controversy with respect to Sweigert's psychological profile and ability to participate in this legal action.

## GOOD CAUSE EXISTS TO MANDATE AN EXAMINATION

After inappropriately attempting to intervene in Steele et al v Goodman et al (*See* Steele et al v Goodman et al Case 3:17-cv-00601-MHL ECF No. 73) Sweigert initiated legal action against Goodman in the District of South Carolina that was ultimately transferred to this District and presided over by Judge Valerie Caproni (*See* Sweigert v Goodman 2:18-cv-01633-RMG). Despite allowing his despicable behavior to carry on for more than three years, Judge Caproni ultimately admonished Sweigert when he attempted to overturn a ruling that dismissed the case with prejudice upon Sweigert's voluntary withdrawal. Despite this, Sweigert continues to file in the now closed case, making the astonishing choice to email chambers irrelevant and scurrilous claims on Christmas Eve 2022. **(EXHIBIT F)**

MEMORANDUM IN SUPPORT OF MOTION SEEKING COURT ORDERED PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT - 7

Sweigert has demonstrated a pattern and practice by which he voluntarily withdraws vexatious action prior to trial so he can maximize harassment and expense for Goodman but minimize his own exposure to litigation and travel costs or possible sanctions.  This was again demonstrated when he brought suit against Goodman's dormant corporation MSD in the MIED (*See* Sweigert v Multimedia System Design et al Case 2:22-cv-10642-GAD-EAS).

Just as Goodman alleges Sweigert planned with Sharp and Esquenet in the National Academy of Television Arts and Science v Multimedia System Design, Inc., this was a transparent attempt to burden Goodman with the financial penalty of hiring counsel to defend the dormant corporation and to prevent Goodman from mounting a pro se defense.  Upon appearance of counsel, Sweigert also withdrew that action (*See* Sweigert v Multimedia System Design Case 2:22-cv-10642-GAD-EAS ECF No. 64).  Having learned from prior admonishment, this time Sweigert specifically requested the case be withdrawn without prejudice so he might harass Goodman further with more sham litigation based on the same claims.  Like Sweigert's other actions these can only be explained as having been calculated by a malicious vexatious litigant, or otherwise a mentally unfit party.  Either explanation provides good cause for a Court mandated psychological examination.

## SWEIGERT'S ADMISSION TO A HISTORY OF MENTAL ILLNESS, PSYCHOLOGICAL AND PHYSICAL ABUSE

Sweigert has published videos including his own statements against interest in which he provides details about his family history of mental illness including medically diagnosed and pharmaceutically treated schizophrenia.  In a video published by Sweigert and

MEMORANDUM IN SUPPORT OF MOTION SEEKING COURT ORDERED PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT - 8

subsequently deleted, Sweigert made numerous declarations against his own interest that the Court should accept as true pursuant to FRE Rule 804(b)(3).  In the clip previously shared with the Court (https://vk.com/video731682021_456239020) Sweigert states in relevant part "I think this all has to do with my father's illness which I think George inherited if we want to get into medical records and we want to like throw family laundry out maybe I can find some veterans records that shows that my father was treated for schizophrenia by the Veterans Administration.  I seem to do I seem to do better maybe all the beatings I took and everything maybe that cured me. I think but as everyone I'm already by guilt by association and I'm just as crazy as George right, there you go."  Sweigert's own statements about his family history of mental illness are sufficient to at least call his psychological fitness into controversy.

## CONCLUSION

For the reasons stated herein as well as any other reasons found by the Court, Sweigert should be required to submit to a Court ordered psychological examination or otherwise be sanctioned in any way as determined by the Court.


Signed this 3rd day of February 2023

Respectfully submitted,

_____  Jason Goodman, Plaintiff, Pro Se
                                 252 7th Avenue Apt 6s
                                 New York, NY 10001
                                 (323) 744-7594
                                 truth@crowdsourcethetruth.org

MEMORANDUM IN SUPPORT OF MOTION SEEKING COURT ORDERED
PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT - 9

**(EXHIBIT A)**



**(EXHIBIT B)**



**(EXHIBIT C)**

Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Twitter Blue
- Profile
- More

**Tweet**

← **E.U. Concerned Citizen**
3,625 Tweets

**Follow**

**E.U. Concerned Citizen** @LiberateYoutube · Jan 31
Now Mama's Boy Jason Goodman wants gag order to protect Daddy
@ImperatorTruth @Natethelawyer #lawnerds
@HuffPost @buzzfeed #LAWTUBE #SunshineSachs #SussexSquad
@RoyalFamily @vicenews
#sdny @CPSUK @hunleyeric @thehill #yankeewally
@InsideEdition @metpoliceuk
@INTERPOL_HQ



Jason Goodman's Dad

Must be protected from Internet

💬     🔁     ♡ 1     📊 118     ⬆️

**E.U. Concerned Citizen** @LiberateYoutube · Jan 30
Dark magical secrets of Jason Goodman
@Natethelawyer #lawnerds @HuffPost #LAWTUBE #SunshineSachs
#SussexSquad
@RoyalFamily @vicenews @CPSUK
@thehill @InsideEdition @metpoliceuk
#yankeewally @WIRED @BrookingsInst
@TelevisionAcad @TheEmmys

Mar 06, 2019

**The amazing magical Post Office**
David Sweigert at the Mesa AZ post office on December 1, 2108 where he was added to PO Box 152 officially with the assistance and full knowledge of the PO Box owner. This was done to cover up his false statements in court documents related to federal civil action he has brought against Jason Goodman. These false statements were submitted to USDC SDNY claiming PO Box 152 Mesa AZ was his true and accurate mailing address During

Oct 09, 2018

**FUSION CENTER ALERT GEORGE WEBB TERROR CELL PPD-6 NIPP**
This is a message that David Sweigert aka Dave Acton posted approximately October 17, 2017 to a network of cyber operatives. In this video, Sweigert directs these operatives to monitor all activity of journalist Jason Goodman of Crowdsource the Truth as part of a distributed targeting and harassment campaign

Oct 09, 2018

trackingmeroz.wordpress.com
The Ouroboros Effect: JASON GOODMAN of Crowdsource the Truth ...
The words of a wise man's mouth are gracious; but the lips of a fool
will swallow up himself. Ecclesiastes 10:12 In the occult world there i...

💬     🔁     ♡     📊 80     ⬆️

**What's happening**

NBA · Last night
**Heat at Knicks**

**#KnockAtTheCabin**
In Theaters Now. Get tickets.
📣 Promoted by Knock At The Cabin

Trending
**Bouzy**
1,715 Tweets

Trending
**Portia**
3,774 Tweets

Trending
**IT IS DONE**
67K Tweets

Show more

Terms of Service   Privacy Policy   Cooki...
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.



Animal Unknown t...
@cheburashka1964

**(EXHIBIT D)**

← **Tweet**

 **E.U. Concerned Citizen**
@LiberateYoutube                                    ···

Jason Goodman's fake awards: Chris Bouzy
@ImperatorTruth @Natethelawyer
#lawnerds @HuffPost @buzzfeed
#LAWTUBE #SunshineSachs #SussexSquad
@RoyalFamily @vicenews #sdny @CPSUK
@thehill #yankeewally @InsideEdition
@metpoliceuk @WIRED
@BrookingsInst



medium.com
Jason Goodman: From Russia with Love
There is no record of Goodman ever winning a Lumiere Award. Yet, Goodman
uses the Lumiere Awards image on his business website: 21st...

12:40 PM · Feb 2, 2023 · **425** Views

          ⇄          ♡          

---

🔍  Search T

**Relevant p**

 **E.U. C**
@Libe
Conce

 **Titus**
@Imp
Capta
#Qan
the Ide
of #Th
/ Film

 **Nate**
@Nate
Youtu
Locals
Rokfin

**(EXHIBIT E)**

**From:** Nick Urbom  Nick@international3Dsociety.com
**Subject:** 3D Technology Awards
**Date:** January 4, 2013 at 5:17 PM
**To:** Jason Goodman  jason@21stcentury3d.com

Hello Jason,

On behalf of the 3D Technology Awards Committee, I am pleased to inform you
that your entry of "1/4 Wave Retarder optical filter" has been selected for
recognition at this year's 3D Technology Awards event!  Congratulations!

The awards event will be held as a luncheon on February 4, 2013 in
Hollywood, California.

An official written letter is on its way to you, but we wanted to let you
know via email as soon as possible for planning purposes.  There will be an
official press release on Monday, January 7 to announce the winners of this
year's awards.  More detailed information about this event will follow.

Congratulations on this great honor, and we look forward to seeing you on
February 4!

Kind Regards,

--
Nick Urbom
VP, Operations & Awards
International 3D Society
P: +01-310-880-2415
E: Nick@international3Dsociety.com



**From:** **Nick Urbom** Nick@international3Dsociety.com
**Subject:** 3D Technology Awards
**Date:** January 4, 2013 at 5:17 PM
**To:** Jason Goodman jason@21stcentury3d.com

Hello Jason,

On behalf of the 3D Technology Awards Committee, I am pleased to inform you that your entry of "Optical Horizontal Image Translation (OHIT)" has been selected for recognition at this year's 3D Technology Awards event! Congratulations!

The awards event will be held as a luncheon on February 4, 2013 in Hollywood, California.

An official written letter is on its way to you, but we wanted to let you know via email as soon as possible for planning purposes. There will be an official press release on Monday, January 7 to announce the winners of this year's awards. More detailed information about this event will follow.

Congratulations on this great honor, and we look forward to seeing you on February 4!

Kind Regards,

--
Nick Urbom
VP, Operations & Awards
International 3D Society
P: +01-310-880-2415
E: Nick@international3Dsociety.com



International 3D Society Creative Arts Awards

BEVERLY HILLS, CA - FEBRUARY 06: Jason Goodman attends the International 3D Society Creative Arts Awards held at the Beverly Hills Hotel on February 6, 2013 in Beverly Hills, California. (Photo by James Lemke Jr/WireImage)

PURCHASE A LICENCE

Standard editorial rights | Custom rights

How can I use this image?

○ Small — $175.00
○ Medium — $375.00
● Large — $499.00
2142 x 3000 px (18.14 x 25.4 cm)
300 dpi | 6.4 MP

**$499.00** USD

ADD TO BASKET

GET THIS IMAGE FOR $450

DETAILS

Restrictions: Contact your local office for all commercial or promotional uses.
Credit: James Lemke Jr / Contributor
Editorial #: 160854219
Collection: WireImage
Date created: 06 February, 2013
Licence type: Rights-managed
Release info: Not released. More information
Source: WireImage
Object name: 73186470



**Close**

3 of 3

**Jason Goodman**

21st Century 3D CEO Jason Goodman accepts two Lumiere awards at the I3DS Technology
Awards for the advancement of the art and science of 3D motion picture production

**People**   Jason Goodman

**(EXHIBIT F)**

**From:** **Spoliation Notice** spoliation-notice@mailbox.org  🔗
**Subject:** 18-CV-8653 (VEC)
**Date:** December 24, 2022 at 3:25 PM
**To:** CaproniNYSDChambers@nysd.uscourts.gov, temporary_pro_se_filing@nysd.uscourts.gov, jason@21stcentury3d.com, Spoliation Notice spoliation-notice@mailbox.org, spoliation@posteo.net, truth@crowdsourcethetruth.org

DS

See attached

18-CV-8653 (VEC)      -----18-
CV-86...py.pdf

**Pro Se Plaintiff**

D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

December 24, 2022

REF:  *Sweigert v. Goodman*, No. 18-CV-8653 (VEC)

Judge Valerie E. Caproni
United States District Court
40 Foley Square, Courtroom 443
Southern District of New York
40 Foley Square
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

Pre-motion letter advising the Court of a F.R.C.P. Rule 60(b)(2) or (b)(3) or (b)(6) motion

Your Honor,

Evidence has come to light in the civil trial of *Robert David Steele vs. Jason Goodman* (3:21-cv-00573-JAG Steele et al v. Goodman, John A. Gibney, Jr, presiding, ED of Virginia) that supposed spoliated video evidence is now available on a YouTube account that Mr. Goodman claimed was "destroyed by the Plaintiff" in this instant action.  Recall this video evidence was crucial to support the undersigned's allegations.  At the time, Magistrate Stewart D. Aaron could not review this video evidence as it was claimed to had been spoliated by the undersigned by Mr. Goodman, taking no responsibility.  This is a conspiracy theory pushed by Mr. Goodman on his broadcast channels.

In fact, the true status of Mr. Goodman's YouTube account is the core issue in an appeal he has filed in the U.S. Court of Appeals for the Second Circuit known as Docket 22-952, Jason Goodman, *Counter-Claimant-Counter- Defendant Appellant* v.The National Academy of Television Arts and Sciences, Inc., Academy of Television Arts & Sciences, *Plaintiffs-Appellees.*

Mr. Goodman has now stated his intention in several YouTube videos, to have Elon Musk, as C.E.O. of Twitter, "out" Your Honor as the following:

- An enemy of the state that must be impeached
- Called out for your hatred of the 1st and 4th Amendments to the U.S. Constitution
- Investigated for your conspiratorial alliance with Adam Sharp to weaponize Twitter as a state-controlled propaganda tool

1

To this end, Mr. Goodman was "hovering" around New York Twitter headquarters for two days broadcasting his desires to make personal contact with Elon Musk and serve him documents to implicate the Court in a conspiracy to take control of Twitter by agents of the F.B.I. On 11/1/2022 the N.Y.P.D. issued a disorderly conduct citation (attached) at Twitter headquarters following Mr. Goodman's violent outbursts to security staff. According to Mr. Goodman's own broadcasts the N.Y.P.D. threatened to have emergency medical services confine Mr. Goodman on a psychiatric hold.

During these YouTube tirades Mr. Goodman has brought up the subject of his YouTube channel termination, again and again – without apprising his audience of discoveries made in the *Steele v. Goodman* lawsuit. The implication is that Your Honor conspired with Adam Sharp to destroy Mr. Goodman's YouTube channel (which has recently been accessed by the Plaintiff's attorney in *Steele v. Goodman*, according to court records).

Furthermore, over two dozen videos that Mr. Goodman claimed were destroyed in this instant litigation have now suddenly resurfaced. Your Honor will recall that Mr. Goodman advised this court – several times – that this video evidence was no longer accessible via the Internet as the channel had been terminated via the actions of the undersigned and that the evidence was destroyed. This is not the case. Now, Mr. Goodman claims that Your Honor had something to do with this evidence spoliation, and broadcasts such conspiracy theories to thousands of election deniers that supported the January 6, 2021 march on the Capitol, in which Mr. Goodman was in attendance.

It is now crystal clear that Mr. Goodman has not only committed fraud upon this Court with his gross misrepresentations of the evidence spoliation; but, is creating a widespread smear campaign to destroy the Court's reputation.

Other courts have harshly criticized Goodman for his "acrimonious and vexatious litigation practices," which have extended beyond his principal antagonist to others with nominal involvement and even to Court personnel. See Order Enjoining Defendant From Contacting Court Personnel And Family at 2, *Sweigert v. Goodman*, No. 22-cv-10002 (E.D. Mich. Feb. 11, 2022), ECF No. 12 (enjoining Goodman from "obtain[ing] the personal cellular and home phone numbers of Court staff and their family members and contact[ing] them outside of Court business hours"); Order Striking Filings at 3, *Sweigert v. Multimedia Sys. Design, Inc.*, No. 2:22- cv-10642-GAD-EAS (E.D. Mich. July 20, 2022), ECF No. 46 (noting that "Goodman continues to engage in this inappropriate behavior in this case, despite the Court's command that [he] stop making harassing phone calls to Court personnel").

As Judge Analisa Torres recently observed:

"Goodman is a frequent litigant, and it is at least arguable whether he should continue to receive special solicitude from the Court. Id.; see also ECF No. 82 (adopting R&R, ECF No. 59); ECF No. 59 at 10 n.9; Goodman v. Sharp et al., 21 Civ. 10627 (S.D.N.Y.) (Goodman is a pro se Plaintiff); The National Academy of Television Arts and Sciences, Inc. et al. v. Multimedia System Design, Inc., 20 Civ. 7269 (S.D.N.Y.) (Goodman is a pro se intervenor); Sweigert v. Cable News Network, Inc., 20 Civ. 12933 (E.D. Mich.) (Goodman sought leave to file an amicus brief)."  (Case 1:21-cv-10878-AT-JLC Document 83 Filed 12/20/22 Page 2 of 2)

In sum, the time is ripe for the Court to reconsider the issue of evidence spoliation and entertain a motion to set-aside the previous orders of this Court to dismiss this action.


Respectfully,

**Pro Se Plaintiff**

**D. G. SWEIGERT**




I hereby attest that the foregoing was transmitted via PDF file and e-mail message to the below

party on December 24, 2022 under the penalties of perjury.

**PRO SE PLAINTIFF**

**D. G. SWEIGERT**

**Pro Se Defendant**
**JASON GOODMAN, CROWDSOURCE THE TRUTH**
252 7th Avenue, #6
New York, New York 10001
(323) 744-7594
truth@crowdsourcethetruth.org



