IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>      Plaintiff,<br><br>  v.<br><br>CHRISTOPHER ELLIS BOUZY, et al.,<br><br>      Defendants. | Case No. 1:21-cv-10878 |

**MOTION TO APPEAR *PRO HAC VICE***

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Elizabeth C. Lockwood, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Benjamin Wittes and Nina Jankovich in the above captioned action.

  I am in good standing of the bars of the District of Columbia and the states of Maryland and New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 6, 2023            Respectfully submitted,

                     */s/ Elizabeth C. Lockwood*
                     Elizabeth C. Lockwood
                     ALI & LOCKWOOD LLP
                     300 New Jersey Avenue NW, Suite 900
                     Washington, D.C. 20001
                     (202) 651-2477
                     liz.lockwood@alilockwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2023, I caused true and correct copies of the foregoing Motion to Appear *Pro Hac Vice* to be served electronically via ECF on the following:

Seth D. Berlin
Ballard Spahr LLP (DC)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1122
berlins@ballardspahr.com

Maxwell Mishkin
Ballard Spahr LLP (DC)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1140
mishkinm@ballardspahr.com

I additionally certify that on the 6th day of February, 2023, I caused true and correct copies of the foregoing Motion to Appear *Pro Hac Vice* to be served via email and U.S. Mail First Class on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org
*Plaintiff*

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com
*Defendant*

Mr. David George Sweigert
Mailbox, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org
*Defendant*

Ms. Margaret Esquenet
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

Mr. Adam Sharp
c/o Margaret Esquenet
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

National Academy of Television Arts and Sciences, Inc.
c/o Margaret Esquenet
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

By: */s/ Elizabeth Lockwood*