IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>                    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ELLIS BOUZY, et al.,<br><br>                    Defendants. | Case No. 1:21-cv-10878 |

### AFFIDAVIT OF ELIZABETH C. LOCKWOOD IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Elizabeth C. Lockwood, hereby declare under penalty of perjury:

1. I am Partner at the law firm of Ali & Lockwood LLP, 300 New Jersey Ave NW, Suite 900, Washington, D.C. 20002.

2. I have not previously applied for permission to appear *pro hac vice* in the United States District Court for the Southern District of New York in this calendar year.

3. I am admitted to practice law in the District of Columbia (D.C. Bar No. 1029746), Maryland, and New York, and before the U.S. District Court for the District of Columbia, the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the Eastern District of Texas, and the U.S. Court of Appeals for the Fifth Circuit.

4. There are no disciplinary complaints pending against me for violation of the attorney conduct rules of any state or court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

1

Dated: February 2, 2023

_____
Elizabeth C. Lockwood

Sworn before me this 2nd day of February, 2023

_____
Notary Public    Aaron Gans Exp. 9/14/2027