# Supreme Court of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the thirty-first day of May, 2022,

### Elizabeth Catherine Lockwood

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this third day of February, 2023.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland