### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ELLIS BOUZY, et al.,<br><br>                Defendants. | Case No. 1:21-cv-10878 |

### [PROPOSED] ORDER GRANTING
### MOTION TO APPEAR *PRO HAC VICE*

The motion of Elizabeth C. Lockwood, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the states of Maryland and New York, and that her contact information is as follows:

    Elizabeth Lockwood
    300 New Jersey Ave NW, Suite 900
    Washington, DC 20001
    (202) 651-2477

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Benjamin Wittes and Nina Jankovich in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                Magistrate Judge James L. Cott