IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the Letter to Judge Torres via email.

Seth D. Berlin   BerlinS@ballardspahr.com

Maxwell S. Mishkin   MishkinM@ballardspahr.com

George Webb Sweigert   georg.webb@gmail.com

David George Sweigert   spoliation-notice@mailbox.org

Benjamin Wittes   bwittes@brookings.edu

Margaret Esquenet   margaret.esquenet@finnegan.com

Nina Jankowicz   nina.jankowicz@gmail.com

CERTIFICATE OF SERVICE - 1

Signed this 3rd day of February 2023

Respectfully submitted,

                                                              Jason Goodman, Plaintiff, Pro Se
                                                                      252 7th Avenue Apt 6s
                                                                            New York, NY 10001
                                                                                 (323) 744-7594
                                                      truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov
Via e-mail and pro se electronic filing

Re: Case No.: 1:21-cv-10878-AT-JLC Goodman v Bouzy et al

February 3, 2023

Dear Judge Torres,

    I regret the need for such excessive filing in this matter, but once again defendant Sweigert's obsessive dedication to suing me rather than curing an actual injury requires it. Pursuant to your Individual Practices in Civil Cases Rule III. A. i. I did not file a pre motion letter because I understood the Motion Seeking Court Ordered Psychological Evaluation of Defendant David George Sweigert to be a request for a sanction and also requested alternate relief of sanctions in the motion. I understood this to make it exempt from pre-motion letter filing pursuant to the rule. Furthermore, given the pending injunction, I considered the possibility that any delay in fling the Motion Seeking Court Ordered Psychological Evaluation of Defendant David George Sweigert might result in the loss of my right to do so. Lastly, I do not believe Judge Aaron's order of August 2021 referenced in Sweigert's letter earlier today was relevant in this matter given the additional actions Sweigert has taken since then and because Judge Aaron is not presiding in this case. I pray the Court will provide the requested relief and enjoin Sweigert from harassing me, my associates and this Court with his incessant vexatious filings or otherwise sanction him as the Court sees fit.

Respectfully submitted,

Jason Goodman