ALI & LOCKWOOD LLP

300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
(202) 651-2475 | www.alilockwood.com

February 7, 2023

*Via CM/ECF*

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable James L. Cott
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Goodman v. Bouzy, et al.*, Case No. 1:21-cv-10878-AT-JLC**

Dear Judge Torres & Magistrate Judge Cott:

We represent Benjamin Wittes and Nina Jankowicz (collectively, "Defendants") in the above-captioned matter and write to request a brief extension of time to respond to the Amended Complaint filed on January 17, 2023 (ECF No. 100), and served on Mr. Wittes on January 20, and on Ms. Jankowicz on January 21 (*see* ECF Nos. 104 & 105). Under Fed. R. Civ. P. 12, the deadline for Mr. Wittes to respond to the Amended Complaint is February 10, and the deadline for Ms. Jankowicz's response is February 13. For the reasons set forth below, Defendants respectfully request an extension until and including March 6 to respond to the Amended Complaint.

This request is made in good faith and not for purposes of delay. Mr. Wittes and Ms. Jankowicz are each sued in their individual capacities. And although they acted in earnest to identify and retain appropriate counsel for this matter, it took time to do so, given competing professional and personal commitments. Undersigned counsel therefore was retained only very recently. While we have been working diligently to familiarize ourselves with the allegations in the Amended Complaint and its various attachments, as well as the 13+ months-long history of this litigation, we respectfully submit that a modest extension of 21 days for Ms. Jankowicz's response deadline, and 24 days for Mr. Wittes' response deadline is appropriate. Defendants intend to file a motion to dismiss this *pro se* complaint on several grounds, and would benefit from additional time to research and prepare their response. Undersigned counsel also has preexisting professional commitments this week that require a significant outlay of time, including a week-long trial in Kansas. Although undersigned counsel would comply with the existing response deadlines if the Court determines an extension is not appropriate, counsel would appreciate the additional time to prepare a thorough motion to dismiss.

1

Mr. Wittes and Ms. Jankowicz were named as Defendants in this action for the first time several weeks ago and have not previously sought an extension of any deadlines in this litigation. The deadline to file is more than 3 days from the date of this request. Further, given that (i) this case remains in its nascent stage, (ii) no other deadlines would be affected by granting the extension, and (iii) Plaintiff himself sought and received an extension to file his Amended Complaint (*see* ECF No. 88), Plaintiff would face no prejudice if the Court were to grant Defendants' request. Nor has Plaintiff claimed that he would be burdened or prejudiced in any way by Mr. Wittes' and Ms. Jankowicz's extension request. Rather, when undersigned counsel asked Plaintiff for his position on this letter motion, Plaintiff stated that he opposes the request unless Ms. Jankowicz agrees "to immediately withdraw her Twitter complaint" and provide "proof" that she has done so. Plaintiff did not identify any other basis for opposing the request.

For the reasons stated herein, Defendants Wittes and Jankowicz respectfully request an extension until and including March 6, 2023 to respond to the Amended Complaint.

Thank you for your consideration of this matter.

Respectfully submitted,

ALI & LOCKWOOD LLP

By:   /s/ *Elizabeth C. Lockwood*
      Elizabeth C. Lockwood (motion for admission *pro hac vice* pending)
      Kathryn M. Ali (motion for admission *pro hac vice* forthcoming)


Cc: Mr. Jason Goodman
(via electronic and U.S. mail)

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2023, I caused true and correct copies of the foregoing letter to be served electronically via ECF on the following:

Seth D. Berlin
Ballard Spahr LLP (DC)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1122
berlins@ballardspahr.com

Maxwell Mishkin
Ballard Spahr LLP (DC)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1140
mishkinm@ballardspahr.com

I additionally certify that on the 7th day of February, 2023, I caused true and correct copies of the foregoing letter to be served via email and U.S. Mail First Class on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org
*Plaintiff*

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com
*Defendant*

Mr. David George Sweigert
Mailbox, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org
*Defendant*

Ms. Margaret Esquenet
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

Mr. Adam Sharp
c/o Margaret Esquenet
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

National Academy of Television Arts and Sciences, Inc.
c/o Margaret Esquenet
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

By: */s/ Elizabeth Lockwood*