

300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
(202) 651-2475 | www.alilockwood.com

February 8, 2023

*Via CM/ECF*

The Honorable James L. Cott
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Goodman v. Bouzy, et al.*, **Case No. 1:21-cv-10878-AT-JLC**

Dear Magistrate Judge Cott:

I represent Benjamin Wittes and Nina Jankowicz (collectively, "Defendants") in the above-captioned matter and write to request that Mr. Wittes' and Ms. Jankowicz's personal addresses be redacted from filings made by Plaintiff Jason Goodman. Plaintiff filed an Affidavit of Service with respect to Mr. Wittes, *see* ECF No. 104, and Ms. Jankowicz, *see* ECF No. 105, which contain their personal addresses. Although home addresses are among the types of personal information that may be redacted without court approval, *see* Individual Practices in Civil Cases of District Judge Torres at 7, Individual Practices of Magistrate Judge Cott at 8, Mr. Wittes and Ms. Jankowicz need assistance redacting this information from the filings made by Plaintiff Goodman.

I have attached proposed revisions of ECF Nos. 104 and 105 to reflect these proposed redactions, which are limited to shielding Mr. Wittes' and Ms. Jankowicz's personal addresses from public view. *See* Ex. 1 (Proposed Redactions to ECF No. 104, B. Wittes Affidavit of Service); Ex. 2 (Proposed Redactions to ECF No. 105, N. Jankowicz Affidavit of Service). I respectfully request that these redacted versions be filed in place of the unredacted versions that are currently on file with the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

ALI & LOCKWOOD LLP

By:    /s/ *Elizabeth C. Lockwood*
         Elizabeth C. Lockwood (admitted *pro hac vice*)


Cc: Mr. Jason Goodman
(via electronic and U.S. mail)


**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2023, I caused true and correct copies of the foregoing letter to be served electronically via ECF on the following:

Seth D. Berlin
Ballard Spahr LLP (DC)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1122
berlins@ballardspahr.com

Maxwell Mishkin
Ballard Spahr LLP (DC)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1140
mishkinm@ballardspahr.com

I additionally certify that on the 8th day of February, 2023, I caused true and correct copies of the foregoing letter to be served via email and U.S. Mail First Class on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org
*Plaintiff*

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com
*Defendant*

Mr. David George Sweigert
Mailbox, PMB 13339
514 Americas Way
Box Elder, SD 57719
Spoliation-notice@mailbox.org
*Defendant*

Ms. Margaret Esquenet
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

Mr. Adam Sharp
c/o Margaret Esquenet
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

National Academy of Television Arts
and Sciences, Inc.
c/o Margaret Esquenet
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

By: */s/ Elizabeth Lockwood*