# Exhibit 1

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Jason Goodman

**Plaintiff**

Case No.: 1:21-cv-10878-AT-JLC

vs.

Christopher Ellis Bouzy, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, David S. Felter, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons and Amended Complaint for Fraud, Defamation, Abuse or Process, Civil Conspiracy, and Racketeering with Exhibits in the above entitled case.

That on 01/20/2023 at 7:57 PM, I personally served Benjamin Wittes with the Summons and Amended Complaint for Fraud, Defamation, Abuse or Process, Civil Conspiracy, and Racketeering with Exhibits at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

Benjamin Wittes is described herein as:

Gender: Male   Race/Skin: White   Age: 55   Weight: 150   Height: 5'6"   Hair: Gray   Glasses: No

I declare under penalty of perjury that this information is true and correct.

1/24/23
Executed On

David S. Felter

Client Ref Number: N/A
Job #: 1613268

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jason Goodman <br><br> *Plaintiff(s)* <br> v. <br><br> Christopher Ellis Bouzy, Bot Sentinel, inc, George Webb Sweigert, David George Sweigert, Benjamin Wittes, Nina Jankowicz, Adam Sharp, Margaret Esquenet, the Academy of Television Arts and Scien <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-10878-AT-JLC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Benjamin Wittes
The Brookings Institution
1775 Massachusetts Ave NW,
Washington, DC 20036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason Goodman
252 7th Avenue #6s
New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/19/2023

*Signature of Clerk or Deputy Clerk*