IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the Second Amended Complaint via email.

Seth D. Berlin  BerlinS@ballardspahr.com

Maxwell S. Mishkin  MishkinM@ballardspahr.com

George Webb Sweigert georg.webb@gmail.com

David George Sweigert spoliation-notice@mailbox.org

Margaret Esquenet margaret.esquenet@finnegan.com

Liz Lockwood liz.lockwood@alilockwood.com

CERTIFICATE OF SERVICE - 1

Signed this 17th day of February 2023

Respectfully submitted,

                                              Jason Goodman, Plaintiff, Pro Se
                                                      252 7th Avenue Apt 6s
                                                         New York, NY 10001
                                                              (323) 744-7594
                                         truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2