D. G. SWEIGERT, C/O<br>
MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

February 21st, 2023

*Goodman v. Bouzy*, et. al. Case No. 1: 21-cv-10878-AT-JLC

Honorable James L. Cott<br>
Magistrate Judge<br>
U.S. District Court for the<br>
 Southern District of New York<br>
500 Pearl Street<br>
New York, N.Y. 10007<br>
Via ECF filing

SUBJ:  **ECF doc. No. 112 and 122**

REF:   (a) INDIVIDUAL PRACTICES Rule III(A)

      (b) Rule III(B)(iii)

Your Honor,

1.       By leave of the Court, the undersigned calls to your attention ECF no. 122, which remains unaddressed by the Plaintiff.  The undersigned exchanged the first set of letters with the Plaintiff pursuant to ref (a) and then filed ECF no. 122 pursuant to ref (b) on 1/6/2022 (quoted in relevant part below).

> *Second: If, after the first exchange of letters, the defendant still wishes to file a motion to dismiss, the parties shall follow the steps set forth in Rule III(A) above for pre-motion letters, and this second set of letters shall be emailed to and filed with the Court.*

2.       Quoting the relevant part of Rule III(A) that governs and justifies ECF no. 122 below.

> *The movant shall file and email a letter to the Court, normally not exceeding four pages, setting forth the basis for the anticipated motion. Opposition letters, normally not exceeding four pages, shall be submitted within five business days after receipt of the movant's letter.*

3.       Your text order of this date, ECF no. 134, only directs the Plaintiff to answer ECF no. 106 and 112 and not ECF no. 122.  ECF no. 112 is a pre-motion letter seeking a motion to dismiss which was procedurally followed by ECF no. 122 on 1/6/2022.  Plaintiff should have responded to ECF no. 122 on 1/13/2022 and is presently a week late.

4.       The undersigned would deeply appreciate an amended order by your honor directing Plaintiff to respond to ECF no. 122 on or before March 1, 2023.

1

Signed this 21ˢᵗ day of February, 2023.

*D. Sgt* **D.G. SWEIGERT, PRO SE DEFENDANT**

### CERIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

benjamin.wittes@lawfareblog.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

nina.jankowicz@wilsoncenter.org

margaret.esquenet@finnegan.com

Certified under penalties of perjury.

Signed this 21ˢᵗ day of February, 2023.

*D. Sgt* **PRO SE DEFENDANT**