IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the notice of motion seeking leave to file second amended complaint via email.

Seth D. Berlin   BerlinS@ballardspahr.com

Maxwell S. Mishkin   MishkinM@ballardspahr.com

George Webb Sweigert   georg.webb@gmail.com

David George Sweigert   spoliation-notice@mailbox.org

Margaret Esquenet   margaret.esquenet@finnegan.com

Liz Lockwood   liz.lockwood@alilockwood.com

CERTIFICATE OF SERVICE - 1

Signed this 21st day of February 2023

Respectfully submitted,

                                              Jason Goodman, Plaintiff, Pro Se
                                                       252 7th Avenue Apt 6s
                                                           New York, NY 10001
                                                                  (323) 744-7594
                                        truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2