IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**REQUEST FOR JUDICIAL NOTICE** |

Plaintiff Jason Goodman, by and for himself pro se, respectfully requests the Court take judicial notice of the following documents and records of the Arlington General District Court pursuant to FRE Rule 201. Under Rule 201, facts appropriate for judicial notice are those "not subject to reasonable dispute in that either (1) they are generally known within the territorial jurisdiction of the trial court or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

On January 9, 2023, plaintiff Goodman filed a request for extension of time to file the amended complaint (ECF No. 97). Upon learning that Goodman would be leaving New York to tend to a family member's health for days or more, defendants Sweigert and Jankowicz with the cooperation and assistance of Jankowicz' counsel Liz Lockwood ("Lockwood") calculated a scheme to make a false claim to Arlington General District Court.

REQUEST FOR JUDICIAL NOTICE - 1

Jankowicz alleged that Goodman had subjected her "to an act of violence, force or threat" in order to obtain a preliminary order of protection against Goodman. **(EXHIBIT A)**

During a hearing on the matter February 14, 2023, Jankowicz admitted it was an unknown party that had threatened her, not Goodman.  Even in the face of this admission and despite having no evidence that Goodman had threatened her, the court granted the order, enjoining Goodman's first and second amendment rights unjustly.

Prior to the hearing, on February 12, 2023, Sweigert posted public tweets in support of the false claim that Goodman was threatening Jankowicz. **(EXHIBIT B)**

Sweigert should have no way of knowing about the preliminary order of protection that was served at Goodman's home on or around January 23, 2023.

Goodman alleges on information and belief that Sweigert conspired with Jankowicz and Lockwood to obtain the fraudulent order of protection in violation of 18 U.S. Code §§ 1343, 1513 and 1962(b)(c) and (d).

Signed this 1st day of March 2023

Respectfully submitted,

_____
Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

REQUEST FOR JUDICIAL NOTICE - 2

**(EXHIBIT A)**

**PRELIMINARY PROTECTIVE ORDER**
Commonwealth of Virginia    VA. CODE § 19.2-152.9
ARLINGTON GENERAL DISTRICT COURT - CIVIL

Case No. .......... GV23000106-00
Hearing Date and Time: .......... 1/9/2023    2:00 pm

[X] General District Court    [ ] Circuit Court
[ ] Juvenile and Domestic Relations District Court

[ ] Extension of Preliminary Protective Order

2-14-23-2 [?]

| PETITIONER | PETITIONER'S DATE OF BIRTH |
|---|---|
| R̶O̶B̶ N̶I̶N̶A̶ JANKOWICZ, NINA | 3/10/1989 |
| LAST        FIRST        MIDDLE | |

And on behalf of minor family or household members:
(list each name and date of birth)

Other protected family or household members:
(list each name and date of birth)

v.

| RESPONDENT | RESPONDENT IDENTIFIERS (IF KNOWN) |
|---|---|
| GOODMAN, JASON | RACE: W  SEX: M  BORN: MO/DAY/YR  HT. FT/IN  WGT  EYES  HAIR |
| LAST    FIRST    MIDDLE | SSN |
| 252 7TH AVE #65 RESPONDENT'S ADDRESS NEW YORK, NY 10001 | DRIVER'S LICENSE NO.   STATE   EXP. |

[ ] **CAUTION: Weapon Involved**    Distinguishing features: ..........

**SUMMONS FOR HEARING**
TO ANY AUTHORIZED OFFICER: Summon the Respondent as provided below:
TO THE RESPONDENT: You are commanded to appear before this Court on .......... 1/23/23  2:00 p.m.
                                                                                       DATE AND TIME
at ARLINGTON GENERAL DISTRICT COURT - CIVIL    1425 NORTH COURTHOUSE RD, ARLINGTON, VA 22201 .......... for a hearing on this Petition.
   NAME AND ADDRESS OF COURT

1/9/23
DATE ISSUED

A. D. [signature]
[ ] CLERK   [X] DEPUTY CLERK

**THE COURT FINDS** that it has jurisdiction over the parties and subject matter, and that
1. [X] The Petitioner is, or has been, within a reasonable period of time, subjected to an act of violence, force or threat, **OR**
   [ ] A warrant or petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat as defined in Va. Code § 19.2-152.7:1; and
2. In order to protect the health and safety of the Petitioner or any family or household member of the Petitioner, a preliminary protective order is warranted.

[X] *Ex Parte* Proceeding Only: The petition has been supported by an affidavit or sworn testimony before the judge or intake officer, and either the Petitioner is in immediate and present danger of any act of violence, force, or threat or there is sufficient evidence to establish probable cause that an act of violence, force, or threat has recently occurred so as to justify an *ex parte* proceeding.

[ ] As this order was entered without a separate affidavit or an attested petition, or without a form pursuant to Va. Code § 16.1-253.4(D) being presented, the basis upon which this order is entered, including a summary of the allegations made and the court's findings, is as follows:

**THE COURT ORDERS** that:
[X] The Respondent shall not commit acts of violence, force, or threat or criminal offenses that may result in injury to person or property.
[X] The Respondent shall have no contact of any kind with the Petitioner directly, indirectly thru 3rd parties or by any
[ ] except as follows: electronic means through social media, text message or email.
[X] The Respondent shall have no contact of any kind with the family or household members of the Petitioner named above
[ ] except as follows: ..........
[ ] The Petitioner is granted possession of the companion animal described as .......... NAME/TYPE
[X] It is further ordered that Respondent stay at least 100 ft. away from Petitioner at all times.

FORM DC-384 (MASTER, PAGE ONE OF ___) 07/19

Case No. GV23000106-00

It is further ORDERED that a full hearing on the petition for a protective order be held at this Court on 1/23/23 at 2:00 pm * and that service of this Order will constitute notice to the parties for that hearing.

> \* If the court is closed on the above date because the conditions constitute a threat to the health or safety of the general public or for another reason set forth in Va. Code § 16.1-69.35 or § 17.1-207, the full hearing will be held on the next day that the court is open, and this Preliminary Protective Order will remain in full force and effect until this order is dissolved by the court, another preliminary protective order is entered or a protective order is entered.

[X] It is ORDERED that the Preliminary Protective Order is extended *see below*
  [X] as the Respondent failed to appear at the protective order hearing set for January 23, 2023 because the Respondent was not personally served.
  [ ] upon motion of the Respondent and for good cause shown.

[ ] Supplemental Sheet to Protective Order, Form DC-653, attached and incorporated by reference. No. of supplemental sheets ...........

1/9/23
DATE

_____
JUDGE

**WARNINGS TO RESPONDENT:**

Pursuant to Code of Virginia § 18.2-308.1:4, Respondent shall not purchase or transport any firearm while this order is in effect. If Respondent has a concealed handgun permit, Respondent must immediately surrender that permit to the court issuing this order. If Respondent violates the conditions of this order, Respondent may be sentenced to jail and/or ordered to pay a fine.

This order will be entered into the Virginia Criminal Information Network. Either party may at any time file a motion with the court requesting a hearing to dissolve or modify this order; however, this order remains in full force and effect unless and until dissolved or modified by the court. **Only the court can change this order.**

\* P.P.O is extended to February 14, 2023 at 2:00 pm, [signature] 1/23/2023

FORM DC-384 (MASTER, PAGE TWO OF ____) 10/19

Case No. ........ GV23000106-00 ..........................

**RETURNS:** Each person was served according to law, as indicated below, unless not found.

| RESPONDENT: | PETITIONER: (See form DC-621, NON-DISCLOSURE ADDENDUM) |
|---|---|
| NAME .................................................... | NAME  VanKowicz Nina |
| ADDRESS ............................................... | |
| [ ] PERSONAL SERVICE    TELEPHONE NUMBER .......... | [X] PERSONAL SERVICE |
| [ ] NOT FOUND | [ ] NOT FOUND |
| _____ SERVING OFFICER  for _____ | CPL D. Waters _____ SERVING OFFICER  for (Sheriff) Jose Quiroz |
| _____ DATE AND TIME | 1/23/23    1642 _____ DATE AND TIME |
| RESPONDENT'S DESCRIPTION (for VCIN entry): | [ ] Copy delivered to |
| RACE ............  SEX ............ | |
| DOB: ............................. | |
| HGT ............  WGT ............ | by _____ TITLE |
| EYES ............  HAIR ............ | |
| SSN ............................. | |
| Relationship to Petitioner/Plaintiff ............... | _____ SIGNATURE |
| Distinguishing features ............ | |

**DEFINITIONS:**

"Act of violence, force, or threat" means any act involving violence, force, or threat that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury. Such act includes, but is not limited to, any forceful detention, stalking, criminal sexual assault in violation of Article 7 (§ 18.2-61 et. seq.) of Chapter 4 of Title 18.2, or any criminal offense that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury.

"Family or household member" means (i) the person's spouse, whether or not he or she resides in the same home with the person, (ii) the person's former spouse, whether or not he or she resides in the same home with the person, (iii) the person's parents, stepparents, children, stepchildren, brothers, sisters, half-brothers, half-sisters, grandparents and grandchildren regardless of whether such persons reside in the same home with the person, (iv) the person's mother-in-law, father-in-law, sons-in-law, daughters-in-law, brothers-in-law and sisters-in-law who reside in the same home with the person, or (v) any individual who has a child in common with the defendant, whether or not the person and that individual have been married or have resided together at any time, or (vi) any individual who cohabits or who, within the previous twelve (12) months, cohabitated with the person, and any children of either of them residing in the same home with the person.

FORM DC-384 (MASTER, PAGE THREE OF ___) 10/19

**(EXHIBIT B)**

← Tweet

 **Oops I crapped my pants**
@LiberateYoutube

Please pray for the safety of Nina Jankowicz with Jason Goodman on the loose.  @natethelawyer #SunshineSachs #SussexSquad  @RoyalFamily @natlawyerchic @realgeorgewebb1 @vicenews @RollingStone @wiczipedia @BuzzFeed @WIRED @BrookingsInst @buzzfeed @TheEmmys



trackingmeroz.wordpress.com
And The Prize For The Worst Written Amicus Curiae Brief for 2021 Goes To….".…
"HEY BABY, DO YOU REALIZE YOUR FATHER IS AN ASSHOLE?"  Jason Goodman yells at a baby in a stroller while demonstrating what AMBUSH …

12:14 PM · Feb 12, 2023 · **137** Views



Reply

← Tweet



Oops I crapped my pants
@LiberateYoutube

Nina Jankowicz better watch it cuz Jason Goodman is mad at her, whoa. #LAWnerds #SunshineSachs #SussexSquad @winkie_doo @RoyalFamily @natlawyerchic @realgeorgewebb1 @vicenews @RollingStone @wiczipedia @BuzzFeed @WIRED @BrookingsInst @buzzfeed @TheEmmys @natethelawyer george webb



12:43 PM · Feb 13, 2023 · **195** Views

