IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the request for judicial notice via email.

Seth D. Berlin  BerlinS@ballardspahr.com

Maxwell S. Mishkin  MishkinM@ballardspahr.com

George Webb Sweigert  georg.webb@gmail.com

David George Sweigert  spoliation-notice@mailbox.org

Margaret Esquenet  margaret.esquenet@finnegan.com

Liz Lockwood  liz.lockwood@alilockwood.com

CERTIFICATE OF SERVICE - 1

Signed this 1st day of March 2023

Respectfully submitted,

Jason Goodman, Plaintiff, Pro Se<br>
252 7th Avenue Apt 6s<br>
New York, NY 10001<br>
(323) 744-7594<br>
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2