IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION SEEKING LEAVE TO FILE AN AMENDED COMPLAINT** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN | |
| Defendants | |

PLEASE TAKE NOTICE that, with this filing and its associated briefs, memoranda and exhibits, plaintiff Jason Goodman, by and for himself pro se will move this Court for leave to file an amended complaint to address defects identified in the motions to dismiss.

Signed this 28th day of February 2023

Respectfully submitted,

_____
Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

NOTICE OF MOTION SEEKING LEAVE TO FILE AN AMENDED COMPLAINT - 1