


300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
(202) 651-2475 | www.alilockwood.com

March 2, 2023

***Via CM/ECF***

The Honorable James L. Cott
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Goodman v. Bouzy, et al.*, Case No. 1:21-cv-10878-AT-JLC**

Dear Magistrate Judge Cott:

I represent Nina Jankowicz in the above-captioned matter and write to request that Ms. Jankowicz's date of birth be redacted from a filing made by Plaintiff Jason Goodman. Plaintiff filed the Preliminary Protective Order that Ms. Jankowicz obtained against Mr. Goodman in the Arlington General District Court on January 9, 2023, which contains Ms. Jankowicz's date of birth. *See* ECF No. 141 at 4.[1] Although dates of birth are among the types of personal information that may be redacted without court approval, *see* Individual Practices in Civil Cases of District Judge Torres at 7, Individual Practices of Magistrate Judge Cott at 8, Ms. Jankowicz needs assistance redacting this information from the filing made by Plaintiff Goodman.

I have attached a proposed revision to ECF No. 141 to reflect this proposed redaction, which is limited to shielding Ms. Jankowicz's date of birth from public view. *See* Ex. 1. I respectfully request that this redacted version be filed in place of the unredacted version that is currently on file with the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

ALI & LOCKWOOD LLP

By: */s/ Elizabeth C. Lockwood*

---

[1] The Arlington General District Court issued a permanent Protective Order on February 14, 2023. That Protective Order is effective until February 13, 2025, and prohibits Mr. Goodman from having "contact of any kind with [Ms. Jankowicz] directly, indirectly, by 3rd [sic] persons or by any means whatsoever." The Protective Order further ordered that Mr. Goodman must remain at least 100 feet away from Ms. Jankowicz's residence at all times, and prohibited Mr. Goodman "from posting any social media" regarding Ms. Jankowicz. *See Janowicz v. Goodman*, No. GV23000138-00, Arlington General District Court.

Elizabeth C. Lockwood

Cc: Mr. Jason Goodman
(via electronic and U.S. mail)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March, 2023, I caused true and correct copies of the foregoing letter to be served electronically via ECF on the following:

Seth D. Berlin
Ballard Spahr LLP (DC)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1122
berlins@ballardspahr.com

Maxwell Mishkin
Ballard Spahr LLP (DC)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1140
mishkinm@ballardspahr.com

I additionally certify that on the 2nd day of March, 2023, I caused true and correct copies of the foregoing letter to be served via email and U.S. Mail First Class on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org
*Plaintiff*

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com
*Defendant*

Mr. David George Sweigert
Mailbox, PMB 13339
514 Americas Way
Box Elder, SD 57719
Spoliation-notice@mailbox.org
*Defendant*

Ms. Margaret Esquenet
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

Mr. Adam Sharp
c/o Margaret Esquenet
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

National Academy of Television Arts and Sciences, Inc.
c/o Margaret Esquenet
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

By: */s/ Elizabeth Lockwood*