### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER ELLIS BOUZY, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-10878-AT-JLC |

### BENJAMIN WITTES' AND NINA JANKOWICZ'S NOTICE OF
### MOTION TO DISMISS THE AMENDED COMPLAINT WITH PREJUDICE

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and pursuant to Federal Rules of Civil Procedure 8, 9, and 12(b)(6), Defendants Benjamin Wittes and Nina Jankowicz ("Movants") respectively move to dismiss with prejudice the Amended Complaint filed by Plaintiff Jason Goodman in the above-captioned matter.

Pursuant to Local Rule 7.2, Movants will provide all unrepresented parties with copies of decisions cited in the accompanying memorandum of law that are unreported or reported exclusively on computerized databases.

Dated: March 6, 2023                                            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth C. Lockwood*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth C. Lockwood
　　　　　　　　　　　　　　　　　　　　　　　　　　　ALI & LOCKWOOD LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　300 New Jersey Avenue NW, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 651-2477
　　　　　　　　　　　　　　　　　　　　　　　　　　　liz.lockwood@alilockwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2023, I caused true and correct copies of the foregoing Notice of Motion to be served electronically via ECF on the following:

| | |
|---|---|
| Seth D. Berlin | Maxwell Mishkin |
| Ballard Spahr LLP (DC) | Ballard Spahr LLP (DC) |
| 1909 K Street NW, 12th Floor | 1909 K Street NW, 12th Floor |
| Washington, DC 20006 | Washington, DC 20006 |
| (202) 508-1122 | (202) 508-1140 |
| berlins@ballardspahr.com | mishkinm@ballardspahr.com |

I additionally certify that on the 6th day of March, 2023, I caused true and correct copies of the foregoing Notice of Motion to be served via email and U.S. Mail First Class on the following:

| | |
|---|---|
| Mr. Jason Goodman | Mr. George Webb Sweigert |
| 252 7th Ave., Apt. 6S | 209 St. Simons Cove |
| New York, NY 10001 | Peachtree City, GA 30269 |
| truth@crowdsourcethetruth.org | Georg.webb@gmail.com |
| *Plaintiff* | *Defendant* |
| | |
| Mr. David George Sweigert | Ms. Margaret Esquenet |
| Mailbox, PMB 13339 | Finnegan, Henderson, Farabow, Garrett |
| 514 Americas Way, Box Elder, SD 57719 | & Dunner, LLP |
| Spoliation-notice@mailbox.org | 901 New York Avenue, NW |
| *Defendant* | Washington, DC 20001-4413 |
| | margaret.esquenet@finnegan.com |
| | *Defendant* |
| | |
| Mr. Adam Sharp | National Academy of Television Arts and |
| c/o Margaret Esquenet | Sciences, Inc. |
| 901 New York Avenue, NW | c/o Margaret Esquenet |
| Washington, DC 20001-4413 | 901 New York Avenue, NW |
| margaret.esquenet@finnegan.com | Washington, DC 20001-4413 |
| *Defendant* | margaret.esquenet@finnegan.com |
| | *Defendant* |

By: */s/ Elizabeth Lockwood*