# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN,

            Plaintiff,

v.

CHRISTOPHER ELLIS BOUZY, et al.,

           Defendants.

Case No. 1:21-cv-10878-AT-JLC

## [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss the Amended Complaint with Prejudice filed by Defendants Benjamin Wittes and Nina Jankowicz ("Movants"), any responses and replies thereto, and the entire record herein, it is hereby ORDERED that:

the Motion is GRANTED; and that the Amended Complaint is DISMISSED WITH PREJUDICE as to Movants.

**SO ORDERED.**

Dated: _____, 2023

           Hon. Analisa Torres
           United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2023, I caused true and correct copies of the foregoing Proposed Order to be served electronically via ECF on the following:

| | |
|---|---|
| Seth D. Berlin | Maxwell Mishkin |
| Ballard Spahr LLP (DC) | Ballard Spahr LLP (DC) |
| 1909 K Street NW, 12th Floor | 1909 K Street NW, 12th Floor |
| Washington, DC 20006 | Washington, DC 20006 |
| (202) 508-1122 | (202) 508-1140 |
| berlins@ballardspahr.com | mishkinm@ballardspahr.com |

I additionally certify that on the 6th day of March, 2023, I caused true and correct copies of the foregoing Proposed Order to be served via email and U.S. Mail First Class on the following:

| | |
|---|---|
| Mr. Jason Goodman | Mr. George Webb Sweigert |
| 252 7th Ave., Apt. 6S | 209 St. Simons Cove |
| New York, NY 10001 | Peachtree City, GA 30269 |
| truth@crowdsourcethetruth.org | Georg.webb@gmail.com |
| *Plaintiff* | *Defendant* |
| | |
| Mr. David George Sweigert | Ms. Margaret Esquenet |
| Mailbox, PMB 13339 | Finnegan, Henderson, Farabow, Garrett |
| 514 Americas Way, Box Elder, SD 57719 | & Dunner, LLP |
| Spoliation-notice@mailbox.org | 901 New York Avenue, NW |
| *Defendant* | Washington, DC 20001-4413 |
| | margaret.esquenet@finnegan.com |
| | *Defendant* |
| | |
| Mr. Adam Sharp | National Academy of Television Arts and |
| c/o Margaret Esquenet | Sciences, Inc. |
| 901 New York Avenue, NW | c/o Margaret Esquenet |
| Washington, DC 20001-4413 | 901 New York Avenue, NW |
| margaret.esquenet@finnegan.com | Washington, DC 20001-4413 |
| *Defendant* | margaret.esquenet@finnegan.com |
| | *Defendant* |

By: */s/ Elizabeth Lockwood*