

300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
(202) 651-2475 | www.alilockwood.com

March 8, 2023

*Via CM/ECF*

The Honorable James L. Cott
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Goodman v. Bouzy, et al.*, **Case No. 1:21-cv-10878-AT-JLC**

Dear Magistrate Judge Cott:

I represent Nina Jankowicz in the above-captioned matter and write to request that Ms. Jankowicz's date of birth be redacted from a filing made by Plaintiff Jason Goodman. Plaintiff filed the Permanent Protective Order that Ms. Jankowicz obtained against Mr. Goodman in the Arlington General District Court on February 14, 2023, which contains Ms. Jankowicz's date of birth. *See* ECF No. 142-1 at 126. Although dates of birth are among the types of personal information that may be redacted without court approval, *see* Individual Practices of Magistrate Judge Cott at 8, Ms. Jankowicz needs assistance redacting this information from the filing made by Plaintiff Goodman.

I have attached a proposed revision to ECF No. 142-1 to reflect this proposed redaction, which is limited to shielding Ms. Jankowicz's date of birth from public view. *See* Ex. 1. I respectfully request that this redacted version be filed in place of the unredacted version that is currently on file with the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

ALI & LOCKWOOD LLP

By:     /s/ *Elizabeth C. Lockwood*
        Elizabeth C. Lockwood


Cc: Mr. Jason Goodman
(via electronic and U.S. mail)

## CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of March, 2023, I caused true and correct copies of the foregoing letter to be served electronically via ECF on the following:

| | |
|---|---|
| Seth D. Berlin | Maxwell Mishkin |
| Ballard Spahr LLP (DC) | Ballard Spahr LLP (DC) |
| 1909 K Street NW, 12th Floor | 1909 K Street NW, 12th Floor |
| Washington, DC 20006 | Washington, DC 20006 |
| (202) 508-1122 | (202) 508-1140 |
| berlins@ballardspahr.com | mishkinm@ballardspahr.com |

    I additionally certify that on the 8th day of March, 2023, I caused true and correct copies of the foregoing letter to be served via email and U.S. Mail First Class on the following:

| | |
|---|---|
| Mr. Jason Goodman | Mr. George Webb Sweigert |
| 252 7th Ave., Apt. 6S | 209 St. Simons Cove |
| New York, NY 10001 | Peachtree City, GA 30269 |
| truth@crowdsourcethetruth.org | Georg.webb@gmail.com |
| *Plaintiff* | *Defendant* |
| | |
| Mr. David George Sweigert | Ms. Margaret Esquenet |
| Mailbox, PMB 13339 | Finnegan, Henderson, Farabow, Garrett |
| 514 Americas Way | & Dunner, LLP |
| Box Elder, SD 57719 | 901 New York Avenue, NW |
| Spoliation-notice@mailbox.org | Washington, DC 20001-4413 |
| *Defendant* | margaret.esquenet@finnegan.com |
| | *Defendant* |
| | |
| Mr. Adam Sharp | National Academy of Television Arts |
| c/o Margaret Esquenet | and Sciences, Inc. |
| 901 New York Avenue, NW | c/o Margaret Esquenet |
| Washington, DC 20001-4413 | 901 New York Avenue, NW |
| margaret.esquenet@finnegan.com | Washington, DC 20001-4413 |
| *Defendant* | margaret.esquenet@finnegan.com |
| | *Defendant* |

                                                          By: */s/ Elizabeth Lockwood*