D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

March 11, 2023

*Goodman v. Bouzy*, et. al. Case No. 1: 21-cv-10878-AT-JLC

Honorable Analisa Torres
District Judge
U.S. District Court for the
  Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing and e-mail to chambers

SUBJ:  **Proposed transfer of this action to the Eastern District of Michigan**

REF:   (a) INDIVIDUAL PRACTICES Rule III(A)

       (b) 28 U.S.C. Section 1406 - Cure or waiver of defects

       (c) F.R.C.P. Rule 60(d)(3)

Your Honor,

1.      By leave of the Court and in accordance with ref: (a), the undersigned seeks to file a Motion for Transfer of this action to the Eastern District of Michigan (M.I.E.D.) if, and when, defendants other than the undersigned and his brother ("George Webb") are dismissed from this action pursuant to ref (b).

2.      Presently an action is pending concurrently in the M.I.E.D., filed by the undersigned, known as plaintiff D.G. Sweigert vs. Multimedia Systems Design, Inc. (M.S.D.I.) and George Webb Sweigert, 2:22-cv-12696-GAD-KGA.  In that action, based on sworn affidavits of several process servers, Mr. Goodman (the sole owner and operator of M.S.D.I.) is evading service of process.

3.      It is anticipated that the Court will dismiss Mr. Goodman's claims against all non-Sweigert defendants as a result of the adjudication of several motions to dismiss by other parties (Dkt. 106, 153).  However, the undersigned has filed a conditional counterclaim (Dkt. 130) which essentially recounts identical claims pending in the M.I.E.D., 2:22-cv-12696-GAD-KGA concurrent action. The proposed (conditional) counterclaim (Dkt. 130) could become "live" if this Court finds it has personal jurisdiction over the undersigned.

1

4.      Rather than burden this Court with the adjudication of the counterclaim (Dkt. 130) it would appear to be in the best interests of the Court to transfer this action to the M.I.E.D., at the time personal jurisdiction is conferred on the undersigned, to save judicial resources and to promote the efficiency of the administration of the courts pursuant to ref: (b).

5.      As explained in the Initial Complaint (Dkt. 1) para. 19, "Plaintiff has submitted an Amicus Curiae brief in Sweigert [George Webb, not the undersigned] v CNN that alleges criminal activity on the part of Webb and others. (See Case 2:20-cv-12933-GAD-KGA ECF No. 20, Eastern District of Michigan)."  See para. 20 (Dkt. 1) "On information and belief, Plaintiff alleges that Webb engaged Bouzy to harass and defame Plaintiff in retaliation for the Amicus filing and to deliberately harm Plaintiff."

6.      In the two-page brief, titled BRIEF OF AMICUS CURIAE JASON GOODMAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, Counter Defendant Goodman explains that he "is a pro se non-attorney, non-party to this case," then Goodman declares that he "comes now as a friend of the court to share facts and evidence Goodman alleges reveal a fraud on the court intended to affect the outcome of this case." *Sweigert v. CNN*, Case 2:20-cv-12933-GAD-KGA ECF No. 20, PageID.244 Filed 07/20/21 Page 2 of 4.

7.      As Mr. Goodman has alleged M.I.E.D. court employee Richard Loury conspired with George Webb (Sweigert) "and others" committing "fraud on the court" by causing to file forged documents on the M.I.E.D. docket, the M.I.E.D. has jurisdiction in this matter pursuant to ref: (c).

8.      On December 30, 2021 Mr. Goodman published a public video podcast, entitled, *Ghost Town NYC – Hollywood Distorter's False Statements of Fact Favor EMMY Liars & Goodbye de Blasio*, (https://www.youtube.com/watch?v=90_Jtqt-JtE) , where he stated on camera:

> *Jason Goodman (1:10:52) "If it wasn't for that pesky amicus brief, because you see, that presented evidence that supports the allegation that a forged document was placed on the docket, and it raises certain questions about who might have done that.  And I have a feeling, I don't know, and we won't know until the hearing happens, but I have a feeling, **Judge Drain called that hearing because he wants to hear details about the evidence that I presented."** * [emphasis added]
> *"And the court does have the inherent power to conduct an investigation in the case that someone's trying to deceive them.  Fraud on the court is within their power to investigate and punish people; for they got marshals there, they can arrest people, stick them in jail, and stuff, so we'll see what happens."*

9.      On January 29, 2022, in a *Crowdsource the Truth* livestream titled, *Ghost Town NYC-Bomb Cyclone Edition Blizzard '22* Mr. Goodman stated in the video:

> *Jason Goodman:  (51:52)  It's amazing the number of people who are in the professional harassment business.  It's so bad the Super Mario brothers (a reference to the Sweigert brothers), I can't believe I haven't spoken about them.  There's been a lot of stuff going on with them.  They seem to be concerned about Detroit.  Did people catch my discussion*

*about traveling to Detroit?  It was a big pain in the ass.  The hearing got cancelled…hearing got cancelled and I think I, I think I know why, I don't want to say too much about it because these are ongoing things, but Super Mario brothers should be very concerned about Detroit."*

*(52:58)  "I spoke to their buddy Richard* [Loury] *again yesterday.  Yes I did…have people calling that stupid Mario brothers.  Uh there's a lawsuit in the Eastern District of Michigan, but there was another filing in the suit yesterday and Richard Loury left his name on it.  This guy's not too smart and they're going to be in a lot of trouble.  I don't think they fully appreciate what's going on."*

*(54:46)  "If anybody had any questions If Mr. Loury were or were not guilty, I called him up, he answered the phone.  I said Richard are you all right?  Your voice sounds a little rough.  And he said who's this?  I said,  it's Jason.  He said I'm okay.  I said you've been with George, what's going on with that?  Click.  Hung up the phone.  I don't know personally, is that the way an innocent guy would act?"*

*(55:53)  " I think when we finally get to speak with Judge Drain in the Eastern District of Michigan, it hit with a barrel."*

10.     Judge Gershwin A. Drain is the appropriate judicial officer to provide a full hearing to Mr. Goodman's claims of fraud on the court in the M.I.E.D., as clearly stated by Mr. Goodman himself (see above).

11.     The undersigned Defendant believes that this Court does not have subject–matter jurisdiction over the claims in this action because Mr. Goodman has alleged "fraud on the court" in the M.I.E.D.  See Denny v. Ford Motor Co., 959 F. Supp. 2d 262 (N.D.N.Y. 2013), where plaintiffs failed to state a claim for fraud on the court pursuant to Rule 60(d)(3).

Signed this March 11, 2023.

**D.G. SWEIGERT, PRO SE DEFENDANT**

## CERIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com

Certified under penalties of perjury.

Signed this March 11, 2023 (3/11/23)

**PRO SE DEFENDANT**