D. G. SWEIGERT, C/O<br>
MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

March 22, 2023

*Goodman v. Bouzy*, et. al. Case No. 1: 21-cv-10878-AT-JLC

Honorable Analisa Torres
District Judge
U.S. District Court for the
 Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing and e-mail to chambers

SUBJ:  **Proposed transfer of this action to the Eastern District of Michigan**

REF:   (a) INDIVIDUAL PRACTICES Rule III(A)

   (b) 28 U.S.C. Section 1406 - Cure or waiver of defects

   (c) F.R.C.P. Rule 60(d)(3)

Your Honor,

1.      By leave of the Court and in accordance with ref: (a), the undersigned seeks to supplement his Motion for Transfer of this action (Dkt. No. 158) to the Eastern District of Michigan (M.I.E.D.) if, and when, defendants other than the undersigned and his brother ("George Webb") are dismissed from this action pursuant to ref (b).

2.      Presently an action is pending concurrently in the M.I.E.D., filed by the undersigned, known as plaintiff D.G. Sweigert vs. Multimedia Systems Design, Inc. (M.S.D.I.) and George Webb Sweigert, 2:22-cv-12696-GAD-KGA.  In that action, based on sworn affidavits of several process servers, Mr. Goodman (the sole owner and operator of M.S.D.I.) is evading service of process.

3.      Meanwhile, Mr. Goodman has sought to have a court issued subpoena (Dkt. No. 160) served upon the pro se administrator for the Eastern District of Michigan, naming Richard Loury as a witness.  For the convenience of the witnesses, like Mr. Loury, this action should be transferred to the M.I.E.D. once the operative complaint is dismissed against the non-Sweigert brothers defendants.

Signed this March 22, 2023.

*D. Swt*<br>
**D.G. SWEIGERT, PRO SE DEFENDANT**

## CERIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com

Certified under penalties of perjury.

Signed this March 22, 2023 (3/22/23)

*D. S⁀*   **PRO SE DEFENDANT**