UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jason Goodman,<br>Plaintiff,<br>Proposed Pro Se Counter-Defendant<br><br>-against-<br><br>D. G. Sweigert,<br>Defendant<br>Proposed Pro Se Counter-Plaintiff | PRO SE<br><br>21-cv-10878-AT-JLC<br><br>District Judge Analisa Torres<br><br>Magistrate Judge James L. Cott |

**NOTICE OF DEFENDANT'S <u>REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. 201(c)(2)</u>**

The *pro se* Defendant (Proposed Counter Plaintiff) (undersigned) files these papers to allow the Court to take notice of undisputable facts. Undersigned disputes that personal jurisdiction can be conferred upon him and opposes such finding of personal jurisdiction by this Court.

March 26, 2023 (3/26/23)

*[signature: D. Sgt]*

                                      **D. G. SWEIGERT PRO SE DEFENDANT, C/O**
                                             **PMB 13339, 514 Americas Way,**
                                                  **Box Elder, SD 57719**

ATTACHED ARE TRUE COPIES OF DOCUMENTS

FOR THE COURT TO TAKE NOTICE OF

EXHIBIT ONE

https://banned.video/watch?id=62852a24d04a760673700d2c

EXHIBIT TWO

https://odysee.com/@Crowdsourcethetruth:d/2022-05-16-20-00-03-Live:9?r=73LTQ7izBcj8qkyQcMRLcevmePnUuBoJ

EXHIBIT THREE

E-mail message

EXHIBIT FOUR

E-mail message

Certified under penalties of perjury.

March 26, 2023 (3/26/23)

*D. Sgt*

                                 **D. G. SWEIGERT PRO SE DEFENDANT, C/O**
                                           PMB 13339, 514 Americas Way,
                                                 Box Elder, SD 57719

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

And

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

margaret.esquenet@finnegan.com

liz.lockwood@alilockwood.com

Certified under penalties of perjury.

March 6, 2023 (3/6/23)

*D. Sgt* (signature)

                                                  **D. G. SWEIGERT PRO SE DEFENDANT, C/O**
                                                          **PMB 13339, 514 Americas Way,**
                                                                 **Box Elder, SD 57719**

# EXHIBIT ONE

3/26/23, 9:50 AM                  Disinfo Diva or Dangerous Double Agent: Who is Nina Jankowicz?

Case 1:21-cv-10878-AT-JLC   Document 167   Filed 03/26/23   Page 5 of 18

Search                                                                                                     SIGN IN



# Disinfo Diva or Dangerous Double Agent: Who is Nina Jankowicz?

25,524 views  ·  May 18, 2022                                    👍 26        ↗ Share        ⬇ Download

 Special Reports                                                                    SUBSCRIBE

Is Nina Jancowicz merely a frustrated Broadway showtunes songstress or is she a dangerous subversive operative working to undermine the U.S. government from within? In this report, Jason Goodman of Crowdsource the Truth reveals unimpeachable evidence indicating Nina may actually work for the Zelenskyy government, has received numerous payments to a shadowy LLC from non-U.S. NGOs and has failed to register under the foreign agent registration act. Hear Nina herself, and her colleagues at The Brookings Institution, The Wilson Center and others as Goodman teases out admissions that almost certainly lead to the immediate dissolution of the Orwellian Disinformation Governance Board. Produced by CrowdSourceTheTruth.com

Get Your Alex Jones For President T-shirt, only at

disinfo        nina jankowicz        disinfo diva        disinformation governance board

  SIGN IN

**Cantrade1**  6 months ago

  Cancel

**Bombay**  10 months ago

Wow...who's the "Suit" on Infowars?? Nice on the eyes with a smokey voice...🍔🍟🥮 (like burgers and fries with a slice of hot apple pie)

👍 0   ↩ reply   🚩 report

**rf1220**  10 months ago

She's a spook. Likely CIA. A disinfo expert in the sense that her amateur acting skills are used to advance disinfo on behalf of the Deep State/Globalist American Empire. That little Youtube production reeks of CIA astroturfing.

👍 0   ↩ reply   🚩 report

**gimpysue**  10 months ago

I am unsure if you read these or not, however, Miss Jankowicz seems to have a family member that works (worked?) for J&J and would have been in the pipeline during the time that the vaccine was being pushed through.

Kim V Jankowitz (not a misspelling) Associate Director, Regulatory Affairs - Pharmaceuticals @ J&J

Janessen (an arm of J&J) worked on the vaccine in conjunction with Beth Israel Deaconess Hospital.

One of the videos removed from that site you pulled up on the Wayback Machine was Nina doing karaoke. (She's rather vulgar in it)

https://twitter.com/DailyCaller/status/1520105635106361345

zekomanda  (or Ze Komanda) is Japanese for "Yes Commander" or if you add "at" from the

SIGN IN

👍 0    ↩ reply    🚩 report
**Themku**  10 months ago

✖  Cancel

**RedPillPatriot1776**  10 months ago

Controlled distribution of a message. If "they" want something to go viral they will make it go viral. If they do not want many people to engage with a message they suppress it or shadow it to those "in the know".

👍 0    ↩ reply    🚩 report

**voidofbtc**  10 months ago

wft the bbc is a plc payed by the public or it is was we still pay for it  and gates payed in 20 billion get the news right how about doing a story on gates the bastard and fauci call that 2 out on mass murder get sick off all the side line story's

👍 0    ↩ reply    🚩 report

**ChrisAZ**  10 months ago

She resigned from the Disinformation Board they put on hold.

Whether she is an agent or not, she's a nutcase that I suspect has never even read the Constitution.

👍 0    ↩ reply    🚩 report

**Lazerus**  10 months ago

These are covert secret inner agencies within agencies that are subversive groups given cover by Government shot callers. they need to be arrested.

👍 1    ↩ reply    🚩 report



**Recommended**

SIGN IN

**Election Denial**
5.4K views · 20 days ago

Cancel

# EXHIBIT TWO



# Disinfo Diva or Dangerous Double Agent: Who is Nina Jankowicz?
May 19, 2022 • 355 views

17     0

Support     Save     Repost     Share

**Jason Goodman**
@Crowdsourcethetruth
2,218 followers

Join     ♥ Follow

Is Nina Jancowicz merely a frustrated Broadway showtunes songstress or is she a dangerous subversive operative working to undermine the U.S. government from within? In this report, Jason Goodman of Crowdsource the Truth reveals unimpeachable evidence indicating Nina may actually work for the Zelenskyy government, has received numerous payments to a shadowy LLC from non-U.S. NGOs and has failed to register under the foreign agent registration act. Hear Nina herself, and her colleagues at The Brookings Institution, The Wilson Center and others as Goodman teases out admissions that almost certainly lead to the immediate dissolution of the Orwellian Disinformation Governance Board. Produced by CrowdSourceTheTruth.com

subscribe to Crowdsource the Truth on Rumble - https://rumble.com/user/csthetruth (https://rumble.com/user/csthetruth)

subscribe to Crowdsource the Truth on Odysee - https://odysee.com/@Crowdsourcethetruth:d (https://odysee.com/@Crowdsourcethetruth:d)

Please sponsor the Crowdsource the Truth Counterlawfare Fund at http://www.crowdsourcethetruth.com (http://www.crowdsourcethetruth.com) . Become a sponsor & enjoy exclusive content on SubscribeStar & Patreon
http://www.subscribestar.com/crowdsourcethetruth (http://www.subscribestar.com/crowdsourcethetruth)
http://www.patreon.com/crowdsourcethetruth (http://www.patreon.com/crowdsourcethetruth)

URL: https://@Crowdsourcethetruth/#/2021-02-16-20-01-08-778#9

Claim ID
9103302673f5ed8bd66b7b142d5c74ed7b8fdf95

2.81 GB

Less                                                                                                          ◆ 2.76

---

**4 comments**     Best     Controversial     New

Say something about this...

Send

**The Creature from Jekyll Island**  10 months ago
I found it interesting that her job was "paused" a day after you mentioned this foreign agent aspect on Lee's show. Great work Jason!!

Log in to reply     🔥 3     ✳ 0     ❤️

**Huffman_Aviation**  10 months ago
brilliant! The Ukrainian 72nd Center for Information and Psychological Operations, is a military unit of the special operations forces of Ukraine (until 2014 was part of the intelligence of the Ukrainian Navy).

Log in to reply     🔥 2     ✳ 0     ❤️

**Mick Zen**  10 months ago
I bet she's a good lay - the crazy ones usually are 😜

Log in to reply     🔥 1     ✳ 0

---

Related     More from @Crowdsourcethetr...

**Members Only**
Join for $4.00 per month
🔒

Charles Ortel in the First Amendment Forum – Freeh Guy
Jason …
Live in 2 hours

Sunday with Charles – Freeh Guy
Jason …
Live in 2 hours

**Members Only**
Join for $4.00 per month
🔒     01:09:21 📹

John Cullen Investigates – Breaking Future News in the Past
Jason …
1 day ago

25:51 📹

John Cullen's Time Machine
Jason …
1 day ago

39:35 📹

Ghost Town NYC – Is Former FBI Director Louis Freeh Hunter Biden's MBNA One Eyed Trouser Snake?
Jason …
1 day ago

Charles Ortel in the First Amendment Forum – DUNCE

| | |
|---|---|
| Members Only — Join for $4.00 per month — 🔒 56:39 | [first entry] 3 days ago |
| 09:37 | Charles Ortel is CLOSING IN – DUNCE<br>Jason …<br>3 days ago |
| 01:47:42 | Ghost Town NYC – Will New York DA Alvin Bragg Change History and Arrest Trump?<br>Jason …<br>5 days ago |
| 53:46 | Ghost Town NYC – Taxpayer Supported Drag Story Hour with New York Attorney General Letitia James<br>Jason …<br>6 days ago |
| Members Only — Join for $4.00 per month — 🔒 01:04:41 | HIGH DIVE with Lee Stranahan – Political Rogue Wave Coming?<br>Jason …<br>7 days ago |
| 25:12 | Is the World About to Experience a Political "Rogue Wave"? with Special Guest Lee Stranahan<br>Jason …<br>7 days ago |
| Members Only — Join for $4.00 per month — 🔒 01:07:07 | Charles Ortel in First Amendment Forum – Unluck Charms with Special Guest Geir Furuseth<br>Jason …<br>7 days ago |
| 16:03 | Saturday with Charles – Unlucky Harms with Special Guest Geir Furuseth<br>Jason …<br>7 days ago |
| Members Only — Join for $4.00 per month — 🔒 52:41 | John Cullen Investigates – The Cullen Awards 2023<br>Jason …<br>8 days ago |
| 26:28 | The Cullen Awards 2023<br>Jason …<br>8 days ago |
| Members Only — Join for $4.00 per month — 🔒 01:21:37 | Charles Ortel in the First Amendment Forum – Nothing Anywhere All At Once<br>Jason …<br>10 days ago |
| 15:05 | Charles Ortel is CLOSING IN – Nothing Anywhere All At Once<br>Jason …<br>10 days ago |



Ghost Town NYC – Mayor McStupid Turns Premium Retail into Housing / Less Shelter in NYC "Snow Day"

Jason …
11 days ago

01:03:53

Members Only
Join for $4.00 per month

01:11:21

Charles Ortel in the First Amendment Forum – Happy to Killmore

Jason …
13 days ago

Community Guidelines

FAQ

Support

Careers

Terms

Privacy Policy

# EXHIBIT THREE

**Spoliation Notice <spoliation-notice@mailbox.org>**     4/29/2022 12:47 AM

# Jason Goodman Ban Evasion

To Spoliation Notice <spoliation-notice@mailbox.org> • spoliation@posteo.net <spoliation@posteo.net> • spoliation@tutanota.com <spoliation@tutanota.com> • abuse@twitter.com <abuse@twitter.com> • Security <security@twitter.com> • copyright@youtube.com <copyright@youtube.com> • legal@support.youtube.com <legal@support.youtube.com> • jason@21stcentury3d.com <jason@21stcentury3d.com> • Press <press@botsentinel.com> • georg.webb@gmail.com <georg.webb@gmail.com> • Bcsc <bcsc@dhs.gov> • Crcl <crcl@dhs.gov> • DHS OIG OfficePublicAffairs <dhs-oig.officepublicaffairs@oig.dhs.gov> • Fletc foia <fletc-foia@dhs.gov> • Hsin helpdesk <hsin.helpdesk@dhs.gov> • Mediainquiry <mediainquiry@hq.dhs.gov> • Privacy <privacy@dhs.gov> • dhs@dc.gov <dhs@dc.gov>

---

Twitter allows Jason Goodman to have one banned account and then just start another one.

This is called ban evasion.

https://twitter.com/JGoodman_CSTT?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor

# EXHIBIT FOUR

| | |
|---|---|
| Subject | **Ban evasion policy** |
| From | <spoliation@posteo.net> |
| To | Spoliation <spoliation@posteo.net> Spoliation notice <spoliation-notice@mailbox.org> Spoliation <spoliation@tutanota.com> Abuse <abuse@twitter.com> Legal <legal@twitter.com> Press <press@twitter.com> Privacy <privacy@twitter.com> Security <security@twitter.com> |
| Copy | NatoAccreditations <NatoAccreditations@hq.nato.int> B brett heavner <b.brett.heavner@finnegan.com> Margaret esquenet <margaret.esquenet@finnegan.com> Heavnerb <heavnerb@finnegan.com> MaryKate Brennan <MaryKate.Brennan@finnegan.com> FLETC CounterterrorismDivision <FLETC-CounterterrorismDivision@dhs.gov> Fletc foia <fletc-foia@dhs.gov> Letitia james <Letitia.james@ag.ny.gov> Bjorn <bjorn@odysee.com> Julian <julian@odysee.com> 2 more… |
| Date | 19.05.2022 21:17 |

- 92fa20_29dfd431d41943379d91842a723aec1d_mv2.png (12 KB)
- th9999f-the-lig 0412501.jpg (65 KB)
- Unjjjjtitled.jpg (40 KB)
- Unjjjj89898.jpg (53 KB)

REF: https://help.twitter.com/en/rules-and-policies/ban-evasion

TWITTER:

Jason Goodman is now using a new Twitter account to escape your ban of his previous accounts:

   @jgoodman_cstt

   @csthetruth

Ban evasion accounts:

https://twitter.com/21C3D

https://twitter.com/jasongoodman3d/with_replies

Best,



92fa20_29dfd431d41943379d91842a723aec1d_mv2.png
12 KB

th9999f-the-lig 0412501.jpg
65 KB





Unjjjjtitled.jpg
40 KB



Unjjjj89898.jpg
53 KB