IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the motion to quash subpoena and to issue a protective order.

Seth D. Berlin  BerlinS@ballardspahr.com

Maxwell S. Mishkin  MishkinM@ballardspahr.com

George Webb Sweigert georg.webb@gmail.com

David George Sweigert spoliation-notice@mailbox.org

Margaret Esquenet margaret.esquenet@finnegan.com

Liz Lockwood liz.lockwood@alilockwood.com

CERTIFICATE OF SERVICE - 1

Signed this 28th day of March 2023

Respectfully submitted,

                                                        Jason Goodman, Plaintiff, Pro Se
                                                               252 7th Avenue Apt 6s
                                                                 New York, NY 10001
                                                                        (323) 744-7594
                                          truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2