**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

JASON GOODMAN,

               Plaintiff,

     v.

CHRISTOPHER ELLIS BOUZY, et al.,

               Defendants.

Case No. 1:21-cv-10878

---

**NOTICE OF DEFENDANTS BENJAMIN WITTES' AND NINA JANKOWICZ'S**
**MOTION FOR SANCTIONS AGAINST PLAINTIFF**
**UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

PLEASE TAKE NOTICE that upon the annexed declarations of Nina Jankowicz and

Benjamin Wittes, dated March 2 and 6, 2023, respectively, the exhibits thereto, the accompanying

Memorandum of Law, and proceedings heretofore had herein, Defendants Benjamin Wittes and

Nina Jankowicz ("Movants") will move this Court, before the Honorable Analisa Torres, at the

United States Courthouse located at 500 Pearl Street, New York, New York, 10007-1312,

Courtroom 15D, at a date and time to be determined by the Court, for an Order, pursuant to Fed.

R. Civ. P. 11(b) and this Court's inherent authority: (a) enjoining Plaintiff from filing in this

District any additional documents on the docket for this case that relate to Mr. Wittes or Ms.

Jankowicz; (b) enjoining Plaintiff from filing in any federal district court any action against Mr.

Wittes or Ms. Jankowicz related to the subject matter of this case; (c) enjoining Plaintiff from

filing any new *pro se* action against Mr. Wittes or Ms. Jankowicz in any federal district court

without first obtaining leave of that court; and (d) ordering that Plaintiff pay the fees and costs Mr.

Wittes and Ms. Jankowicz incurred in defending against this action and litigating this sanctions

motion.


Dated: April 3, 2023                                   Respectfully submitted,

                                                      */s/ Elizabeth C. Lockwood*
                                                      Elizabeth C. Lockwood
                                                      ALI & LOCKWOOD LLP
                                                      300 New Jersey Avenue NW, Suite 900
                                                      Washington, D.C. 20001
                                                      (202) 651-2477
                                                      liz.lockwood@alilockwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2023, I caused true and correct copies of the

foregoing Notice of Motion to be served electronically via ECF on the following:

Seth D. Berlin
Ballard Spahr LLP (DC)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1122
berlins@ballardspahr.com

Maxwell Mishkin
Ballard Spahr LLP (DC)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1140
mishkinm@ballardspahr.com

I additionally certify that on the 3rd day of April, 2023, I caused true and correct copies

of the foregoing Notice of Motion to be served via email and U.S. Mail First Class on the

following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org
*Plaintiff*

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com
*Defendant*

Mr. David George Sweigert
Mailbox, PMB 13339
514 Americas Way, Box Elder, SD
57719
Spoliation-notice@mailbox.org
*Defendant*

Ms. Margaret Esquenet
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

Mr. Adam Sharp
c/o Margaret Esquenet
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

National Academy of Television Arts
and Sciences, Inc.
c/o Margaret Esquenet
901 New York Avenue, NW
Washington, DC 20001-4413
margaret.esquenet@finnegan.com
*Defendant*

By:  */s/ Elizabeth Lockwood*