# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER ELLIS BOUZY, et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:21-cv-10878-AT-JLC |

## **[PROPOSED] ORDER**

Upon consideration of the Motion For Sanctions filed by Defendants Benjamin Wittes and Nina Jankowicz ("Movants"), any responses and replies thereto, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and that:

(a) Plaintiff is enjoined from filing in this District any additional documents on the docket for this case that relate to Mr. Wittes or Ms. Jankowicz;

(b) Plaintiff is enjoined from filing in any federal district court any action against Mr. Wittes or Ms. Jankowicz related to the subject matter of this case;

(c) Plaintiff is enjoined from filing any new *pro se* action against Mr. Wittes or Ms. Jankowicz in any federal district court without first obtaining leave of that court; and

(d) Plaintiff is ordered to pay the fees and costs Mr. Wittes and Ms. Jankowicz incurred in defending against this action and litigating this sanctions motion. Counsel for Movants is directed to file a declaration of fees and costs within twenty-one (21) days of this Order.

**SO ORDERED.**

Dated: _____, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Analisa Torres
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge