AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jason Goodman ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-10878-AT-JLC |
| CHRISTOPHER ELLIS BOUZY, ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Margaret Esquenet and Defendant Academy of Television Arts & Sciences.

Date: 04/04/2023

/s/ Mary Kate Brennan
*Attorney's signature*

Mary Kate Brennan
*Printed name and bar number*

Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave., NW
Washington, DC 20001
*Address*

MaryKate.Brennan@finnegan.com
*E-mail address*

(202) 408-4000
*Telephone number*

(202) 408-4400
*FAX number*