UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jason Goodman,<br>Plaintiff,<br>Proposed Pro Se Counter-Defendant<br><br>      -against-<br><br>D. G. Sweigert,<br>Defendant<br>Proposed Pro Se Counter-Plaintiff | PRO SE<br><br>21-cv-10878-AT-JLC<br><br>District Judge Analisa Torres<br><br>Magistrate Judge James L. Cott |

**NOTICE OF DEFENDANT'S SWORN STATEMENT TO
PRECLUDE PERSONAL JURISDICTION
RESPONSE TO PLAINTIFF'S DOCUMENTS 181 and 182**

The *pro se* Defendant (Proposed Counter Plaintiff) (undersigned) files these papers to allow the Court to take notice of a sworn statement. Undersigned disputes that personal jurisdiction can be conferred upon him and opposes such finding of personal jurisdiction by this Court.

April 15, 2023 (Tax Day) (04/15/2023)

                                                D. G. SWEIGERT PRO SE DEFENDANT, C/O
                                                               PMB 13339, 514 Americas Way,
                                                                         Box Elder, SD 57719

### NOTICE OF DEFENDANT'S SUPPLEMENTAL SWORN STATEMENT TO PRECLUDE PERSONAL JURISDICTION
### RESPONSE TO PLAINTIFF'S DOCUMENT 181 AND 182

1.      The undersigned, an adult over 18 years of age, makes this statement under the penalties of perjury to aid the Court in deciding issues related to the lack of jurisdiction of this Court on the undersigned.

2.      Presently the undersigned is engaged in jurisdictional discovery.  The undersigned herein asserts that the following information is true and correct and published under the penalties of perjury.

3.      The Court is invited to take notice of Mr. Goodman's most recent social media video concerning the undersigned.  One instance is published at URL https://www.youtube.com/watch?v=rnQsf6JVByE , channel Crowdsource the Truth 8 @crowdsourcethetruth8954 , entitled "Is America Experiencing A Mental Health Crisis? With Special Guest Sara Banta".  Also published at URL https://www.youtube.com/watch?v=EY6RiUZDxRE , channel Crowdsource the Truth 9 @crowdsourcethetruth9 , "Is America Experiencing A Mental Health Crisis? With Special Guest Sara Banta".

4.      Time-mark 23:21 Mr. Goodman states, "He's hiding.  He's like a deceptive miserable rat.  Who has to hide and do things in secret. … Sends fake e-mails to the EMMYs from employed thespians at well known URLs dot com.  There's no way that e-mail was sent by anyone other than this idiot or an agent of this idiot.  There are so many things brought up in the lawsuits that this coward will not be able to counter act.  In fact, I so wish I could go back in time and witness George Henry punching him right in the face, I would like to see him cry.  I

would like to hear what George Henry said to him.  And understand what makes this guy such a piece of miserable human sh_t. "

5.      It appears Mr. Goodman is referring to the undersigned's father, to which Mr. Goodman has dedicated a Twitter account at URL https://twitter.com/GHenryDickface , @GHenryDickface , Schizophrenic Fascist Traitor Dickface Parody Account.

6.      It is instructive to note that the Plaintiff's deceased father is George H. Sweigert, a combat veteran of the Guadalcanal Campaign in the Solomon Islands in World War II.  Staff Sergeant Sweigert, of Ohio's National Guard (the 37th Division), suffered from what is known as "Guadalcanal Syndrome",

https://content.time.com/time/subscriber/article/0,33009,933048,00.html  the fore-runner to the modern-day diagnosis of Post Traumatic Stress Syndrome (P.T.S.D.).[1]

7.      At time-mark 9:40 in "Is America Experiencing A Mental Health Crisis? With Special Guest Sara Banta" Mr. Goodman states, "There is a Twitter account called George Henry Dickface.  It is an interesting Twitter account.  People might want to look at that."

8.      On Nov. 4, 2022 (11/04/2022) Mr. Goodman has tweeted on @GHenryDickface the image of the undersigned's ex-wife, which had nothing to do with the undersigned's brother (George Webb Sweigert), "The Sweigert brothers have publicly admitted to sharing David's

---

[1] Medicine: Guadalcanal Neurosis Monday, May 24, 1943 "Each man must have a breaking point." On Guadalcanal many a man came close to that realization. Last week the mental suffering on Guadalcanal was described to the American Psychiatric Association in Detroit by Lieut. Commander Edwin R. Smith of the Naval Hospital at Mare Island, Calif. In the frankest statement on war's psychiatric casualties yet passed by the Army or Navy, he discussed "a group neurosis that has not been seen before and may never be seen again." The neurosis occurs in steady men who have been subjected to prolonged warfare without rest or hope—as on Guadalcanal. Said Commander Smith: "This was not the sudden and quickly terminated but terrific rape of Pearl Harbor, nor the similarly acute days of Dunkirk. This was the worst of both of them, prolonged literally for weeks. . . . Never before in history have such a group of healthy, toughened, welltrained men been subjected to such conditions."
https://www.defensemedianetwork.com/stories/world-war-ii-psychiatric-wounds-of-war/

morally depraved ex-wife Melody for their personal sexual gratification, a truly disgusting trio in every sense." This is a falsehood and untrue. The undersigned states the he has personally sent several retraction notices to Mr. Goodman to remove this tweet.

9.      On Sept. 11, 2022 (09/11/2022) Mr. Goodman tweeted from @GHenryDickface "Disgustingly promiscuous ex-daughter in-law had sex with two of GHS' sons after marrying one of them. Truly perverted. What was sexually depraved deviant ex-Navy sick-o Melody doing on 9/11/2001? One would have to be mentally ill to marry David. Go to your chamber David.". This statement is untrue and a falsehood. This person had nothing to do with George Webb Sweigert. The undersigned states the he has personally sent several retraction notices to Mr. Goodman to remove this tweet.

10.     At time-mark 33:44 in "Is America Experiencing A Mental Health Crisis? With Special Guest Sara Banta" Mr. Goodman states, "Everything he puts in the pleadings is made up non-sense. … This is a maniac assh_le who spends all day every day trying to invite causes of action."

11.     At time-mark 19:44 in "Is America Experiencing A Mental Health Crisis? With Special Guest Sara Banta" Mr. Goodman states, "Spending all her days and nights writing *pro se* pleadings like I have for the past six and a half years. I think she would probably have to hire a lawyer for the miscreant moron fart sniffing Stupid Mario Luigi."

12.     At time-mark 21.26 in "Is America Experiencing A Mental Health Crisis? With Special Guest Sara Banta" Mr. Goodman states, "I never have even met this guy. This disgusting chicken wing eating fart sniffing smelly foot mentally ill, despised by his own father, punched him in the face every day. Deservedly so I would add. It is too bad George Henry didn't have a better right hook. So he could break this guy's skull. So that his brain could ooze out. "

Certified under penalties of perjury.

April 15, 2023 (Tax Day) (04/15/2023)

*D. S⁀⁀⁀*

D. G. SWEIGERT PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

# CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

And

Georg.webb@gmail.com

berlins@ballardspahr.com,   mishkinm@ballardspahr.com

margaret.esquenet@finnegan.com ,   MaryKate.Brennan@finnegan.com

liz.lockwood@alilockwood.com

Certified under penalties of perjury.

April 15, 2023 (Tax Day) (04/15/2023)

*D. S⁀⁀⁀*

D. G. SWEIGERT PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

# EXHIBIT ONE





# EXHIBIT TWO



https://www.youtube.com/watch?v=rnQsf6JVByE



https://www.youtube.com/watch?v=EY6RiUZDxRE

9





https://www.youtube.com/watch?v=EY6RiUZDxRE