IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the response in opposition to motion for sanctions.

Seth D. Berlin  BerlinS@ballardspahr.com

Maxwell S. Mishkin  MishkinM@ballardspahr.com

George Webb Sweigert georg.webb@gmail.com

David George Sweigert spoliation-notice@mailbox.org

Margaret Esquenet margaret.esquenet@finnegan.com

Liz Lockwood liz.lockwood@alilockwood.com

CERTIFICATE OF SERVICE - 1

Signed this 14th day of April 2023

Respectfully submitted,

                                                  Jason Goodman, Plaintiff, Pro Se
                                                           252 7th Avenue Apt 6s
                                                                New York, NY 10001
                                                                      (323) 744-7594
                                                  truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2