IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | **MOTION TO QUASH SUBPOENA AND TO ISSUE A PROTECTIVE ORDER** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN | |
| Defendants | |

Jason Goodman ("Goodman"), by and for himself pro se, moves this honorable Court for an order quashing the subpoena sought by David George Sweigert ("Sweigert") and granting a protective order specifically preventing Sweigert from harassing litigants, witnesses in this case, Goodman, his family members and associates.  The subpoena (Case 1:21-cv-10878-AT-JLC Document 185) does not seek information relevant to the adjudication of this instant action but is merely a continuation of the persistent harassment and cyberstalking that Sweigert has engaged in for the past six years.

### PRELIMINARY STATEMENT

As the Court is already aware, Swegiert has dedicated his life since 2017 to harassing and cyber stalking Goodman.  Recently he has taken to sending multiple harassing emails to Goodman and a rotating plurality of various recipients several times daily.  Since

MOTION TO QUASH SUBPOENA AND TO ISSUE A PROTECTIVE ORDER - 1

the inception of his lawfare assault, Sweigert's publicly stated goal is to terminate Crowdsource the Truth broadcasts, remove Goodman from the internet and extort money from him through vexatious litigation which he has declared will ultimately include Sweigert taking ownership of and living in Goodman's New York City apartment.  Sweigert had previously informed Goodman, the other litigants, and the non-party recipients of the subpoena, that he intends to provide whatever he finds to the Internal Revenue Service ("IRS") and encourage an investigation into Goodman.  Sweigert has been misleading the public in support of his claims by repeatedly posting false, defamatory, and harassing Tweets in which he deceptively declares Goodman is a "tax cheat" without evidence. **(EXHBIT A)**

Goodman alleges on information and belief that Sweigert has formulated this baseless claim to counteract Goodman's well founded, evidence-based claims pertaining to Adam Sharp ("Sharp").  Goodman alleges Sharp illegally misappropriated tax-exempt funds from the 501(c)(6) tax exempt New York corporation when he participated with Sweigert in a scheme to wrongfully sue Goodman in their mutual effort to shut down Crowdsource the Truth.  Goodman further alleges this was not done to protect a copyright or trademark but rather to prevent Goodman from broadcasting during the 2020 presidential election, to illegally promote the election of Joe Biden in violation of New York Consolidated Laws, Election Law - ELN § 17-152 and that Judge Valerie Caproni essentially assisted them by blocking legitimate efforts by Goodman to obtain justice and taking no action during and after Sweigert's harassment of attorney Jonathan Snyder ("Snyder").

Sweigert worked with coconspirators including Sharp in his capacity as CEO of the tax exempt National Academy of Television Arts and Sciences ("NATAS") and his

MOTION TO QUASH SUBPOENA AND TO ISSUE A PROTECTIVE ORDER - 2

attorney Margaret Esquenet ("Esquenet") to calculate a scheme to sue a fictitious corporate entity that substantially resembled the name of a company owned by Goodman in order to force him to hire an attorney to answer the complaint.  Sweigert then proceeded to harass that attorney in order compel a default judgment.  Sweigert had alerted his coconspirators that Goodman was too formidable a pro se opponent to defeat in a fair trial and his adversaries' only option for success would be cheating, which they are experts in.  The forced default, won through deception, is Goodman's only loss to this group so far, an appeal is pending.

Now, in furtherance of some likely future scheme, Sweigert seeks any and all information he can obtain about Goodman's business, its operation, financial details, and associations.  Sweigert must not be allowed to further intimidate Goodman's business associates into disclosing information that is not relevant to this instant action or causing some other circumstance that is calculated to affect the outcome of this or other litigation.

**Sweigert's Subpoena of Patreon Should be Quashed**

Federal Rule of Civil Procedure 45(d) provides that the party responsible for issuing and serving a subpoena "must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena." Fed. R. Civ. P. 45(d)(1). In response to a timely motion, a court must quash or modify any subpoena that:

(i) fails to allow a reasonable time to comply; (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c); (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or (iv) subjects a person to undue burden.  *See* Fed. R. Civ. P. 45(d)(3)(A)(i)–(iv).

Goodman seeks to quash this subpoena on the grounds that (1) Sweigert does

MOTION TO QUASH SUBPOENA AND TO ISSUE A PROTECTIVE ORDER - 3

not have "good cause" to subpoena Patreon for Goodman's financial information and, alternatively, (2) the information sought subjects Goodman to an undue burden because Patreon is the authorized custodian of certain private information owned by Goodman and Sweigert has already admitted he intends to use it for a malicious purpose.  Sweigert admits he will not use the information to establish facts in his own defense in this matter, but to burden Goodman with an unfounded and costly investigation.

### A.    Good Cause

Sweigert has attempted to involve himself in more than half a dozen lawsuits against Goodman.  The first was Steele v Goodman (Case 3:17-cv-00601-MHL) originally brought in September 2017.  Despite the death of the plaintiff in 2021 and no prior defamation case in the commonwealth of Virginia surviving the death of the complainant, that case carries on. (*See* Case 3:21-cv-00573-JAG ECF No. 67)

Sweigert cannot demonstrate good cause for seeking a subpoena directing Patreon to disclose facts and details about Goodman's earnings or other personal financial information, however it is important to note that this is precisely the same information the deceased plaintiff seeks but has so far been unsuccessful in obtaining.  Goodman alleges both parties intend to use this information to harass businesses and individuals that patronize Goodman's broadcasts.  The notion that a hostile third party could obtain viewers personal or financial information could significantly dissuade people from purchasing subscriptions to Goodman's video service or otherwise doing business with Goodman.

It is also relevant to note that deceased plaintiff in Steele v Goodman, Robert David Steele ("RDS") was introduced to Goodman by Sweigert's brother just prior to RDS

MOTION TO QUASH SUBPOENA AND TO ISSUE A PROTECTIVE ORDER - 4

bringing suit.  The frequently sanctioned, morally and ethically challenged attorney Steven S. Biss ("Biss") who represented the plaintiff and now his executor has been in communication with individuals who communicate and interact with Sweigert and his brother Webb, including a non-party Manuel Chavez III ("Chavez").

During the initial iteration of Steele v Goodman, email communications provided by Chavez revealed a plot hatched by Sweigert, RDS, Biss and others, in which they attempted to coerce Chavez to sue Goodman in Arizona, concurrent with Steele v Goodman, based on false claims, manufactured evidence and the presumption that Goodman was probably insured and could easily pay them $500,000.  It is simple logic to calculate the difficulty of defending one lawsuit would only be amplified by being subjected to another and another, and another.  Sweigert has been working for seven years, doing everything he can to perpetuate multiple simultaneous frivolous legal actions against Goodman while cyberstalking and harassing him on Twitter and elsewhere.  Sweigert's subpoena in this action is solely intended to facilitate this practice and give him additional ammunition for future false claims and additional stalking and harassment.

The honorable M. Hannah Lauck considered the Chavez emails in her decision to dismiss Steele v Goodman. (*See* Case 3:17-cv-00601-MHL Document 220) Chavez discussed the plan with Biss in emails that were only revealed to Goodman through litigation.  **(EXHIBIT B)**

Separately, Sweigert communicated with Chavez via telephone, livestream or other means.  Chavez referred to Sweigert as "Action Dave" a play on one of Sweigert's aliases, Dave Acton.  The two engaged in an awkward, seemingly staged public conversation,

MOTION TO QUASH SUBPOENA AND TO ISSUE A PROTECTIVE ORDER - 5

broadcast on YouTube on or around June 3, 2017 as revealed by dates shown on screen during the video and in which Sweigert introduces the idea of creating a "false flag" in New York. (https://vk.com/video731682021_456239118).

The term false flag refers to the practice of staging an event and blaming it on another individual or group.  It is derived from seafaring pirates and their practice of flying the flag of the enemy to deceive other boats as they approached.  Sweigert joins Chavez' broadcast approximately five minutes after it begins and discusses information that is remarkably similar to events that would take place less than two weeks later, after Sweigert's brother alerted Goodman of a possible dirty bomb on a ship in the Port of Charleston.  The Port incident is the subject of Steele v Goodman and Sweigert's initial lawsuits.  Because Sweigert's plan failed to deceive Goodman and failed to frame him for the events in the port, Sweigert must now prevent Goodman from revealing evidence of the scheme.  This motivates Sweigert's stalking, cyberstalking, harassing, and intimidating of Goodman. Sweigert's incompetent efforts to prevent these revelations keep leading Goodman to more evidence of what of can only be described as a vast criminal enterprise.

Sweigert now openly admits he intends to further harass Goodman by attempting to encourage an IRS investigation into Goodman with no good cause for any such investigation.  In deciding whether such a subpoena should be quashed, courts in this Circuit generally consider the following five factors:

(1) A concrete showing of a prima facie claim of actionable harm; (2) [the] specificity of the request; (3) the absence of alternative means to obtain the subpoenaed information; (4) a central need for the subpoenaed information to advance the claim; and (5)

MOTION TO QUASH SUBPOENA AND TO ISSUE A PROTECTIVE ORDER - 6

the party's expectation of privacy.

Sweigert has not specified any financial activity by Goodman related to Patreon that has caused him actionable harm.  In fact, Sweigert has repeatedly failed to demonstrate that Goodman has acted in any way that is actionable relative to Sweigert. Sweigert v Goodman Case 1:18-cv-08653-VEC-SDA was dismissed with prejudice on March 1, 2022.  Sweigert v Goodman (Case 1:22-cv-02788-LGS-BCM) was voluntarily dismissed on July 19, 2022.  Sweigert v Multimedia System Design, Inc. was voluntarily withdrawn upon the appearance of counsel on August 2, 2022. (*See* Case 2:22-cv-10642-GAD-EAS ECF No. 64)

Every attempt Sweigert has made to intervene, including his attempt in this instant action, has been denied because Sweigert is not a legitimate litigant with legitimate claims.  He is a serial harasser and vexatious abuser of the law and the U.S. District Court System who has made numerous public declarations and demonstrations against his own interest that are likely to cause a reasonable observer to conclude that he is mentally ill and a threat to Goodman's safety.

Sweigert's request is not sufficiently specific.  He states his desire for Goodman's financial records but does not specify why they are needed or why an IRS investigation would be warranted.  While it is true, Sweigert does not have a reasonable alternate means to obtain the information, he also has no right to access it and has not stated a central need for the subpoenaed information to advance any particular claim.  The subpoenaed party has been granted the authority to be custodian of certain personal information related to Goodman, and in this case, Goodman's expectation of privacy exceeds

MOTION TO QUASH SUBPOENA AND TO ISSUE A PROTECTIVE ORDER - 7

Sweigert's stated need for this information.

### B.    Undue Burden

When seeking to quash the subpoena on undue burden grounds, "[a] party usually does not have standing to object to a subpoena directed to a non-party," Langford v. Chrysler Motors Corp., 513 F.2d 1121, 1126 (2d Cir. 1975), unless there is "a claim of privilege," id., or the party shows "a sufficient privacy interest in the confidentiality of [the] records," Olympic Chartering, S.A. v. Ministry of Indus. & Trade of Jordan, 134 F. Supp. 2d 528, 535 (S.D.N.Y. 2001) (internal quotation marks omitted).  Sweigert's subpoena of Patreon subjects Goodman to undue burden because it seeks personal records that Goodman has a sufficient privacy interest in protecting.

### C.    Protective Order

The Court should grant a protective order preventing Sweigert from contacting witnesses or other litigants in this case unless he has good cause to do so.  Sweigert has engaged in so much harassment since the Court was last notified, it would be a practical burden to include all the messages here.  If it should please the Court, any portion or all of Sweigert's communications can be provided for further consideration.

### CONCLUSION

For the reasons stated herein, a protective order should be issued immediately, the subpoena should be quashed and Sweigert should be denied access to Goodman's personal financial information in addition to any other relief as the Court may find.

Signed this 18th day of March 2023

Respectfully submitted,

Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

MOTION TO QUASH SUBPOENA AND TO ISSUE A PROTECTIVE ORDER - 9

**(EXHIBIT A)**

← **Tweet**



**Oops I crapped my pants**
@LiberateYoutube

···

Perv Jason Goodman tax cheat to be served on camera: #LIVE #TRUMP #TRUMPTOWER #NEWYORK #rally #court #trumpwatch #FreeTrump #supporters #trumparrest #protest #DonaldTrump #TRUMP2024 #maralago #Manhattan #NY #NYC #NJ #trumpsupporters #trumprally #TrumpTower Charles Ortel Bouzy



9:36 PM · Apr 10, 2023 · **198** Views



Tweet your reply

Reply

**(EXHIBIT B)**



From: **Defango** defango@protonmail.com
Subject: Fw: Re: Defango Case Breakdown + RDS info + Jason's Deeper Pockets
Date: June 18, 2019 at 11:28 AM
To: truth@crowdsourcethetruth.org

This was the setup of the Lawsuit on my end with biss.

Sent with ProtonMail Secure Email.

------- Original Message -------
On Monday, October 23, 2017 1:26 PM, Defango <defango@protonmail.com> wrote:

> 30 from a phone call. Lol
>
> Sent with ProtonMail Secure Email.
>
>> -------- Original Message --------
>> Subject: Re: Defango Case Breakdown + RDS info + Jason's Deeper Pockets
>> Local Time: October 23, 2017 10:24 AM
>> UTC Time: October 23, 2017 5:24 PM
>> From: stevenbiss@earthlink.net
>> To: Defango <defango@protonmail.com>
>> Steven Biss <stevenbiss@earthlink.net>
>>
>>
>> ?
>>
>> Manny, what is this about? Meant for me? Call me please.
>>
>>
>> Steven S. Biss
>> 300 West Main Street, Suite 102
>> Charlottesville, Virginia 22903
>> Tel.: (804) 501-8272
>> Fax: (202) 318-4098
>> Email: stevenbiss@earthlink.net
>> Email: ssbiss@yahoo.com
>>
>> **From:** Defango
>> **Sent:** Monday, October 23, 2017 12:49 PM
>> **To:** stevenbiss@earthlink.net
>> **Reply To:** Defango
>> **Subject:** Re: Defango Case Breakdown + RDS info + Jason's Deeper Pockets
>>
>>
>> Excuse me? You are about 30 seconds away from
>>
>>
>> Sent from ProtonMail mobile
>>
>>
>> -------- Original Message --------
>> On Oct 23, 2017, 5:16 AM, Steven S. Biss < stevenbiss@earthlink.net> wrote:
>>
>>> Manny,
>>>
>>> Lots of good links, but you are all over the place and this is full of speculation or
>>> undocumented fact.   Call me to discuss.
>>>
>>>
>>> Steven S. Biss
>>> 300 West Main Street, Suite 102

Charlottesville, Virginia 22903
Tel.: (804) 501-8272
Fax: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: ssbiss@yahoo.com

**From:** Defango
**Sent:** Monday, October 23, 2017 7:10 AM
**To:** stevenbiss
**Reply To:** Defango
**Subject:** Defango Case Breakdown + RDS info + Jason's Deeper Pockets

Hi Steven,

Here is an outline of what I have seen in my case and how it seem to correlate with RDS's case. I spoke with him about some of the connections I have seen to David Brock and Arnon Milchan an israeli billionaire that does movies. I did not go into details with RDS as I figure we have a client lawyer thing going on and I should run all this stuff by you first before I forward it to RDS. However most of this information has been on the internet in my Public Pastebin for anyone with a link to view. It's not formated in a very readable way but I will use it to outline my understanding of what is happening to myself and by proxy RDS.

First off, my forery into the Goodman/Webb conspirasy came at a very interesting time. I was doing a radio show with Jimmy Church of Fade to Black Radio and some viewers were asking me to help out Crowdsource the Truth with some files they got from a guy named the Rabbit. I didn't think I knew this rabbit fellow but he had messaged me the guccifer2 files asking me what to look for to find DNC Corruption or voter tamper evidence, also looking for the password. I didn't ever get around to downloading the file because I didn't really have any space on my computer. However I did look at the file tree and point out what files to look at. I then said take a look at the stuff and look for X, Y, and Z then come back to me with what you think is good. Anyways I had the password saved and send it to him.

Guccifer2.0 stuff
https://pastebin.com/9jsWKUNM

That was around april this year. A friend of mine named Fox send me this NPGvan 7z archive saying it was what I was looking for in reguard to voter fraud.  Cut to June 1st and a bunch of people were contacting me about some NPGVan File that CSTT recieved that here called the "Seth Rich Files". I was interested so I started watching the channel and many people were trying to get me onto Skype with CSTT to help with the files. I downloaded their files and noticed that I already has a copy of the zip file they sent me. Then I was like WTF is going on here and just uploaded both documents to them because I was like how the heck did you get these? I told Jason about both versions of the files and shared a mega link with both. The files were exactly the same execpt one has been unpack and repacked as a ZIP instead of a 7z compressed file. I helped them look at the files and gave him all my notes on them. The next day Jason started talking about the difference in files and started to paint me as a hacker who switched the files.

Notes on the File investigation and the links to each copy
https://pastebin.com/75vu27eH

I made a few videos explaining myself and what had happened and he just decided to say I was liar. After that he was always attacking me on his show, saying I was guccifer2.0, that I worked for Crowdstrike as a computer hacker, and so much more. His cronies started harrassing my work and family and I just left him alone. After about months of him attacking me any chance on his live stream he apologized to me on stream and left me alone.

For about a month he kept making digs and jabs at me saying some terrible things and finally he make a video about me and my job and saying some pretty defamitory stuff. My Job saw the video and fired me the next day citing that they didn't want bad press and they have been getting phone calls and other things. I had been with the company for over 3 years and now I'm out without a severance. Pretty much it affected me getting my 5% in the company based on Sweat equity and I was left without a job. I'm getting by doing contact work but my youtube channel, online reputation and name have been damaged and I want some restitution.

Docs on Jason
https://pastebin.com/fyLA2M7N
https://pastebin.com/sQ6nih29

My Docs on Trish
https://pastebin.com/KXfKzg9E

Jason and Trish working on a penny stock Scam with some other money people?
https://pastebin.com/sXxJwWiz

Getting that out of the way, I wanna focus on what I have found out about Jason Goodman and his connecions to deeper pockets and the reasoning it seems he has started his channel. When Jason Goodman got connected to george webb there was a crap load of talk about Mossad helping them with information with their investigation into Imran Awan and the Seth Rich Murder. To establish an understanding of this Mossad thing you can watch the video clips collected in the following pastebin.

Jason on Defango and the Seth Rich Files
https://streamable.com/lmluy

Jason Saying Kimdotcom and Defango Spoofed the seth rich files. Calls me a black hat hacker. Off the rails
https://streamable.com/usm8y

Defango is going down, More on the spoofing
https://streamable.com/ib2rm

Jason calling me a liar and saying I spoofed the files.
https://streamable.com/hgrzl

Dean of Oxford kicks Jason and Trish out of the conference
https://streamable.com/fq6k5

The Truth about the Seth Rich Files, talking about Defango
https://streamable.com/w98l7

Jason saying I spoofed the files or someone hacked them
https://streamable.com/5d7u2

This is all videos back up on Streamble with notes and Orignal Video Links.
https://pastebin.com/xqtseahF

Trish talking about how they broke the Chain of custody and blaming me
https://streamable.com/4t8ja

Jason Threatening to DOX Rabbit, Jason Calling me a hacker again
https://streamable.com/gb6p0

Here is when Jason Finally Dox's the rabbit
https://pastebin.com/mzCxPECG

Jason saying he doesn't agree about liking defango
https://streamable.com/4nctx

Jason wants to get into the files and try to make me look bad
https://streamable.com/z9o1z

Apparently George Webb used to human traffic and has some drinking/womanizing problems
https://streamable.com/8wzuk

Jason and George talking about I'm a hacker and how it's ok for me to get attacked by my roommate.
https://streamable.com/bjavs

There is way more Im getting together. Now for some even more fun I have all the chat logs from all the CSTT videos in a pastebin sorted by date and video name. Both myself, RDS, and you are in there. It updates with pretty much all the videos
https://pastebin.com/u/Silverlining33

Key Videos:

Focus on what George says about Jason, Aparently People are unwittingly part of a Mossad Operation. These mossad guys that were giving george info apparently lead Jason to George.
https://streamable.com/679m8

They picked you to document this, "They is Mossad".
https://streamable.com/vdozq

If you didn't think that stuff was weird, George has a brother that does video's named Dave Acton. He's a cyber security guru and well know to for his government work. He talks about George and whats going on.

https://pastebin.com/i4uccWwG

This one time where Jason and a CSTT Viewer invented a conversation with me.
https://pastebin.com/fB06JS0r

This is the motherload of videos from Jason talking crap about RDS with various people.
https://pastebin.com/N0LmYBsf

Squidward on RDS and Defango being fake
https://streamable.com/4axkd
https://streamable.com/zf4vl
https://streamable.com/ep6de

Queen Tut call 002
https://streamable.com/pnmul
https://streamable.com/4vllq

Frank Bacon RDS Conman
https://streamable.com/vrl2c

Jason says RDS is a scam and plays call recorded without RDS's knowlegde
https://streamable.com/nh7fm

Queen Tut and Jason on RDS
https://streamable.com/qvws0

Jason Goodman Doxes himself on Stream
https://streamable.com/s3bs0

oxford for trying to get Eric Bravermen on Flim
https://streamable.com/4lgk5

Jason Talking more crap about RDS
https://streamable.com/vtdj8

Jason talking about RDS's choices about going on defango's show and talking about the donations they helped raise
https://streamable.com/ekufs

Dirty Bomb Talk, After it happened
https://streamable.com/cfgou

George talking about being a sex slave live on air, funny
https://streamable.com/evd1h


I Have a lot more to get to you. Basically we have been looking into his background and we noticed that he was getting some donations to help fund his channel. Since Jason was a money guy from hollywood we noticed that he has some interesting connections to Avi Nasher and Arnon Milchan from his film work. It seems that he has spend some time in the past working on movies with these gentlemen and it seem his whole channel fits into they throwing disinfo. I looked into the old videos on the channel and Jason was a Hilary Bot until it seems he changed his mind. This was just before he got connected to GW. Jason worked with Bryan Singer a guy that was charged with being a pedo and has done work with Avi and Arnon on movies. Avi seems to be a part of the pedo world and Arron openly is know for his Mossad connection. Jason acts like he doesn't know but his acting is terrible and he's got that chip you have when someone big is watching your back. He's funded and I have been by his building. It's moneytown USA. In the sony Leaks we have goodman in the emails connected to Avi and the lady that talks about getting a 13th birthday party invite and a 13 year old china girl.

https://www.youtube.com/watch?v=O_i5AtSd0CU

https://en.wikipedia.org/wiki/Avi_Nesher
He has an alias he uses called Patrick.Avi is deeply involved in pedophilia in hollywood and the purpose of these parties was to bring in kids for "fun and games". Jason is also connected to convicted pedophile Bryan Singer. They worked closely together. Bryan was also obsessed about 13 year old children being used for sex. Jason also when to school with Todd Solondz, and they are both grads of Tisch NYU film school and he also was convicted of this pedo stuff.

Some folks connected to CSTT brought forward info that jason had a monthly donor in hollywood funding his videos. It seems this donor was Arnon according to Trish who has told multiple people this information. Trish also was telling people that George Webb and Jason goodman knew they were working with a Mossad agent

doing their work. part of the reason she left the scene. What is funny is that Jason uses Brock Articles and other media from them in their attacks. It was right after Jason attacked RDS that Media matters started trolling robert and finally did that hit piece on him. Jason was a bigtime hilary donor it seems and he's donated to Media matters.

Thats all for now.

Sent with ProtonMail Secure Email.



From: **Defango** defango@protonmail.com
Subject: Fw: Re: Fw: please forward to manny
Date: July 2, 2019 at 3:59 PM
To: truth@crowdsourcethetruth.org

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, October 4, 2017 2:39 PM, Defango <defango@protonmail.com> wrote:

Hello,
I have been keeping my mouth shut and I haven't heard anything coming from anywhere. Should I be scared or am I just being paranoid?

Sent with ProtonMail Secure Email.

------- Original Message -------
Subject: Fw: please forward to manny
Local Time: September 30, 2017 2:45 PM
UTC Time: September 30, 2017 9:45 PM
From: stevenbiss@earthlink.net
To: Manny Chavez <defango@protonmail.com>
Steven Biss <stevenbiss@earthlink.net>

Manny,

The first and cardinal rule of the engagement is never talk to Tanya about Goodman. RDS, or your case. If you want my help, my wife cannot ever be mentioned to anyone. You may speak with her about the sun, the moon, the theory of lambda, the White Goddess, etc. (she is a true intellect and supremely smart), but never once discuss. Goodman or the litigation. I want no distractions.  Understood? Agreed?

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Tel.: (804) 501-8272
Fax: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: ssbiss@yahoo.com

**From:** Ahme <atanya1111@gmail.com>
**Sent:** Saturday, September 30, 2017 12:11 PM
**To:** stevenbiss@earthlink.net
**Subject:** please forward to manny

i dont have your new email address mango, but i noticed a couple things about those runes or letters. (they actually make words in greek but i think its a coincidence and not intentional.) so either the creator of the puzzle is getting the runes like you did from google and does not realize those runes were never all used in one alphabet and they are just doing a cyptogram or the person is extremely familiar with nordic runes and is doing a complex norse cypher.  my guess is the former. the X I together is a common decoder, it is the cross substitution.  it's important to know that all runes were always encypted, meaning they never read straightforward. so what you are reading as T (vault 8) is not really a letter but was the number 12. and the P that is from ON (old norse same with E and the M, so of the 8 or 9 thousand runic inscription old norse only makes up a few hundred, i'd guess 200 of the total of all runes.) so while people on the interwebs use these letters the way you are, they were never used together. and the J is also an old norse letter only found in about 10 runic inscriptions ever that was taken out. that old norse alphabet is almost identical with protogreek aka etruscan letters. in this alphabet the X when on an axis is an N and there is no upward arrow (what you refer to as a T)  also the U that they use, this is not even really any rune except online. it was the number 2 .  because the nordic runes are so much more about scrambling then spelling I suspect that the double letters S and the X I X I would be the way to decode it if it were on a rock off the shores of the orkney island they would be alignment clues.... cryptography keys, but the use of so many no congruent alphabets together to me means it's an internet person who is giving information to a person recieving it using the same alphabet you found on google.

long story short you looking at numbers and letters from runes not ever found together in runic.  it would not be possible to tell which letter substitution for these numbers was valid without knowing which alphabet you are using and this is basically no consistent alphabet, you are not dealing with a runic school or monk here because that J was never used but a couple times, that is not a t in any real alphabet.  but it did always mean 12.  the letter you are calling s was 11 and the most suspect of all the runes that line with the triangle on the left side that's no rune at all in any alphabet except on google.  you could call it a TH but its still flopped the wrong side or a W in Old norse but still wrong side.  and in old norse then your S is wrong it should look like a M that tilted 90 degrees counter clockwise in old norse.  old norse is the only one with that M and E and as i stated these were used far less than the normal 16 runes of late.  if one were using those letters they should not also use that S or the triangle to the left one.  and the t should be a line with a tail to the upper left quadrant.

no runes read straight, that is why they have to project latin meanings onto things that transliterate like this N R I S T A A A M I K the tripple a tells you were to lign up the letters to begin your cyper.  the double levels vertically recalls the of the letters in a Scytale where you wrapped a ribbon around the stick of a particular diameter to get the two lines of text. two identical clyinders are prepared, one sent to the person recieving.  a strip of parchment was then wound around this so that no space remains, like paper straw.  lysander according to plutarch read news of being condemned to desth is this manner.  so the springletter and other mechanical substitutions of runes where you simply move the letters over one or two were replaced by these mechanical cryptographical mean and then the norse puzzlemasters began to use the christian cross and the easter calendar as a distribution, and then shift replacement making it impossible to understand without very specific religious training.  the likely hood that a person putting up embassy cat knowing these things is slim to none.  i think julian is dead and will believe so until i see embassy cat, julian would never have left embassy cat.  i think julian is dead.  so those numbers could simply be a message to the person who needs that key.  it is nothing coherent in any runic alphabet.  but i know there was a key needed to open the kerry antarctica/bryd files that I believe they killed julian over.

okay sorry.  back to your legal troubles

tanya

From: **Defango** defango@protonmail.com
Subject: Fw: Re: Goodman
Date: July 2, 2019 at 4:12 PM
To: truth@crowdsourcethetruth.org

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, November 30, 2018 3:14 PM, Steven S. Biss <stevenbiss@earthlink.net> wrote:

Thank you Manny. It was a pleasure to represent you. Happy Holidays.


Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Tel.: (804) 501-8272
Fax: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

**From:** Defango
**Sent:** Friday, November 30, 2018 4:52 PM
**To:** Steven S. Biss
**Reply To:** Defango
**Subject:** Re: Goodman

I filed it to late. I haven't gotten a call back from ya. I guess let's just close it out. I'll make sure to let folks know man.

Have a good one.

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, November 29, 2018 7:48 AM, Steven S. Biss <stevenbiss@earthlink.net> wrote:

Manny,

Did you ever file the complaint against Goodman? Upon review of the file, I do not see where I got a copy of the filed complaint from you. If you decided not to proceed, no bi deal. I will close my file on the matter. Let me know please.


Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

From: **Defango** defango@protonmail.com
Subject: Fw: Re: Negron's New #
Date: July 2, 2019 at 4:08 PM
To: truth@crowdsourcethetruth.org

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, December 14, 2017 6:51 AM, TStGermain <TStGermain@protonmail.com> wrote:

> That makes sense. So I was hacked yesterday. Its all ok now.
> I am in NYC, but come back today.
>
>
> Sent with ProtonMail Secure Email.
>
>> -------- Original Message --------
>> Subject: Re: Negron's New #
>> Local Time: December 12, 2017 12:58 PM
>> UTC Time: December 12, 2017 5:58 PM
>> From: stevenbiss@earthlink.net
>> To: TStGermain <TStGermain@protonmail.com>
>> Manny Chavez <defango@protonmail.com>
>>
>>
>> Thomas,
>>
>> We shall see.  People change their numbers for a reason, and its usually so they don't
>> have to hear from past acquaintenances.
>>
>>
>> **From:** TStGermain
>> **Sent:** Tuesday, December 12, 2017 9:45 AM
>> **To:** Steven S. Biss
>> **Cc:** Manny Chavez
>> **Subject:** Re: Negron's New #
>>
>> Thanks Steven.
>> From what I see, Goodman is breaking down.
>> Trish the Flip comes soon......)
>>
>>
>> Sent with ProtonMail Secure Email.
>>
>>> -------- Original Message --------
>>> Subject: Negron's New #
>>> Local Time: December 11, 2017 1:25 PM
>>> UTC Time: December 11, 2017 6:25 PM
>>> From: stevenbiss@earthlink.net
>>> To: Thomas Schoenberger <TStGermain@protonmail.com>, Manny Chavez <defango@protonmail.com>
>>>
>>>
>>> FYI
>>>
>>>
>>> 617-287-8365

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Mobile: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: ssbiss@yahoo.com
LinkedIn: www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the
IRS, I inform you that any tax advice that may be contained in this communication
(including any attachments) is not intended or written to be used, and cannot be used,
for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction(s) or tax-
related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged
and confidential information intended solely for the use of the intended recipient. If you
are not the intended recipient, you should immediately stop reading this message and
delete it from your system.

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Mobile: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: ssbiss@yahoo.com
LinkedIn: www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the
IRS, I inform you that any tax advice that may be contained in this communication
(including any attachments) is not intended or written to be used, and cannot be used, for
the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction(s) or tax-related
matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged
and confidential information intended solely for the use of the intended recipient. If you
are not the intended recipient, you should immediately stop reading this message and
delete it from your system.