UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jason Goodman,<br>Plaintiff,<br>Proposed Pro Se Counter-Defendant<br><br>-against-<br><br>D. G. Sweigert,<br>Defendant<br>Proposed Pro Se Counter-Plaintiff | PRO SE<br><br>21-cv-10878-AT-JLC<br><br>District Judge Analisa Torres<br><br>Magistrate Judge James L. Cott |

### NOTICE OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO QUASH, DKT 186, WITH SWORN STATEMENT TO PRECLUDE PERSONAL JURISDICTION

The *pro se* Defendant (Proposed Counter Plaintiff) (undersigned) files these papers to allow the Court to take notice of a sworn statement for the upcoming evidentiary hearing. Undersigned disputes that personal jurisdiction can be conferred upon him and opposes such finding of personal jurisdiction by this Court.

April 19, 2023 (04/19/23)

*/s/ D. Sgt*

D. G. SWEIGERT PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

# NOTICE OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO QUASH, DKT 186, WITH SWORN STATEMENT TO PRECLUDE PERSONAL JURISDICTION

## BACKGROUND

1.      Defendant Jason Goodman is a world-wide public figure who was recently featured in a photograph in the DAILY MAIL (EXHIBIT ONE).  On 01/17/2023 Defendant filed an AMENDED COMPLAINT (AC) naming the undersigned as a co-defendant.  The AC uses the phrase "Goodman's business" fifteen (15) times without articulating what – exactly – is the legal entity that has been supposedly harmed.  A subpoena was requested on 03/26/2023 to command PATREON, INC. to produce records regarding payments made to Goodman.  On 03/28/2023 Goodman filed his first MOTION TO QUASH that subpoena to PATREON, INC., Dkt. 168.  That subpoena was endorsed by the Court Clerk and mailed to Mr. Goodman.  On 03/30/2023 the undersigned filed Dkt. 170 describing Mr. Goodman's many shell corporations and his failure to register these "companies" with the California Franchise Tax Board.  To correct the Clerk's error a new subpoena request was filed 04/16/2023, Dkt. 185 to the same non-party – PATREON, INC.  Mr. Goodman has filed his second MOTION TO QUASH as Dkt. 186.

2.      As stated on page 15 of the AC, "Goodman built an audience on YouTube and eventually monetized the effort by creating a subscription video service through which individual viewers become monthly sponsors and gain access to sponsor exclusive content on www.patereon.com ("Patreon"), www.subscribestar.com ("SubscribeStar") and www.odysee.com ("Odysee")."

3.     PATREON, INC., a Delaware Corporation with Headquarters in San Francisco, California, states on their Internet web-site, "If you have multiple accounts on Patreon that use the same tax TIN (SSN or EIN), each account will receive its own form. To find your 1099-K, you need to log into each of your Patreon accounts for your statement(s)."

https://support.patreon.com/hc/en-us/articles/207099566-Will-I-receive-a-1099-K-form-

4.     As stated in the attached SWORN STATEMENT, the undersigned has witnessed video productions of Mr. Goodman in which Goodman describes the use of his doing business as ("dba") "21st Century 3D" to "out smart" certain people, implying tax investigators.  As clearly pointed out in Dkt. 170, Goodman's shell corporations include dba "CrowdSource The Truth", dba "21st Century 3D", dba "Multimedia Software Design, Inc." and New York charted corporation Multimedia System Design, Inc.  (Dkt. 170 is attached as EXHIBIT TWO).

5.     The use of these shell corporations by Goodman indicates some fraud or other impropriety and makes it impossible for the Court to determine who the proper party that has been supposedly injured in the State of New York.

6.     Goodman has published about one hundred (100) videos on the private pay-wall service PATREON, INC. under the theme the COUNTER LAWFARE FUND.

**LAW AND ARGUMENT**

7.     Fed. R. Civ. Proc. 45(a)(1)(A)(iii) allows the undersigned to conduct jurisdictional discovery of a non-party (PATREON, INC.).  As stated in the attached SWORN STATEMENT the undersigned, in good faith, is attempting to establish exactly who PATREON, INC. is making checks payable to.  It could be Goodman or one of his many shell companies or doing business as entities.

8.  It is impossible, without documents from PATREON, INC., for the Court, and the co-defendants, to establish the proper party in this action. Goodman himself refers to "Goodman's business" fifteen (15) times in the AC (Dkt. 100), implying dba "21st Century 3D" or dba "CrowdSource The Truth".

9.  "Information is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. Relevance is a matter of degree, and the standard is applied more liberally in discovery than it is at trial." *Vaigasi v. Solow Mgmt. Corp.,* No. 11-CV-5088, 2016 WL 616386, at *11 (S.D.N.Y. Feb. 16, 2016) (internal quotations and citations omitted).

10. Once the requesting party has made a *prima facie* showing of relevance, "it is up to the responding party to justify curtailing discovery." *Fireman's Fund Ins. Co. v. Great American Ins. Co. of New York*, 284 F.R.D. 132, 134 (S.D.N.Y. 2012); see also *Winfield v. City of New York,* No. 15-CV-5236, 2018 WL 716013, at *4 (S.D.N.Y. Feb. 1, 2018) ("The party seeking discovery bears the initial burden of proving the discovery is relevant, and then the party withholding discovery on the grounds of burden, expense, privilege, or work product bears the burden of proving the discovery is in fact privileged or work product, unduly burdensome and/or expensive.").

11. Fed. R. Civ. Proc. 26(b)(1) provides for such reasonable discovery to establish a proper party. Under Rule 26(b)(1), a party is entitled to discover "nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. Proc. 26(b)(1). "This rule is liberally construed and is necessarily broad in scope." *MacCartney v. O'Dell,* No. 14-CV-3925, 2018 WL 5023947, at *2 (S.D.N.Y. Oct. 17, 2018).

12.     Rule 34(a) of the Federal Rules of Civil Procedure permits a party to serve on any other party a request for documents and electronically stored information within the scope of Rule 26(b)(1) that are in its "possession, custody, or control." Rule 34(a).  The request must "describe with reasonably particularity each item or category" of documents and information sought and "specify a reasonable time, place, and manner for the inspection." Rule 34(b)(1)(A). The responding party must then produce the requested documents "or state with specificity the grounds for objecting to the request, including the reasons." Rule 34(b)(2)(B).

13.     Jason Goodman, as a private individual, cannot represent the interests of his New York chartered corporation Multimedia System Design, Inc., the entity that has contracted with PATREON, INC. and the entity that owns the trademark "CrowdSource The Truth" (issued by the U.S. Patent and Trademark Office).  If Goodman is using his corporation's dba "21st Century 3D" to receive checks from PATREON., INC. that precludes Mr. Goodman's status as a litigant as well.  The Court, and the co-defendants, do not know which shell corporation Goodman has used to receive monies from PATREON, INC.

## CONCLUSION

14.     Goodman's MOTION TO QUASH, Dkt. 186, is unpersuasive.  The subpoena should be issued and served upon PATREON, INC.  Certified under penalties of perjury.

April 19, 2023 (4/19/2023)

*D. Sgt*

                          **D. G. SWEIGERT PRO SE DEFENDANT, C/O**
                          **PMB 13339, 514 Americas Way,**
                          **Box Elder, SD 57719**

## SWORN STATEMENT

1. The undersigned, being at least 18 years of age, makes this sworn statement under penalties of perjury.

2. The undersigned has witnessed video productions made by (and featuring) Mr. Goodman in which he explains the use of his "dba 21st Century 3D" to "out smart" people.

3. The undersigned states that he has in good faith attempted to resolved issues of discovery with PATREON., INC. and Jason Goodman informally in a cordial manner as directed by Local Rule 26.4.  However, Mr. Goodman has transmitted e-mail messages to the undersigned, in response to discovery, in which Mr. Goodman states that the undersigned is a "criminal", "belongs in prison", is "mentally ill", "should sleep on dog sh_t", is a "psychopath" etc.

4. The undersigned has attempted in a good faith and in a courteous manner to notify PATREON, INC. of the need for discovery.  The first anti-spoliation and evidence preservation request was sent via e-mail message to Colin Sullivan, general counsel of PATREON, INC., over 1,964 days (64 months) ago on 11/29/2017.

Certified under penalties of perjury.

April 19, 2023

*D. Sgt*

                                              **D. G. SWEIGERT PRO SE DEFENDANT, C/O**
                                                       **PMB 13339, 514 Americas Way,**
                                                                **Box Elder, SD 57719**

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

And

MaryKate.Brennan@finnegan.com

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

Certified under penalties of perjury.

April 19, 2023

*D. Swt* (signature)

           **D. G. SWEIGERT PRO SE DEFENDANT, C/O**
           PMB 13339, 514 Americas Way,
           Box Elder, SD 57719

# EXHIBIT ONE



Protesters demand to be let in to the hearing room

https://www.dailymail.co.uk/news/article-11981517/Protesters-calling-Republicans-traitors-try-crash-hearing-New-York-crime-victims.html#v-8300591361117735110

# April 17, 2023

# EXHIBIT TWO

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jason Goodman,<br>Plaintiff,<br>Proposed Pro Se Counter-Defendant<br><br>-against-<br><br>D. G. Sweigert,<br>Defendant<br>Proposed Pro Se Counter-Plaintiff | PRO SE<br><br>21-cv-10878-AT-JLC<br><br>District Judge Analisa Torres<br><br>Magistrate Judge James L. Cott |

### NOTICE OF DEFENDANT'S SWORN STATEMENT TO PRECLUDE PERSONAL JURISDICTION RESPONSE TO PLAINTIFF'S DOCUMENT 168

The *pro se* Defendant (Proposed Counter Plaintiff) (undersigned) files these papers to allow the Court to take notice of a sworn statement. Undersigned disputes that personal jurisdiction can be conferred upon him and opposes such finding of personal jurisdiction by this Court.

March 31, 2023 (3/31/23)

*D. Swt*

D. G. SWEIGERT PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1

## NOTICE OF DEFENDANT'S SWORN STATEMENT TO PRECLUDE PERSONAL JURISDICTION RESPONSE TO PLAINTIFF'S DOCUMENT 168

1. The undersigned, an adult over 18 years of age, makes this statement under the penalties of perjury to aid the Court in deciding issues related to the lack of jurisdiction of this Court on the undersigned.

2. Presently the undersigned is engaged in jurisdictional discovery that demonstrates that the natural person "JASON GOODMAN" is a questionable party to bring this instant lawsuit against the undersigned.

3. As the Court is aware "Jason Goodman" has filed Dkt. 168 MOTION TO QUASH SUBPOENA AND TO ISSUE A PROTECTIVE ORDER on 03/28/2023. The undersigned is attempting to issue a lawful subpoena to the central party to this entire legal action – PATREON, INC.

4. The undersigned is attempting to ascertain if the payments made by PATREON, INC, which Goodman claims have been obstructed, are paid to "JASON GOODMAN" or "21st Century 3D" or "Multimedia System Design, Inc.". It is Jason Goodman that is claiming to have lost monies form his "business" for the purposes of establishing nationwide service via the federal racketeering laws.

5. According to Goodman, the New York State chartered corporation known as Multimedia Systems Design, Inc. (M.S.D.I.) has operated a presumed "DBA" in both New York and California known as "21st CENTURY 3D" (21C3D).

6. 21C3D is a legal nullity and remains an unaccountable organization that solicits funds and credit card payments via the Internet without legal authority to transact commercial exchanges (credit cards) via PATREON.COM.

2

7.  The National Academy of Television Arts and Sciences (NATAS), organizer of the "EMMY" Awards, brought a legal action against M.S.D.I. as a DBA "CrowdSource The Truth" for trademark infringement in the S.D.N.Y. (The National Academy of Television Arts and Sciences, Inc. et al v. Multimedia System Design, Inc., 1:20-cv-07269-VEC). ( https://www.hollywoodreporter.com/thr-esq/television-academy-suesafter-emmy-statuette-given-coronavirus ).

8.  The summons document filed in the federal S.D.N.Y. NATAS lawsuit for M.S.D.I. provides the address for service s "Multimedia System Design, Inc., d/b/a CrowdSource The Truth, 208 East 51st Street, Suite 200, New York, N.Y. 10022". (NATAS v. MSDI, ECF Doc. No. 10, 9/17/2020).

9.  The "C.E.O". of M.S.D.I. is a former "3-D cameraman" named "Jason Goodman" who worked in Hollywood, California, from about 2005 to about 2018, but now claims to be living in the Chelsea section of Manhattan, New York City. While in California, the "C.E.O." (Goodman) of the corporation (M.S.D.I. / 21C3D), was acting as a corporate agent within his scope of duties. Based upon reason and belief, neither entity (M.S.D.I. / 21C3D) properly registered to conduct such business in California, e.g. failure to register with the California Franchise Tax Board (F.T.B.) or the California Secretary of State (S.O.S.) as a foreign corporation; a violation of California's Corporations Code § 2105. This constitutes unlawful activity.

10. Transacting unauthorized business is deemed as consenting to the jurisdiction of California courts in any civil action arising in California in which the entity is named as a defendant. It is alleged that the "C.E.O." (Goodman) made such omissions to maintain an

unaccountable, underground off-book exchange of business funds as an authorized agent of the CrowdSource The Truth's common enterprise consisting of M.S.D.I. / 21C3D.

11. Suffice that it is a privately held New York State chartered corporation that has listed the C.E.O., known as "Jason Goodman", and operated other affiliates such as 21C3D. As stated on a public website, 21C3D "maintains" offices in New York and Los Angeles (21C3D 505 8th Avenue, New York, N.Y. 10018 and 3450 Cahuenga Blvd, West, Los Angeles, California 90068 (see "21st Century 3D is a full-service stereoscopic 3D motion picture production company with offices in New York City and Los Angeles.")).

12. See Twitter profile for "@21C3D", "Stereoscopic & VR pioneer, developer of 3D content & technology. Our 1st 3D film was shot in 1991 on 16mm. 1st VR experience with the Duke Nukem engine in 1997!". Many of these Twitter tweets for "@21C3D" discuss the use of unmanned aerial vehicles (U.A.V.) as a platform for Hollywood full feature movie cameras. On a YouTube channel entitled "21C3D" a video appears with the following description, "The International 3D Society hosted a panel on stereoscopic content creation during the 66th annual Cannes Film Festival at the American Pavilion on May 16, 2013. 21st Century 3D Founder and CEO Jason Goodman was one of the panel speakers." [emphasis added] ( https://www.youtube.com/watch?list=UUR7qjFWlxC1nQILoFX9UeJw&v=789p9gPO3MA&feature=emb_title ).

13. On a website sponsored by the International Society for Optics and Photonics a listing is provided that states, "Jason Goodman, Founder & CEO at 21st Century 3D" 3 ( https://spie.org/profile/Jason.Goodman-36670?SSO=1 ). As stated in a Boston Globe article, dated May 3, 2012, entitled "Curry College prepares students for 3D film-making", the following language appears as a caption to a photograph "Curry College students learn 3D film

4

techniques from Jason Goodman (kneeling, second from right), CEO of 21st Century 3D, based in Los Angeles. NATALIE FEULNER FOR THE BOSTON GLOBE" [emphasis added] .

14.     A LINKEDIN.com listing for 21st Century 3D provides this description, "21st Century 3D is a fullservice stereoscopic 3D motion picture production company with offices in New York City and Los Angeles. We provide cutting edge live-action and computer generated stereoscopic 3D." [emphasis added] ( https://www.linkedin.com/company/21st-century-3d/ )

15.     According to a corporate filing with the U.S. Securities and Exchange Commission (SEC) in 2014 by "Recall Productions", "Mr. Goodman .. as the Chief Executive Officer of a leading production company, 21st Century 3D." According to the blog "RED USER" (referring to the RED camera) in a 5/01/2009 article describing offices in Los Angeles, "Jason Goodman (21st Century 3d) also calls our offices home." ( http://www.reduser.net/forum/showthread.php?29032-Hello-all!-Newmember-intro-Red-3D-amp-more ).

16.     The undersigned asserts that there are no entries in the state records of the Secretary of State of either New York or California for this dubious enterprise (21C3D). Interestingly, the C.E.O. represents that he is the "C.E.O." of this mysterious entity indicating some form of corporate structure. This underground business operation (21C3D) fits the profile of an unaccountable off-book business that may have attempted to evade franchise taxes, employment taxes, workers compensation fees, etc. This constitutes unethical and unauthorized business activity in California with the intent to defraud the State of California.

17.     PATREON.COM, San Francisco, CA, has been making payments to the benefit of Jason Goodman, or 21st Century 3D, or M.S.D.I., or whatever.  Goodman has presented no quantifiable damages of losses from the prime source of his funding – PATREON.COM.

5

18. A subpoena to PATREON.COM will finally answer the question about what entity is exactly receiving funds (believed to be non-taxed) from PATREON.COM.

Certified under penalties of perjury.

March 31, 2023 (3/31/23)

*D. Swt*

**D. G. SWEIGERT PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719**

6

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

And

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

margaret.esquenet@finnegan.com

liz.lockwood@alilockwood.com

Certified under penalties of perjury.

March 31, 2023 (3/31/23)

*D. S→t*

            **D. G. SWEIGERT PRO SE DEFENDANT, C/O**
                 **PMB 13339, 514 Americas Way,**
                      **Box Elder, SD 57719**