AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jason Goodman ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-10878-AT-JLC |
| Christopher Ellis Bouzy et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Adam Sharp                                                                                                     .

Date:     04/21/2023                                                      /s/ John Mills
                                                                                    *Attorney's signature*

                                                                                    John T. Mills
                                                                          *Printed name and bar number*
                                                                 Gordon Rees Scully Mansukhani, LLP
                                                                 One Battery Park Plaza, 28th Floor
                                                                 New York, New York 10004

                                                                                    *Address*

                                                                               jtmills@grsm.com
                                                                                 *E-mail address*

                                                                                 (212) 269-5500
                                                                                *Telephone number*

                                                                                 (212) 269-5505
                                                                                   *FAX number*