AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Jason Goodman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-10878-AT-JLC |
| Christopher Ellis Bouzy et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Adam Sharp

Date: 04/21/2023

/s/ Brian Middlebrook
*Attorney's signature*

Brian E. Middlebrook
*Printed name and bar number*
Gordon Rees Scully Mansukhani, LLP
One Battery Park Plaza, 28th Floor
New York, New York 10004

*Address*

bmiddlebrok@grsm.com
*E-mail address*

(212) 269-5500
*Telephone number*

(212) 269-5505
*FAX number*