JOHN T. MILLS
JTMILLS@GRSM.COM
DIRECT DIAL: (212) 453-0708



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

April 21, 2023

**VIA ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 15D
New York, New York 10007-1312

   Re: *Goodman v. Bouzy et al.*
     Case No.: 1:21-cv-10878-AT-JLC

Dear Judge Torres:

  This firm represents the interests of Defendant Adam Sharp in the above-referenced matter.

  Pursuant to Section I.E. of Your Honor's Individual Practices, we write to respectfully request an extension of time for Defendant to answer, move, or otherwise respond to the Amended Complaint. Defendant was purportedly served with process in this matter on or about April 3, 2023, which would make its response due April 24, 2023, though it does not appear that service of the operative Amended Complaint was appropriately effectuated.

  Defendant respectfully requests an extension of time to answer, move or otherwise respond to the Amended Complaint up to and including May 12, 2023 to allow the undersigned to fully investigate this matter and prepare Defendant's response. This is Defendant's first request for an adjournment and does not affect any other scheduled dates. By making this request, Defendant does not waive any defenses that may be available to it, including but not limited to any defense(s) related to service of process.

  Plaintiff has advised that "Mr. Sharp has already worked with his previous counsel to deliberately waste a large amount of time. This causes me to not be inclined to grant your request."

  Accordingly, we respectfully request the Court extend Defendant Adam Sharp time to answer, move, or otherwise respond to the Amended Complaint up to and including May 12, 2023. We appreciate the Court's attention to this matter. Should Your Honor have any questions or require additional information, please do not hesitate to contact the undersigned.

        Respectfully submitted,

        GORDON REES SCULLY MANSUKHANI, LLP

        */s/ John Mills*

        John T. Mills, Esq.

cc:     All Counsel of Record (*via* ECF)