UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert,<br>Defendant,<br>Conditional Pro Se Counter-Plaintiff<br><br>-against-<br><br>Jason Goodman,<br>Plaintiff,<br>Conditional Pro Se Counter-Defendant | PRO SE<br><br>21-cv-10878-AT-JLC<br><br>District Judge Analisa Torres<br><br>Magistrate Judge James L. Cott |

### DEFENDANT'S PRAECIPE NOTICE TO THE CLERK

The *pro se* Defendant-Counter Plaintiff (undersigned) files these papers without recognizing the Court's potential jurisdiction over the undersigned.

April 30, 2023 (4/30/2023)

*D. Sgt*

D. G. SWEIGERT PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

## NOTICE TO THE CLERK

For the record the undersigned has received no court-issued subpoenas, see Dkt. 162, Dkt. 185 and Dkt. 196. These subpoenas are apparently being sent to the address of the pro se Plaintiff, Mr. Jason Goodman and not the undersigned Defendant.

Such subpoenas should be sent to the undersigned at the below address, and not Mr. Goodman.

Certified under penalties of perjury.

Signed this 30th day of April 2023 (4/30/2023).

*D. Sny*

**PRO SE DEFENDANT**

# CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com and MaryKate.Brennan@finnegan.com

bmiddlebrook@grsm.com and jtmills@grsm.com

Certified under penalties of perjury.

Signed this 30th day of April 2023 (4/30/2023).

*D. Sat*  **PRO SE DEFENDANT**