```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JASON GOODMAN,

                 Plaintiff,

      -v-

CHRISTOPHER ELLIS BOUZY, *et al.*,

                 Defendants.
------------------------------------------------------------------X

**ORDER**

21-CV-10878 (AT) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    Having observed that yet another motion in this case was filed yesterday (Dkt. No. 198), the Court hereby directs all parties to cease from filing any motion, letter-motion, or request for judicial notice, without leave of the Court, until further order of the Court, so that the Court may decide all of the many pending motions without the continued filing of additional motions.[1] If any such request for leave to file is made, and all parties are strongly discouraged from making any such requests while the current motions remain pending, it must include: (a) a one-page motion titled "Motion for Leave to File" that explains why the party should be permitted to file the letter or motion; and (b) a one-page statement, made under penalty of perjury, stating (i) that the filing is not unnecessarily duplicative; (ii) that the submission is not frivolous or made in bad faith or for any improper

---

[1] Notwithstanding this order, defendants Sharp, Esquenet, and the Academy of Television Arts & Sciences, who were previously granted permission to answer, move, or otherwise respond to the amended complaint by May 12, 2023, may do so without having to comply with the requirements of this order. *See* Dkt. Nos. 174, 175, and 194.

1

purpose; and (iii) that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

**SO ORDERED.**

Dated: May 2, 2023
      New York, New York

 

_____
JAMES L. COTT
United States Magistrate Judge