D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

May 8, 2023

*Goodman v. Bouzy*, et. al. Case No. 1: 21-cv-10878-AT-JLC

Honorable Analisa N. Torres
U.S. District Judge
U.S. District Court for the
 Southern District of New York                    **CORRECTED**
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:  REQUEST FOR LEAVE OF THE COURT TO FILE MOTION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS, DKT. 112 FILED 1/30/2023

Your Honor,

1.     This is a request to seek the leave of this honorable Court to withdraw the undersigned's Motion to Dismiss, known as Dkt. 112 filed 1/30/2023. The consequences of such an action would be, in part, to convert the Conditional Answer, Dkt. 129 filed 2/9/2023, and the Conditional Counterclaim, Dkt. 130 filed 2/09/2023, to operative pleadings with the proposed filing of a formal Notification of Waiver of the Defendant's Rights to Personal Jurisdiction.

2.     This action is necessary as Mr. Goodman continues to evade process servers in an action pending against his company in the U.S. District Court for the Eastern District of Michigan. Mr. Goodman has also stated in video productions posted on social media on this date, discussing the Magistrate's Report and Recommendation (Dkt. 203, 5/08/2023), that he intends to file further baseless litigation against the undersigned, while simultaneously slandering the undersigned, undersigned's ex-wife and son.

3.     Under the penalties of perjury, the undersigned asserts that this filing is not unnecessarily duplicative; (ii) that the submission is not frivolous or made in bad faith or for any improper purpose; and (iii) that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

Respectfully,     Signed this 8th day of May, 2023 (5/08/2023)

*D. Swt* (signature)

**D.G. SWEIGERT, PRO SE DEFENDANT**

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com  and  MaryKate.Brennan@finnegan.com

bmiddlebrook@grsm.com   and   jtmills@grsm.com

Certified under penalties of perjury.

Signed this 8th day of May, 2023 (5/08/2023).

*[signature]*  **PRO SE DEFENDANT**