UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN

     *Plaintiff*,

v.

CHRISTOPHER ELLIS BOUZY, *et al.*,

     *Defendants*.

21-CV-10878 (AT) (JLC)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, upon the accompanying Joint Memorandum of Law, and upon all prior proceedings, pleadings, and filings herein, Defendants Adam Sharp, Academy of Television Arts & Sciences (collectively, the "Defendants") hereby move this Court at the Courthouse located at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 15D, New York, New York before the Honorable Analisa Torres, United States District Judge, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Amended Complaint in this Action in its entirety as to each of the Defendants, and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Individual Practices in *Pro Se* Cases of the Honorable Analisa Torres, IV(A), and unless otherwise ordered by the Court, papers filed in opposition to the instant motion, if any, must be served and filed upon the undersigned on or before June 9, 2023, and reply papers in further support of the instant motion, if any, shall be served and filed by the undersigned on or before June 23, 2023.

Dated: May 12, 2023

Respectfully Submitted,

| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| */s/ B. Brett Heavner* | */s/ John T. Mills* |
| B. Brett Heavner, Esq. (*pro hac vice*)<br>901 New York Avenue NW<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br>b.brett.heavner@finnegan.com<br>*Attorneys for Defendants*<br>*Academy of Television Arts & Sciences and Margaret Esquenet* | Brian E. Middlebrook, Esq.<br>John T. Mills, Esq.<br>One Battery Park Plaza, 28th Floor<br>New York, New York 10004<br>Telephone: (212) 269-5500<br>Facsimile: (212) 269-5505<br>bmiddlebrook@grsm.com<br>jtmills@grsm.com<br>*Attorneys for Defendant Adam Sharp* |