UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>    *Plaintiff*,<br><br>v.<br><br>CHRISTOPHER ELLIS BOUZY, *et al.*,<br><br>    *Defendants*. | 21-CV-10878 (AT) (JLC) |

## CERTIFICATE OF SERVICE

Defendants Adam Sharp, Academy of Television Arts & Sciences (collectively, the "Defendants") served Plaintiff with a copy of Defendants' Joint Motion to Dismiss Plaintiff's Amended Complaint and supporting documents, including copies of cases and other authorities cited therein that are unpublished or reported exclusively on computerized databases in accordance with Local Civil Rule 7.2, via First Class Mail and electronic mail on May 12, 2023 at the addresses below:

>Jason Goodman
>252 7th Avenue
>Apt. 6S
>New York, NY 10001
>truth@crowdsourcethetruth.org

Dated:   New York, New York
         May 12, 2023

                                              */s/ John T. Mills*
                                              John T. Mills, Esq.