IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN,
      Plaintiff,

v.

CHRISTOPHER ELLIS BOUZY, et al.,
      Defendants.

Case No. 1:21-cv-10878

**DEFENDANTS BENJAMIN WITTES' AND NINA JANKOWICZ'S NOTICE OF MOTION FOR RECONSIDERATION BASED ON NEW EVIDENCE**

PLEASE TAKE NOTICE that upon the accompanying memorandum and pursuant to Federal Rule of Procedure 60(b) and Local Rule 6.3, Defendants Benjamin Wittes and Nina Jankowicz (together, "Movants") respectfully request that the Court reconsider the portion of its Report and Recommendation, ECF No. 203, recommending the denial of an award of attorneys' fees and costs as a sanction for Plaintiff Jason Goodman's abuse of the legal system and harassing litigation tactics. As set forth in the accompanying Memorandum, this Motion is based on new evidence created and published by Plaintiff after the Court issued its Report and Recommendation.

Pursuant to Local Rule 7.2, Movants will provide all unrepresented parties with copies of decisions cited in the accompanying memorandum of law that are unreported or reported exclusively on computerized databases.

Dated: May 16, 2023

                Respectfully submitted,

                */s/ Elizabeth C. Lockwood*
                Elizabeth C. Lockwood
                ALI & LOCKWOOD LLP

1

2

300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
(202) 651-2477
liz.lockwood@alilockwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2023, I caused true and correct copies of the foregoing Notice of Motion to be served electronically via ECF on the following:

Seth D. Berlin
Maxwell Mishkin
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1122
berlins@ballardspahr.com
mishkinm@ballardspahr.com

Brian Edward Middlebrook
John Tyler Mills
Gordon Rees Scully Mansukhani LLP
1 Battery Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
bmiddlebrook@grsm.com
jtmills@grsm.com

Mary Catherine Brennan
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-3770
MaryKate.Brennan@finnegan.com

I additionally certify that on the 16th day of May, 2023, I caused true and correct copies of the foregoing Notice of Motion to be served via email and U.S. Mail First Class on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com

Mr. David George Sweigert
Mailbox, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

By: */s/ Elizabeth Lockwood*