IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**REQUEST FOR JUDICIAL NOTICE** |

Plaintiff Jason Goodman, by and for himself pro se, respectfully requests the Court take judicial notice of the following documents and records which are not subject to reasonable dispute.

**U.S. DEPT OF JUSTICE REPORT ON MATTERS RELATED TO INTELLIGENCE ACTIVITIES AND INVESTIGATIONS ARISING OUT OF THE 2016 PRESIDENTIAL CAMPAIGNS**

On May 12, 2023, Attorney General Merrick Garland published a report on matters related to intelligence activities and investigations arising out of the 2016 presidential campaigns, (the "Durham Report"). The 45 megabyte 306 page Durham Report is too large to include with this filing but its contents are incorporated herein by reference to this hyperlink (https://www.justice.gov/storage/durhamreport.pdf) as if fully set forth herein.

REQUEST FOR JUDICIAL NOTICE - 1

SENATE HOMELAND SECURITY AND GOVERNMENT AFFAIRS COMMITTEE

On December 3, 2020, as part of a Senate Homeland Security and Government Affairs Committee ("HSGAC") hearing titled *Congressional Oversight in the Face of Executive Branch and Media Suppression: The Case Study of Crossfire Hurricane*, an email exchange between defendant Benjamin Wittes ("Wittes") and former FBI director James Comey ("Comey") was produced by the committee to the public. (https://rb.gy/lytw6)

**(EXHIBIT A)**

Signed this 18th day of May 2023

Respectfully submitted,

Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

REQUEST FOR JUDICIAL NOTICE - 2

**(EXHIBIT A)**

| | |
|---|---|
| **From:** | McCabe, Andrew G. (DO) (FBI) |
| **Sent:** | Wednesday, December 28, 2016 3:46 PM |
| **To:** | James B. Comey |
| **Subject:** | RE: A weird development |

Very odd.

I have a few updates for you.  DO you have time for a quick chat?

Andrew G. McCabe
Deputy Director
Federal Bureau of Investigation


**From:** James B. Comey
**Sent:** Wednesday, December 28, 2016 1:13 PM
**To:** Rybicki, James E. (DO) (FBI) <James.Rybicki@ic.fbi.gov>; McCabe, Andrew G. (DO) (FBI) <​@ic.fbi.gov>; Baker, James A. (OGC) (FBI) <James.Baker@ic.fbi.gov>
**Subject:** Fwd: A weird development




-------- Original message --------
From: Reinhold Niebuhr
Date: 12/28/16 1:11 PM (GMT-05:00)
To: "James B. Comey" <​@ic.fbi.gov>
Subject: Fwd: A weird development



---------- Forwarded message ---------
From: Benjamin Wittes
Date: Wed, Dec 28, 2016 at 11:48 AM
Subject: A weird development
To: Reinhold Niebuh


Hey there--
I'm writing because a very strange document has crossed my desk that may--or may not--have implications for investigations you guys are conducting. Under normal circumstances, I would simply assume that the document is either a fraud or that you guys already know all about it. (Both may well be true, as it is.) The wrinkle here is that the document--which purports to be a series of reports/dispatches by a private British intel company on

1

Senate HSGAC_TransitionReq FBI004034

Trump and Russia and the hacking and contains a number of highly-detailed accounts stuff that would be explosive if alleged publicly--is being furiously investigated by, at a minimum, the Wall Street Journal (the document was given to me by Shane Harris). What's more, it seems to already be in the hands of the SSCI. I wouldn't be surprised if it's also in the hands of other congressional committees.

I want to stress that I have NO idea if it is authentic, much less accurate. But I thought I would alert you to it in case, for some reason, it hasn't made its way to your people long ago. I'm happy to put you in touch with Shane, if you're interested in hearing his account of what it is, or I can just forward a copy to you.

Hope you're doing well. It was great seeing you a couple of weeks ago.

Happy New Year.
/b

---

Benjamin Wittes

Senior Fellow and Research Director in Public Law

The Brookings Institution

1775 Massachusetts Avenue, NW

Washington DC 20036
Offic
Mobi
If you want to send me encrypted communications, here is my PGP Public Key