IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the Objection to Order and Report and Recommendation.

Seth D. Berlin  BerlinS@ballardspahr.com

Maxwell S. Mishkin  MishkinM@ballardspahr.com

George Webb Sweigert georg.webb@gmail.com

David George Sweigert spoliation-notice@mailbox.org

Mary Kate Brennan MaryKate.Brennan@finnegan.com

Liz Lockwood liz.lockwood@alilockwood.com

John Mills jtmills@grsm.com

CERTIFICATE OF SERVICE - 1

Signed this 22nd day of May 2023

Respectfully submitted,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Jason Goodman, Plaintiff, Pro Se
　　　　　　　　　　　　　　　　252 7th Avenue Apt 6s
　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　(323) 744-7594
　　　　　　　　　　　　　　　　truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2