IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN | |
| Defendants | |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the response in opposition to the motion to dismiss.

Seth D. Berlin  BerlinS@ballardspahr.com

Maxwell S. Mishkin  MishkinM@ballardspahr.com

George Webb Sweigert georg.webb@gmail.com

David George Sweigert  spoliation-notice@mailbox.org

Mary Kate Brennan MaryKate.Brennan@finnegan.com

Liz Lockwood liz.lockwood@alilockwood.com

John Mills jtmills@grsm.com

CERTIFICATE OF SERVICE - 1

Signed this 26th day of May 2023

Respectfully submitted,

_____

Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2