Case 1:21-cv-10878-AT-JLC   Document 214   Filed 05/29/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/29/2023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert,<br>Pro Se Counter-Plaintiff<br><br>-against-<br><br>Jason Goodman,<br>Pro Se Counter-Defendant | PRO SE<br><br>21-cv-10878-AT-JLC<br><br>District Judge Analisa Torres<br><br>Magistrate Judge James L. Cott |

**DEFENDANT'S NOTICE OF INTERLOCUTORY APPEAL
TO THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT
PURSUANT TO 28 U.S.C. § 1292**

The *pro se* Defendant-Counter Plaintiff (undersigned) files these papers to appeal -- to the U.S. States Court of Appeals -- the ORDERS entered as (1) ORDER (gatekeeper pre-filing injunction) ECF No. 202, filed May 2, 2023, and (2) ORDER (enforcement of gatekeeper pre-filing injunction) filed as ECF No. 211, filed May 22, 2023, under the aegis of 28 U.S.C. § 1292 and *U.S. v. All Assets of Statewide Auto Parts,* 971 F.2d 896 (2d Cir. 1992).

Signed this Memorial Day, May 29, 2023

*D. Swt*

D. G. SWEIGERT
USAF veteran, Republic of Panama
PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1

# CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

And

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

margaret.esquenet@finnegan.com

liz.lockwood@alilockwood.com

Certified under penalties of perjury.

Signed this Memorial Day, May 29, 2023

*[signature]* **PRO SE DEFENDANT**