D. G. SWEIGERT, C/O<br>
MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

May 30, 2023

*Goodman v. Bouzy*, et. al. Case No. 1: 21-cv-10878-AT-JLC

Honorable Analisa N. Torres
U.S. District Judge
U.S. District Court for the
 Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ: REQUEST FOR LEAVE OF THE COURT TO FILE MOTION TO STAY PROCEEDINGS PENDING UNERSIGNED'S 28 U.S.C. SEC. 1292(a)(1) APPEAL

Your Honor,

1.   This is a request to seek the leave of this honorable Court to file a motion to seek a stay of proceedings of this legal action while the interlocutory appeal is pending in the U.S. Court of Appels for the Second Circuit.

2.   This action is necessary as the undersigned will suffer irreparable damage if he cannot activate his proposed counterclaim against Mr. Goodman and this action continues to a final judgment.  Nearly every few days Mr. Goodman dockets in this Court yet another jumble of irrelevancies described as a pleading filled with conspiracy theories.  Then, Mr. Goodman (with his sidekick Charles Ortel) takes to his social media channels to rehash this action and label the undersigned as a criminal that is heading to jail to his thousands of viewers.  Enough is enough.

3.   Under the penalties of perjury, the undersigned asserts that this filing is not unnecessarily duplicative; (ii) that the submission is not frivolous or made in bad faith or for any improper purpose; and (iii) that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

Respectfully,    Signed this 30[h] day of May, 2023 (5/30/2023)

*[signature]*

**D.G. SWEIGERT, PRO SE DEFENDANT**

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com  and  MaryKate.Brennan@finnegan.com

Certified under penalties of perjury.

Signed this 30th day of May, 2023 (5/30/2023).

*D. S—t*  **PRO SE DEFENDANT**