# Exhibit A

**Mishkin, Maxwell S. (DC)**

| | |
|---|---|
| **From:** | Jason Goodman <truth@crowdsourcethetruth.org> |
| **Sent:** | Wednesday, May 10, 2023 12:18 PM |
| **To:** | David George Acton Sweigert |
| **Cc:** | spoliation@posteo.net; Richard Loury; Colin; Legal; copyright@patreon.com; George Webb Sweigert; Steven Biss; Liz Lockwood; Margaret Esquenet; b.brett.heavner@finnegan.com; MaryKate.Brennan@finnegan.com; Mishkin, Maxwell S. (DC); Berlin, Seth D. (DC); jtmills@grsm.com; bmiddlebrook@grsm.com |
| **Subject:** | Re: Filed with the court 21-cv-10878-AT-JLC |

⚠ **EXTERNAL**

Any attorney or other litigant on this email thread who acts on the advice or utilizes information provided by the malicious psychopath David George Sweigert should do so at their own peril. I will see David George Sweigert and ANY of his coconspirators sent to prison if it takes the rest of my life to accomplish that. This is a fair warning to anyone who would be foolish enough to continue to cooperate with his stalking and harassment.

> On May 10, 2023, at 12:09 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:
>
> To attorneys seeking financial sanctions against Mr. Goodman,
>
> The undersigned will file an objection to the Magistrate's R&R that will painstakingly delve into Goodman's subjective bad faith in filing Court documents to feed his Counter Lawfare show on Patreon.
>
> Bad faith is the key to unlock the inherent powers of the Court.
>
> Best,
>
>> On 05/08/2023 11:39 PM PDT Spoliation Notice <spoliation-notice@mailbox.org> wrote:
>>
>> 21-cv-10878-AT-JLC
>>
>> Ignore previous document, sent in error
>>
>> Corrected copy attached

1