IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTOPHER ELLIS BOUZY, et al.,<br>　　　　　　　Defendants. | Case No. 1:21-cv-10878 |

**DEFENDANTS BENJAMIN WITTES' AND NINA JANKOWICZ'S REPLY
IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION
<u>BASED ON NEW EVIDENCE</u>**

　　　　Based on a video that Plaintiff Jason Goodman created after the Court's May 8, 2023 Report and Recommendation, ECF No. 203, Defendants Benjamin Wittes and Nina Jankowicz (together, "Movants") have moved the Court to reconsider its recommendation denying attorneys' fees and costs as a sanction for Plaintiff's harassing litigation tactics. *See* ECF Nos. 208 & 209. Plaintiffs' opposition to that Motion, ECF No. 216, does not respond to Movants' arguments or raise any legitimate basis for why the Court should not reconsider its decision on fees. Instead, Plaintiff has used his opposition brief as an opportunity to (once again) recount a series of offensive and false conspiracy theories, none of which has any bearing on the Motion for Reconsideration. And while Plaintiff claims that Movants somehow have attempted to mislead the Court about the content of the video at issue, the video speaks for itself and Plaintiff's own brief and the transcript he attached as Exhibit A confirm that he made all of the statements at issue.

　　　　For the foregoing reasons and those set forth in their opening Motion, Movants therefore respectfully request that the Court reconsider the portion of its Report and Recommendation

1

2

denying their request for an award of attorneys' fees and costs.


Dated: June 5, 2023                                 Respectfully submitted,

                                                    */s/ Elizabeth C. Lockwood*
                                                    Elizabeth C. Lockwood
                                                    ALI & LOCKWOOD LLP
                                                    300 New Jersey Avenue NW, Suite 900
                                                    Washington, D.C. 20001
                                                    (202) 651-2477
                                                    liz.lockwood@alilockwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2023, I caused true and correct copies of the foregoing Reply to be served electronically via ECF on the following:

Seth D. Berlin
Maxwell Mishkin
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1122
berlins@ballardspahr.com
mishkinm@ballardspahr.com

Brian Edward Middlebrook
John Tyler Mills
Gordon Rees Scully Mansukhani LLP
1 Battery Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
bmiddlebrook@grsm.com
jtmills@grsm.com

Mary Catherine Brennan
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-3770
MaryKate.Brennan@finnegan.com

I additionally certify that on the 5th day of June, 2023, I caused true and correct copies of the foregoing Reply to be served via email and U.S. Mail First Class on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com

Mr. David George Sweigert
Mailbox, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

By: */s/ Elizabeth Lockwood*