IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | **MOTION FOR LEAVE TO FILE** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN, | |
| Defendants | |

Pro Se Plaintiff Jason Goodman by and for himself respectfully moves this Court for leave to file a motion seeking the recusal of Magistrate Judge James L. Cott due to his excessive personal bias against Goodman, his demonstrated ignorance of relevant facts in this case, and his existing personal relationship with former FBI Director James Comey. Each of these factors are likely to cause a reasonable outside observer to question Judge Cott's impartiality in this matter.

Signed this 5th day of June 2023

Respectfully submitted,

_____
Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

MOTION FOR LEAVE TO FILE - 1