IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF JASON GOODMAN** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN | |
| Defendants | |

I, Jason Goodman hereby affirm as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any crime involving moral turpitude.  I am competent to testify to the matters stated herein.

2. I have personal knowledge of each, and every statement made in this Affidavit and such statements are true and correct.

3. I make and submit this Affidavit in connection with the Motion to Recuse Magistrate Judge James L. Cott.

4. This submission is not frivolous or made in bad faith or for any improper purpose.

5. This filing complies with this Court's order (ECF No. 202), the Federal Rules of Civil Procedure, and this Court's Local Rules.

6. This filing is made in good faith and for the reasons stated in the is accompanying memorandum in support pursuant to 28 U.S. Code § 455.

AFFIDAVIT OF JASON GOODMAN - 1

Signed this 5th day of June 2023

Respectfully submitted,

_____

Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

AFFIDAVIT OF JASON GOODMAN - 2