UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN

    *Plaintiff*,

v.

CHRISTOPHER ELLIS BOUZY, *et al.*,

    *Defendants*.

21-CV-10878 (AT) (JLC)

## CERTIFICATE OF SERVICE

Defendants Adam Sharp, Margaret Esquenet and the Academy of Television Arts & Sciences (collectively, the "Defendants") served Plaintiff with a copy of Defendants' Reply in Further Support of their Joint Motion to Dismiss Plaintiff's Amended Complaint via electronic mail on June 9, 2023 and via ECF and first class mail on June 12, 2023 at the addresses below:

Jason Goodman
252 7th Avenue
Apt. 6S
New York, New York 10001
truth@crowdsourcethetruth.org

Dated:     New York, New York
              June 12, 2023

                                      */s/ John Mills*
                                      John T. Mills, Esq.