UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN

    *Plaintiff*,

v.

CHRISTOPHER ELLIS BOUZY, *et al.*,

    *Defendants*.

21-CV-10878 (AT) (JLC)

**STATEMENT PURSUANT TO ECF RULES & INSTRUCTIONS 23.5**

Pursuant to the Southern District of New York's ECF Rules & Instructions 23.5, the undersigned states that Defendants' Adam Sharp, Margaret Esquenet and the Academy of Television Arts & Sciences (collectively, the "Defendants") reply papers in further support of the Joint Motion to Dismiss were due on June 9, 2023 pursuant to the Individual Practice Rules of the Honorable Analisa Torres, Rule IV(A). The undersigned served Plaintiff with a copy of Defendants' Reply in Further Support of their Joint Motion to Dismiss Plaintiff's Amended Complaint via electronic mail on June 9, 2023. However, ECF was unavailable on this date and through the weekend due to technical issues. The undersigned promptly filed Defendants' Reply in Further Support of their Joint Motion to Dismiss Plaintiff's Amended Complaint on June 12, 2023 as soon as the system was restored.

Dated:    New York, New York
           June 12, 2023

                                              */s/ John Mills*
                                              John T. Mills, Esq.