# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand twenty-three.

_____

Jason Goodman,

       Plaintiff-Counter-Defendant - Appellee,

v.

David George Sweigert,

       Defendant-Counter-Claimant - Appellant,

Christopher Ellis Bouzy, Bot Sentiel, Inc., George Webb Sweigert, Benjamin Wittes, Adam Sharp, Nina Jankowicz, Margaret Esquenet, The Academy of Television Arts & Sciences, Seth Berlin, Maxwell Mishkin,

       Defendants.

_____

**ORDER**
Docket No. 23-874

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 13 2023

Appellant has filed a notice of appeal from a magistrate judge order dated May 02, 2023. The order appears to be non-appealable. See 28 U.S.C. §1292; 28 U.S.C. § 636(b)(1), (c)(1). Appellant is advised that the order may be appropriate for the district judge to review upon Appellant's filing of objections. See 28 U.S.C. § 636 (b)(1).

IT IS HEREBY ORDERED that Appellant file a response, by letter, to this order either (1) setting out the claimed basis for this Court's jurisdiction; or (2) withdrawing the appeal. The response is due June 27, 2023. If no response is filed, the appeal will be referred to a panel for a determination regarding this Court's jurisdiction

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

CERTIFIED COPY ISSUED ON 06/13/2023