D. G. SWEIGERT, C/O<br>
MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

June 14, 2023

*Goodman v. Bouzy*, et. al. Case No. 1: 21-cv-10878-AT-JLC

Honorable Analisa N. Torres
U.S. District Judge
U.S. District Court for the
 Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:  REQUEST FOR LEAVE TO FILE MOTION/ORDER FOR SHOW CAUSE HEARING TO DECLARE JASON GOODMAN A VEXATIOUS LITIGANT

Your Honor,

1.   This is a request to seek the leave of this honorable Court to allow the undersigned to file two (2) motions.

   a. Motion to include the undersigned in the anticipated pre-filing order against Jason Goodman
   b. Motion/Order for Show Cause Hearing to Declare Jason Goodman a Vexatious Litigant

2.   This action is necessary as (a) Mr. Goodman continues to broadcast on social media to thousands of viewers his intent to bring new legal actions against the undersigned and Judge Valerie E. Caproni as co-conspirators working for the F.B.I. connected to the fact pattern of allegations orbiting Adam Sharp, NATAS (the EMMY Awards), etc., and (b) a mere pre-filing order will not curtail Mr. Goodman's abuse of the court system.

3.   Under the penalties of perjury, the undersigned asserts that this filing is not unnecessarily duplicative; (ii) that the submission is not frivolous or made in bad faith or for any improper purpose; and (iii) that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

Respectfully,    Signed this June 14, 2023 (06/14/2023).

*D. Swt*<br>
**D.G. SWEIGERT, PRO SE DEFENDANT**

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com  and  MaryKate.Brennan@finnegan.com

bmiddlebrook@grsm.com   and   jtmills@grsm.com

Certified under penalties of perjury.

Respectfully,      Signed this June 14, 2023 (06/14/2023).

*D. S—t*       **PRO SE DEFENDANT**