The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov
Via e-mail and pro se electronic filing

Re: Case No.: 1:21-cv-10878-AT-JLC Goodman v Bouzy et al

June 20, 2023

Dear Judge Torres,

I respectfully submit this response in support of defendant Sweigert's letter motion seeking a show cause hearing.

1. I am prepared to demonstrate with evidence that I am not a vexatious litigant.  I am a non-attorney struggling to resist a six-year lawfare assault from a professional hacker.

2. In his letter motion, defendant Sweigert falsely concluded, that I *"broadcast on social media to thousands of viewers* [my] *intent to bring new legal actions against the undersigned and Judge Valerie E. Caproni as co-conspirators working for the F.B.I. connected to the fact pattern of allegations orbiting Adam Sharp, NATAS (the EMMY Awards), etc"*.  Defendant does not cite any specific statement or video as he normally would, because I have not made any of these alleged statements.

3. Defendant Sweigert should be found to have perjured himself for claiming his filing was not frivolous or in bad faith.  Defendant has dedicated the last six years of his life to cyber stalking and harassing me, and he should be compelled to show cause for these actions or otherwise ordered to cease and desist.

Respectfully submitted,

Jason Goodman