IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the reply to defendants' opposition to plaintiff's objection to order and report and recommendation.

Seth D. Berlin   BerlinS@ballardspahr.com

Maxwell S. Mishkin   MishkinM@ballardspahr.com

George Webb Sweigert   georg.webb@gmail.com

David George Sweigert   spoliation-notice@mailbox.org

Mary Kate Brennan   MaryKate.Brennan@finnegan.com

Liz Lockwood   liz.lockwood@alilockwood.com

John Mills   jtmills@grsm.com

CERTIFICATE OF SERVICE - 1

Signed this 20th day of June 2023

Respectfully submitted,

                                                Jason Goodman, Plaintiff, Pro Se
                                                            252 7th Avenue Apt 6s
                                                                New York, NY 10001
                                                                       (323) 744-7594
                                                     truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2