IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | **STATEMENT PURSUANT TO ORDER ECF NO. 202** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN, | |
| Defendants | |

Plaintiff Jason Goodman by and for himself pro se makes the following statement under penalty of perjury.

(i)　　this filing is not unnecessarily duplicative;

(ii)　　this submission is not frivolous or made in bad faith or for any improper purpose, it is made in response to defendant Sweigert's motion; and

(iii)　　this filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

STATEMENT PURSUANT TO ORDER ECF NO. 202- 1

Signed this 20th day of June 2023

Respectfully submitted,

_____
Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

STATEMENT PURSUANT TO ORDER ECF NO. 202- 2