UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert, <br> Defendant, <br> Conditional Pro Se Counter-Plaintiff <br><br> -against- <br><br> Jason Goodman, <br> Plaintiff, <br> Conditional Pro Se Counter-Defendant | PRO SE <br><br> 21-cv-10878-AT-JLC <br><br> District Judge Analisa Torres <br><br> Magistrate Judge James L. Cott |

**DEFENDANT'S EMERGENCY NOTICE OF SERIOUS ERROR
IN THE COURT DOCKET REQUIRING IMMEDIATE CORRECTION**

**TO THE CLERK:**  The entry (**ECF 232**) does not link to the proper letter (attached), but to a letter from Jason Goodman filed three (3) days later.  It is these types of errors that fuel Goodman's toxic social media conspiracy mongering that this Court is corrupt.  This error has been reported to the U.S. Second Court of Appeals.

| | | |
|---|---|---|
| | | SHOW CAUSE HEARING TO DECLARE JASON GOODMAN A VEXATIOUS LITIGANT. Document filed by David George Sweigert.(sc) (sc). (Entered: 06/16/2023) |
| 06/20/2023 | 232 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 6/18/23 re: "DISTRICT JUDGE REVIEW OF ECF 202 AS SUGGESTED BY THE CLERK OF THE SECOND CIRCUIT" - As is the history with Magistrate Judge Cott, his Order provides no meaningful opportunity for the undersigned to be heard, consequently the Order is appealable pursuant to F.R.C.P. 60(b)(4) etc.th. Document filed by David George Sweigert.(sc) (Entered: 06/20/2023) |
| 06/20/2023 | 233 | REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S OBJECTION TO ORDER & REPORT & RECOMMENDATION. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 06/20/2023) |

June 25th, 2023

*[signature: D. Swt]*

D. G. SWEIGERT PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com and MaryKate.Brennan@finnegan.com

bmiddlebrook@grsm.com and jtmills@grsm.com

Certified under penalties of perjury.

Signed this June 25, 2023.

*D. Smt*   **PRO SE DEFENDANT**

D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

June 18, 2023

*Goodman v. Bouzy*, et. al. Case No. 1: 21-cv-10878-AT-JLC

Honorable Analisa N. Torres, U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:   District Judge review of ECF 202 as suggested by the Clerk of the Second Circuit

Your Honor,

1.    As described in ECF 229, the Clerk of the Court for the U.S.C.A. for the Second Circuit has suggested Your Honor's review of ECF 202 in lieu of an interlocutory appeal. As is the history with Magistrate Judge Cott, his ORDER provides no meaningful opportunity for the undersigned to be heard, consequently the ORDER is appealable pursuant to F.R.C.P. 60(b)(4) for due process violations. *Sec. & Exch. Comm'n v. Romeril*, 15 F.4th 166 (2d Cir. 2021), *United Student Aid Funds v. Espinosa*, 559 U.S. 260, 130 S. Ct. 1367, 176 L. Ed. 2d 158 (2010).

2.    As was the case with ECF 158 and 161, Magistrate Cott treats preliminary letters requesting leave of the court to file a motion as fully briefed "motions" which are swept under the rug, see Para. 8, ECF 203 (the rug). Magistrate Cott intends to deny due process and a meaningful opportunity to be heard to the undersigned and his ECF 204 request for leave (to withdraw his motion to dismiss and proceed with the acceptance of this Court's personal jurisdiction and prosecute the COUNTERCLAIM, ECF 138, against Goodman). Thus, the ORDER 202 is void for violations of the undersigned's due process rights and should be reviewed pursuant to F.R.C.P. 60(b)(4), if the Court is so inclined. Otherwise, the undersigned will continue with his response to ECF 229 on or before June 27, 2023.

3.    Under the penalties of perjury, the undersigned asserts that this filing is not unnecessarily duplicative; (ii) that the submission is not frivolous or made in bad faith or for any improper purpose; and (iii) that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

Respectfully,    Signed this Father's Day, June 18, 2023 (06/18/2023).

*D. Swt*

**D.G. SWEIGERT, PRO SE DEFENDANT**
**PARENT OF HANDICAPPED SON**

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com   and   MaryKate.Brennan@finnegan.com

bmiddlebrook@grsm.com   and   jtmills@grsm.com

Courtesy copy to the U.S.C.A. for the Second Circuit

 prosecases@ca2.uscourts.gov

Certified under penalties of perjury.

Respectfully,        Signed this June 18, 2023 (06/18/2023).

*[signature]*

**PRO SE DEFENDANT**

2