UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASON GOODMAN,

                Plaintiff,

-against-                               21 **CIVIL** 10878 (AT)(JLC)

## **JUDGMENT**

CHRISTOPHER ELLIS BOUZY, BOT
SENTINEL, INC, GEORGE WEBB
SWEIGERT, DAVID GEORGE SWEIGERT,
BENJAMIN WITTES, NINA JANKOWICZ,
ADAM SHARP, MARGARET ESQUENET,
THE ACADEMY OF TELEVISION ARTS
AND SCIENCES, SETH BERLIN, MAXWELL
MISHKIN,
                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2023, the Court has OVERRULED the parties' objections and ADOPTED the conclusions in the Second R&R. Accordingly: 1. Goodman's motion for default judgment against Bouzy and Bot Sentinel is DENIED. 2. Goodman's motion for sanctions against Bouzy, Bot Sentinel, and Berlin is DENIED. Defendants' request for attorney's fees is DENIED. 3. Goodman's motion for a preliminary injunction is DENIED. 4. Bouzy, Bot Sentinel, Berlin, and Mishkin's motion to dismiss is GRANTED. 5. Sweigert's motion to dismiss is GRANTED. 6. Jankowicz and Wittes's motion to dismiss is GRANTED. 7. For the same reasons that the Court grants the other Defendants' motions to dismiss, Esquenet, Sharp, and ATAS's motion to dismiss is GRANTED. 8. Goodman's motion for leave to amend his complaint is DENIED. 9. Jankowicz and Wittes's motion for sanctions is GRANTED. Goodman is enjoined from filing additional documents on the docket relating to Wittes or Jankowicz in this District; filing any federal district court action against Wittes or Jankowicz

relating to the subject matter in this case; and filing any new pro se action against Wittes or Jankowicz in any federal district court without first obtaining leave of that court. Defendants' request for attorney's fees is DENIED. The complaint is DISMISSED with prejudice as to all Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

      June 29, 2023

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**  *K. Mango*

_____
**Deputy Clerk**