D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

July 4, 2023

*Goodman v. Bouzy*, et. al. Case No. 1: 21-cv-10878-AT-JLC

Honorable Analisa N. Torres
U.S. District Judge
U.S. District Court for the
  Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

Your Honor,

1.      Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Rule I.B. of Your Honor's Individual Practices in Civil Cases, the undersigned respectfully submits this letter motion to request that the Court narrowly alter or amend its June 28, 2023 Order (the "Order"), ECF 238, to expand the filing injunction this Court entered against Plaintiff Jason Goodman to include the undersigned under its protection.

2.      In support of their request, the undersigned hereby incorporates the arguments made by Defendants Wittes and Jankowicz in support of their motion for sanctions (ECF 172) and those made by Defendants Adam Sharp, Margaret Esquenet, and Academy of Television Arts & Sciences in support of their motion to amend (ECF 242), which similarly asks this Court to include them under the filing injunction's protections.

3.      Under the penalties of perjury, the undersigned asserts that this filing is not unnecessarily duplicative; (ii) that the submission is not frivolous or made in bad faith or for any improper purpose; and (iii) that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

Respectfully,      Signed this 4th day of July, 2023 (7/4/2023)

*D. Swt*

**D.G. SWEIGERT, PRO SE DEFENDANT**

1

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com  and  MaryKate.Brennan@finnegan.com

Certified under penalties of perjury.

Signed this 4th day of July, 2023 (7/4/2023)

*D. S—t*  **PRO SE DEFENDANT**