UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert,<br>Defendant,<br>Conditional Pro Se Counter-Plaintiff<br><br>-against-<br><br>Jason Goodman,<br>Plaintiff,<br>Conditional Pro Se Counter-Defendant | PRO SE<br><br>21-cv-10878-AT-JLC<br><br>District Judge Analisa Torres<br><br>Magistrate Judge James L. Cott |

**CORRECTED NOTICE OF OBJECTIONS TO
DEFENDANTS' (ADAM SHARP, ET. AL.) RENEWED REQUEST
FOR A PREFILING ORDER, ECF. NO. 241 & 242**

Defendants seek to revive a special request for relief in the form of a prefiling order, ECF. NO. 241 & 242 against the *pro se* plaintiff; see original papers filed at ECF. NO. 205 & 206.  The Magistrate's ORDER at ECF. NO. 202 is controlling; it prohibited any new filings without leave of the court; see harsh admonishment against the *pro se* plaintiff; ECF. no. 211, "Per the Court's order of May 2, 2023 (Dkt. No. 202), this motion is denied as it was filed without court permission."  Defendants ECF. 205 & 206 had no "leave of the court" status and thus they are moot and a legal nullity.  Defendants' ECF 241 & 242 is a Frankenstein attempt to revive a corpse, the Court should not make the *pro se* plaintiff a martyr with such inequitable treatment.

July 1, 2023

*/s/ D. Swt*

D. G. SWEIGERT PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1

# CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com and MaryKate.Brennan@finnegan.com

bmiddlebrook@grsm.com and jtmills@grsm.com

Certified under penalties of perjury.

Copies provided to U.S.C.A. for the Second Circuit

Signed this July 1, 2023.

                                          **PRO SE DEFENDANT**