UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN

              *Plaintiff*,

    v.

CHRISTOPHER ELLIS BOUZY, *et al.*,

             *Defendants*.

21-CV-10878 (AT) (JLC)

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE**, upon the accompanying Joint Memorandum of Law and supporting Declarations of B. Brett Heavner and John T. Mills, and upon all prior proceedings, pleadings, and filings herein, Defendants Academy of Television Arts & Sciences, Adam Sharp, and Margaret Esquenet (collectively, the "Movants") hereby move this Court at the Courthouse located at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 15D, New York, New York before the Honorable Analisa Torres, United States District Judge, for an order pursuant to the Court's inherent powers awarding Movants' attorneys' fees in defending this action.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Individual Practices in *Pro Se* Cases of the Honorable Analisa Torres, IV(A), and unless otherwise ordered by the Court, papers filed in opposition to the instant motion, if any, must be served and filed upon the undersigned on or before August 9, 2023, and reply papers in further support of the instant motion, if any, shall be served and filed by the undersigned on or before August 23, 2023,

Dated: July 12, 2023

Respectfully Submitted,

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ B. Brett Heavner*

*/s/ John T. Mills*

B. Brett Heavner, Esq. (*pro hac vice*)
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
b.brett.heavner@finnegan.com
*Attorneys for Defendants Academy of Television Arts & Sciences and Margaret Esquenet*

Brian E. Middlebrook, Esq.
John T. Mills, Esq.
One Battery Park Plaza, 28th Floor
New York, New York 10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505
bmiddlebrook@grsm.com
jtmills@grsm.com
*Attorneys for Defendant Adam Sharp*

2