UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN

    *Plaintiff*,

v.

CHRISTOPHER ELLIS BOUZY, *et al.*,

    *Defendants*.

21-CV-10878 (AT) (JLC)

---

# DECLARATION OF JOHN T. MILLS IN SUPPORT OF DEFENDANTS ACADEMY OF TELEVISION ARTS & SCIENCES, SHARP, AND ESQUENET'S JOINT MOTION FOR ATTORNEYS' FEES

---

| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| *Attorneys for Defendants Academy of Television Arts & Sciences and Margaret Esquenet* | *Attorneys for Defendant Adam Sharp* |
| B. Brett Heavner, Esq. (*pro hac vice*)<br>901 New York Avenue NW<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br>b.brett.heavner@finnegan.com | Brian E. Middlebrook, Esq.<br>John T. Mills, Esq.<br>One Battery Park Plaza, 28th Floor<br>New York, New York 10004<br>Telephone: (212) 269-5500<br>Facsimile: (212) 269-5505<br>bmiddlebrook@grsm.com<br>jtmills@grsm.com |

1

I, JOHN T. MILLS, declare as follows:

1. I am an attorney at Gordon Rees Scully Mansukhani, LLP and am counsel for Adam Sharp in this action. I make this declaration in support of Defendants Academy of Television of Arts & Sciences, Sharp, and Esquenet's Joint Motion for Attorneys' Fees (the "Motion"). The facts in this declaration are based on my personal knowledge. If called upon to do so, I would testify competently to the facts contained in this declaration.

2. I am personally familiar with the attorneys' fees Sharp incurred in defending this action. Pursuant to Fed. R. Civ. P. 54(d)(2)(B)(iii), a fair estimate of Sharp's attorneys' fees incurred to date in this litigation is approximately $6,000.

3. Should the Court grant the Motion, with the Court's permission, Sharp will submit a fee application setting forth and substantiating the reasonableness of his attorneys' fees (including counsel billing rates and number of hours billed), with appropriate supporting documentation.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2023 in New York, New York.

_____
John T. Mills