IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>　　　Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**NOTICE OF MOTION FOR RECONSIDERATION PURSUANT TO FRCP RULE 60** |

　　　PLEASE TAKE NOTICE that, with this filing and its associated briefs, memoranda and exhibits, plaintiff Jason Goodman, by and for himself pro se will move this Court for reconsideration of its final Order (ECF No. 238)

Signed this 12th day of July 2023

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　Jason Goodman, Plaintiff, Pro Se
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　252 7th Avenue Apt 6s
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(323) 744-7594
　　　　　　　　　　　　　　　　　　　　　　　　　　　truth@crowdsourcethetruth.org

NOTICE OF MOTION FOR RECONSIDERATION PURSUANT TO FRCP RULE 60- 1