**(EXHIBIT A)**

b7E

FD-302 (Rev. 5-8-10)

UNCLASSIFIED//~~FOUO~~

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 01/15/2019

On 12/11/2018, [redacted] telephone number [redacted] was interviewed at [redacted] [redacted] Present for the interview were FBI Special Agent [redacted] and FBI Special Agent [redacted] was advised the interview was entirely voluntary and that he could discontinue it at any time. During the interview, [redacted] was further advised that intentionally providing false statements to FBI Agents was a violation of federal law. After being advised of the identities of the interviewing Agents and the purpose of the interview, [redacted] provided the following information:

b6 b7C

[redacted] was advised that [redacted] [redacted] SA [redacted] provided a copy of [redacted] to [redacted] after [redacted] said he was not aware of it.

b6 b7C

[redacted]

b6 b7C

[redacted]

b6 b7C

[redacted]

b6 b7C

[redacted]

b6 b7A b7C

UNCLASSIFIED//~~FOUO~~

Investigation on 12/11/2018 at New York, New York, United States (In Person)

File # [redacted] Date drafted 12/13/2018

by [redacted]

b6 b7C b7E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of [redacted] 12/11/2018

Continuation of FD-302 of /2018 , On 12/11/2018 , Page 2 of 8

b6
b7C
b7E

[redacted]

[redacted]

[redacted]

Roger Stone

[redacted]

[redacted]

[redacted]

[redacted] was shown a 7/25/2016 Sat 12:27 ET email which was about getting to the Ecuadorian Embassy. [redacted]

UNCLASSIFIED//~~FOUO~~

b6
b7C
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

[redacted]

Continuation of FD-302 of (U//~~FOUO~~) Interview of [redacted] 12/11/2018 , On 12/11/2018 , Page 3 of 8

[redacted]

b6
b7C

[redacted]

b6
b7C

[redacted]

b6
b7A
b7C

[redacted]

b6
b7C

[redacted]

b6
b7A
b7C

[redacted]

b6
b7A
b7C

[redacted]

b6
b7C

[redacted]

b6
b7C

Referring back to the Ecuador email, [redacted] was not aware of any action Stone may have taken [redacted]

b6
b7C

[redacted]

b6
b7C

FD-302a (Rev. 05-08-10)

b6
b7C
b7E

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of (U//~~FOUO~~) Interview of [redacted] 12/11/2018, On 12/11/2018, Page 4 of 8

Jerome Corsi

b6
b7C

b6
b7C

b6
b7C

b6
b7C

b6
b7C

b6
b7C

UNCLASSIFIED//~~FOUO~~

FBI(19cv1278)-5505

b6
b7C
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of 12/11/2018

Continuation of FD-302 of /2018 , On 12/11/2018 , Page 5 of 8

b6
b7C

b6
b7C

b6
b7C

b6
b7A
b7C

b6
b7C

b6
b7A
b7C

b6
b7C

b6
b7A
b7C

b6
b7C

FD-302a (Rev. 05-08-10)

b6
b7C
b7E

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of (U//~~FOUO~~) Interview of [redacted] 12/11/2018 , On 12/11/2018 , Page 6 of 8

[redacted] b6 b7C

[redacted] b6 b7C

[redacted] b6 b7C

[redacted] b6 b7C

[redacted] b6 b7C

[redacted] b6 b7C

[redacted] b6 b7C

FD-302a (Rev. 05-08-10)

b6
b7C
b7E

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of (U//~~FOUO~~) Interview of 12/11/2018, On 12/11/2018, Page 7 of 8

b6
b7C

b6
b7C

Advanced Knowledge

b6
b7A
b7C

b6
b7A
b7C

b6
b7C

b6
b7C

b6
b7C

b6
b7C

FBI(19cv1278)-5508

FD-302a (Rev. 05-08-10)

b6
b7C
b7E

UNCLASSIFIED//~~FOUO~~

[redacted]

Continuation of FD-302 of (U//~~FOUO~~) Interview of [redacted] 12/11/2018 , On 12/11/2018 , Page 8 of 8

[redacted]

b6
b7C

[redacted]

b6
b7C

**(EXHIBIT B)**

**Subject:** Re: Fox London needs to meet Assange
**Date:** Monday, July 25, 2016 at 11:12:07 AM Eastern Daylight Time
**From:** Charles Ortel
**To:** Rosen, James
**CC:** Napolitano, Andrew
**BCC:** [redacted]

Ty James...they need to move this up!

The "MOU" (there is the JW version and the Politico version) dated 16 November 2008 references numerous government grants.

The release 18 December 2008 compounds the problem that no government grants are disclosed from 1997 through 2007 (and possibly 2008) in NY state filings, in required detail.

I am getting these early disclosures from several governments.

They do not reconcile.

Second "yuge" problem...the FDA did not approve foreign generic versions of HIV/AIDS medicines until January 2005 for an Indian maker called Aurobindo. Thereafter, Ranbaxy and others were approved.

Starting after 12 July 2002, Bill Clinton and Ira Magaziner solicited funds and received government donations to distribute generic medicines internationally.

This was illegal because the Foundation was not authorized for this purpose, the blokes were not officers or directors, the financial consequences were not disclosed, and the drugs were not FDA approved.

Other than the above, there are major problems with the Little Rock complex.

The stated construction values are fanciful as I prove w hidden audits (noncompliant) I found in MA.

And the Foundation committed bank and wire fraud in 2004, 5, and 6 involving $38 million across state lines.

The construction fraud seems to be around $60 million or so...precise estimates are tough.

Here, double entry accounting is our friend.

Stay cool gentlemen.

C

On Jul 25, 2016 11:42 AM, "Rosen, James" <J[redacted]m> wrote:

> Am told Wikileaks will be doing a massive dump of HRC emails relating to the CF in September.
>
> --------------------
> James Rosen
> Chief Washington Correspondent
> Host, "The Foxhole"
> Twitter: @JamesRosenFNC
> 2[redacted] (office)
> 2[redacted]6 (mobile)
> ja[redacted]
> Author, *Cheney One on One*

On Jul 25, 2016, at 9:33 AM, Charles Ortel <[redacted]> wrote:

https://www.google.com/amp/yournewswire.com/julian-assange-my-next-leak-will-ensure-hillarys-arrest/amp/#

The notion there are no emails dealing w reorganization of Foundation from 16 November 2008 forward is fanciful.

Assange likely has many of these.

They will crucify Clinton and implicate Obama.

And they need to emerge!

Cheers

C

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.