IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that plaintiff, Jason Goodman, served defendants' counsel with a copy of the motion for reconsideration.

Seth D. Berlin  BerlinS@ballardspahr.com

Maxwell S. Mishkin  MishkinM@ballardspahr.com

George Webb Sweigert  georg.webb@gmail.com

David George Sweigert  spoliation-notice@mailbox.org

Margaret Esquenet  margaret.esquenet@finnegan.com

Liz Lockwood  liz.lockwood@alilockwood.com

John T Mills  jtmills@grsm.com

CERTIFICATE OF SERVICE - 1

Signed this 13rd day of July 2023

Respectfully submitted,

                                              Jason Goodman, Plaintiff, Pro Se
                                                          252 7th Avenue Apt 6s
                                                            New York, NY 10001
                                                                   (323) 744-7594
                                      truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2