UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jason Goodman, Pro Se -Plaintiff<br><br>-against-<br><br>Christopher E. Bouzy, Defendant | PRO SE<br><br>21-cv-10878-AT-JLC<br><br>District Judge Analisa Torres<br><br>Magistrate Judge James L. Cott |

## SUPPLEMENTAL DECLARATION IN SUPPORT OF THE VERIFIED DEFENDANT'S RESPONSE TO MOTION FOR RECONSIDERATION, ECF 250 and 251

---

The *pro se* Defendant (undersigned) now comes to provide a supplement to his response to

Plaintiff Jason Goodman's papers known as ECF 250 and 251.

Signed July 16th, 2023 (7/16/2023)

D. G. SWEIGERT PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1

**SUPPLEMENTAL DECLARATION IN SUPPORT OF THE VERIFIED
DEFENDANT'S RESPONSE TO MOTION FOR RECONSIDERATION,
ECF 250 and 251**

Pro se Defendant D. G. Sweigert now comes to authenticate digital evidence of Plaintiff Jason Goodman self-identifying himself as a "CONSPIRACY THEORIST".

This event occurred during a video broadcast published by Mr. Goodman on July 16, 2023.



https://www.youtube.com/results?search_query=crowdsource+the+truth

Beginning at time-mark 32:32 Mr. Goodman describes himself as a conspiracy theorist.



https://www.youtube.com/watch?v=vpUn6HI2KGQ

2

**32:32     Its actually true to say that I am a conspiracy theorist.**



https://www.youtube.com/watch?v=vpUn6HI2KGQ

Certified under penalties of perjury.

Signed July 16th, 2023

**PRO SE DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

And

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

margaret.esquenet@finnegan.com

liz.lockwood@alilockwood.com

Certified under penalties of perjury.

Signed July 16th, 2023

**PRO SE DEFENDANT**