# Ballard Spahr LLP

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Seth D. Berlin
Tel: 202.508.1122
Fax: 202.661.2299
berlins@ballardspahr.com

Maxwell S. Mishkin
Tel: 202.508.1140
Fax: 202.661.2299
mishkinm@ballardspahr.com

July 25, 2023

*Via ECF*

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

   Re: *Goodman v. Bouzy, et al.*, Case No. 1:21-cv-10878-AT-JLC

Dear Judge Torres:

  Pursuant to Rule I.B. of Your Honor's Individual Practices in Civil Cases, we respectfully submit this letter on behalf of Defendants Christopher Bouzy, Bot Sentinel Inc., Seth Berlin, and Maxwell Mishkin (the "Bouzy Defendants") regarding Plaintiff Jason Goodman's Motion for Reconsideration (ECF 250) of this Court's June 28, 2023 Order (ECF 238). The Bouzy Defendants do not believe that a response to that motion is necessary because Goodman has not raised any new or different arguments to justify reconsideration, simply rehashing arguments he advanced before Magistrate Judge Cott (ECF 140) and in his Objections (ECF 212) to Magistrate Judge Cott's thorough and well-reasoned decision (ECF 203). The Bouzy Defendants respectfully submit that this latest filing from Goodman, advancing the same meritless arguments for the third time, only underscores the need for the Court to expand its filing injunction to include them under its protection, as they have requested. *See* ECF 243. That said, should the Court wish us to address any aspect of Goodman's Motion for Reconsideration, we would be pleased to do so if requested.

  Thank you for your consideration of this matter.

          Respectfully submitted,

          BALLARD SPAHR LLP

          By: */s/ Seth D. Berlin*
            Seth D. Berlin (SB7978)
            Maxwell S. Mishkin (*pro hac vice*)

cc: Counsel of record (via ECF)
   Unrepresented parties (via email and U.S. Mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2023, I caused a true and correct copy of the foregoing letter to be served by email and U.S. Mail First Class on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org

*Plaintiff*

Mr. David George Sweigert
Mailbox, PMB 13339
514 Americas Way,
Box Elder, SD 57719
Spoliation-notice@mailbox.org

*Defendant*

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com

*Defendant*

                                                 /s/ *Seth D. Berlin*
                                                 Seth D. Berlin (SB7978)