IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: 1:21-cv-10878-AT-JLC |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN, | |
| Defendants | |

## INTRODUCTION

Notice is given that plaintiff Jason Goodman, ("Goodman") by and for himself pro se in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the final order issued on June 28, 2023 (ECF No. 238).

Signed this 27th day of July 2023

Respectfully submitted,

                                                                    _____
                                                                    Jason Goodman, Plaintiff, Pro Se
                                                                    252 7th Avenue Apt 6s
                                                                    New York, NY 10001
                                                                    (347) 380-6998
                                                                    truth@crowdsourcethetruth.org

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT SANCTIONS AGAINST DEFENDANTS PURSUANT TO FRCP RULE 11- 1