UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert,<br>Defendant,<br>Conditional Pro Se Counter-Plaintiff<br><br>-against-<br><br>Jason Goodman,<br>Plaintiff,<br>Conditional Pro Se Counter-Defendant | PRO SE<br><br>21-cv-10878-AT-JLC<br><br>District Judge Analisa Torres<br><br>Magistrate Judge James L. Cott |

NOTICE OF RELATED LITIGATION
SWEIGERT V. GOODMAN, 23-CV-5875 (LTS), S.D.N.Y.

ATTENTION: ECF doc. 130, filed Feb 9, 2023, entitled DEFENDANT'S CONDITIONAL COUNTERCLAIM AGAINST JASON GOODMAN (COUNTER DEFENDANT), has been filed as an independent action in the S.D.N.Y. as **23-CV-5875 (LTS)** in the interests of judicial efficiency and economy. The action is styled as *Sweigert v. Goodman* and has been assigned to Laura Taylor Swain, Chief District Judge.

July 29, 2023

*D. Swt*

D. G. SWEIGERT PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com and MaryKate.Brennan@finnegan.com

bmiddlebrook@grsm.com and jtmills@grsm.com

Certified under penalties of perjury.

Copies provided to U.S.C.A. for the Second Circuit

Signed this July 29, 2023.

**PRO SE DEFENDANT**