ALI & LOCKWOOD LLP

300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
(202) 651-2475 | www.alilockwood.com

August 11, 2023

***Via CM/ECF***

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Goodman v. Bouzy, et al.*, Case No. 1:21-cv-10878-AT-JLC**

Dear Judge Torres:

I represent Benjamin Wittes and Nina Jankowicz (collectively, "Defendants") in the above-captioned matter and write regarding Plaintiff Jason Goodman's Motion for Reconsideration. *See* ECF Nos. 250, 251. As an initial matter, Plaintiff's filing violates this Court's order enjoining Plaintiff "from filing additional documents on the docket relating to" Mr. Wittes or Ms. Jankowicz. *See* ECF 238 at 8. Defendants therefore do not believe that a responsive pleading to Plaintiff's Motion for Reconsideration is necessary, as Plaintiff's Motion was improperly filed against Defendants.

Defendants note, however, that Plaintiff's Motion for Reconsideration does not identify "an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr.*, 729 F.3d 99, 104 (2d Cir. 2013). Instead, Plaintiff's arguments as to Defendants merely recycle the same baseless objections that this Court already squarely considered and rejected,[1] and otherwise fail to identify any new legal or factual basis to justify reconsideration.[2] If the Court determines, however, that Plaintiff's Motion for Reconsideration was appropriately filed and that a responsive pleading from Defendants would be helpful in assisting the Court's consideration, Defendants would be happy to submit a more fulsome response.

---

[1] *Compare* Plf.'s Obj. to R&R, ECF No. 212 at 5-6 (claiming a 2016 email corroborated Plaintiff's allegations) *with* Order Adopting R&R, ECF No. 238 at 6 (dismissing this email as "entirely unrelated to this case" and having "no bearing on whether Goodman has stated a claim for fraud, defamation, abuse of process, civil conspiracy, or RICO violations) *and* Plf.'s Mot. for Reconsideration, ECF No. 251 at 8 (attempting to justify Plaintiff's reliance on the email merely because he discovered it in 2023).

[2] *Compare* Plf.'s Opp. to Defs.' Mot. for Sanctions, ECF No. 183 at 8 (arguing Defendants' requested filing injunction was improper because Plaintiff's complaint "has not been vexatious or without good cause") *with* Plf.'s Mot. for Reconsideration, ECF No. 251 at 9 (again claiming the injunction is inappropriate because Plaintiff's suit "is not meritless, frivolous, or vexatious").

Thank you for your consideration of this matter.

Respectfully submitted,

ALI & LOCKWOOD LLP

By: /s/ *Elizabeth C. Lockwood*
Elizabeth C. Lockwood

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2023, I caused true and correct copies of the foregoing letter to be served electronically via ECF on the following:

Seth D. Berlin
Maxwell Mishkin
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1122
berlins@ballardspahr.com
mishkinm@ballardspahr.com

Brian Edward Middlebrook
John Tyler Mills
Gordon Rees Scully Mansukhani LLP
1 Battery Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
bmiddlebrook@grsm.com
jtmills@grsm.com

Mary Catherine Brennan
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-3770
MaryKate.Brennan@finnegan.com

I additionally certify that on the 11th day of August, 2023, I caused true and correct copies of the foregoing letter to be served via email and U.S. Mail First Class on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com

Mr. David George Sweigert
1522 Vance Avenue
Fort Wayne, IN 46805
Spoliation-notice@mailbox.org

By: */s/ Elizabeth Lockwood*