AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Jason Goodman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-10878-AT-JLC |
| Christopher Ellis Bouzy, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Academy of Television Arts & Sciences and Margaret Esquenet.

Date: 08/24/2023

*Attorney's signature*

Naresh Kilaru
*Printed name and bar number*

Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave., NW
Washington, DC 20001
*Address*

Naresh.Kilaru@finnegan.com
*E-mail address*

(202) 408-4000
*Telephone number*

(202) 408-4400
*FAX number*