USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/28/2023____

**IN THE UNITED STATES DISTRICT**
**FOR THE SOUTHERN DISTRICT OF**

JASON GOODMAN

      *Plaintiff*,

  v.

    21-CV-10878 (AT) (JLC)

CHRISTOPHER ELLIS BOUZY, *et al.*,

      *Defendants*.

## UNOPPOSED MOTION TO WITHDRAW MARY CATHERINE BRENNAN AS COUNSEL FOR PLAINTIFF

I represent Defendants Margaret Esquenet and Academy of Television Arts & Sciences in this action and respectfully submit this motion to withdraw Mary Catherine Brennan, formerly of the law firm Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, as counsel for Defendant.

On August 24, 2023, I entered an appearance on behalf of the Defendants Margaret Esquenet and Academy of Television Arts & Sciences. Defendants Margaret Esquenet and Academy of Television Arts & Sciences has been informed of and consents to this request. The withdrawal of Ms. Brennan will not have a disruptive impact on this case. I am eligible to practice in this Court, have entered an appearance, and will represent Margaret Esquenet and Academy of Television Arts & Sciences, along with other counsel of record from Finnegan, including B. Brett Heavner.

Accordingly, I respectfully request that the Court grant this motion to withdraw Mary Catherine Brennan as counsel for Margaret Esquenet and Academy of Television Arts & Sciences and her name and email address be removed from the official docket.

Dated: August 25, 2023

Respectfully submitted,

  s/ *Naresh Kilaru*
Naresh Kilaru (Bar No. 4152161)
Naresh.kilaru@finnegan.com
B. Brett Heavner (admitted *pro hac vice*)
b.brett.heavner@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Defendants Margaret Esquenet and*
*Academy of Television Arts & Sciences*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper

copies will be sent to those indicated as nonregistered participants on August 25, 2023

s/  *Naresh Kilaru*

GRANTED.  The Clerk of Court is directed to terminate Mary Catherine Brennan from the docket.

SO ORDERED.

Dated: August 28, 2023
        New York, New York

_____
ANALISA TORRES
United States District Judge

2