**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Jason Goodman,**<br>**Plaintiff,**<br>**Proposed Pro Se Counter-**<br>**Defendant**<br><br>                   -against-<br><br>**D. G. Sweigert,**<br>**Defendant**<br>**Proposed Pro Se Counter-Plaintiff** | **PRO SE**<br><br>**21-cv-10878-AT-JLC**<br><br>**District Judge Analisa Torres**<br><br>**Magistrate Judge James L. Cott** |

**NOTICE OF DEFENDANT'S**
**OPPOSITION TO REPORT AND RECOMMENDATION AT ECF NO. 269 (11/28/2023)**

The *pro se* Defendant (Proposed Counter Plaintiff) (undersigned) files these papers in

OPPOSITION to **ECF no. 269.**

December 12, 2023 (12/12/2023)

                                          **D. G. SWEIGERT PRO SE DEFENDANT, C/O**
                                          **PMB 13339, 514 Americas Way,**
                                          **Box Elder, SD 57719**

## TABLE OF CONTENTS

TABLE OF AUTHORITIES ...................................................................................................3

MEMORANDUM OF LAW AND ARGUMENT ...................................................................5

BACKGROUND.....................................................................................................................5

## <u>TABLE OF AUTHORITIES</u>

**Cases**

*Broughty v. Bouzy*, 11/4/2022 as 2:2022-cv-06458, US District Court for the District of New Jersey ................................................................................................................................7

*Goodman v. The City of New York and Adam Sharp et al*, 1:23-cv-09648-JGLC-GWG ............6

*Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009) ..........................................................................4

*Illoominate Media, Inc., et al v. Cair Florida, Inc., et al*, No. 19-14741 (11th Cir. 12/29/2020) .8

*Nat'l Academy of Television Arts & Sciences v. Multimedia Sys. Design, Inc.*, 551 F. Supp. 3d 408 (S.D.N.Y. 2021) ................................................................................................................4

*Nat'l Acad. of TV Arts & Scis., Inc. v. Multimedia Sys. Design, Inc.* No. 20-CV-7269 (VEC), 2021 U.S. Dist. LEXIS 142733 (S.D.N.Y. July 30, 2021)......................................................8

*Sweigert v. Cable News Network, Inc.* (2:20-cv-12933), District Court, E.D. Michigan..............9

*Sweigert v. Goodman* 18-cv-08653-VEC-SDA (S.D.N.Y.) ........................................................9

*Triestman v. Fed. Bureau of Prisons,* 470 F.3d 471, 474 (2d Cir. 2006) ....................................4

**Statutes**

18 U.S.C. § 1513 ........................................................................................................................9

**Treatises**

Cognitive Infrastructure Worldwide is Under Attack in "the Worst Cognitive Warfare Conditions since WWII", NOVEMBER 8, 2023 by DANIEL PEREIRA, https://www.oodaloop.com/archive/2023/11/08/cognitive-infrastructure-worldwide-is-under-attack-in-the-worst-cognitive-warfare-conditions-since-wwii/ ........................................................................5

*Goodman vs Bouzy & Bot Sentinel | Default Judgment | Plaintiff Jason Goodman Guest, 11/22/22*, (https://www.youtube.com/watch?v=85kophkOfBM&t=2731s) ........................................................7

How a Conspiracy Theorist's Call About a Dirty Bomb Shut Down Part of a Port, New York Times, Christopher Mele, June 15, 2017 ........................................................................................................ 4

Kandel N. Information Disorder Syndrome and Its Management. JNMA J Nepal Med Assoc. 2020 Apr 30;58(224):280-285. doi: 10.31729/jnma.4968. PMID: 32417871; PMCID: PMC7580464 ................. 6

Liu Y, Zhao N, Ma M. The Dark Triad Traits and the Prediction of Eudaimonic Wellbeing. Front Psychol. 2021 Nov 5;12:693778. doi: 10.3389/fpsyg.2021.693778. PMID: 34803793; PMCID: PMC8602073 ............................................................................................................................................. 5

**NOTICE OF DEFENDANT'S**
**OPPOSITION TO REPORT AND RECOMMENDATION AT ECF NO. 269 (11/28/2023)**

**MEMORANDUM OF LAW AND ARGUMENT**

**Procedural history.**  It is assumed that all parties are familiar with the procedural history of this action up to the point where the Magistrate released a Report and Recommendation (R&R) at **ECF no. 269.**

**Liberality.**  Because both parties are *pro se* (Plaintiff and Defendant Sweigert), the Court should construe all of their pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interprets them to raise the "strongest [claims] that they suggest," *Triestman v. Fed. Bureau of Prisons,* 470 F.3d 471, 474 (2d Cir. 2006) (quotation marks and citations omitted) (emphasis in original).

**BACKGROUND**

1.      As District Judge Valerie E. Caproni has stated, Jason Goodman "traffics in conspiracy theories".  *Nat'l Academy of Television Arts & Sciences v. Multimedia Sys. Design, Inc.*, 551 F. Supp. 3d 408 (S.D.N.Y. 2021)

2.      These "conspiracy theories" promulgate misinformation, disinformation and malformation (MDM) designed to disrupt critical infrastructure (see Port of Charleston dirty bomb hoax[1]) to obtain notoriety leading to more cash donations.  Goodman's MDM conspiracy theories are dangerous and intimidating.  For example, one of Goodman's social media themes has him asking his social media followers to stage a citizen's trial and find Judge Caproni guilty

---

[1] How a Conspiracy Theorist's Call About a Dirty Bomb Shut Down Part of a Port, New York Times, Christopher Mele, June 15, 2017

of treason with a death penalty applied (a veiled assassination threat).  The end-game, according to Goodman's numerous podcasts is to generate more income so he can file more lawsuits to ensure the Defendants Sweigert and Adam Sharp are delivered up to the gallows along with Judge Caproni.

3.      The U.S. National Institute of Health (N.I.H.), National Library of Medicine, classifies social media personalities like Goodman as practitioners of the "dark triad".  Goodman's Dark Triad Traits include Machiavellianism, psychopathy, and narcissism[2].

4.      The Cybersecurity and Infrastructure Security Agency (CISA), a sub division of the U.S. Department of Homeland Security (D.H.S.) classifies MDM (misinformation, disinformation and malformation) as a threat to the nation's critical infrastructure (Port of Charleston dirty bomb hoax).  This includes cognitive infrastructure, described as "the information channels used to feed decision-making capabilities and the education and training systems used to prepare people and organizations for critical thinking.[3]"

5.      The U.S. District Court for the Southern District of New York (S.D.N.Y.) is already Goodman's YouTube playground but the S.D.N.Y. will now become a target for Goodman's information disorder attacks (incentivized by his financial "partner in crime" Patreon, Inc. of San Francisco. California[4]).

---

[2] Liu Y, Zhao N, Ma M. The Dark Triad Traits and the Prediction of Eudaimonic Wellbeing. Front Psychol. 2021 Nov 5;12:693778. doi: 10.3389/fpsyg.2021.693778. PMID: 34803793; PMCID: PMC8602073.

[3] Cognitive Infrastructure Worldwide is Under Attack in "the Worst Cognitive Warfare Conditions since WWII", NOVEMBER 8, 2023 by DANIEL PEREIRA, https://www.oodaloop.com/archive/2023/11/08/cognitive-infrastructure-worldwide-is-under-attack-in-the-worst-cognitive-warfare-conditions-since-wwii/

[4] Patreon, Inc. provides an incentive system that encourages and distributes information disorder materials for Goodman.

6.      Goodman has even discussed the envisioned trial for Magistrate James Cott in Goodman's "Citizens Grand Jury" designed to prosecute Cott for treason and demand the death penalty.  The crime?  Working in the office of a U.S. Attorney and scheming with Judge Caproni to infiltrate Twitter with Federal Bureau of Investigation (F.B.I.) undercover operations (U.C.O.s).  This specter of awaiting gallows justifies the lukewarm judicial discipline sparingly used by the presiding judge and magistrate in dealing with Goodman's information disorder[5].

7.      It is completely understandable to a reasonable person that S.D.N.Y. jurists fear doxing and possible assassination attempts justified by the non-stop "corrupt judges" narrative drum beat pushed by Goodman on Patreon's pay-per-view Internet servers.  This underscores the danger of the Magistrate's mistaken belief that proposed pre-filing orders against certain parties will be enough to dissuade Goodman from his "counter lawfare" campaign against all parties involved.

8.      Goodman has already filed yet another lawsuit against Adam Sharp on Halloween night 2023, *Goodman v. The City of New York and Adam Sharp et al*, 1:23-cv-09648-JGLC-GWG.  Goodman also made sure to publish the private physical address in an unnecessary docketing of the summons of the Sharp family home in Hartford, Connecticut on Thanksgiving week.  Naturally, according to Goodman, Sharp should join Caproni and the undersigned at a trial for treason and be prepared to be sentenced to death by mob rule.  The Magistrate's "Neville Chamberlain" appeasement of Goodman as a coping strategy doesn't and will not work.

---

[5] Information disorder syndrome is the sharing or developing of false information with or without the intent of harming and they are categorized as misinformation, disinformation and malinformation.  Kandel N. Information Disorder Syndrome and Its Management. JNMA J Nepal Med Assoc. 2020 Apr 30;58(224):280-285. doi: 10.31729/jnma.4968. PMID: 32417871; PMCID: PMC7580464.

9.      Goodman is a YouTube propagandist and former associate of New York lawyer

Nathaniel Broughty, who operates as "NateTheLawyer" on YouTube

(https://www.youtube.com/@NateTheLawyer) and Twitter (https://twitter.com/NatetheLawyer)

via the popular #LAWtube and #LAWnerds hashtags.

10.      Mr. Broughty previously raised $50,000.00 via YouTube pledges, donations and

"crowdsourcing" for "legal fees" to file his own defamation lawsuit against defendant

**Christopher E. Bouzy,** who is defended by **Ballard Spahr attorneys and Co-Defendants**

**Seth Berlin and Maxwell Mishkin.**  See *Broughty v. Bouzy*, 11/4/2022 as 2:2022-cv-06458,

US District Court for the District of New Jersey, Judge S. D. Wigento

(https://www.law360.com/pulse/articles/1564014)

(https://www.pacermonitor.com/public/case/46713303/BROUGHTY_v_BOUZY )

11.      If it had not been for the collusion between Goodman and Broughty this legal action

may have been dismissed years ago, but it has now entered into a realm "one upmanship" as

these two competitive YouTubers try to top each other in social media podcasts about their

lawsuits against Christopher Bouzy and Adam Sharp.

12.      This instant legal action is retaliatory and part of Goodman's "NateTheLawyer" knock-

off business, which brings forth sham litigation in bad faith that spawns endless hours of social

media videos with the accompanying pleas to the public for funds to "fight social engineers"

like Christopher Bouzy.  Goodman's collusion with Broughty is obvious on NateTheLawyer

podcasts, e.g. *Goodman vs Bouzy & Bot Sentinel | Default Judgment | Plaintiff Jason Goodman

Guest, 11/22/22,* (https://www.youtube.com/watch?v=85kophkOfBM&t=2731s).

13.      Goodman's conspiratorial allegations against the defendants about a supposed "Twitter

ban" is an identical parallel to a string of lawsuits lost by Goodman's fellow YouTuber and

"close personal friend" Laura Loomer for nearly the same allegations.  See *Illoominate Media,*

*Inc., et al v. Cair Florida, Inc., et al*, No. 19-14741 (11th Cir. 12/29/2020).

(https://media.ca11.uscourts.gov/opinions/unpub/files/201914741.pdf )

(https://www.miaminewtimes.com/news/laura-loomer-loses-lawsuit-appeal-against-cair-and-twitter-11788420 )

14.     Defendant claims Judge Caproni and Adam Sharp utilized Defendant Sweigert in a

"covert lawfare" action to threaten Goodman's attorney John Hoover Snyder, who represented

Goodman in Nat'l Acad. of TV Arts & Scis., Inc. v. Multimedia Sys. Design, Inc. No. 20-CV-

7269 (VEC), 2021 U.S. Dist. LEXIS 142733 (S.D.N.Y. July 30, 2021), aka NATAS v. MSDI.

Apparently, humiliated by his association with Goodman, Mr. Snyder withdrew from the case.

Even Goodman has called Snyder and an incompetent lawyer in several court pleadings in other

actions.

15.     Mr. Snyder never mentioned "death threats" to the court when withdrawing from the

*NATAS v. MSDI* action, contrary to the claims pushed by Goodman, rather Snyder stated:

> "In moving to withdraw, I intend no criticism of Mr. Goodman or his journalistic
> pursuits.  Mr. Goodman is a cordial and cooperative client who works extremely hard
> on his craft.  Nevertheless, Mr. Goodman's work seems to have attracted opposition that
> is outside of my comfort zone".  Declaration of (attorney) John H. Snyder –  Document
> 101, 8/13/2021, NATAS vs. MSD   https://trackingmeroz.wordpress.com/2022/01/30/the-
> attorney-who-feared-dave-sweigert-more-than-a-russian-american-mobster/

16.     Simply stated, Mr. Snyder withdrew from the *NATAS v. MSDI* shortly after Goodman

and his company lost on Summary Judgement on 7/30/2021.  See Case 1:20-cv-07269-VEC-

OTW Document 98 Filed 07/30/21.  Mr. Snyder withdrew via motion two weeks later.

(https://storage.courtlistener.com/recap/gov.uscourts.nysd.543701/gov.uscourts.nysd.543701.98.0.pdf)

17.     Goodman believes that he is a "witness" who is suffering retaliation for docketing an Amicus Curiae Brief and seeks redress pursuant to 18 U.S.C. § 1513, a witness retaliation law. As explained in the Initial Complaint (Dkt. 1) para. 19, "Plaintiff has submitted an Amicus Curiae brief in Sweigert [George Webb, not the undersigned] v CNN that alleges criminal activity on the part of Webb and others. (See Case 2:20-cv-12933-GADKGA ECF No. 20, Eastern District of Michigan)."  See para. 20 (Dkt. 1) "On information and belief, Plaintiff alleges that Webb engaged Bouzy to harass and defame Plaintiff in retaliation for the Amicus filing and to deliberately harm Plaintiff."

18.     Goodman's self-important YouTube channel "JASON GOODMAN", terminated 100 days prior to the filing of the Amicus Curiae brief, is described in a magistrate's Memo Endorsement — Document #246 in Sweigert v. Goodman 18-cv-08653-VEC-SDA (S.D.N.Y.) Document 246 Filed 04/15/21 Page 1 of 3, quoted in relevant part:

> "Yesterday the Defendant [Goodman] informed his social media podcast viewers that Google, LLC (YouTube.Com) had deleted the "Jason Goodman" YouTube channel with its so-called 119,000 (119K) subscribers. The account termination was based on violations of "Community Standards", according to the Defendant. 2,333 videos, dozens that contained evidence of Defendant's defamation per se, are no longer available to be viewed.[name added for clarity]"

19.     Thus, it is impossible for a claim of witness retaliation to be made for a 4/15/2021 YouTube channel termination that resulted from an Amicus Curiae brief docketed on 7/20/2021 (ECF no. 20, Sweigert v. Cable News Network, Inc. (2:20-cv-12933), District Court, E.D. Michigan (M.I.E.D.)).

20.     Goodman has demonstrated his ability to exploit his status as a *pro se* litigant as

observed by Judge Caproni who issued a sanctions order against Goodman, noting in particular

an e-mail message sent by Goodman; quoted in relevant part:

> "I'm also planting the seed with [Plaintiffs'] lawyers that they're aligned with a crazy
> guy and if they don't unalign themselves it's gonna give me more evidence to show
> that they're working together. I also sent this to [the confidential email address]
> first time I ever emailed that address. Let's see if there's any response. Now that
> I don't have an attorney whatever I do my attorney can't get sanctioned and I'm not
> even Pro Se so they could just yell at me and tell me not to do it again."
> Case 1:20-cv-07269-VEC-OTW Document 156 Filed 02/22/22 Page 1 of 7
> ([https://storage.courtlistener.com/recap/gov.uscourts.nysd.543701/gov.uscourts.nysd.54](https://storage.courtlistener.com/recap/gov.uscourts.nysd.543701/gov.uscourts.nysd.543701.156.0.pdf)
> [3701.156.0.pdf](https://storage.courtlistener.com/recap/gov.uscourts.nysd.543701/gov.uscourts.nysd.543701.156.0.pdf))

21.     Goodman believes Co-Defendants Sharp and Sweigert forcibly extorted Goodman into

terminating his broadcasts[6].

        Certified under penalties of perjury.     December 12, 2023 (12/12/2023)

        **D. G. SWEIGERT *PRO SE* DEFENDANT, C/O,**
        **PMB 13339, 514 Americas Way, Box Elder, SD 57719**

---

1.      [6] 18 U.S.C § 1951 makes it a federal crime to affect interstate commerce in any way or degree
by engaging in any of the following criminal offenses:

- Extortion by force or the threat of force;
- Extortion under color of official right, or in other words, by using a public office that
  one holds to unfairly influence someone to part with money or property.
- Robbery, which is generally defined as unlawfully depriving someone of property, either
  without their consent or by force, violence, or threat.

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC., served via U.S. Postal Mail addressed to Jason Goodman, 252 7th Avenue, New York, New York 10001

And sent via e-mail message to:

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

margaret.esquenet@finnegan.com

liz.lockwood@alilockwood.com

Certified under penalties of perjury.

December 12, 2023

**D. G. SWEIGERT PRO SE DEFENDANT, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**