UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
JASON GOODMAN, :
: No. 21 Civ. 10878-AT-JLC
Plaintiff, :
: *Pro Se* Case
-against- :
:
CHRISTOPHER BOUZY, et al., :
:
Defendants. :
:
------------------------------------- X

### RESPONSE OF DEFENDANTS CHRISTOPHER BOUZY, BOT SENTINEL INC., SETH BERLIN, AND MAXWELL MISHKIN TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE COTT'S REPORT AND RECOMMENDATION AND PLAINTIFF'S MOTION TO VACATE REFERRAL

In response to Plaintiff's Objection (Dkt. 272) to the November 28, 2023 Report and Recommendation and his Motion to Vacate this Court's referral of matters to Magistrate Judge Cott, the Bouzy Defendants respectfully submit that Plaintiff's latest baseless and inflammatory filing underscores the need for a broad filing injunction better than anything we might say. We otherwise rest on our prior papers.

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Seth D. Berlin*
Seth D. Berlin (SB7978)
Maxwell S. Mishkin (admitted *pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: 202-661-2200
Fax: 202-661-2299
berlins@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Defendants Christopher Bouzy,
Bot Sentinel Inc., Seth Berlin, and Maxwell Mishkin*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2023, I caused true and correct copies of the foregoing Response of Defendants Christopher Bouzy, Bot Sentinel Inc., Seth Berlin, and Maxwell Mishkin to Plaintiff's Objection to Magistrate Judge Cott's Report and Recommendation and Plaintiff's Motion To Vacate Referral to be served on counsel of record via ECF and by email and U.S. Mail First Class on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org

*Plaintiff*

Mr. David George Sweigert
Mailbox, PMB 13339
514 Americas Way,
Box Elder, SD 57719
Spoliation-notice@mailbox.org

*Defendant*

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com

*Defendant*

                                            /s/ *Seth D. Berlin*
                                            Seth D. Berlin (SB7978)