UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Jason Goodman** <br> **Plaintiff** <br><br> -against- <br><br> **Christopher Bouzy** <br> **Et. al.** | PRO SE <br><br> 1: 21-cv-10878-AT-JLC <br><br> Assigned to: Analisa N. Torres <br><br> Referred to: James L. Cott |

## DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

In light of Plaintiff Goodman's docketing of his papers in the U.S. Court of Appeals for the Second Circuit, the *pro se* Defendant (undersigned) attaches truthful and accurate copies of administrative law records.

Signed March 19, 2024 (3/19/2024)          **D. G. SWEIGERT PRO SE**
                                            PLAINTIFF, C/O
                                            PMB 13339, 514 Americas Way,
                                            Box Elder, SD 57719

## CERTIFICATE OF SERVICE

The undersigned's REQUEST FOR JUDICIAL NOTICE has been placed with the U.S. Postal Service and sent to: Jason Goodma, 252 7th Avenue, New York, N.Y. 10001

Signed March 19, 2024 (3/19/2024)          **D. G. SWEIGERT PRO SE**
                                            PLAINTIFF, C/O
                                            PMB 13339, 514 Americas Way,
                                            Box Elder, SD 57719

1

D. G. SWEIGERT<br>
PMB 13339, 514 Americas Way,<br>
Box Elder, SD 57719<br><br>
March 12, 2024

Richard Sawyer
Special Counsel for Hate Crimes
New York State Office of the Attorney General
28 Liberty Street
20th Floor
New York, New York 10005

**REF:** YouTuber inciting violence against federal judge Jessica G. L. Clarke

Ladies and Gentlemen,

1.      Kindly construe this letter as a complaint against Jason Goodman, 252 7th Avenue, Unit 6-S, New York, N.Y. 10001 for reporting fake hate crimes.

2.      Today YouTuber Jason Goodman published the following tweet concerning a fake hate crime involving a slur "kill that f_cking Jew".  See below.



https://twitter.com/JG_CSTT/status/1767676939706274289

3.  Mr. Goodman is the plaintiff in litigation against the N.Y.P.D. presided over by federal judge Jessica G. L. Clarke.  Apparently, Mr. Goodman was unhappy with the judge denying a motion.  *Goodman v. The City of New York et al*, 1:23-cv-09648-JGLC.

4.  The matter refers to the arrival of two (2) N.Y.P.D. officers at the home of Mr. Goodman at Unit 6-S, 252 7th Avenue.  In that video Mr. Goodman advises the officers that someone was on a social media channel broadcasting Mr. Goodman's address and shouting "Kill that f_cking Jew."  This is Mr. Goodman's language and comments to the officers.  This was a fake hoax staged for YouTube views.



Respectfully,

D. Swt

D. G. Sweigert

Copies to:

| | |
|---|---|
| Mary Anderson | Jason Goodman |
| New York City Law Department | Unit 6-S |
| 100 Church Street | 252 7th Avenue |
| New York, NY 10007 | New York, N.Y. 10001 |