# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Jason Goodman**<br>**Plaintiff**<br><br>                    **-against-**<br><br>**Christopher Bouzy**<br>**Et. al.** | **PRO SE**<br><br>**1: 21-cv-10878-AT-JLC**<br><br>**Assigned to: Analisa N. Torres**<br><br>**Referred to: James L. Cott** |

## DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

In light of Plaintiff Goodman's recent Twitter tweets, the *pro se* Defendant (undersigned)

attaches truthful and accurate copies of same for the Court record.

Signed April 6, 2024 (4/6/2024)                    **D. G. SWEIGERT PRO SE**
**PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

## CERTIFICATE OF SERVICE

The undersigned's REQUEST FOR JUDICIAL NOTICE has been placed with the U.S. Postal

Service and sent to: Jason Goodma, 252 7th Avenue, New York, N.Y. 10001

Signed April 6, 2024 (4/6/2024)                    **D. G. SWEIGERT PRO SE**
**PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**



**Crowdsource The Truth** ✓
@JG_CSTT

The obviously out of her mind Analisa Torres presided over Goodman v Bouzy and ruled in favor of the defendants. This article tells you where her thinking is. Every U.S. District Court judge should be removed and we need new rules to regulate these psychopaths.
nytimes.com/2024/04/05/nyr...

6:09 AM · Apr 5, 2024 · **509** Views

https://twitter.com/JG_CSTT/status/1776235675899064399



**Crowdsource The Truth** ✔
@JG_CSTT

In yet another completely outrageous ruling from the Southern District of New York, Analisa Torres has ruled against me in Goodman v Bouzy. Is there any justice in #NewYork or is every judge controlled by the #FBI? #Lawfare institute director Ben Wittes emailing FBI director James Comey about how they intended to jam up @CharlesOrtel, @RogerJStoneJr and @corsijerome1 was determined to be irrelevant, absurd! Christopher Bouzy and the rest of these defendants will be brought to justice if it is the last thing I do. This case is already on appeal in the second circuit. Take note, this order was issued on the day #ValerieCaproni's unconstitutional sanction against me expired. These judges are anti constitutional and they need to be impeached. Our justice system has been hijacked. This is tyranny everyone, it isn't coming, it's here.

hsgac.senate.gov/wp-content/upl...

Case 1:21-cv-10878-AT-JLC   Document 278   Filed 02/21/24   Page 1 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JASON GOODMAN,

                              Plaintiff,

               -against-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/21/2024

21 Civ. 10878 (AT) (JLC)

GEORGE SWEIGERT, BENJAMIN WITTES, NINA
JANKOWICZ, ADAM SHARP, MARGARET
ESQUENET, THE ACADEMY OF TELEVISION
ARTS AND SCIENCES, SETH BERLIN,
MAXWELL MISHKIN,

                                    Defendants.
ANALISA TORRES, District Judge:

Plaintiff *pro se*, Jason Goodman, brings this action against Defendants Christopher
Ellis Boury, Bot Sentinel, Inc., George Webb Sweigert, David George Sweigert, Benjamin
Wittes, Nina Jankowicz, Adam Sharp, Margaret Esquenet, the Academy of Television Arts
and Sciences, Seth Berlin, and Maxwell Mishkin, alleging fraud, defamation, abuse of process,
and civil conspiracy. Am. Compl. ¶¶ 52–92, ECF No. 100. As discussed below, the Court has
referred several motions to the Honorable James L. Cott for a report and recommendation.
*See* ECF No. 268.

On November 28, 2023, Judge Cott issued a Report and Recommendation ("R&R"),
ECF No. 269, recommending, *inter alia*, that the Court (1) grant the motion of the Academy,
Sharp, and Esquenet (the "ATAS Defendants") at ECF No. 241 to amend the judgment
entered in this case to include a filing injunction prohibiting Goodman from filing any
additional suits or claims against them without first obtaining leave of court; (2) grant the
application of Boury, Bot Sentinel, Inc., Berlin, and Mishkin (the "Bouzy Defendants") at
ECF No. 243, seeking the same relief; (3) deny the ATAS Defendants' motion for attorney's

7:11 AM · Feb 22, 2024 · **700** Views

**https://twitter.com/JG_CSTT/status/1760683758783770851**

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
JASON GOODMAN,

                                     :

                      Plaintiff,

                                       :          <u>ORDER TO SHOW CAUSE</u>

          -against-                        23 Civ. 9648 (JGLC) (GWG)

                                       :

THE CITY OF NEW YORK et al.,

                                     :

                    Defendants.

                                     :
-----------------------------------------------------X
GABRIEL W. GORENSTEIN, United State Magistrate Judge

     Plaintiff Jason Goodman filed this action against the City of New York, the New York
Police Department ("NYPD"), various named and unnamed NYPD officers and employees, X
Corp., Elon Musk, and Adam Sharp. <u>See</u> Complaint, filed Oct. 31, 2023 (Docket # 1)
("Compl."). Goodman has recently obtained a clerk's certificate of default as to defendant
Musk. <u>See</u> Clerk's Certificate of Default, filed March 22, 2024 (Docket # 83). While it is
unclear to the Court whether the filings in this case show proper service as to defendant Musk, it
is unnecessary to reach that issue at this time.

     The Court has examined the briefing made in connection with X Corp.'s motion to
dismiss the complaint, <u>see</u> Docket ## 19, 40, 47, and it appears that the arguments made in that
motion would also govern any claims as to Musk, who is alleged to be the "owner" of X Corp,
<u>see</u> Compl. ¶ 18(b). Additionally, the complaint arguably fails to show that Musk was
personally involved in or should be vicariously liable as to any alleged wrongful conduct.

     Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE why the claims as to
Musk should not be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.
Such showing shall be made by means of a memorandum of law compliant with Local Civil Rule
7.1(a)(2) filed on or before April 8, 2024. If X Corp. has views on this matter that may be
helpful to the Court, it may address them in a response filed by April 22, 2024. Plaintiff may file
any reply by April 29, 2024.

     Finally, plaintiff shall not file any letter seeking permission to make a motion for a
default judgment against Elon Musk (or any such motion itself) until this Order to Show Cause is
resolved.

SO ORDERED.

Dated: March 25, 2024
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

2