**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand twenty-four.

Jason Goodman,

    Plaintiff-Counter-Defendant -Appellee-Cross-Appellant,

v.

David George Sweigert,

    Defendant-Counter-Claimant-Appellant-Cross-Appellee,

Christopher Ellis Bouzy, Bot Sentiel, Inc., George Webb Sweigert, Benjamin Wittes, Adam Sharp, Nina Jankowicz, Margaret Esquenet, The Academy of Television Arts & Sciences, Seth Berlin, Maxwell Mishkin,

    Defendants-Appellees.

**ORDER**

Docket Nos. 23-874(L), 23-1021(Con), 23-1100(XAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 08 2024

    Appellee-Cross-Appellant Jason Goodman moves for voluntary dismissal of his cross-appeal docketed under 23-1100.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 04/08/2024**