Case 1:21-cv-10878-AT-JLC Document 287-1 Filed 06/10/24 Page 1 of 1
Case 1:21-cv-10878-AT-JLC Document 288 Filed 06/10/24 Page 1 of 1
1:21-cv-10878-AT-JLC

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand twenty-four.

---

Jason Goodman,

    Plaintiff-Counter-Defendant -Appellee,

v.

David George Sweigert,

    Defendant-Counter-Claimant-Appellant,

Christopher Ellis Bouzy, Bot Sentiel, Inc., George Webb Sweigert, Benjamin Wittes, Adam Sharp, Nina Jankowicz, Margaret Esquenet, The Academy of Television Arts & Sciences, Seth Berlin, Maxwell Mishkin,

    Defendants-Appellees.

---

**ORDER**

Docket Nos. 23-874(L), 23-1021(Con)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/10/2024___
```

By order dated February 26, 2024, the Court lifted the stay of these appeals and directed Appellant to pay the filing fee or move for *in forma pauperis* status within 21 days of the order. Appellant has not complied with that order. Upon consideration thereof,

IT IS HEREBY ORDERED that the appeals are dismissed effective May 2, 2024, if Appellant does not pay the filing fees or move for *in forma pauperis* status by that date.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 06/10/2024**