**(EXHIBIT A)**

L4UNNATC

```
 1     those accounts.  But, absent that, the privacy interest of the
 2     employees prevails.  That is the position that we have taken on
 3     these issues.
 4             THE COURT:  So, what is your basis for believing that
 5     there would be any business-related traffic on Mr. Sharp's
 6     personal e-mail account?
 7             MR. SNYDER:  It could be personal e-mail account, it
 8     could be his Sharp Things consulting firm e-mail account.  I
 9     think it's very likely there's going to be relevant documents,
10     because one of the claims in the defamation claim is that we
11     called Mr. Adam Sharp a partisan political operative.  If that
12     were an accurate description of Adam Sharp, that would be
13     likely to show up in maybe not in any award e-mail, but perhaps
14     his consulting e-mail.
15             THE COURT:  I'm sorry.  We have gone off the rails.
16     You said you wanted them to search three terms?
17             MR. SNYDER:  Yes.
18             THE COURT:  Goodman?
19             MR. SNYDER:  Yes.
20             THE COURT:  A YouTube clip.
21             And I can't remember what the third one was.
22             MR. EICHNER:  Your Honor, it was an e-mail
23     workingactre███████████  That is the e-mail address of the
24     person who notified the television academies of the image.
25             THE COURT:  How are these three search terms going to
```