D. G. SWEIGERT, C/O, PMB 13339
514 Americas Way, Box Elder, SD 57719

August 15, 2025

The Honorable Analisa Torres
U.S. District Judge for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Via e-mail and pro se electronic filing

Re: Case No.: 1:21-cv-10878-AT-JLC Goodman v Bouzy et al

Dear Judge Torres,

   Today I have caused to be electronically served upon Jason Goodman a 21-day Safe Harbor warning pursuant to F.R.C.P. Rule 11(c)(2).

   The Court may desire to stay proceedings for 21 days.

*[signature]*

D. G. SWEIGERT, C/O, PMB 13339
514 Americas Way, Box Elder, SD 57719


## CERTIFICATE OF SERVICE

It is hereby certified that *pro se* defendant, served Jason Goodman with a copy of the attached letter via email to the addresses below:

21stcentury3d@gmail.com , truth@crowdsourcethetruth.org , jasongoodman3d@gmail.com

Respectfully,   Signed this 08/15/2025

*[signature]*

D. G. SWEIGERT PRO SE DEFENDANT, C/O PMB 13339,
514 Americas Way, Box Elder, SD 57719