UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN,

                        Plaintiff,

-against-

CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC., GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/19/2025__

21 Civ. 10878 (AT) (JLC)

**AMENDED ORDER
OF REFERENCE TO
A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

The above-entitled action is referred to the Honorable James L. Cott for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | Specific Non-Dispositive Motion/Dispute Sanctions, ECF No. 86<br>PI/TRO, ECF No. 111<br>Court-ordered evaluation, ECF No. 118<br>Judicial notice, ECF Nos. 141, 163, 167<br>Quash subpoena/protective order, ECF No. 168 | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☒ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motions:<br>Motion for default judgment, ECF No. 60<br>Motion to set aside default, ECF No. 68<br>MTDs, ECF Nos. 78, 106, 112, 153<br>Motion to file amended complaint, ECF Nos. 137, 142<br>Motions to transfer, ECF Nos. 158, 161<br>Motion to amend judgment to include filing injunction, ECF No. 241<br>Motion for Attorney Fees, ECF No. 248<br>Motion for a show cause hearing, ECF No. 255<br>**Motion to vacate judgment, ECF Nos. 297, 299** |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

SO ORDERED.

Dated: August 19, 2025
      New York, New York

                                               ANALISA TORRES
                                          United States District Judge