D. G. SWEIGERT, C/O, PMB 13339
514 Americas Way, Box Elder, SD 57719

August 22, 2025

The Honorable Analisa Torres
U.S. District Judge for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Via *pro se* electronic filing

Re: Case No.: 1:21-cv-10878-AT-JLC Goodman v Bouzy et al

Dear Judge Torres,

Out of an abundance of caution I write to you today to advise you that your most recent order, docketed at ECF no. 307, refers to Magistrate James L. Cott. As the attached announcement shows, Judge Cott has been retired from the Court.

Additionally, please be aware that the Second Circuit has docketed (no. 25-2037) Mr. Goodman's appeal of the judgment at ECF no. 279, 2/22/2024.

Is my assumption correct that this Court has now lost all jurisdiction to review this matter any further, as Mr. Goodman's post-judgment motion (ECF no. 279) is duplicative of his Second Circuit appeal? If so, I will take no further action in this case until the matter is resolved by the Second Circuit.

D. G. SWEIGERT, C/O, PMB 13339
514 Americas Way, Box Elder, SD 57719

Copy provided:
Second Circuit

## CERTIFICATE OF SERVICE

It is hereby certified that *pro se* defendant, served Jason Goodman with a copy of the attached letter via email to the addresses below:

21stcentury3d@gmail.com , truth@crowdsourcethetruth.org , jasongoodman3d@gmail.com

Respectfully,    Signed this 08/22/2025

**D. G. SWEIGERT PRO SE DEFENDANT**



## *Office of the District Court Executive*

LAURA TAYLOR SWAIN
*Chief Judge*

EDWARD A. FRIEDLAND
*District Court Executive*

**PRESS ADVISORY**
August 23, 2024

**CONTACT**
Alexa Fisher, (212) 805-0513

**SDNY BOARD OF JUDGES SELECTS HENRY J. RICARDO TO SERVE AS MAGISTRATE JUDGE**

The Board of Judges of the United States District Court for the Southern District of New York (SDNY) has selected Henry J. Ricardo to serve as a Magistrate Judge for a term of eight years. Magistrate Judges assist District Court Judges with the work of the Court by facilitating the disposition of certain civil and criminal cases. He will assume the seat previously occupied by Magistrate Judge James L. Cott, who retired in August 2024 after more than fourteen years of distinguished service.

Henry Ricardo was a partner at Patterson Belknap Webb & Tyler LLP, where he focused on financial services litigation. He also coordinated the firm's summer internship for the Legal Outreach College Bound Program. Henry Ricardo was previously a partner at Dewey & LeBoeuf LLP and its predecessor firm, where he served as hiring partner and a member of the litigation department steering committee. During more than 30 years as a practitioner, Henry Ricardo handled a wide variety of commercial litigation matters, including patent infringement cases and insolvency proceedings.

Henry Ricardo was recognized as a member of the International Refugee Assistance Project Excellent Litigation Team in 2024, received the Distinguished Latino Alumni Award from the Columbia Latino Law Students Association in 2007, and received a Legal Aid Society Award for Outstanding Pro Bono Service in 2005.

Henry Ricardo received an A.B. from Princeton University in 1989 and a J.D. from Columbia Law School in 1993, where he was a Harlan Fiske Stone Scholar, a James Kent Scholar, a member of the Journal of Law and Social Problems and a moot court editor. Between college and law school, he worked as a junior high school teacher in Manhattan.

"Judge Ricardo's combination of sophisticated commercial litigation skills, practice management experience and demonstrated devotion to community outreach and pro bono service have earned him a sterling reputation as a practitioner. We are looking forward to his contributions to our court community as our newest colleague on the bench." said Chief Judge Laura Taylor Swain