D. G. SWEIGERT, C/O, PMB 13339
514 Americas Way, Box Elder, SD 57719

August 23, 2025

The Honorable Analisa Torres
U.S. District Judge for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Via *pro se* electronic filing

Re: Case No.: 1:21-cv-10878-AT-JLC Goodman v Bouzy et al

Dear Judge Torres,

    This letter should be construed as a pre-motion letter pursuant to F.R.C.P. Rule 59(e). A formal Rule 59(e) motion will be held in abeyance pending your guidance.

    Your most recent order, docketed at ECF no. 307, completely duplicates two previous assignments to Magistrate James L. Cott for a Report and Recommendation that have already been completed. A chart below simplifies this matter.

| Referral to Magistrate for R and R<br>Document 169 Filed 03/30/23 (attached) | R and R, Document 203 Filed 05/08/23<br>(not attached due to length [46 pages]) |
|---|---|
| Referral to Magistrate for R and R<br>Document 268 Filed 11/22/23 (attached) | R and R, Document 269 Filed 11/28/23<br>(not attached due to length (5 pages)) |

    As the attachments show, all the motions articulated in your most recent order at ECF 307 have already been addressed, save ECF 297 and 299 for which no opposition has been filed (indicating a R and R may be premature).

*/s/ D. Swt*

**D. G. SWEIGERT, C/O, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**

Copy provided:
Second Circuit

## CERTIFICATE OF SERVICE

It is hereby certified that *pro se* defendant, served Jason Goodman with a copy of the attached letter via email to the addresses below:

21stcentury3d@gmail.com , truth@crowdsourcethetruth.org , jasongoodman3d@gmail.com

Respectfully,    Signed this 08/23/2025

*D. Sgt*

**D. G. SWEIGERT PRO SE DEFENDANT**
**514 Americas Way, Box Elder, SD 57719**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/30/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN,

                Plaintiff,

-against-

CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC., GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN,

                Defendants.

21 Civ. 10878 (AT) (JLC)

**AMENDED ORDER
OF REFERENCE TO
A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

    The above-entitled action is referred to the Honorable James L. Cott for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | Specific Non-Dispositive Motion/Dispute<br><br>Sanctions, ECF No. 86<br>PI/TRO, ECF No. 111<br>Court-ordered evaluation, ECF No. 118<br>Judicial notice, ECF Nos. 141, 163, 167<br>Quash subpoena/protective order, ECF No. 168 | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☒ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motions:<br>Motion for default judgment, ECF No. 60<br>Motion to set aside default, ECF No. 68<br>MTDs, ECF Nos. 78, 106, 112, 153<br>Motion to file amended complaint, ECF Nos. 137, 142 |

| | Motions to transfer, ECF Nos. 158, 161 |
|---|---|

SO ORDERED.

Dated: March 30, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge

2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/22/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN,

                 Plaintiff,

-against-

CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC., GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN,

                 Defendants.

21 Civ. 10878 (AT) (JLC)

**AMENDED ORDER
OF REFERENCE TO
A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

    The above-entitled action is referred to the Honorable James L. Cott for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | Specific Non-Dispositive Motion/Dispute<br>Sanctions, ECF No. 86<br>PI/TRO, ECF No. 111<br>Court-ordered evaluation, ECF No. 118<br>Judicial notice, ECF Nos. 141, 163, 167<br>Quash subpoena/protective order, ECF No. 168 | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☒ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motions:<br>Motion for default judgment, ECF No. 60<br>Motion to set aside default, ECF No. 68<br>MTDs, ECF Nos. 78, 106, 112, 153<br>Motion to file amended complaint, ECF Nos. 137, 142<br>Motions to transfer, ECF Nos. 158, 161<br>**Motion to amend judgment to include filing injunction, ECF No. 241**<br>**Motion for Attorney Fees, ECF No. 248**<br>**Motion for a show cause hearing, ECF No. 255** |

SO ORDERED.

Dated: November 22, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge