```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN,

                Plaintiff,

-against-

CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN,

                Defendants.

21 Civ. 10878 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has received Defendant David G. Sweigert's letter dated September 16, 2025, requesting "that a formal judgment be issued pursuant to F.R.C.P. Rule 58 to memorialize ECF [N]o. 324." *See* ECF No. 325. Defendant's request is DENIED. A judgment was already issued in this case on June 29, 2023, *see* ECF No. 239, which was amended on February 22, 2024, *see* ECF No. 279. No additional document is necessary to "memorialize" this Court's order dated September 11, 2025, *see* ECF No. 324.

    SO ORDERED.

Dated: September 23, 2025
       New York, New York

ANALISA TORRES
United States District Judge