D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

10/10/2025

***Goodman v. Bouzy,*** 21-cv-10878-AT-HJR

U.S. District Judge Honorable Analisa Torres
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:    Request for Judicial Notice of Adjudicated Facts (F.R.E. 201)

Dear Judge Torres,

1.    I write to you today concerning the recent papers filed by Defendant Jason Goodman, 252 7th Avenue, Unit S-6, New York, N.Y. 10001, who operates the social media initiative known as Crowdsource the Truth. The Defendant's papers purport to request relief pursuant to Federal Rules of Civil Procedure 59(e), see Document 327 Filed 10/09/25.

2.    Apparently to capitalize on the national hysteria concerning the assassination of right-wing pundit Charlie Kirk on 9/10/2025 in Utah, the Plaintiff has distributed on X.com a supposedly evidence-based claim that the U.S. Government had Mr. Kirk killed and that the *pro se* Defendant is working for the U.S. National Institute of Health (N.I.H.) on a grant contract to study "Misinformation" for a $500,000 payment. This podcast distribution was apparently calculated to have the *pro se* Defendant suffer the ire of outraged citizens disgusted with U.S. government involvement in the Kirk assassination, according to the Plaintiff.

3.    The purpose of this letter is to memorialize for the Court the Plaintiff's clear understanding of F. R. C. P. Rule 11(c) concerning sanctionable behavior in the Court. To satisfy this point please note the recent e-mail message sent to the Defendant by the Plaintiff (attached as Exhibit One); quoted in relevant part (para. 4):

> "Accordingly, this message serves as your formal Rule 11(c)(2) Safe Harbor Notice. If you initiate federal litigation on the basis that my NIH reporting was knowingly false, I will file a motion for sanctions under Fed. R. Civ. P. 11, citing this notice and your ongoing abuse of process."

4.    As stated in your Order at ECF 324, 9/11/2025, quoted in relevant part:

> "Plaintiff is reminded that continued noncompliance with this Court's filing injunction may constitute a basis for the Court to impose sanctions on its own initiative pursuant to Federal Rule of Civil Procedure 11(c)(3), or upon a party's motion made pursuant to Federal Rule of Civil Procedure 11(c)(1)."

1

Respectfully,    Signed 10/10/2025

*[signature: D. Swt]*

**D. G. SWEIGERT PRO SE DEFENDANT**

**CERTIFICATE OF SERVICE**

Hereby certified under penalties of perjury that a true copy of this pleading has been e-mailed to YouTuber Jason Goodman at jason@21stcentury3d.com and <truth@crowdsourcethetruth.org>

Respectfully,    Signed this 10/10/2025

*[signature: D. Swt]*

**D. G. SWEIGERT PRO SE DEFENDANT, C/O PMB 13339,
514 Americas Way, Box Elder, SD 57719**

# EXHIBIT ONE

---------- Original Message ----------

From: Jason Goodman <jason@21stcentury3d.com>

To: "David George \"Acton\" Sweigert" <spoliation-notice@mailbox.org>

Cc: "msaleemi@law.nyc.gov" <msaleemi@law.nyc.gov>, "ejacobs@law.nyc.gov" <ejacobs@law.nyc.gov>, Mary Jane Anderson <maanders@law.nyc.gov>, "10pctdvo@nypd.org" <10pctdvo@nypd.org>, Spoliation <spoliation@posteo.net>, Brian nelsen <brian.nelsen@nypd.org>, "Thomas.Scaturro@nypd.org" <Thomas.Scaturro@nypd.org>, Juanita holmes <juanita.holmes@nypd.org>, "Ernest.Hart@nypd.org" <Ernest.Hart@nypd.org>, "aiodice@law.nyc.gov" <aiodice@law.nyc.gov>, "Lillian.Marquez@ag.ny.gov" <Lillian.Marquez@ag.ny.gov>, Pc office <pc.office@nypd.org>, FRANK ALIPERTI <FRANK.ALIPERTI@nypd.org>, Dcpi <dcpi@nypd.org>, District2 <District2@council.nyc.gov>, Legal <legal@support.youtube.com>, "info@ocfs.ny.gov" <info@ocfs.ny.gov>, "jim@breakwhitelight.com" <jim@breakwhitelight.com>, Ad1 agc <ad1-agc@nycourts.gov>, "beau.buffier@ag.ny.gov" <beau.buffier@ag.ny.gov>, "nysag@ag.ny.gov" <nysag@ag.ny.gov>, George Webb Sweigert <georg.webb@gmail.com>, Privacy <Privacy@hq.dhs.gov>, "Nicholas.Mauceli@nypd.org" <Nicholas.Mauceli@nypd.org>, "FOILREQUEST@bronxda.nyc.gov" <FOILREQUEST@bronxda.nyc.gov>, "Jessica.Clarke@ag.ny.gov" <Jessica.Clarke@ag.ny.gov>, "kelley.donnelly@ag.ny.gov" <kelley.donnelly@ag.ny.gov>, "google-legal-support@google.com" <google-legal-support@google.com>, "publicaffairs@usccr.gov" <publicaffairs@usccr.gov>, YouTube Legal Support Team <legal+2cqcvzns9qp3l0z@support.youtube.com>

Date: 09/22/2025 9:50 AM PDT

Subject: Re: NYPD officer Joel Mottola, badge 4982

Mr. Sweigert,

On September 22, 2022, the official NIH staff directory listed "Mr. David Sweigert – Contract Support" with an NIH.gov email address and NIH phone number (screenshot preserved). Within days of this listing being reported on my social media channels, the NIH webpage was scrubbed and replaced with an "Access denied" message (screenshot also preserved).

These records, maintained by the U.S. Department of Health and Human Services, confirm that my reporting was factually accurate. At minimum, it is not "100% false" as you now claim. Truth is a complete defense to defamation.

Your September 20, 2025 mass email—sent to NYPD officers, government agencies, private companies, and others—falsely asserts that my reporting was fabricated, and threatens litigation if I do not delete content within 48 hours. This is not a legitimate legal notice but an effort to harass and damage my reputation. It fits squarely within your years-long pattern of vexatious conduct.

Accordingly, this message serves as your formal Rule 11(c)(2) Safe Harbor Notice. If you initiate federal litigation on the basis that my NIH reporting was knowingly false, I will file a motion for sanctions under Fed. R. Civ. P. 11, citing this notice and your ongoing abuse of process. Additional remedies, including claims for harassment and tortious interference, may also be pursued against you and any third party acting in reliance on your misrepresentations.

Finally, you have been ordered to cease and desist from contacting me directly. This communication is provided solely to comply with Rule 11 and should not be construed as consent to further contact.

Respectfully,

Jason Goodman


> On Sep 20, 2025, at 2:36 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

>

> Mr. Goodman,

>

> The attached is your Twitter tweet on X.com which is 100% false.

>

> It must be removed within 48 hours or litigation will be forthcoming.

>

> Best,

>

> D.G. Sweigert

>

>

# EXHIBIT TWO



**Crowdsource The Truth** ✓
@JG_CSTT

In yet another completely outrageous ruling from the Southern District of New York, Analisa Torres has ruled against me in Goodman v Bouzy. Is there any justice in #NewYork or is every judge controlled by the #FBI? #Lawfare institute director Ben Wittes emailing FBI director James Comey about how they intended to jam up @CharlesOrtel, @RogerJStoneJr and @corsijerome1  was determined to be irrelevant, absurd!  Christopher Bouzy and the rest of these defendants will be brought to justice if it is the last thing I do. This case is already on appeal in the second circuit.  Take note, this order was issued on the day #ValerieCaproni's unconstitutional sanction against me expired.  These judges are anti constitutional and they need to be impeached.  Our justice system has been hijacked.  This is tyranny everyone, it isn't coming, it's here.
hsgac.senate.gov/wp-content/upl…

https://x.com/JG_CSTT/status/1760683758783770851