D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

10/11/2025

**Goodman v. Bouzy, 21-cv-10878-AT-HJR**

U.S. District Judge Honorable Analisa Torres
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:   Request for Judicial Notice of Adjudicated Facts (F.R.E. 201)

Dear Judge Torres,

1.   I write to you today concerning the recent papers filed by Defendant Jason Goodman, 252 7th Avenue, Unit S-6, New York, N.Y. 10001, who operates the social media initiative known as Crowdsource the Truth. The Defendant's papers purport to request relief pursuant to Federal Rules of Civil Procedure (F.R.C.P.) 59(e), see Document 327 Filed 10/09/25.

2.   Attached kindly note the Order of Hon. John G. Koeltl published in Case 1:23-cv-06881-JGK-VF as ECF Document 170, filed 06/05/25. In said Order Judge Koeltl denied Mr. Goodman's F.R.C. P. Rule 59(e) motion as it interfered with an on-going appeal. This appears to be an identical situation in both legal actions.

3.   This demonstrates the bad faith of Mr. Goodman's recent filing of his F.R.C.P. 59(e) papers in this Court.

Respectfully,   Signed 10/11/2025

*[signature]*

**D. G. SWEIGERT PRO SE DEFENDANT**

**CERTIFICATE OF SERVICE**

Hereby certified under penalties of perjury that a true copy of this pleading has been e-mailed to YouTuber Jason Goodman at jason@21stcentury3d.com and <truth@crowdsourcethetruth.org>

Respectfully,   Signed this 10/11/2025

*[signature]*

**D. G. SWEIGERT PRO SE DEFENDANT, C/O PMB 13339,**
**514 Americas Way, Box Elder, SD 57719**

# EXHIBIT ONE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.G. SWEIGERT,

      Plaintiff,

- against -

JASON GOODMAN,

      Defendant.

23-cv-6881 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

  The defendant Jason Goodman has moved to alter or amend the May 6, 2025 Order in this case pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. ECF No. 168.

  On May 6, 2025, this Court noted that "[t]his case was closed on November 1, 2024," and moreover, that "the appeal of this case is pending." ECF No. 167 at 5 (citations omitted). Accordingly, this Court ordered that "[n]o other filings are authorized in this case except as authorized by this Court or Magistrate Judge Figueredo. To seek such authorization, a party must submit a letter, not to exceed two double spaced pages, addressed to Magistrate Judge Figueredo." Id.

  The defendant did not seek authorization before filing the instant Rule 59(e) motion. Moreover, the defendant's motion largely repeats arguments that the Court has already rejected. See ECF No. 167. For the foregoing reasons, and to avoid the existence of this motion being an impediment to the consideration of the appeal, the motion is **denied**.

The Clerk is directed to close ECF No. 168.

**SO ORDERED.**

Dated:   New York, New York
         June 5, 2025

                                    _____
                                        John G. Koeltl
                                    United States District Judge