# MANDATE

S.D.N.Y. – N.Y.C.
21-cv-10878
Torres, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand twenty-six.

Present:
  Denny Chin,
  Raymond J. Lohier, Jr.,
  Steven J. Menashi,
   *Circuit Judges*.

_____

Jason Goodman,

   *Plaintiff-Appellant*,

v.                 25-2037

Christopher Ellis Bouzy, et al.,

   *Defendants-Appellees*.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 19, 2026

This Court has determined sua sponte that the notice of appeal was untimely filed. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED for lack of jurisdiction. *See* 28 U.S.C. § 2107; *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/18/2026